**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| AF HOLDINGS LLC | ) | |
| | ) | |
| | ) | Civil Action No.: 12-cv-00262-WCO |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CORPORATE PARTY |
| RAJESH PATEL, | ) | DISCLOSURE STATEMENT |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

Respectfully Submitted,

AF Holdings LLC

DATED: November 11, 2012

By:     /s/ Jacques Nazaire

Jacques Nazaire, Esq. (Bar No. 142388)
Of Counsel to Prenda Law Inc.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (415) 325-5900
Facsimile:  (678) 559-0798
Email: nazaire.jacques@gmail.com

*Attorney for Plaintiff*

1