IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS LLC )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>RAJESH PATEL )<br>)<br>   Defendant. )<br>) | Civil Action No.: 2:12-cv-00262-WCO<br><br>CORPORATE PARTY<br>DISCLOSURE STATEMENT |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

                Respectfully Submitted,

                AF Holdings LLC

DATED: November 19, 2012

          By: /s/ Jacques Nazaire

             Jacques Nazaire, Esq. (Bar No. 142388)
             Of Counsel to Prenda Law Inc.
             125 Town Park Drive, Suite 300
             Kennesaw, Georgia 30144
             Telephone: (415) 325-5900
             Facsimile:  (678) 559-0798
             Email: nazaire.jacques@gmail.com

             *Attorney for Plaintiff*