AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Rajesh Patel**
was received by me on *(date)* **Jan. 18, 2013**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Shekaki Patel (mother)**, a person of suitable age and discretion who resides there, on *(date)* **Feb. 2, 2013**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ **N/A** for travel and $ **N/A** for services, for a total of $ **N/A**.

I declare under penalty of perjury that this information is true.

Date: **Feb. 4, 2013**

*Server's signature*

**Kevin Von Danz**
*Printed name and title*

**2001 Riverside Dr.**
*Server's address*

Additional information regarding attempted service, etc:

*Needa S Browney NP.*
*Exp 7-21-13*