UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC,                                        Civil Action No. 2:12-CV-00262-WCO

       Plaintiff,

v.

RAJESH PATEL,

       Defendant.
_____/

**PLAINTIFF'S REQUEST TO ENTER DEFAULT**

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

      Plaintiff AF Holdings, LLC, by and through its counsel, hereby requests that the Clerk of the above-entitled Court enter default in this matter pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 55(a) against Defendant Rajesh Patel on the ground that the said defendant has failed to appear or otherwise respond to Plaintiff's Complaint within the time prescribed Federal Rule of Civil Procedure Rule 12(a). Rajesh Patel was served on February 2, 2013. (Proof of Service, attached hereto as Exhibit A.) Despite being properly served, Defendant has not responded, either through an answer or motion, to Plaintiff's Complaint, nor has Defendant appeared in this case. (See Decl. of Jacques Nazaire Supporting Pl.'s Req. to Enter Default ¶ 5.) Further, Defendant is neither a minor nor an incompetent person. (See Decl. of Jacques Nazaire Supporting Pl.'s Req. to Enter Default ¶ 4.) For the foregoing reasons, Plaintiff respectfully requests that the Clerk of Court enter default as to Defendant.

The above stated facts are set forth in the accompanying Declaration of Jacques Nazaire Supporting Plaintiff's Request to Enter Default, filed herewith.

Respectfully Submitted,

AF Holdings, LLC,

**DATED: February 27, 2013**

By:     /s/ Jacques Nazaire

Jacques Nazaire (Bar No. 142388)
Of Cousel to Prenda Law Inc.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (415) 325-5900
Email: blgibbs@wefightpiracy.com

*Attorney for Plaintiff*