UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC,                                    Civil Action No. 2:12-CV-00262-WCO

                        Plaintiff,

v.

RAJESH PATEL,

                        Defendant.

_____/

### DECLARATION OF JACQUES NAZAIRE SUPPORTING PLAINTIFF'S REQUEST TO ENTER DEFAULT

I, Jacques Nazaire, declare as follows:

1.      I am an attorney at law licensed to practice in Georgia, and admitted in the Northern District of Georgia. My business address is 125 Town Park Drive, Suite 300, Kennesaw, Georgia 30144. I am counsel of record of Plaintiff in this matter.

2.      Attached hereto as Exhibit A is a true and correct copy of a document entitled "Proof of Service" whereby a licensed process server has sworn under the penalty of perjury that he effectuated personal service in accordance with Federal Rule of Civil Procedure Rule 4(e).

3.      On information and belief, all necessary forms, including the summons and complaint, were in fact served on Rajesh Patel through substitute service to Shekaki Patel, the Defendant's mother, at 280 Summit Drive, Alto, GA 30510, on February 2, 2013. On information and belief, Plaintiff has satisfactorily served process on Defendant.

4.      Defendant is neither a minor nor an incompetent person.

5.      Defendant has failed to respond to Plaintiff's Complaint within the specific time parameters laid out in the Federal Rules of Civil Procedure.

6.      I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.


**DATED: February 27, 2013**

By: ___/s/____ Jacques Nazaire_____