# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rajesh Patel
was received by me on *(date)* Jan. 18, 2013.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* SheKaki Patel (mother), a person of suitable age and discretion who resides there,
on *(date)* Feb. 2, 2013, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ N/A for travel and $ N/A for services, for a total of $ N/A .

I declare under penalty of perjury that this information is true.

Date: Feb. 4, 2013

*Server's signature*

Kevin Von Danz
*Printed name and title*

2001 Riverside Dr.
*Server's address*

Additional information regarding attempted service, etc:

Needa S Brownly NP.
Exp 7-21-13