# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

## Notice of Appearance of Counsel

COMES NOW, Blair Chintella enters his appearance on behalf of Rajesh Patel, Defendant.

Dated March 1, 2013:

                                                Respectfully Submitted:

                                                _____/s/ Blair Chintella_____
                                                Blair Chintella
                                                GA Bar No. 510109
                                                806 Meadowlane Dr.
                                                Douglas, GA 31533
                                                (404) 579-9668
                                                bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

## Certificate of Service

I hereby that on March 1, 2013, I filed the **Notice of Appearance of Counsel** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney(s) of record:

Jacques Nazaire
125 Town Park Dr., Suite 300
Kennesaw, GA 30144


Dated March 1, 2013:

Respectfully Submitted:

\_\_\_\_/s/ Blair Chintella\_\_\_\_\_
Blair Chintella
GA Bar No. 510109
806 Meadowlane Dr.
Douglas, GA 31533
(404) 579-9668
bchintel1@gmail.com