# Exhibit D

AF Holdings, LLC and Ingenuity 13, LLC cases in Central District of California as of November 27, 2012

| Case Caption | Case No. w/ Judges Initials | Date Filed |
|---|---|---|
| AF Holdings LLC v. John Doe | 2:2012-cv-05709-ODW-JC | 7/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-05712-ODW-JC | 7/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-05720-ODW-JC | 7/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-05722-ODW-JC | 7/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-05724-ODW-JC | 7/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-05725-ODW-JC | 7/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06636-ODW-JC | 8/1/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06637-ODW-JC | 8/1/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06657-ODW-JC | 8/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06659-ODW-JC | 8/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06665-ODW-JC | 8/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06667-ODW-JC | 8/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06669-ODW-JC | 8/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-06670-ODW-JC | 8/2/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07384-ODW-JC | 8/28/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07387-ODW-JC | 8/28/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07388-ODW-JC | 8/28/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07391-ODW-JC | 8/28/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07401-ODW-JC | 8/29/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07402-ODW-JC | 8/29/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07403-ODW-JC | 8/29/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07405-ODW-JC | 8/29/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07406-ODW-JC | 8/29/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-07407-ODW-JC | 8/29/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-08320-ODW-JC | 9/27/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-08321-ODW-JC | 9/27/12 |
| AF Holdings LLC v. John Doe | 2:2012-cv-08325-ODW-JC | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-06635-GHK-RZ | 8/1/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-06660-GAF-AGR | 8/2/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-06662-GAF-AGR | 8/2/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-06664-GAF-AGR | 8/2/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-06666-GAF-AGR | 8/2/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-06668-GAF-AGR | 8/2/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-07385-DSF-FFM | 8/28/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-07386-DMG-JEM | 8/28/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-07404-GAF-AGR | 8/29/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-07408-GAF-AGR | 8/29/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-07410-GAF-AGR | 8/29/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08322-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08323-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08324-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08326-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08327-GAF-AGR | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08328-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08329-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08330-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08331-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08332-DMG-PJW | 9/27/12 |

AF Holdings, LLC and Ingenuity 13, LLC cases in Central District of California as of November 27, 2012

| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08333-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08334-DMG-PJW | 9/27/12 |
| Ingenuity 13, LLC v. John Doe | 2:2012-cv-08336-DMG-PJW | 9/27/12 |