# Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Declaration of Rajesh Patel

1.  I did not receive the papers that were allegedly served in this lawsuit until after February 4, 2013, which, I was informed by my attorney, is the date that they were allegedly served.

2.  After receiving paperwork from my mother, I placed it amongst the rest of my mail and was unable to find it until approximately February 28, 2013.

3.  During the pendency of this litigation I have been managing two gas stations and there has been an extremely high turnover rate of employees due to them either quitting or being terminated as a result of misconduct.

4.  As a result of the high turnover, I have been forced to work double shifts and shifts at odd hours (including nighttime shifts) in order to complete work that needed to be done, including non-managerial tasks such as stocking shelves that are not part of my normal duties.

5. By the time that I was able to make sure everything was in order with my business, which supports me and my mother, I was able to find the paperwork amongst my other mail and I noticed that the deadline for responding had passed.

6. Immediately upon realizing this, on February 28, 2013, I contacted attorney Blair Chintella and retained him to handle this lawsuit.

7. My mother lives with me at my residence located at 280 Summit Dr., Alto, GA 30510.

8. At the time of the alleged infringement, I operated two gas stations, one of which had free wireless access for my customers.

9. I have never downloaded a file constituting the movie "Popular Demand."

10. I do now know whether a third-party using the Internet connection at my gas station downloaded a file constituting the movie "Popular Demand."

11. During the beginning to middle of last year, I received a letter notifying me that an IP address allegedly associated with my Internet account was detected as being used to download a copyrighted movie.

12. After receiving the letter I secured my Internet connection with a password and only gave the password to my customers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed March 4, 2013:

                                                    _____/s/ Rajesh Patel_____
                                                      Rajesh Patel