IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC,  )<br>  )<br>            Plaintiff,  )<br>     v.  )<br>  )<br>RAJESH PATEL,  )<br>  )<br>            Defendant.  )<br>_____) | Civil Action No.: 2:12-cv-00262-WCO |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

                                                Respectfully submitted,

                                                AF Holdings, LLC.

DATED: March 18, 2013

                                By:    /s/ Jacques Nazaire_____
                                          Jacques Nazaire, Esq., Bar No.142388
                                          125 Town Park Drive, Suite 300
                                          Kennesaw, Georgia 30144
                                          Telephone: (404) 923-0529
                                          Facsimile: (678) 559-0798
                                          Email: nazaire.jacques@gmail.com
                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 18, 2013, I filed the Notice of Voluntary Dismissal of Action With Prejudice with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney of record:

Blair Chintella,
Attorney for Defendant

                                        /s/ Jacques Nazaire
                                        JACQUES NAZAIRE