# Exhibit P

# Train Wreck Key

- Steele, John
- Mooney
- Hansmeier, Paul
- Hansmeier, Peter
- Cooper, Alan
- Lutz, Mark
- Sargeant, Aisha
- S|H  Steele Hansmeier, LLC
- Trust
- α  Alpha Law Firm
- AF  AF Holdings LLC
- Gibbs, Brett
- 6681 Forensics
- Prenda Law
- Duffy, Paul
- Anti-Piracy Law Group
- Guava, LLC
- Media Copyright Group, LLC
- David Pfister
- Spencer Merkel
- Trina Morrison
- Michael Dugas
- Ingenuity 13, LLC

## Documents Referenced

| | |
|---|---|
| PH_Dep | Phil Handymeyer Depo |
| PH Dec 09/02/1010 | PH Declaration 09/02/1010 |
| Pfister Dec | Pfister Declaration |
| Peter Dec | Peter Declaration |
| Merkel Aff | Merkel Affidavit |
| Merkel complaint | Merkel Complaint |
| Coopliant | Cooper Compliant |

---

Lived with Steele's sister  144 PH_dep
PH met Steel in Law school  144 PH_dep
deputized by AS  147 PH_dep
Anthony Saltmarsh also corp rep  143 PH_dep

**given the role by AS at the direction of ML**  141 PH_dep
ML is only person at AFH with authority to settle a case  208 PH_dep
ML given the role by AS  141 PH_dep
Attys across the country can settle  208 PH_dep
ML manages 20 attys, 50 cases  141 PH_dep
ML delegates to attys and contractors like 6681  194 PH_dep
Prenda law helps Lutz decide who to sue  211 PH_dep
ML worked for Steele. PH never delegated anything to him  132 PH_dep
ML worked for Steele Hansmeier  130 PH_dep

Documents reviewed for depo prep:
- certificate of formation
- articles of organization
- doc that listed Aisha Sargeant as organizer  59 PH_dep

Pietz identifies three people associated with a trust in Nevis:
- Settler
- Beneficiary
- Trustee  69 PH_dep

Lutz asked TSL to form AF Holdings  74 PH_dep
Lutz was not instructed by a third party to form AFH  75 PH_dep
Lutz asked AS to form AF Holdings  74 PH_dep
AS works for Trust Services Limited "TSL"  74 PH_dep
PH does not know who paid AS to create the trust  71 PH_dep

**Brent Gibbs - in-house for AFH**  133 PH_dep

created by Aisha Sargeant  40 PH_dep

undefined beneficiary trust  38 PH_dep

owned by Salt Marsh  45 PH_dep
owned by Salt Marsh  P_ex100 PH_dep
created by Aisha Sargeant  21 PH_dep
one employee - Mark Lutz  127 PH_dep

role is to...
Protect ML from being targeted  122 PH_dep
Heartbreaker Digital, LLC is assignor  153 PH_dep
Alan Cooper corporate representative of AFH  121 PH_dep
Raymond Rogers assigns to assignee, signed by Cooper  125 PH_dep
ML asked Steele for a representative. Steele delivered Cooper  122 PH_dep
negotiated by Lutz and Rogers, not Steele  125 PH_dep
Paul Godfread represents  122 PH_dep
Cooper sues Steele et al for identity theft  155 PH_dep  Coopliant

no accountant  198 PH_dep
books are spreadsheets  198 PH_dep
no way to determine revenue  200 PH_dep
not very complicated  198 PH_dep
claims on the cash, it's very complicated  202 PH_dep
snark  202 PH_dep

AF Holdings
wholly owns  40 PH_dep
LLC organized under the laws of the Federation of St. Kitts & Nevis  55 PH_dep

several dozen  112 PH_dep
most attorneys are paid on contingency  110 PH_dep
33%  115 PH_dep

6681 Forensics  162 PH_dep
PH is not shareholder, officer, nor employee  162 PH_dep
PH has a 6681 email  162 PH_dep
Peter H is technician, and PH's brother  166 PH_dep
uses software called "Alena"  174 PH_dep
Alpha has never paid 6681  206 PH_dep
Prenda pays 6681  206 PH_dep
signatures look a lot alike  235 PH_dep Ex109

Minnesota Copyright Group  169 PH_dep
David Pfister technician  Pfister dec
performs tech services  171 PH_dep
maybe for S|H  172 PH_dep
PH was organizer and technician  171 PH_dep
after 2011 provided IP addresses to S|H  176 PH_dep

MCGIP Inc.  169 PH_dep
PH not familiar  170 PH_dep
PH was organizer  170 PH_dep
held copyrights and produce content  250 PH_dep

proceeds of settlements generated aren't distributed to AF Holdings, but are instead used to either pay for previously incurred expenses or held by the attorneys to pay for future litigation expenses.  81 PH_dep

settlement proceedings go into trust accounts

If Alpha Law Firm wins $ goes into Prenda account  95 PH_dep

Anti-Piracy Law Group  88 PH_dep
Prenda Law  87 PH_dep
Anderson & Associates  91 PH_dep

Mr. Steele has no right to these trust accounts:  93 PH_dep
PH has no right to these trust accounts:  94 PH_dep

Alpha has not withdrawn from Prenda Trust account  98 PH_dep
Alpha has not received compensation from  113 PH_dep

Alpha has been reimbursed by  205 PH_dep

Cathy in Fabulous LAS VEGAS writes reimbursement checks  99 PH_dep
Money has transferred out only for litigation expenses, nothing else  106 PH_dep
Alpha has no employees  134 PH_dep
Steele is not affiliated with Alpha  255 PH_dep

never files taxes in Nevis or US  196 PH_dep

PH represented Alan Mooney in the Priceline litigation  244 PH_dep
PH and AM met while PH was at a firm  247 PH_dep
AM is manager of MCGIP, LLC  249 PH_dep

PH never worked for Prenda  130 PH_dep

CA and IL. Paul Duffy is principal  211 PH_dep
Paul Duffy is principal  211 PH_dep

Alpha represented Guava in a MN case  238 PH_dep
ed: not sure if this is the case
Guava sued Spencer Merkel. OR resident sued in MN  Merkel aff

Duffy signed Prenda threat letter  Merkel aff

Michael Dugas worked at Prenda  136 PH_dep
Michael Dugas worked for ALF but not as employee  135 PH_dep
Dugas attorney through Alpha for Guava  Merkel Complaint

Spencer rep'ed by Trina Morrison  Merkel aff
Spencer called Prenda and talked to Michael who was working for Alpha  Merkel Aff

Peter H does this stuff too  Peter dec
downloads files and compares them to Work to ensure substantial similarity. Stores data in central database. (MCG)  PH Dec 09/02/1010  Pfister dec

## Dissolving S|H

S|H filed notice of dissolution with Sec of State  256 PH_dep
Prenda filed substitution of counsel in S|H cases across the board  257 PH_dep
PH had no formal affiliation with Prenda  257 PH_dep
Steele handled the money that was in the S|H trust account  257 PH_dep
Gibbs was of counsel to S|H  258 PH_dep

explosion  259 PH_dep