IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

### Defendant's Notice of Errata

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Errata** to notify the Court and opposing counsel of a typographical error regarding **Defendant's Motion for Sanctions** ("Motion") (ECF # 16).

On page eight of the Motion, footnote five, it contains a citation to "XXXX." This was a typographical error that was supposed to refer to ECF No. 40-2 in the California Action frequently referred to in the Motion (specifically pages 44-46). A true and correct copy of that document is attached hereto for the Court's and parties' convenience.

Respectfully submitted April 18, 2013:

1

    /s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
bchintel1@gmail.com

## Local Rule 7.1(D) Certification

I hereby certify that the **Defendant's Notice of Errata** complies with LR 5.1B.

Dated April 18, 2013:

Respectfully Submitted:

    /s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
bchintel1@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

**Certificate of Service**

I hereby certify that on April 6, 2013, I filed the **Defendant's Notice of Errata** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated April 18, 2013:

                                                       Respectfully Submitted:

                                                       ____/s/ Blair Chintella_____
                                                     Blair Chintella
                                                     GA Bar No. 510109
                                                     4615 Hicks Rd.
                                                     Mableton, GA 30126
                                                     (404) 579-9668
                                                     bchintel1@gmail.com