## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Notice of Corrected Certificate of Service

This certificate of service shall correct and for all purposes supersede the certificate of service forming part of ECF No. 17.  I hereby certify that on April 18, 2013, I filed the **Defendant's Notice of Errata** using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated April 18, 2013:

                                                                            Respectfully Submitted:

                                                                            ____/s/ Blair Chintella_____
                                                                            Blair Chintella
                                                                            GA Bar No. 510109
                                                                            4615 Hicks Rd.
                                                                            Mableton, GA 30126
                                                                            (404) 579-9668
                                                                            bchintel1@gmail.com