## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| Defendant. : | |

## Notice of Change of Address

Counsel for Rajesh Patel hereby files this Notice of Change of Address, notifying the Court, Clerk, and opposing counsel of Defendant's Counsel's new address:

4615 Hicks Rd.
Mableton GA 30126.


Respectfully submitted April 18, 2013:


                                                                                            ____/s/ Blair Chintella_____
                                                                                            Blair Chintella
                                                                                            GA Bar No. 510109
                                                                                            4615 Hicks Rd.
                                                                                            Mableton, GA 30126
                                                                                            (404) 579-9668
                                                                                            bchintel1@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Certificate of Service

I hereby certify that on April 18, 2013, I filed the **Notice of Change of Address** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated April 18, 2013:

                        Respectfully Submitted:

                        ____/s/ Blair Chintella_____
                        Blair Chintella
                        GA Bar No. 510109
                        4615 Hicks Rd.
                        Mableton, GA 30126
                        (404) 579-9668
                        bchintel1@gmail.com