**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: ____none____.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: ____Rajesh Patel, AF Holdings, Brett Gibbs, John Steele, Mark Lutz, "Salt Marsh," Paul Duffy, Jacques Nazaire, Livewire Holdings, LLC, Prenda Law, Inc., Paul Hansmeier____.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding: ____Blair

1

<u>Chintella (for Defendant), Jacques Nazaire (for Plaintiff)_____</u>.

|  |  |
|---|---|
| Dated April 29, 2013 | Respectfully Submitted: |
|  | ____/s/ Blair Chintella_____ <br> Blair Chintella <br> GA Bar No. 510109 <br> 806 Meadowlane Dr. <br> Douglas, GA 31533 <br> (404) 579-9668 <br> bchintel1@gmail.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Certificate of Service**

I hereby certify that on April 29, 2013, I filed **Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney(s) of record:

**Jacques Nazaire**

Dated April 29, 2013:

                Respectfully Submitted:

                ____/s/ Blair Chintella_____
                Blair Chintella
                GA Bar No. 510109
                806 Meadowlane Dr.
                Douglas, GA 31533
                (404) 579-9668
                bchintel1@gmail.com