IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**<u>Corrected Certificate of Interested Persons and Corporate Disclosure Statement</u>**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: <u>    none    </u>.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: <u>    Rajesh Patel, AF Holdings, Brett Gibbs, John Steele, Mark Lutz, "Salt Marsh," Paul Duffy, Jacques Nazaire, Livewire Holdings, LLC, Prenda Law, Inc., Paul Hansmeier    </u>.

(3) The undersigned further certifies that the following is a full and complete

1

list of all persons serving as attorneys for the parties in this proceeding: ____Blair Chintella (for Defendant), Jacques Nazaire (for Plaintiff)____.

Dated April 29, 2013                            Respectfully Submitted:


                                              ____/s/ Blair Chintella_____
                                              Blair Chintella
                                              GA Bar No. 510109
                                              4615 Hicks Rd.
                                              Mableton, GA 30126
                                              (404) 579-9668
                                              bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on April 29, 2013, I filed **Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney(s) of record:

**Jacques Nazaire**

Dated April 29, 2013:

                                                Respectfully Submitted:

                                                ____/s/ Blair Chintella_____
                                                Blair Chintella
                                                GA Bar No. 510109
                                                4615 Hicks Rd.
                                                Mableton, GA 30126
                                                (404) 579-9668
                                                bchintel1@gmail.com