# Exhibit A

| Document |
|---|
| In the Sunlust Action, two declarations by Gibbs (ECF 44-2 & 49-1) and a sanctions motion filed by Steele (ECF #51). |
| In the "California Action," two additional declarations by Gibbs (ECF #50 and #58), a declaration by Graham Syfert (ECF #124), and a declaration by Seth Schoen (ECF #117-3). |
| *AF Holdings LLC v. Does 1-96*, N.D. Ca., Case No. 3:11-cv-03335, ECF #17. |
| *AF Holdings, LLC v. Doe 1*, N.D. Ca., Case No. 4:11-cv-03067, ECF #26. |
| *AF Holdings LLC v. Does 1-1058*, D.D.C., Case No. 1:12-cv-00048, ECF #32. |
| *AF Holdings LLC v. Does 1-96*, N.D.Ca., Case no. 4:11-cv-03067, ECF #20. |
| *AF Holdings LLC v. John Doe*, N.D.Ca., Case No. 3:12-xc-02396, ECF #8. |
| *AF Holdings, L.L.C. v. David Harris*, D.Az., Case No. 2:12-cv-02144, ECF #12-1 |
| California Action, ECF 19-1 (cooper affidavit filed 12/10/12); |
| *Ingenuity 13 LLC v. John Doe*, C.D.Ca., Case No. 2:12-cv-08333, ECF #50 |
| *Ingenuity 13 LLC v. John Doe*, C.D.Ca., Case No. 2:12-cv-08333, ECF #58 |
| *Igenuity 13 LLC v. John Doe*, C.D.Ca., Case No. 2:12-cv-08333, ECF #61 |
| *Ingenuity 13 LLC v. John Doe*, C.D.Ca., Case No. 2:12-cv-08333, ECF #83 |
| *Sunlust Action*, ECF #49-1 |
| *Ingenuity 13 LLC v. John Doe*, C.D.Ca., Case No. 2:12-cv-08333, ECF #117-3 |
| Defendant also asks the Court to take judicial notice of a recent Interview done with Steele located at http://newswire.xbiz.com/view.php?id=161511 (last accessed April 29, 2013) |
| A recent decision by a Magistrate Judge in this District: *Voltage Pictures, LLC v. Does 1-31*, Case No. 4:13-cv-00037-GRS, ECF #7 (attached as). |