# Exhibit B



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

---

## Re: Settlement

---

**Jacques Nazaire** <nazaire.jacques@gmail.com>                      Tue, Mar 5, 2013 at 4:00 PM
To: Bchintel1 <bchintel1@gmail.com>

Blair:

We are willing to set it aside. I will send you the stip. I just need time to do it. I am not in my office right now.

As far the motion.

I) Mr. Patel has no excuse for his default such as illness, or death in the family or that he never received the papers.
2) As for Alan Cooper, he appears to be a disgruntled employee who was probably not paid what he wanted to be paid and as such he is suing Mr. Steele. Regardless of whether Cooper was branded as a janitor or president of AF Holdings, he is what they deemed him to be. I would like to subpoena him and have him state under oath that he has never received a dime from John Steele, who has interest in AF. Mr. Cooper's allegations are alone not enough to create fraud.

In any event, I will send you the stip to withdraw the entry  of default later. I will also call you so that we may discuss where theses cases are going.

-Jacques

On Tue, Mar 5, 2013 at 2:27 PM, Bchintel1 <bchintel1@gmail.com> wrote:
> Hi Jacques:
>
> Regarding Perry Jackson, I'll contact Prenda.
>
> Regarding Patel, could you please respond to my last e-mail and talked about the motion to set aside default.  I think that there's been some kind of miscommunication and I'd like to understand it if possible.  What is your client's position on the issues raised in the motion and why are they now willing to agree to setting aside the entry?
>
>
> Sincerely,
>
> Blair Chintella
> 912-850-1885
> 404-579-9668
> www.chintellalaw.com
>
>
> On Tue, Mar 5, 2013 at 2:22 PM, Jacques Nazaire <nazaire.jacques@gmail.com> wrote:
>> Good Afternoon Blair:
>>
>> Please explain the situation you are discussing regarding AF Holdings.
>>
>> Mr. Perry made a conscious decision to settle his case. He requested a low settlement under the guise that he would be heading to Afghanistan. I wonder if his unit knows about these allegations and whether or not they will FLAG him until the unit completes an investigation  dealing with the allegations of unlafully downloading copywritten products as well as computer hacking. I am certain that you have explained to him the consequences of gong down this road.
>>
>> I no longer represent AF Holdings in the Perry case as this matter was settled directly with Prenda Law. Please