IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Defendant's Notice of Correction and Supplemental Authority**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Correction and Supplemental Authority**:

On May 6, 2013, Defendant filed a reply and response (ECF #24 & 25) to the sanctions motions currently pending. Defendant's filings rely in part on filings made in the California Action. The Court in that action recently issued an order that the undersigned has attached to this notice.

Defendant also cited the *Silvers* case on page thirteen of his brief. This citation was incorrect in that it cited to a previous opinion that was later reversed upon an *en banc* rehearing. The correct citation is *Silvers v. Sony Pictures Entm't, Inc.*, 402 F.3d 881 (9th Cir. 2005).

Respectfully submitted May 8, 2013:

1

   _____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on May 8, 2013, I filed the **Defendant's Notice of Correction and Supplemental Authority** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated May 8, 2013:

                              Respectfully Submitted:

                              ____/s/ Blair Chintella_____
                              Blair Chintella
                              GA Bar No. 510109
                              4615 Hicks Rd.
                              Mableton, GA 30126
                              (404) 579-9668
                              bchintel1@gmail.com