IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Defendant's Notice of Objection**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Objection**:

Defendant objects to ECF #26 on the grounds of ***relevance*** insofar as it asserts that Defendant's filings (ECF #24 & 25) were untimely. The fourteen day time period to respond ended on a Saturday. Pursuant to Fed. R. Civ. P. Rule 6(a)(1)(C), Defendant therefore had up to and including May 6, 2013.

ECF #26 was filed <u>as a "Reply"</u> to its motion for sanctions. Defendant speculates that Plaintiff would have filed a more in-depth reply if it were not for the mistake regarding the filing deadline. Therefore, Defendant would <u>not object</u> to allowing Plaintiff to file a second reply, <u>provided</u>: (1) Plaintiff asks the Court's permission <u>before</u> filing; (2) the motion requesting permission <u>does not</u> contain any extraneous matters such as arguments on the merits regarding the pending motions

1

or anything other than the request; and (3) the time frame within which to file a second reply remains the same as the time frame within which the first reply had to have been filed.  Defendant <u>would oppose</u> to any filing that does not comply with the above.

    Respectfully submitted May 8, 2013:

                                       ____/s/ Blair Chintella_____
                                       Blair Chintella
                                       GA Bar No. 510109
                                       4615 Hicks Rd.
                                       Mableton, GA 30126
                                       (404) 579-9668
                                       bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Certificate of Service

I hereby certify that on May 8, 2013, I filed the **Defendant's Notice of Objection** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated May 8, 2013:

Respectfully Submitted:

\_\_\_\_/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
bchintel1@gmail.com

3