IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Notice of Defendant's Request for Judicial Notice and Provision of Documents**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Notice of Defendant's Request for Judicial Notice and Provision of Documents**:

Currently pending are motions for sanctions filed by Plaintiff and Defendant (ECF #16, 21). Defendant filed a reply to its sanctions motion (ECF #24) and a response to Plaintiff's motion (ECF #25). Defendant previously requested judicial notice of certain documents/filings (ECF #24-1, 25-1) but did not provide copies pursuant to Fed. R. Civ. P. 201.[1] Copies of those documents are hereto attached as Exhibit A-1 and A-2.

Defendant's filings also rely upon documents/filings for which no judicial notice was separately requested; therefore, Defendant hereby requests judicial

---

[1] *AF Holdings, LLC v. John Doe*, N.D.Ca., Case No. 3:12-cv-02396, ECF #8 is the sole exception. It was filed as Exhibit M to ECF #16.

1

notice of them.  Copies of those documents are hereto attached as <u>Exhibit B</u>.

New developments have recently come to Defendant's attention regarding the people/entities connected with Plaintiff.  Therefore, Defendant requests judicial notice of those documents/filings, copies of which are hereto attached as <u>Exhibit C</u>.[2]

Respectfully submitted May 20, 2013:

    /s/ Blair Chintella
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
Bchintel1@gmail.com

---

[2] All of the attached PDFs have "bookmarks" for ease of navigation, provided that filing them through the ECF does not somehow remove them.

# IN THE UNITED STATESDISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

## Certificate of Service

I hereby certify that on May 20, 2013, I filed the **Notice of Defendant's Request for Judicial Notice and Provision of Documents** using the Court's CM/ECF system, which will e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated May 20, 2013:

Respectfully Submitted:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
Bchintel1@gmail.com