# Exhibit C

- *AF Holdings, LLC v. Does 1-20*, W.D.Ky., Case No. 11-cv-00491, ECF #9.
- *Prenda Law Incorporated v. Paul Godfread, et al.*, D.Az., Case No. 2:13-cv-00030, ECF #12.
- *Prenda Law v.* Paul Godfread, Alan Cooper, and John Does 1-10, S.D.Ill., Case No. 3:13-cv-00207, ECF #25-3, 25-4.
- *AF Holdings, LLC v. David Harris*, D.Az., Case No. 12-02144, ECF #51.
- *Sunlust Pictures, LLC v. Tuan Nguyen*, M.D.Fl., Case No. 8:12-cv-1685, ECF #54.
- United States Department of the Treasury Financial Crimes Enforcement Network, Jul 2000 Advisory regarding "Transactions Involving St. Kitts & Nevis."

# Prenda Law INC

## Intellectual Property Law Firm

### Court Status Report

| | |
|---|---|
| Title | **AF Holdings LLC v. Does 1-20** |
| Case # | **3:11-cv-00491-JGH** |
| Judge | **Hon. John G. Heyburn II** |
| | Friday, 3 February 2012, 2PM |

Data as of: Fri, 20 Jan, 2012

SHID **KY 001**

---

## Timeline

**31 August 2011** Complaint Filed

**20 September 2011** Discovery Requested

**23 September 2011** Discovery Granted

**23 September 2011** Subpoenas Issued

## ISP Response

**20** Records Requested

**7** Records Received

**4** ISP Unable to Reply

**2** Settlements Pending

**2** Settlements Reached

## Motions Pending

*None found*

*If further information is required, contact:*

Paul Duffy        305.748.2102
                  paduffy@wefightpiracy.com

John Steele       305.748.2102
                  jlsteele@wefightpiracy.com

Paul Hansmeier    651.399.1583
                  prhansmeier@wefightpiracy.com

---

*All information deemed accurate as of the time this data was retrieved.*
*May not reflect activity in progress or in the process of being logged during or after report generation.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Prenda Law Incorporated,

      Plaintiff,

vs.

Paul Godfread, et al.,

      Defendants.

No. MC-13-00030-PHX-SRB

**ORDER**

On April 18, 2013, a deficiency notice was sent to counsel for Plaintiff [Doc. 5] advising that counsel had failed to file the Corporate Disclosure Statement required by F.R.Civ.P.7.1 and LRCiv. 7.1.1. Counsel was given 14 days to file the Corporate Disclosure Statement. Counsel for Plaintiff has failed to respond to the deficiency notice and file the required Corporate Disclosure Statement.

IT IS ORDERED that Plaintiff file its Corporate Disclosure Statement not later than **10 business days**. In addition to the information required by F.R.Civ.P. 7.1 and LRCiv. 7.1.1, the Disclosure Statement shall also contain a list of each member of each LLC. Failure to file the Corporate Disclosure Statement and a list of the members of the LLCs shall result in sanctions being imposed.

DATED this 7th day of May, 2013.

_____
Susan R. Bolton
United States District Judge

# EXHIBIT C

# Contact Info for Shopper ID 39706942

| | |
|---|---|
| Shopper ID: | 39706942 |
| Private Label ID | 1 |
| Login Name: | alancooper069 |
| First Name: | Alan |
| Middle Name: | |
| Last Name: | Cooper |
| Company: | |
| Address1: | 4532 E Villa Theresa Dr. |
| Address2: | |
| City: | Phoenix |
| State/Prov: | AZ |
| Postal Code: | 85032 |
| Country: | US |
| Phone1: | 4806489301 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | johnlsteele@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 11/6/2010 10:01:19 AM |
| Last Changed By | gdwshAuthenticate.ResetPassword |
| Last Changed By Date | 5/4/2012 10:53:45 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | e |
| Twitter Handle | |

# Domain List for Shopper ID 39706942

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| SHELOSTTHEBET.COM | 8 Cancelled | 11/6/2010 | 11/6/2011 | 282160441 |
| IRAQCAREPACKAGES.COM | 8 Cancelled | 11/6/2010 | 11/6/2011 | 282160441 |
| MYGIRLFRIENDLOSTABET.COM | 8 Cancelled | 11/6/2010 | 11/6/2011 | 282160441 |
| TRANNYBOYSWHOLOVETHEIRTOYS.COM | 8 Cancelled | 11/10/2010 | 11/10/2011 | 282873606 |
| SNAKEBITE.CC | 8 Cancelled | 11/19/2010 | 11/19/2011 | 285142200 |
| NOTISSUES.COM | 8 Cancelled | 3/24/2011 | 3/24/2012 | 315315126 |

