# EXHIBIT B

## To whom it may concern

Trash x

**evilpiratemonkey** <evilpiratemonkey@gmail.com>　　　　　May 9 (13 days ago)

to jnazaire

You are about it get justifiably screwed by the justice system.

It's nice to see.

You aren't very smart, are you?