IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

**Defendant's Notice of Objection and Request for Judicial Notice**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Objection and Request for Judicial Notice**:

Defendant objects to the following paragraphs of Plaintiff's Response (ECF #32) as irrelevant and violating Local Rule 7.1: ¶¶ 2, 4, 5, 6, 7, 8, 9, 10, 11, 12. Defendant objects to Exhibit A of the Response: relevance, best evidence, relevance outweighed by prejudicial effect. Defendant objects to Exhibit B to the Response: relevance, authenticity, best evidence.

Pursuant to Fed. R. Evid. 201(c)(2), Defendant requests that the Court take judicial notice of a recent sanctions order in *Ingenuity 13 LLC v. John Doe*, C.D.Ca., Case No. 2:12-cv-8333-ODW, ECF #164, a true and correct copy which is attached hereto.

Respectfully submitted May 23, 2013:

1

    _____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Certificate of Service**

I hereby certify that on May 23, 2013, I filed the **Defendant's Notice of Objection and Request for Judicial Notice** using the Court's CM/ECF system, which will e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated May 23, 2013:

Respectfully Submitted:

\_\_\_\_/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
4615 Hicks Rd.
Mableton, GA 30126
(404) 579-9668
bchintel1@gmail.com

3