IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| PLAINTIFF : | |
| : | CIVIL ACTION |
| V. : | NO. 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL : | |
| : | |
| DEFENDANT : | |

### N O T I C E

By direction of the Court, the above-styled action is hereby SET for MOTION HEARING ON ALL PENDING MATTERS, ON THURSDAY, JUNE 20, 2013, AT 10:00 A.M., BEFORE HONORABLE WILLIAM C. O'KELLEY, SENIOR UNITED STATES DISTRICT JUDGE IN THE THIRD FLOOR COURTROOM, GAINESVILLE, GA 30501.

This the 24th day of May, 2013.

JAMES N. HATTEN, CLERK

BY:

s/Don Stanhope
Don Stanhope
Courtroom Deputy Clerk
404/215-1535 (Atlanta)
678/450-2735 (Gainesville)