IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| PLAINTIFF | : | |
| | : | CIVIL ACTION |
| V. | : | NO.  2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL | : | |
| | : | |
| DEFENDANT | : | |

## N O T I C E

By direction of the Court, the above-styled action is hereby RESET for MOTION HEARING ON ALL PENDING MATTERS, ON TUESDAY, JULY 2, 2013, AT 10:00 A.M., BEFORE HONORABLE WILLIAM C. O'KELLEY, SENIOR UNITED STATES DISTRICT JUDGE IN THE THIRD FLOOR COURTROOM, GAINESVILLE, GA 30501.

This the 5th day of June, 2013.

JAMES N. HATTEN, CLERK

BY:

s/Don Stanhope
Don Stanhope
Courtroom Deputy Clerk
404/215-1535 (Atlanta)
678/450-2735 (Gainesville)