# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
|     Plaintiff, | : |
| v. | : Civil Action No.<br>: 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
|     Defendant. | : |

## Notice of Change of Address

Counsel for Rajesh Patel hereby files this Notice of Change of Address, notifying the Court, Clerk, and opposing counsel of Defendant's Counsel's new address:

2483 Shoals Terrace
Decatur, GA 30034


Respectfully submitted June 19, 2013:

                                                             /s/ Blair Chintella
                                                      Blair Chintella
                                                      GA Bar No. 510109
                                                      2483 Shoals Terrace
                                                      Decatur, GA 30034
                                                      (404) 579-9668
                                                      bchintel1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

### Certificate of Service

I hereby certify that on June 19, 2013, I filed the **Notice of Change of Address** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated June 19, 2013:

                                        Respectfully Submitted:

                                        _____/s/ Blair Chintella_____
                                        Blair Chintella
                                        GA Bar No. 510109
                                        2483 Shoals Terrace
                                        Decatur, GA 30034
                                        (404) 579-9668
                                        bchintel1@gmail.com