**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Notice of Defendant's Request for Judicial Notice

COMES NOW, Rajesh Patel, by and through counsel, filing this **Notice of Defendant's Request for Judicial Notice**:

Pursuant to Fed. R. Evid. 201(c)(2), Defendant requests that the Court take judicial notice of a declaration purportedly signed by Paul Duffy that was filed in the United States Court of Appeals for the Ninth Circuit, a true and correct copy which is attached hereto.[1]

Respectfully submitted June 25, 2013:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Terrace
(404) 579-9668
bchintel1@gmail.com

---

[1] The document states that it is an affidavit even though it doesn't include a notary's stamp, but it does suffice as a declaration under 28 U.S.C. § 1746.

**IN THE UNITED STATESDISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   Civil Action No.
                                    :   2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :

## <u>Certificate of Service</u>

I hereby certify that on June 25, 2013, I filed the **Notice of Defendant's Request for Judicial Notice** using the Court's CM/ECF system, which will e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated June 25, 2013:

Respectfully Submitted:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Terrace
(404) 579-9668
bchintel1@gmail.com

2