## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Notice of Defendant's Request for Judicial Notice**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Notice of Defendant's Request for Judicial Notice**:

Pursuant to Fed. R. Evid. 201(c)(2), Defendant requests that the Court take judicial notice ECF docket entries # 37 through #37-29 in *First Time Videos, LLC v. Paul Oppold*, FLMD, Docket # 6:12-cv-01493-CEH, **and specifically** ECF #37-11 ("Declaration of Delvan Neville"), a true and correct copy which is attached hereto.

Respectfully submitted July 1, 2013:

                                              ____/s/ Blair Chintella_____
                                              Blair Chintella
                                              GA Bar No. 510109
                                              2483 Shoals Terrace
                                              Decatur, GA 30034
                                              (404) 579-9668
                                              bchintel1@gmail.com

IN THE UNITED STATESDISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Certificate of Service

I hereby certify that on July 1, 2013, I filed the **Notice of Defendant's Request for Judicial Notice** using the Court's CM/ECF system, which will e-mail a copy to the following attorneys' of record:

**Jacques Nazaire (for Plaintiff)**

Dated July 1, 2013:

Respectfully Submitted:

\_\_\_\_/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Terrace
Decatur, GA 30034
(404) 579-9668
bchintel1@gmail.com