# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:12-cv-00262-WCO
## AF Holdings, LLC v. Patel
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 07/02/2013.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:40 P.M.        COURT REPORTER: Alicia Bagley
TIME IN COURT: 3:40                    DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Blair Chintella representing Rajesh Patel<br>Jacques Nazaire representing AF Holdings, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The court reviewed all pending matters with the parties. Defense counsel presented case background, argued their [16] and [30] Motion's for Sanctions, plaintiff's counsel responded to [16] and [30] Motion's for Sanctions, argued their [21] Motion for Sanctions. Defense counsel responded to the courts questions regarding, evidence to initiate case, number of other cases filed concerning same plaintiff, identification on pleadings, unprofessional accusations against defense counsel, inappropriate comments about California courts, corporate disclosure statements. Defense counsel rebuttal, requested brief discovery period. The court stated that he will go through and decide which documents judicial notice will be taken of. The court allowed sixty (60) days of discovery, hearing date to be set in October, 2013. |