IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on July 22, 2013, I served the **Notice of Deposition of Mark Lutz** by mailing a copy via US mail with sufficient postage to the following attorney of record for Plaintiff:

**Jacques Nazaire (for Plaintiff)**

Dated July 22, 2013:

Respectfully Submitted:

____/s/ Blair Chintella____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 579-9668
No fax.
bchintel1@gmail.com