# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Defendant's Motion for A Ruling on the Proper Method to Compel the Attendance of Mark Lutz for a Deposition**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Motion for a Ruling on the Proper Method to Compel the Attendance of Mark Lutz for a Deposition**. Defendant requests the following relief: A ruling stating that the attached **Notice of Deposition of Mark Lutz** is sufficient under to Fed. R. Civ. P. Rule 30 to compel the attendance of Mark Lutz.

Respectfully Submitted July 22, 2013:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 579-9668
No fax.
bchintel1@gmail.com

1