# EXHIBIT A

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| AF Holdings, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:12-cv-00262-WCO |
| Rajesh Patel | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Comcast Cable Communications Management, LLC c/o Monica Mosley (formal service waived per agreement).

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Any and all names, addresses, phone numbers, e-mail addresses, MAC addresses to a modem and/or router or other device, regarding the IP addresses and corresponding dates listsed on the ATTACHED list.

| Place: Via mail: 2483 Shoals Ter., Decatur, GA 30034 | Date and Time: 07/31/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/10/2013

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Rajesh Patel
, who issues or requests this subpoena, are:

Blair Chintella; 2483 Shoals Terr., Decatur, GA 30043; 404-579-9668

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| AF Holdings, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:12-cv-00262-WCO |
| Rajesh Patel | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Georgia ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Domains By Proxy, LLC, 14747 N. Northsight Blvd., Ste. 111, PMB 309, Scottsdale, AZ 85260 - Fax: 480-624-2546.

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: *See the attached.* Please provide

| Place: 8283 N. Hayden Rd., Suite #229, Scottsdale, AZ 85258 | Date and Time: 07/31/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/10/2013

CLERK OF COURT

_____   OR   _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Rajesh Patel, who issues or requests this subpoena, are:

Blair Chintella/2483 Shoals Terr., Decatur, GA 30034/404-579-9668

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| AF Holdings, LLC | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:12-cv-00262-WCO |
| Rajesh Patel | ) |
| | )  (If the action is pending in another district, state where: |
| *Defendant* | )  Northern District of Georgia  ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Compliance Department, GoDaddy.com, LLC, 14455 North Hayden Rd., Ste. 219, Scottsdale, AZ 85260; Fascimile: 480-624-2546.

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: *See the attached.*

| Place: 8283 N. Hayden Rd., Suite #229, Scottsdale, AZ 85258 | Date and Time: 07/31/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___07/10/2013___

CLERK OF COURT

                                                                        OR   *[signature]*
_____                                     _____
*Signature of Clerk or Deputy Clerk*                                       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Rajesh Patel___
_____, who issues or requests this subpoena, are:

Blair Chintella/2483 Shoals Terr., Decatur, GA 30034/404-579-9668