IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Defendant's Emergency Motion to Extend the Discovery Deadline**

Comes now, Defendant, by and through counsel, and files this **Defendant's Emergency Motion to Extend the Discovery Deadline**, requesting the following relief:

1) An order extending the discovery period in this case to provide for a response deadline up to and including September 5, 2013.

2) An "expedited" order pursuant to LR 7.2, NDGa based on the facts set forth in attached Memorandum of law.

    Respectfully Submitted:

| | |
|---|---|
| 2483 Shoals Ter. | **BLAIR CHINTELLA** |
| Decatur, GA 30034 | |
| 404-579-9668 | _____/s/ Blair Chintella_____ |
| No Fax Number | Georgia Bar No. 510109 |
| bchintel1@gmail.com | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## [Proposed] Order

The Court after considering the arguments contained in **Defendant's Emergency Motion to Extend the Discovery Period**, hereby grants Defendant's Emergency Motion pursuant to LR 7.2, NDGa., extending the discovery period within which a response is due to any discovery served up to and including September 5, 2013.

It is hereby ordered this 31 day of July, 2013:

WILLIAM C. O'KELLEY

_____
Judge, United States District Court
for the Northern District of Georgia