IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Local Rule 7.1(D) Certification**

I hereby certify that **Defendant's Emergency Motion to Extend the Discovery Deadline** and the accompanying **Memorandum of Law** comply with LR 5.1B.

Dated July 31, 2013:

Respectfully Submitted:

\_\_\_\_/s/ Blair Chintella\_\_\_\_\_
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 579-9668
No fax.
bchintel1@gmail.com