## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                  :
                                  :
          Plaintiff,              :
                                  :   Civil Action No.
v.                                :   2:12-cv-00262-WCO
                                  :
RAJESH PATEL,                     :
                                  :
          Defendant.              :

### Certificate of Service

I hereby certify that on July 30, 2013, I served **Defendant's Revised First Request for Admissions** by e-mailing counsel for Plaintiff Jacques Nazaire and by leaving a copy at his office:


Dated July 30, 2013:


                         Respectfully Submitted:


                         _____/s/ Blair Chintella___
                         Blair Chintella
                         GA Bar No. 510109
                         2483 Shoals Ter.
                         Decatur, GA 30034
                         (404) 579-9668
                         No fax.
                         bchintel1@gmail.com