IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Certificate of Service**

I hereby certify that on July 30, 2013, I filed the **Defendant's Second Request for Admissions** by e-mailing counsel for Plaintiff pursuant to an agreement and by leaving a copy at his office:

Dated July 30, 2013:

                                                          Respectfully Submitted:

                                                        ____*/s/ Blair Chintella*_____
                                                        Blair Chintella
                                                        GA Bar No. 510109
                                                        2483 Shoals Ter.
                                                         Decatur, GA 30034
                                                        (404) 579-9668
                                                        No fax.
                                                       bchintel1@gmail.com