IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on July 30, 2013, I served **Defendant's Second Interrogatories** on counsel for Plaintiff Jacques Nazaire via e-mail pursuant to an agreement and by personally leaving a copy at his office:

**Jacques Nazaire (for Plaintiff)**

Dated July 30, 2013:

                                            Respectfully Submitted:

                                            _____/s/ Blair Chintella_____
                                            Blair Chintella
                                            GA Bar No. 510109
                                            2483 Shoals Ter.
                                            Decatur, GA 30034
                                            (404) 579-9668
                                            No fax.
                                            bchintel1@gmail.com