IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on July 31, 2013, I served **Defendant's Third Request for Production** by sending a copy to Plaintiff's attorney Jacques Nazaire via e-mail pursuant to an agreement:

**Jacques Nazaire (for Plaintiff)**

Dated July 31, 2013:

                                                     Respectfully Submitted:

                                                     ____*/s/ Blair Chintella*____
                                                     Blair Chintella
                                                     GA Bar No. 510109
                                                     2483 Shoals Ter.
                                                     Decatur, GA 30034
                                                     (404) 579-9668
                                                     No fax.
                                                     bchintel1@gmail.com