## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on August 2, 2013, I served **Defendant's Third Request for Admissions** by e-mailing counsel for Plaintiff pursuant to an agreement entered into between the parties:

Dated August 2, 2013:

                                      Respectfully Submitted:

                                      ____*/s/ Blair Chintella*____
                                      Blair Chintella
                                      GA Bar No. 510109
                                      2483 Shoals Ter.
                                      Decatur, GA 30034
                                      (404) 579-9668
                                      No fax.
                                      bchintel1@gmail.com