# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|                        |     |                          |
|------------------------|-----|--------------------------|
| AF HOLDINGS, LLC       | :   |                          |
|                        | :   |                          |
|        Plaintiff,      | :   |                          |
|                        | :   | Civil Action No.         |
| v.                     | :   | 2:12-cv-00262-WCO        |
|                        | :   |                          |
| RAJESH PATEL,          | :   |                          |
|                        | :   |                          |
|        Defendant.      | :   |                          |

## DEFENDANT'S REVISED FIRST REQUEST FOR ADMISSIONS

Pursuant to Fed. R. Civ. 36, Defendant hereby requests that Plaintiff respond to the following Requests for Admissions:

## INSTRUCTIONS

Respond to the following statements with either "admitted" or "denied" or a qualified statement, but only if a qualified statement is essential to providing an accurate response to an otherwise imperfect request for admission. See generally Tequila Centinela, S.A. de C.V. v. Bacardi & Co. Ltd., 247, F.R.D. 198, 203 (D.D.C. 2008) (compound questions require a compound response). However, do not qualify an answer based on the "information and belief" of Plaintiff. See generally Interland, Inc. v. Bunting, 2005 WL 2414990 * 11 (N.D. Ga. 2005). A reasonable investigation must be conducted before responding. See generally M & T Mortg. Corp. v. Miller, 2008 WL 4163141 (E.D. N.Y. 2008) (party's failure to

inspect records in possession of third parties but to which the party had access resulted in requests being deemed admitted). This duty includes but is not limited to consulting any documents or other information within Plaintiff's custody or control. See generally Bouchard v. U.S., 241 F.R.D. 72, 76-77 (D. Me. 2007); Concerned Citizens of Belle Haven v. Belle Haven Club, 223 F.R.D. 39, 44 (D. Conn. 2004) (inquiry may, in limited circumstances, extend to non-parties). The duty also includes inquiring of an expert. See generally Drutis v. Rand McNally & Co., 236 F.R.D. 325, 331 (E.D. Ky. 2006). If a lack of knowledge is claimed, specifically state such under oath and specify the steps taken in attempting to response. See generally Rule 36(a) advisory committee's note (1970) & 37(c)(2), House v. Giant of Maryland LLC, 232 F.R.D. 257, 262 (E.D. Va. 2005), and Interland at *10. If a request is supposedly "vague or ambiguous," it is advisable to confer with Defendant's counsel prior to responding. See generally TK Power, Inc. v. Textron, Inc., 2006 WL 733494 * 6 (N.D. Cal. 2006).

## REQUESTS

1. Admit that the attached e-mail and any attachments thereto attached as Exhibit 001 are authentic.

2. Admit that the attached e-mail and any attachments thereto attached as Exhibit 002 are authentic.

3.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 003 are authentic.

4.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 004 are authentic.

5.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 005 are authentic.

6.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 006 are authentic.

7.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 007 are authentic.

8.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 008 are authentic.

