

**Anonymous Coward**, *May 23rd, 2013 @ 11:20am*

Thank you Prenda! You've provided me with tons of FREE entertainment.

They never fail to deliver!

[ **reply to this** | **link to this** | **view in thread** ]

1.
    - o    insightful
    - o    funny
    - o    report



**Anonymous Coward**, *May 23rd, 2013 @ 11:22am*

They say that a thousand monkeys typing randomly on a typewriter would eventually be able to produce the works of Shakespeare.

Maybe this monkey thinks that he can take the same approach to litigation?

[ **reply to this** | **link to this** | **view in thread** ]

2.
    - o    insightful
    - o    funny
    - o    report



**Anonymous Coward**, *May 23rd, 2013 @ 11:30am*

"even thought they're the same companies"

even **though, not thought.**

[ reply to this | link to this | view in thread ]

3.
- insightful
- funny
- report



Julian Perez, *May 23rd, 2013 @ 11:37am*

**This strategy makes sense**

If you consider that what they're trying to do is construct a narrative all these bad things are happening to the Prenda people because they're Copyright's Greatest Heroes, and their opponents are anarchists who despise copyright law.

To them, the only real reason you could ever despise their obviously criminal endeavor is because you're a filthy pirate downloading on the sly.

This has a basis in truth: I despise people using existing copyright law, using the courts as a type of extortion scheme, the majority of which are totally innocent people who settle not out of guilt but because it's more convenient than legal fees.

What you have to remember is this: the Prenda people aren't "bad lawyers" or a single aberration. They are able to do what they do as a direct result of outrageously backward copyright law.

What's interesting about the Prenda people's worldview is this: they view themselves as defenders of copyright law. They see themselves the same way that the wild-eyed fanatics at Copyhype do, or other

blogs run by people without knowledge of economics or technology...as defenders of the law, unfairly railroaded and persecuted by "scary" tech types.

Have a look in the mirror, trolls, and luddites like Terrence Hart or Devin Hartline. These guys aren't an aberration - they're YOU.



**Loki**, *May 23rd, 2013 @ 11:37am*

*Why would the defendant in this case file a copy of a motion (ECF No. 31, Defendant's Exhibit B) from the California case and into THIS docket when that motion has nothing to do with this case?*

Might have something to do with the fact that Judge Wright ordered it to be so? Why does it seem that most of the people on team Prenda struggle so much with simple reading comprehension (not to mention simple logic)? And how in the hell did these people manage to pass the bar?



**That Anonymous Coward** (profile), *May 23rd, 2013 @ 11:43am*

I'm guessing it must be all my fault...

I am the loudmouthed gay guy with the word Anonymous in his nym calling this tragic moron an idiot and his bosses scammers.



**Anonymous Coward**, *May 23rd, 2013 @ 11:46am*

Maybe he's just freaking out?

I'd be pretty spooked too if an evil pirate monkey with 1337 h@x0z 5ki11z started emailing me.

[ **reply to this** | **link to this** | **view in thread** ]

4.
- o   insightful
- o   funny
- o   report



**DannyB** (profile), *May 23rd, 2013 @ 11:48am*

**Re:**

You do not need to have "Anonymous" in your nym in order to be a loudmouthed gay guy that calls Prenda lawyers idiots and their bosses scammers.

My nym doesn't have "anonymous" in it.

[ **reply to this** | **link to this** | **view in thread** ]

5.
- o   insightful
- o   funny
- o   report



Julian Perez, *May 23rd, 2013 @ 11:48am*



**Anonymous Coward**, *May 23rd, 2013 @ 11:53am*

**Re:**

I'm sure they have perfectly good reading comprehension skills. They're just hoping *others* don't have the same.

[ **reply to this** | **link to this** | **view in thread** ]

6.
- insightful
- funny
- report



**Josef Anvil** (**profile**), *May 23rd, 2013 @ 11:58am*

**Re: This strategy makes sense**

"What you have to remember is this: the Prenda people aren't 'bad lawyers' or a single aberration."

Ummm yeah, I agree. Extortion and Fraud make them criminals and they should be dealt with as such.

[ **reply to this** | **link to this** | **view in thread** ]

7.
- insightful
- funny
- report



**GMacGuffin** (profile), *May 23rd, 2013 @ 11:58am*

**Chewbacca Defense**

Pure and simple.

[ **reply to this** | **link to this** | **view in thread** ]

8.
- insightful
- funny
- report



**cosmicrat** (profile), *May 23rd, 2013 @ 12:01pm*

**Look...**

Squirrel!



**Anon E. Mous** (profile), *May 23rd, 2013 @ 12:09pm*

Does Prenda hire there Lawyers from Craiglist or something? This guy perfectly fits Prenda's modus operandi perfectly.