# Shopper Contact Audit History for Shopper ID 39706942

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 3/24/2011 1:56:03 PM | Diane R Kinney | GoDaddy Internal IP | country | us | US |
| 3/24/2011 1:56:03 PM | Diane R Kinney | GoDaddy Internal IP | email | alancooper069@gmail.com | johnlsteele@gmail.com |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | city | Chicago | Phoenix |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | country | US | us |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | first_name | John | Alan |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | last_name | Steele | Cooper |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | phone1 | 312-893-5888 | 4806489301 |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | state | IL | AZ |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | street1 | 161 N Clark Street | 4532 E Villa Theresa Dr. |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | street2 | Suite 4700 | |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | zip | 60601 | 85032 |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | city | | Chicago |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | country | | US |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | email | 39706942 | alancooper069@gmail.com |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | first_name | | John |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | last_name | | Steele |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | phone1 | | 312-893-5888 |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | state | | IL |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | street1 | | 161 N Clark Street |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | street2 | | Suite 4700 |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | zip | | 60601 |

# Contact Report

**Jayme C Steele**

Report Expiration
July 30, 2013

| | |
|---|---|
| *Name* | Jayme C Steele |
| *Age* | 35 |
| *Date of Birth* | 3/30/1977 |
| *Phone Number* | 320-592-0011 |
| *Additional Phone Numbers* | 702-223-5209, 952-903-5343 |
| *Most Recent Address* | 314 W Monte Cristo Ave, Phoenix, AZ 85023-7420 |
| *Aliases/Name Variations* | Jamey Steele |

**14 addresses were found**

| Address Added | Updated | City, State, Zip | Phone |
|---|---|---|---|
| 314 W Monte Cristo Ave 7/2011 | 7/2011 | Phoenix, AZ 85023-7420 | |
| 21251 220th St 6/2005 | 11/2006 | Mc Grath, MN 56350-4117 | 320-592-0011 |
| 3743 Irvington Ave 2/2000 | 12/2005 | Miami, FL 33133-6105 | |
| 7641 128th St W | 12/1995 | Saint Paul, MN 55124-9767 | |
| 21468 E Bonanza Way | | Queen Creek, AZ 85142-3291 | |
| 21067 220th St | | Mc Grath, MN 56350-4019 | 320-592-0011 |
| 4532 E Villa Theresa Dr | | Phoenix, AZ 85032-1554 | |

| | | |
|---|---|---|
| 4404 Sandhorse Ct | Las Vegas, NV 89130-5212 | 702-223-5209 |
| 222 Zamora Ave, Apt 7 | Coral Gables, FL 33134-3930 | |
| 7511 Bristol Village Dr | Minneapolis, MN 55438-2562 | 952-903-5343 |
| 3160 Florida Ave | Miami, FL 33133-5113 | |
| 824 Jefferson Ave | Miami Beach, FL 33139-5632 | |
| 5533 Lagorce Dr | Miami Beach, FL 33140-2137 | |

## Possible Relatives

Possible relatives are people who are likely relatives of Jayme C Steele based on matching surname and shared addresses. Please note that this will not include all relatives.

**4 possible relatives were found**

| Name | Age | Address |
|---|---|---|
| Deborah A Steele | | |
| Elizabeth N Steele | | |
| ==John Lawrence Steele Jr== | | |
| John L J Steel | | |