9.  Admit that the attached e-mail and any attachments thereto attached as Exhibit 009 are authentic.

10. Admit that the attached e-mail and any attachments thereto attached as Exhibit 010 are authentic.

11. Admit that the attached e-mail and any attachments thereto attached as Exhibit 011 are authentic.

12. Admit that the attached e-mail and any attachments thereto attached as Exhibit 012 are authentic.

13. Admit that the attached e-mail and any attachments thereto attached as Exhibit 013 are authentic.

14. Admit that the attached e-mail and any attachments thereto attached as Exhibit 014 are authentic.

15. Admit that the attached e-mail and any attachments thereto attached as Exhibit 015 are authentic.

16. Admit that the attached e-mail and any attachments thereto attached as Exhibit 016 are authentic.

17. Admit that the attached e-mail and any attachments thereto attached as Exhibit 017 are authentic.

18. Admit that the attached e-mail and any attachments thereto attached as Exhibit 018 are authentic.

19. Admit that the attached e-mail and any attachments thereto attached as Exhibit 019 are authentic.

20. Admit that the attached e-mail and any attachments thereto attached as Exhibit 020 are authentic.

21. Admit that the attached e-mail and any attachments thereto attached as Exhibit 021 are authentic.

22. Admit that the attached e-mail and any attachments thereto attached as Exhibit 022 are authentic.

23. Admit that the attached e-mail and any attachments thereto attached as Exhibit 023 are authentic.

24. Admit that the attached e-mail and any attachments thereto attached as Exhibit 024 are authentic.

25. Admit that the attached e-mail and any attachments thereto attached as Exhibit 025 are authentic.

26. Admit that the attached e-mail and any attachments thereto attached as Exhibit 026 are authentic.

27. Admit that the attached e-mail and any attachments thereto attached as Exhibit 027 are authentic.

28. Admit that the attached e-mail and any attachments thereto attached as Exhibit 028 are authentic.

29. Admit that the attached e-mail and any attachments thereto attached as Exhibit 029 are authentic.

30. Admit that the attached e-mail and any attachments thereto attached as Exhibit 030 are authentic.

31. Admit that the attached e-mail and any attachments thereto attached as Exhibit 031 are authentic.

32. Admit that the attached e-mail and any attachments thereto attached as Exhibit 032 are authentic.

33. Admit that the attached e-mail and any attachments thereto attached as Exhibit 033 are authentic.

34. Admit that the attached e-mail and any attachments thereto attached as Exhibit 034 are authentic.

35. Admit that the attached e-mail and any attachments thereto attached as Exhibit 035 are authentic.

36. Admit that the attached e-mail and any attachments thereto attached as Exhibit 036 are authentic.

37. Admit that the attached e-mail and any attachments thereto attached as Exhibit 037 are authentic.

38. Admit that the attached e-mail and any attachments thereto attached as Exhibit 038 are authentic.

39. Admit that the attached e-mail and any attachments thereto attached as Exhibit 039 are authentic.

40. Admit that the attached e-mail and any attachments thereto attached as Exhibit 040 are authentic.

41. Admit that the attached e-mail and any attachments thereto attached as Exhibit 041 are authentic.

42. Admit that the attached e-mail and any attachments thereto attached as Exhibit 042 are authentic.

43. Admit that the attached e-mail and any attachments thereto attached as Exhibit 043 are authentic.

44. Admit that the attached e-mail and any attachments thereto attached as Exhibit 044 are authentic.

45. Admit that the attached e-mail and any attachments thereto attached as Exhibit 045 are authentic.

46. Admit that the attached e-mail and any attachments thereto attached as Exhibit 046 are authentic.

47. Admit that the attached e-mail and any attachments thereto attached as Exhibit 047 are authentic.

48. Admit that the attached e-mail and any attachments thereto attached as Exhibit 048 are authentic.

49. Admit that the attached e-mail and any attachments thereto attached as Exhibit 049 are authentic.

50. Admit that the attached e-mail and any attachments thereto attached as Exhibit 050 are authentic.

51. Admit that the attached e-mail and any attachments thereto attached as Exhibit 051 are authentic.

52. Admit that the attached e-mail and any attachments thereto attached as Exhibit 052 are authentic.

53. Admit that the attached e-mail and any attachments thereto attached as Exhibit 053 are authentic.

54. Admit that the attached e-mail and any attachments thereto attached as Exhibit 054 are authentic.

55. Admit that the attached e-mail and any attachments thereto attached as Exhibit 055 are authentic.