Lets have a checklist of his submission:

1) Submit arguments and exhbits that have nothing to do with case at hand. Check

2) Take Federal Judge's order filed with the court that involves Prenda case and deny that it relates to said Prenda case. Check

3) Blame opposing council for difficulties in arguing said case. Check

4) Ask Judge to ignore submissions by anyone not affiliated with Prenda. Check

By chance before he became a lawyer , was he entertaining at kids parties and making balloon animals and honking a horn while wearing big red floppy shoes? Just curious.

- o



**Boojum**, *May 23rd, 2013 @ 12:36pm*

**Re:**

I give these documents 2 monkeys and 15 minutes.
Boojum

[ **reply to this** | **link to this** | **view in thread** ]

9.
- o   insightful
- o   funny
- o   report



**dennis deems** (**profile**), *May 23rd, 2013 @ 12:44pm*

**Re: Chewbacca Defense**

Logged in to say this but you beat me to it. Look at the monkey!

[ **reply to this** | **link to this** | **view in thread** ]

10.
- insightful
- funny
- report



**dennis deems** (profile), *May 23rd, 2013 @ 12:46pm*

**Re: Re:**

I'll join this conga line :)

[ **reply to this** | **link to this** | **view in thread** ]

11.
- insightful
- funny
- report



**Franklin G Ryzzo** (profile), *May 23rd, 2013 @ 12:46pm*

**Re: Chewbacca Defense**

I humbly request that the Chewbacca Defense now be called the Nazaire Defense. I feel Chewbacca and Wookies in general are disparaged by the original naming, and that they would provide a significantly better defense... albeit one of laser crossbows and being beaten with droid arms.

**Re:**

*Does Prenda hire there Lawyers from Craiglist or something?*

Yes.

http://fightcopyrighttrolls.files.wordpress.com/2012/10/nazairecraigslistad.pn g

**Glen**, *May 23rd, 2013 @ 12:57pm*

**Re: Re:**

Oh good lord!!!

[ **reply to this** | **link to this** | **view in thread** ]

12.
- o   insightful
- o   funny
- o   report

**GeneralEmergency** (profile), *May 23rd, 2013 @ 1:04pm*

**Announcing the next EXHIBIT B contest!!!**

.

Hi there Boys and Girls!

Why let EvilPirateMonkey@gmail.com have all the fun and glory? You too can get included in Jacques Nazaire's next wacky court filing just by dashing off a hastily composed missive.

Here's all you need to do:
1) Think up crazy or insulting or even completely factual stuff.
2) Email it off to Jacques Nazaire.
3) Sit back and bask in the resulting fame.

Just think about it! You could be the very next winner* like EvilPirateMonkey@gmail.com in the hilarious Prenda Circus of Copyright Litigation Shame!

(*Contest not legal in Rhode Island and Cochise County, Az.)

.



**Nastybutler77** (profile), *May 23rd, 2013 @ 1:10pm*

I'd say the Plaintiff's Exhibit B was pretty accurate. Or perhaps prescient.



**sophisticatedjanedoe** (profile), *May 23rd, 2013 @ 1:15pm*

**Re:**

As @JohnHenryLawyer nicely put it,

So what you are saying is that Exhibit A answers the question put forth in Exhibit B?



**apauld** (profile), *May 23rd, 2013 @ 1:22pm*

I'm beginning to think that I've been mispronouncing "Jacques" for many years. Always thought it was /jak/ turns out it is pronounced /jak as/.



**Anon E. Mous** (profile), *May 23rd, 2013 @ 1:45pm*

**Re: Re:**

Bwahahahaha That explains everything with Jacques briefs!



**Anonymous Coward**, *May 23rd, 2013 @ 2:13pm*

At this point that wall he is aiming at is covered in hyper-non-sticky coat already.



**Lucy**, *May 23rd, 2013 @ 2:53pm*

So he is trying to get the judge to ignore any information on Prenda by saying "Here look at some mug shots of random hackers." Also, "An internet stranger sent me an email."

Very compelling arguments indeed. Is he billing for these shenanigans?

He forgot to include pictures of his dinner and a status update.



**Squirrel Brains** (profile), *May 23rd, 2013 @ 3:05pm*

It would be funny if the author of Exhibit A sued Jacques Nazaire for copyright infringement for reproducing the entire article (I jest... mostly...).



**sophisticatedjanedoe** (profile), *May 23rd, 2013 @ 3:15pm*

For the record, I'm very sympathetic to those 14, mainly due to a huge disproportionality of the punishment they have been receiving (even before the trial or judgement).