# Notes Info for Shopper ID 39706942
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 3/24/2011 2:10:27 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccess email for NOTISSUES.COM to: shopper. |
| 3/24/2011 2:03:58 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: NOTISSUES.COM OrderID: 315315126 RowID: 0 Namespace:domain ResourceID: 99098715 |
| 3/24/2011 2:03:48 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name NOTISSUES.COM activated by RegComEPPSvc on 03/24/11 14:03:48 |
| 3/24/2011 2:03:32 PM / Kinney, Diane / Client IP: GoDaddy Internal | John called in to get log in info, sent pw reset, cust not getting, sent to another email address, still can't figure out how to do the reset right - cust purch domain over phn one year |
| 3/24/2011 1:58:07 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 3/24/2011 1:56:02 PM / Kinney, Diane / Client IP: GoDaddy Internal | Old Country: us New Country: US \| Old Email: alancooper069@gmail.com New Email: johnlsteele@gmail.com |
| 3/24/2011 1:53:51 PM / Kinney, Diane / Client IP: GoDaddy Internal | Diane Kinney accessed account with reason "General/Research". Shopper PIN. |
| 3/24/2011 9:42:30 AM / Reynolds, Patrick / Client IP: GoDaddy Internal | ***IAT Call takeover*** John was upset about not being able to get into the account found pin wanted to renew hosting for one month wt process. |
| 3/24/2011 9:36:06 AM / Reynolds, Patrick / Client IP: GoDaddy Internal | Patrick Reynolds accessed account with reason "General/Research". Validation was skipped. |
| 3/24/2011 9:36:05 AM / Reynolds, Patrick / Client IP: GoDaddy Internal | Researchign acc |
| 3/24/2011 9:30:55 AM / Rice, Blair / Client IP: GoDaddy Internal | Blair Rice accessed account with reason "General/Research". Shopper PIN. |
| 3/24/2011 9:11:57 AM / Rice, Blair / Client IP: GoDaddy Internal | Blair Rice accessed account with reason "General/Research". Shopper PIN. |
| 3/24/2011 3:30:30 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Failure Email sent to: alancooper069@gmail.com;johnlsteele@gmail.com for Product Name Next Billing Date Qty     Price<br>-----------                ----------------- --- ----------<br>Hosting - Web - Deluxe - Linux - Renewal - Monthly... 4/3/2011  1     $7.99<br>   Billing for 03/24/2011. iraqcarepackages.com<br>Bandwidth Renewal (recurring)                4/3/2011  1     $0.00<br>   Bandwidth/DiskSpace for 03/24/2011. iraqcarepackages.com |
| 3/24/2011 3:30:30 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt (Hosting Bandwidth): 1.  Next Attempt Date: Apr  3 201  Reason: Payment request was declined. Account: Bandwidth/DiskSpace for 03/24/2011. iraqcarepackages.com |
| 3/24/2011 3:30:30 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt (Web Hosting): 1.  Next Attempt Date: Apr  3 201  Reason: Payment request was declined. Account: Billing for 03/24/2011. iraqcarepackages.com |
| 3/2/2011 12:11:42 PM / Cust-39706942 / Client IP: | Web Hosting:128910508 (e36a6548-f7ec-11df-9c4e-00114332949f) - Entered Account |
| 2/24/2011 7:25:21 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 307830926 sent to: alancooper069@gmail.com;johnlsteele@gmail.com, using primary payment method. |
| 1/24/2011 6:44:09 PM / PaymentProfile / Client IP: GoDaddy Internal | PaymentProfile: Deactivating credit_card account ending in 2441 (profile 25330877) |
| 1/24/2011 6:39:43 PM / Cust-39706942 / Client IP: | Billing:91252982-Profile Update REQUESTOR_IP:174.53.162.245. |
| 1/24/2011 6:39:43 PM / Cust-39706942 / Client IP: | Billing:91782652-Profile Update REQUESTOR_IP:174.53.162.245. |
| 1/24/2011 6:39:43 PM / Cust-39706942 / Client IP: | proxima:128517359-Profile Update REQUESTOR_IP:174.53.162.245. |

# EXHIBIT D

# Contact Info for Shopper ID 37043778

| | |
|---|---|
| Shopper ID: | 37043778 |
| Private Label ID | 1 |
| Login Name: | mediacopyrightgroup |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 1111 lincoln Road Suite 400 |
| Address2: | 80 S 8th St |
| City: | miami Beach |
| State/Prov: | FL |
| Postal Code: | 33139 |
| Country: | US |
| Phone1: | 7086898131 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | johnlsteele@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 6/23/2010 5:31:51 AM |
| Last Changed By | Password Reset |
| Last Changed By Date | 2/13/2013 9:25:50 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | smy |
| Twitter Handle | |

# Domain List for Shopper ID 37043778

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| PJPROGRAM.COM | 0 Active | 7/10/2012 | 7/10/2013 | 443090270 |
| THEBIGGESTBULL.COM | 0 Active | 9/26/2012 | 9/26/2013 | 466635504 |
| WEFIGHTPIRACY.ORG | 0 Active | 10/30/2012 | 10/30/2013 | 477028670 |
| PRENDALAWFIRM.COM | 0 Active | 11/13/2012 | 11/13/2013 | 481516591 |
| BLUESYSTEMS.CC | 0 Active | 12/14/2012 | 12/14/2013 | 491569954 |