56. Admit that the attached e-mail and any attachments thereto attached as Exhibit 056 are authentic.

57. Admit that the attached e-mail and any attachments thereto attached as Exhibit 057 are authentic.

58. Admit that the attached e-mail and any attachments thereto attached as Exhibit 058 are authentic.

59. Admit that the attached e-mail and any attachments thereto attached as Exhibit 059 are authentic.

60. Admit that the attached e-mail and any attachments thereto attached as Exhibit 060 are authentic.

61. Admit that the attached e-mail and any attachments thereto attached as Exhibit 061 are authentic.

62. Admit that the attached e-mail and any attachments thereto attached as Exhibit 062 are authentic.

63. Admit that the attached e-mail and any attachments thereto attached as Exhibit 063 are authentic.

64. Admit that the attached e-mail and any attachments thereto attached as Exhibit 064 are authentic.

65. Admit that the attached e-mail and any attachments thereto attached as Exhibit 065 are authentic.

66. Admit that the attached e-mail and any attachments thereto attached as Exhibit 066 are authentic.

67. Admit that the attached e-mail and any attachments thereto attached as Exhibit 067 are authentic.

68. Admit that the attached e-mail and any attachments thereto attached as Exhibit 068 are authentic.

69. Admit that the attached e-mail and any attachments thereto attached as Exhibit 069 are authentic.

70. Admit that the attached e-mail and any attachments thereto attached as Exhibit 070 are authentic.

71. Admit that the attached e-mail and any attachments thereto attached as Exhibit 071 are authentic.

72. Admit that the attached e-mail and any attachments thereto attached as Exhibit 072 are authentic.

73. Admit that the attached e-mail and any attachments thereto attached as Exhibit 073 are authentic.

74. Admit that the attached e-mail and any attachments thereto attached as Exhibit 074 are authentic.

75. Admit that the attached e-mail and any attachments thereto attached as Exhibit 075 are authentic.

76. Admit that the attached e-mail and any attachments thereto attached as Exhibit 076 are authentic.

77. Admit that the attached e-mail and any attachments thereto attached as Exhibit 077 are authentic.

78. Admit that the attached e-mail and any attachments thereto attached as Exhibit 078 are authentic.

79. Admit that the attached e-mail and any attachments thereto attached as Exhibit 079 are authentic.

80. Admit that the attached e-mail and any attachments thereto attached as Exhibit 080 are authentic.

81. Admit that the attached e-mail and any attachments thereto attached as Exhibit 081 are authentic.

82. Admit that the attached e-mail and any attachments thereto attached as Exhibit 082 are authentic.

83. Admit that the attached e-mail and any attachments thereto attached as Exhibit 083 are authentic.

84. Admit that the attached e-mail and any attachments thereto attached as Exhibit 084 are authentic.

85. Admit that the attached e-mail and any attachments thereto attached as Exhibit 085 are authentic.

86. Admit that the attached e-mail and any attachments thereto attached as Exhibit 086 are authentic.

87. Admit that the attached e-mail and any attachments thereto attached as Exhibit 087 are authentic.

88. Admit that the attached e-mail and any attachments thereto attached as Exhibit 088 are authentic.

89. Admit that the attached e-mail and any attachments thereto attached as Exhibit 089 are authentic.

90. Admit that the attached e-mail and any attachments thereto attached as Exhibit 090 are authentic.

91. Admit that the attached e-mail and any attachments thereto attached as Exhibit 091 are authentic.

92. Admit that the attached e-mail and any attachments thereto attached as Exhibit 092 are authentic.

93. Admit that the attached e-mail and any attachments thereto attached as Exhibit 093 are authentic.

94. Admit that the attached e-mail and any attachments thereto attached as Exhibit 094 are authentic.

95. Admit that the attached e-mail and any attachments thereto attached as Exhibit 095 are authentic.

96. Admit that the attached e-mail and any attachments thereto attached as Exhibit 096 are authentic.

97. Admit that the attached e-mail and any attachments thereto attached as Exhibit 097 are authentic.

98. Admit that the attached e-mail and any attachments thereto attached as Exhibit 098 are authentic.

99. Admit that the attached e-mail and any attachments thereto attached as Exhibit 099 are authentic.

100.    Admit that the attached e-mail and any attachments thereto attached as Exhibit 100 are authentic.


This 30 day of July, 2013:

2483 Shoals Ter.
Decatur, GA 30034
404-579-9668
No Fax Number
bchintel1@gmail.com

**BLAIR CHINTELLA**

Georgia Bar No. 510109
Attorney for Defendant