So I just made a gift to Nazaire: next time you, Jacques, can build your pleading on the fact that the owner of a blog critical to your (fake) client and your scumbag masters expressed sympathy to evil hackers.



**Zem**, *May 23rd, 2013 @ 3:29pm*

**Extend the hand of friendship.**

These guys need our help. It's time we extended the hand of friendship and remind them of the excuses that always worked in the past. I will go first.

"Your honour, the dog ate my motion"

**Anonymous**, *May 23rd, 2013 @ 3:33pm*

**Re: Re: Chewbacca Defense**

Spank it! Spank it quick!

- 

**Anonymous**, *May 23rd, 2013 @ 3:35pm*

**Re: Extend the hand of friendship.**

Dogs will sometimes eat motions...right out of the cat's litter box.

[Hephaestus](profile), *May 23rd, 2013 @ 5:31pm*

**Re: Look...**

OMG ... a disney flick reference on techno site ... well done.

[ reply to this | link to this | view in thread ]

13.



**Anonymous Coward**, *May 23rd, 2013 @ 6:34pm*

The best and brightest of copyright enforcement, ladies and gentlemen.

average_joe and horse with no name just hate it when due process is enforced.

report



**mac insand** (profile), *May 23rd, 2013 @ 7:11pm*

**Nazaire needs to keep on filing**

There are a couple of reasons that Nazaire needs to keep this up. One is that we get entertainment from seeing which variant of the Chewbacca defense he tries next. After the gay marriage and Paypal hacker defenses, what's next? The other reason is that there might be a handful of attorneys that were drunk at the bar during his past filings, and additional meandering, reason-free, antilogical missives like this will eventually guarantee that there is no-one in the legal field unaware of his incompetence.

[ reply to this | link to this | view in thread ]



**That Anonymous Coward** (profile), *May 23rd, 2013 @ 8:41pm*

**Re: Re:**

Well he filed something to claim it was all because of gay marriage, then he filed something blaming it all on Anonymous... I'm pretty much the poster child for that when it comes to Prenda... (see the exhibits in the defamation cases and I'm quoted a few times in the actual filing.)

Maybe the 'fame' went to my head?

[ **reply to this** | **link to this** | **view in thread** ]

1.



**That Anonymous Coward** (profile), *May 23rd, 2013 @ 8:43pm*

**Re: Re:**

I wouldn't waste the time emailing him, all of my name calling is done publicly.

[ **reply to this** | **link to this** | **view in thread** ]

2.



**That Anonymous Coward** (profile), *May 23rd, 2013 @ 9:00pm*

One would hope that the court would look on this filing and issue the needed bench slap.

He is hoping to mislead the court in order to make them sympathetic to his plight, and ignore how he and his employers have been violating the law.

Oooh he got 1 email. Isn't this the same fellow who about shit himself when his emails were submitted to the court? Did he get permission from the sender? Or are his rules different each time?

How many harassing letters has Pretenda et al send out?
How many harassing phone calls have they made?

You pound on your military record, you pound on but but but gays, you pound on but but but hackers...

you should go pound sand you moron.

You either placed or answered an ad on Craigslist to get into this case to make money. This leads people to make judgements about your skills. Your filings confirm those judgements as maybe not being harsh enough.

You have no case and wasting the courts time should be punished.

And the person who emailed you is right, you aren't very smart, are you. Had you actually been harassed (by the way Gibbs tried the whole they are picking on me trick as well and he had cancer on his side and failed with this gambit) you would file an actual complaint. An actual complaint would let you attempt to get the records to locate your single email sending harasser. Unless of course you already know who created and sent that email and have no need to investigate further. Your bosses forged documents and carried out fraud on the courts, to think for a second an unverified email that you refused to investigate counts as evidence assumes the Judges are as gullible as you. Bonus points for not posting the whole headers, it makes it much harder for anyone to take you seriously.

You really aren't very smart are you.


[ **reply to this** | **link to this** | **view in thread** ]

3.

**Tex Zero**, *May 23rd, 2013 @ 11:25pm*


Bravo. Fantastic response. I really do hope Mr Nazaire reads Techdirt.


[ **reply to this** | **link to this** | **view in thread** ]

4.

**Pragmatic**, *May 24th, 2013 @ 5:51am*

**Re: Re:**

Oh Em Gee...

...that really is too much! Bwahahahahaaaa!

[ reply to this | link to this | view in thread ]

5.
- insightful
- funny
- report

**sophisticatedjanedoe** (profile), *May 24th, 2013 @ 11:41am*

Defendant, through Blair Chintella, replied to Nazaire's bizarre pleading. Translation from Legalese:

Exhibits A & B: WTF??

Also, Chintella tweeted that the sanction motion hearing is set to June 20, 2013.