# Community for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| | |
|---|---|
| Display Name | WeFightPiracy |
| Location | Minneapolis, MN US |
| Avatar | https://img1.wsimg.com/cmnty/secure//images/mystery-man.jpg |
| Email Address | prhansmeier@mediacopyrightgroup.com |
| Has Profile | true |
| Is Banned | 0 |
| Last Active | 2013-03-05 21:46:50 |
| Profile Url | http://support.godaddy.com/members/wefightpiracy/ |
| Realname | |
| Username | WeFightPiracy |
| Registered Location | Minneapolis, US |
| Go Daddy Terms of Service | |
| Connection Requests Accepted | |
| New Connection Request | |
| New Messages | |
| Is Terms of Service | true |
| Total Connections | 0 |
| Total Contributions | 0 |
| Total Discussions | 0 |
| Total Groups | 2 |

# Groups

Go Daddy Customers

Web Hosting

GD 000170

# Legal Receipt for Shopper ID 37043778

| | |
|---|---|
| Shopper ID: | 37043778 |
| Receipt ID: | 481516591 |
| Reseller: | GoDaddy |
| Date: | 11/13/2012 10:39:01 AM By customer via Online |
| Source Code: | ??? |

## Shipping Information

john steele

1111 lincoln Road Suite 400

80 S 8th St

miami Beach, FL 33139 US

Daytime Phone: 7086898131

johnlsteele@gmail.com

## Billing Information

john steele

1111 lincoln Road Suite 400

80 S 8th St

miami Beach, FL 33139 US

Daytime Phone: 7086898131

johnlsteele@gmail.com

| | |
|---|---|
| IP: | 24.234.211.161::24.234.211.161 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $40.13*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########3000 |
| Creditcard Information: | AMEX Exp. 8/2015 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $14.99 | $12.99 | 1 | $0.00 | $13.17 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $9.99 | $9.99 | 1 | $2.99 | $7.00 |
| 2 | 84-1 | Business Registration Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $4.99 | $4.99 | 1 | $0.00 | $4.99 |
| 3 | 42001-1 | Hosting - Web - Economy - Linux - US Region - Monthly (recurring) Length: 1 month(s)  This a service item. | $5.99 | $4.99 | 3 | $0.00 | $14.97 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $40.13 | $0.00 | $0.00 | $40.13 |

# Legal Receipt for Shopper ID 37043778

| | |
|---|---|
| Shopper ID: | 37043778 |
| Receipt ID: | 477028670 |
| Reseller: | GoDaddy |
| Date: | 10/29/2012 7:30:26 PM By customer via Online |
| Source Code: | GDBBC1463 |

**Shipping Information**

john steele

1111 lincoln Road Suite 400

80 S 8th St

miami Beach, FL 33139 US

Daytime Phone: 7086898131

johnlsteele@gmail.com

**Billing Information**

john steele

1111 lincoln Road Suite 400

80 S 8th St

miami Beach, FL 33139 US

Daytime Phone: 7086898131

johnlsteele@gmail.com

| | |
|---|---|
| IP: | 72.28.155.178::72.28.155.178 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $14.66*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########3000 |
| Creditcard Information: | AMEX Exp. 8/2015 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 12101-1 | .ORG Domain Name Registration - 1 Year (recurring) Length: 1 year(s) WEFIGHTPIRACY.ORG This a service item. | $16.98 | $6.99 | 1 | $0.00 | $7.17 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) WEFIGHTPIRACY.ORG This a service item. | $9.99 | $9.99 | 1 | $2.50 | $7.49 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $14.66 | $0.00 | $0.00 | $14.66 |

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 8/17/2012 6:15:08 AM / Customer / Client IP: 82.78.35.24 | Domains:0 - Entered Account |
| 8/17/2012 6:00:53 AM / Customer / Client IP: 223.223.133.83 | Web Hosting:0 - Entered Account |
| 8/11/2012 1:32:57 AM / Customer / Client IP: 89.123.211.209 | Database 'hawer553871' created for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 8/11/2012 1:08:39 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/11/2012 1:07:40 AM / Customer / Client IP: 89.123.211.209 | Domains:0 - Entered Account |
| 8/11/2012 1:00:59 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/11/2012 12:19:01 AM / Customer / Client IP: 89.123.211.209 | Domains:0 - Entered Account |
| 8/11/2012 12:10:18 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/11/2012 12:09:05 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/9/2012 5:45:46 AM / 37043778 / Client IP: | Security Info updated |
| 8/9/2012 5:39:11 AM / Crates, Chris / Client IP: GoDaddy Internal | spkto john, mediacopyrightgroup.com cust wanst ftp connections, passes ftp test, sharedd ftp connectins with cust, did review |
| 8/9/2012 5:38:31 AM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |
| 8/9/2012 5:38:00 AM / Chris R. Crates / Client IP: GoDaddy Internal | FTP test complete. External Results: PASSED<br>Action: Connecting to IP 97.74.144.126: Result: Passed<br>Action: Logging in with user mediacopyright: Result: Passed<br>Action: Uploading 20 MB file: Result: Passed<br>Action: Verifying file was uploaded: Result: Passed<br>Action: Verifying file size of uploaded file: Result: Passed<br>Action: Deleting uploaded file: Result: Passed |
| 8/9/2012 5:37:45 AM / Chris R. Crates / Client IP: GoDaddy Internal | Performing an external ftp test. |
| 8/9/2012 5:36:30 AM / Chris R. Crates / Client IP: GoDaddy Internal | SH domain: mediacopyrightgroup.com [f355f276-7ec4-11df-bfea-001143d3bdfb] account accessed through ToolZilla. |
| 8/9/2012 5:35:47 AM / Crates, Chris / Client IP: GoDaddy Internal | Chris Crates accessed account with reason "General/Research". Shopper PIN. |
| 8/9/2012 5:29:56 AM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |
| 8/8/2012 3:32:07 PM / Main, Gavin / Client IP: GoDaddy Internal | cci John wanted to point wefightpiracy.com to new host looked itno expalined we are not domain reg would need to conect them to edit nameservers may just upload to us and still use us closed call. |
| 8/8/2012 3:25:21 PM / Gavin S Main / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 8/8/2012 3:24:17 PM / Main, Gavin / Client IP: GoDaddy Internal | Gavin Main accessed account with reason "General/Research". Shopper PIN. |
| 8/8/2012 3:12:04 PM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |

# Notes Info for Shopper ID 37043778

## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 8/8/2012 7:30:41 AM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |
| 7/10/2012 8:10:14 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccessAutoActivation email for PJPROGRAM.COM to: shopper. |
| 7/10/2012 8:00:42 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PJPROGRAM.COM OrderID: 443090270 RowID: 0 Namespace:domain ResourceID: 127066029 |
| 7/10/2012 8:00:40 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PJPROGRAM.COM OrderID: 443090270 RowID: 2 Namespace:proxima ResourceID: 182793450 |
| 7/10/2012 8:00:39 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PJPROGRAM.COM activated by RegComEPPSvc on 07/10/12 08:00:39 |
| 7/10/2012 8:00:03 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PJPROGRAM.COM privacy set up. DBP customer number is 54213337. |
| 6/8/2012 8:53:19 AM / Customer / Client IP: 10.1.32.108 | Setting AutoRenew = 1: mediacopyrightgroup.com OrderID: 250277997 RowID: 0 Namespace:hosting ResourceID: 116632302 |
| 6/8/2012 6:05:43 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 37043778 for 1 AnnualHosting resource(s) set to expire on Jun. 23, 2012 |
| 5/24/2012 6:21:38 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 37043778 for 1 AnnualHosting resource(s) set to expire on Jun. 23, 2012 |
| 5/21/2012 2:32:28 PM / Customer / Client IP: 50.77.50.222 | Web Hosting:0 - Entered Account |
| 5/4/2012 11:10:44 AM / Farley, Jenny / Client IP: GoDaddy Internal | John.......cust ci about domain name wefightpiracy.com and is needing the ftp username and password information for the hosting account. not in account 13825493. found different account 39706942. did not have password for account. sent reset password. walked cust through where to find the information. the only thing in that account was expired domain name. cust found another account while talking to his friend 37043778, valided into account. walked cust through adding a ftp user to account. |
| 5/4/2012 11:04:36 AM / Customer / Client IP: 204.195.145.253 | Web Hosting:0 - Entered Account |
| 5/4/2012 11:03:23 AM / Jenny  Farley / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 5/4/2012 11:03:10 AM / Farley, Jenny / Client IP: GoDaddy Internal | Jenny Farley accessed account with reason "General/Research". Shopper PIN. |
| 5/4/2012 10:59:36 AM / Jenny Farley / Client IP: GoDaddy Internal | SH domain: mediacopyrightgroup.com [f355f276-7ec4-11df-bfea-001143d3bdfb] account accessed through ToolZilla. |
| 5/4/2012 10:58:49 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:0 - Entered Account |
| 5/4/2012 10:57:12 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:0 - Entered Account |
| 12/23/2011 1:57:18 PM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/23/2011 1:52:11 PM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/21/2011 5:59:47 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/13/2011 1:07:54 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/13/2011 12:58:22 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |

# Notes Info for Shopper ID 37043778

## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 12/13/2011 12:56:51 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/12/2011 9:12:46 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 7:30:43 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 6:57:08 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 2:26:16 AM / Customer / Client IP: 188.27.148.155 | Database 'mediacopyright' created for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 12/9/2011 2:17:50 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 2:07:53 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/6/2011 2:47:46 PM / Damone, Nicholas / Client IP: GoDaddy Internal | CCi because he was getting a form error with his hosting, we both went throught he process and all was working correctly customer confimred |
| 12/6/2011 2:44:41 PM / Nicholas A Damone / Client IP: GoDaddy Internal | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/6/2011 2:44:17 PM / Damone, Nicholas / Client IP: GoDaddy Internal | Nicholas Damone accessed account with reason "General/Research". Shopper PIN. |
| 12/6/2011 2:44:14 PM / Damone, Nicholas / Client IP: GoDaddy Internal | Nicholas Damone accessed account with reason "General/Research". Shopper PIN. |
| 12/5/2011 9:20:43 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/5/2011 9:20:41 AM / Customer / Client IP: 66.202.128.10 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/5/2011 9:11:17 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 11/30/2011 1:48:15 PM / Jesse J Kelly / Client IP: GoDaddy Internal | SH domain: mediacopyrightgroup.com [f355f276-7ec4-11df-bfea-001143d3bdfb] account accessed through ToolZilla. |
| 10/9/2011 9:52:49 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 10/9/2011 9:45:26 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 10/9/2011 9:44:48 AM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 6/21/2011 2:18:48 PM / Brugada, Brandon / Client IP: GoDaddy Internal | Spoke w/ Paul does not want to renew over phone only wants to do online |
| 6/21/2011 2:17:12 PM / Brugada, Brandon / Client IP: GoDaddy Internal | Lynx: An outbound Manual Renewal call was made. Customer was contacted. |
| 6/21/2011 2:14:38 PM / Brugada, Brandon / Client IP: GoDaddy Internal | Brandon Brugada accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 6/15/2011 7:52:45 AM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 6/8/2011 7:16:05 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 37043778 for 1 AnnualHosting resource(s) set to expire on Jun. 23, 2011 |

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 7/15/2010 8:14:58 AM / TotalDNSControl / Client IP: GoDaddy Internal | TDNS Accessed By Customer - Domain: mediacopyrightgroup.com |
| 7/15/2010 8:14:12 AM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 7/14/2010 6:57:08 PM / TotalDNSControl / Client IP: GoDaddy Internal | TDNS Accessed By Customer - Domain: mediacopyrightgroup.com |
| 7/14/2010 6:56:49 PM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 7/8/2010 5:13:54 AM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 6/24/2010 7:59:27 AM / Root, Marcus / Client IP: GoDaddy Internal | outbound - contacted paul, was unreceptive to consult. thanked and closed call. |
| 6/24/2010 7:59:20 AM / Root, Marcus / Client IP: GoDaddy Internal | Lynx: An outbound OR - New Customer call was made. Customer was contacted. |
| 6/24/2010 7:58:41 AM / Root, Marcus / Client IP: GoDaddy Internal | Marcus Root accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 6/23/2010 3:59:06 PM / Brandon A Huemiller / Client IP: GoDaddy Internal | Marked as VERIFIED NO FRAUD. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | Preview DNS is set for AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | PHP version 5 set for AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | Web Stats setup for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | Setup hosting account mediacopyrightgroup.com for AccountUID f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | User account setup for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | EULA accepted for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:56:09 AM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 6/23/2010 5:52:06 AM / Cust-37043778 / Client IP: | Setting AutoRenew = 0: New Account OrderID: 250277997 RowID: 0 Namespace:Hosting ResourceID: 116632302 |

# Shopper Contact Audit History for Shopper ID 37043778

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | city | Minneapolis | miami Beach |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | email | prhansmeier@mediacopyrightgroup.com | johnlsteele@gmail.com |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | first_name | Paul | john |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | last_name | Hansmeier | steele |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | phone1 | 6122345744 | 7086898131 |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | state | MN | FL |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | street1 | 900 IDS Center | 1111 lincoln Road Suite 400 |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | zip | 55402 | 33139 |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | city | | Minneapolis |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | country | | US |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | email | 37043778 | prhansmeier@mediacopyrightgroup.com |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | first_name | | Paul |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | last_name | | Hansmeier |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | phone1 | | 6122345744 |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | state | | MN |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | street1 | | 900 IDS Center |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | street2 | | 80 S 8th St |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | zip | | 55402 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

AF Holdings, LLC, a St. Kitts and Nevis
limited liability company,

                Plaintiff,

v.

David Harris,

                Defendant.

No. CV-12-02144-PHX-GMS

**ORDER**

Pending before the Court is a motion to Stay Litigation or Discovery filed by anonymous non-parties, (Doc. 44).

Apparently, prior to Plaintiff's filing of its Motion for Request of Issuance of Subpoenas (Doc. 39), it served subpoenas on various ISP providers. Six non-parties who indicate that they will be subject to the subpoenas, identified by six IP addresses, request that the subpoenas be quashed, that this Court enter a protective order on their behalf and that this Court stay this litigation pending an order to show cause hearing involving Plaintiff and set for April 2 in Los Angeles in the Central District of California, and the resolution of another action in the state of Minnesota that has just begun.

The show cause hearing in the Central District of California case has now passed. Judge Wright has written his decision as a result of that hearing. In that hearing Judge Wright determined that in the action before him that also involved the alleged infringement of a copyrighted production through a BitTorrent swarm, the principals of Plaintiff did not in good faith disclose their identity, nor their personal interest in the

lawsuits.  Judge Wright notes that had he been aware of such interests, and AF Holdings methods of operation, it would have influenced the extent to which he regulated and/or permitted discovery of IP subscriber information.   He further noted that the assignment agreement, pursuant to which AF Holdings asserted the right to bring the suit, was signed in the name of Alan Cooper.  Mr. Cooper appeared before him in the Order to Show Cause hearing and testified that Mr. Cooper had never had any interest in AF Holdings, but was instead a groundskeeper for one of the persons who appears to hold a principal financial interest in AF Holdings. Although the claims in that case had already been dismissed, Judge Wright entered sanctions.

Such determinations are, of course, disturbing, as they may apply to this action. Plaintiff bases its right to bring this action on a Copyright Assignment Agreement attached as Exhibit B to its Complaint.  In Exhibit B, as apparently was the case in the Los Angeles action before Judge Wright, Alan Cooper purportedly signs the Copyright Assignment Agreement on behalf of AF Holdings, and a Raymond Rogers signs on behalf of Assignors, Heartbreaker films.  There is now substantial reason to question the validity of the assignment on which Plaintiff bases its case.

On its own motion, therefore,

**IT IS ORDERED** that Plaintiff show cause **within seven (7) days** of the date of this Order why this Court should not dismiss this case.  To the extent that Plaintiff asserts a right in the continuation of this case, Plaintiff is ordered to identify:  (1) the persons who signed Exhibit B in the names of Raymond Rogers and Alan Cooper; (2) all persons who hold any interest in Plaintiff; and (3) if Exhibit B to the Complaint is in fact not signed by Alan Cooper and/or Raymond Rogers why Plaintiff and/or counsel should not be sanctioned pursuant to the Court's inherent power and Fed. R. Civ. P. 11 for filing a fraudulent document with this Court.  In the interim, this action is stayed until further Order of this Court.

/ / /

/ / /

**IT IS FURTHER ORDERED** setting an Order to Show Cause Hearing on **May 31, 2013 at 2:30 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 16th day of May, 2013.

G. Murray Snow
United States District Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SUNLUST PICTURES, LLC,**

     **Plaintiff,**

**v.**                                   **Case No.: 8:12-cv-1685-T35-MAP**

**TUAN NGUYEN,**

     **Defendant.**

_____/

## <u>ORDER</u>

**THIS CAUSE** comes before the Court for consideration of Non-Party John Steele's Motion to Strike and Motion for Sanctions Against Defendant Tuan Nguyen and Attorney Graham Syfert.  (Dkt. 51)  John Steele filed this motion seeking to strike certain documents filed by Defendant's counsel and seeking sanctions against the Defendant and his attorney.  John Steele, although represented by counsel, has filed this pleading *pro se*.  John Steele informs the Court that he anticipates that his counsel of record will be filing a motion to withdraw from this matter in the coming weeks.  Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

1. John Steele's motion (Dkt. 51) is hereby **STRICKEN** from the record as the rules of this Court prevent a party represented by counsel from filing pleadings *pro se*.  <u>See</u> <u>M.D. Fla. Local Rule 2.03(d)</u> ("Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court…").

2. If John Steele's counsel of record intend to seek leave to withdraw from this matter, they shall do so as soon as possible in accordance with the Local Rules of this Court.

**DONE and ORDERED** in Tampa, Florida, on this 2nd day of May 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties

2



United States Department of the Treasury
Financial Crimes Enforcement Network

# FinCEN Advisory

Subject:
**Transactions
Involving
St. Kitts & Nevis**

Date:
**July
2000**

Advisory:
**Issue 26**



Banks and other financial institutions operating in the United States are advised to give enhanced scrutiny to all financial transactions originating in or routed to or through the Federation of St. Kitts and Nevis, or involving entities organized or domiciled, or persons maintaining accounts, in St. Kitts and Nevis. The need for such enhanced scrutiny is discussed in the remainder of this Advisory.

St. Kitts and Nevis is a federation composed of two islands located in the Caribbean Sea. The population of the islands is approximately 40,000.

Most of the financial activity in the Federation is concentrated in Nevis, whose economy has become increasingly dependent upon the fees generated by the registration of offshore banks. More than 9,000 offshore companies are registered in Nevis alone; there appears to be no bar under St. Kitts and Nevis law to these companies conducting a banking business outside of the Federation.

The counter-money laundering regime embodied in the legal, supervisory, and regulatory systems of St. Kitts and Nevis suffers from serious systemic problems.

- Money laundering is criminalized only to the extent that it involves the proceeds of narcotics trafficking. Moreover, drug money laundering is punishable only by the imposition of fines.

- Individuals with criminal records are not prohibited from holding management positions in offshore banks registered in Nevis.

- Offshore companies (including those that operate as financial institutions) registered in Nevis are not effectively supervised.

- Offshore companies (including those that operate as financial institutions) are not required to verify the identity of their customers or to maintain records relating to the identity of their customers.

- Financial institutions operating in St. Kitts and Nevis are not required to report suspicious transactions.

- The bank secrecy laws of St. Kitts and Nevis effectively prohibit governmental authorities from obtaining any financial information that is collected and maintained by financial institutions about their customers' identities and transactions.

These deficiencies, among others, have caused St. Kitts and Nevis to be identified by the Financial Action Task Force on Money Laundering (the "FATF") as non-cooperative "in the fight against money laundering." The FATF, created at the 1989 G-7 Economic Summit, is a 29 member international group that works to combat money laundering.

St. Kitts and Nevis has indicated an awareness of these deficiencies. The Federation's Prime Minister has indicated his government's intention to take corrective action and to embark upon a legislative program to address and resolve the problems noted by the FATF. St. Kitts and Nevis has also signed a mutual legal assistance treaty with the United States.

Nonetheless, the legal, supervisory, and regulatory systems of St. Kitts and Nevis at present create significant opportunities and tools for the laundering and protection of the proceeds of crime, and allow criminals who make use of those systems to increase significantly their chances to evade effective investigation or punishment. St. Kitts and Nevis' commitment to bank secrecy and the absence of sufficient supervisory and enforcement mechanisms aimed at preventing and detecting money laundering increase the possibility that transactions involving St. Kitts and Nevis offshore entities and accounts will be used for illegal purposes.

Thus, banks and other financial institutions operating in the United States should give enhanced scrutiny to any transaction originating in or routed to or through St. Kitts and Nevis, or involving entities organized or domiciled, or persons maintaining accounts, in St. Kitts and Nevis. A financial institution subject to the suspicious transaction reporting rules contained in 31 C.F.R 103.18 (formerly 31 C.F.R 103.21) (effective April 1, 1996), and in corresponding rules of the federal financial institution supervisory agencies, should carefully examine the available facts relating to any such transaction to determine if such transaction (of $5,000 or more, U.S. dollar equivalent) requires reporting in accordance with those rules. Institutions subject to the Bank Secrecy Act but not yet subject to specific suspicious transaction reporting rules should consider such a transaction with relation to their reporting obligations under other applicable law.

It should be emphasized that the issuance of this Advisory and the need for enhanced scrutiny does not mean that U.S. financial institutions should curtail legitimate business with St. Kitts and Nevis.

To dispel any doubt about application of the "safe harbor" to transactions within the ambit of this Advisory, the Treasury Department will consider any report relating to a transaction described in this Advisory to constitute a report of a suspicious transaction relevant to a possible violation of law or regulation, for purposes of the prohibitions against disclosure and the protection from liability for reporting of suspicious transactions contained in 31 U.S.C. 5318(g)(2) and (g)(3).

United States officials stand ready to provide appropriate technical assistance to St. Kitts and Nevis officials as they work to remedy the deficiencies in St. Kitts and Nevis's counter-money laundering systems that are the subject of this Advisory.

James F. Sloan
Director

*FinCEN Advisory is a product of the Financial Crimes Enforcement Network,
U.S. Department of the Treasury, P.O. Box 39, Vienna VA 22183
(703) 905-3773. For more information about FinCEN's programs, visit the
FinCEN web site at http://www.fincen.gov.
Questions or comments regarding the contents of the FinCEN Advisory
should be addressed to the Office of Communications, FinCEN.
Information may also be faxed to (703) 905-3885.*