# Georgia

**14**

# Active trolls

- **Jacques Nazaire** (genera: Prenda — local counsel). A starving unemployed attorney whose dignity is for sale, very cheap.

# Special appearance

**Linda Ellis**: she is a troll of a different genera, nonetheless I decided to dedicate a page to her.

- Flattr
-
-
-
-
-
-
- Email
-

**Like this:**

# Comments

1.  Raul says:
   March 19, 2012 at 4:46 pm

   1
   0

   **Rate This**

   Judge Thrash trashes a troll case (great one to cite in a MTQ filed in Georgia, there are a few others as well) http://ia600703.us.archive.org/31/items/gov.uscourts.gand.177647/gov.uscourts.gand.177647.14.0.pdf

   Reply

   -  **DieTrollDie** says:

March 20, 2012 at 2:26 pm

0

0

**Rate This**

Yes, this is a good order to cite. I think I need to add a new page, something along the lines of "Citable Orders."

DTD 😃

**Reply**

2. Raul says:
   March 20, 2012 at 5:03 pm

   0

   0

   **Rate This**

   That will end up being a long page.

   **Reply**

3. Drifter says:
   November 9, 2012 at 7:28 pm

   0

   0

   **Rate This**

   New mass Doe case by West Coast Productions, Inc in Georgia filed on the 8th.

   http://www.rfcexpress.com/lawsuits/copyright-lawsuits/georgia-southern-district-court/118203/west-coast-productions-inc-v-does-1-46/summary/

   This is the first Copyright troll case filed in the Southern District, they seem to be trying new ground as the mass Doe suits went nowhere last year in the Northern District.

   New troll as well, Nathan C. Belzer of Belzer, PC.

   **Reply**

   o doecumb says:

November 17, 2012 at 3:40 pm

0

0

**Rate This**

Right. Either the trolls see Georgia as new territory or easy pickings.

By the RFC listings, there is a surge of new cases in the past month (since 10/11/12) in Georgia. They total 28 new filings. There have been 22 new cases filed by Jacques Nazaire in the Georgia Middle and Northern districts. There have been 6 new cases filed Nathan C. Belzer in the Georgia Southern district.

Mr. Jacques Nazaire filed for porn purveyor plaintiff who are represented in other states by Prenda attorneys, including AF Holdings, Sunlust Pictures, and Boy Racer.

Mr. Nathan C. Belzer filed for a porn purveyor client who are represented in other states by the Dunlap, Grubb & Weaver group. One of Mr. Belzer's plaintiffs, the porn purveyor West Coast Productions, Inc. distributes a stable of classic films including the "Anal Gape" series and the "Anal Booty" series. Some of Mr. Belzer's other recent trolling cases may be for non-porn movies.

**Reply**

- **Raul** says:

  November 18, 2012 at 7:52 pm

  1

  0

  **Rate This**

  Trolls must have been lousy history students in high school.

  **Reply**

4. Anonymous says:

   November 19, 2012 at 10:08 am

   1

   0

   **Rate This**

Jacques Nazaire has filed a few individual cases in GA. It says they have actually sent out summons. Do the trolls actually send these out? Or have they been more or less empty promises so far to?

**Reply**

- Anonymous says:

  November 19, 2012 at 11:04 am

  0

  0

  **Rate This**

  I'm not sure, but I don't know if they actually "sent out" the summons, at least to the defendant. If I'm reading it right, it means that the court issued the summons regarding the named defendants to the plaintiff so that they could serve them. Which they would have to do since its one person in a case and the person has to know.

  Now I think its up to Prenda/Nazaire to take the summons and serve the defendant.

  **Reply**

5. Anonymous says:

   January 2, 2013 at 6:56 pm

   0

   0

   **Rate This**

   The judge dismissed Naziare's Guava case. See below for reasoning!

   http://ia601503.us.archive.org/3/items/gov.uscourts.gamd.87334/gov.uscourts.gamd.87334.6.0.pdf

   **Reply**

6. Drifter says:

   January 27, 2013 at 2:03 am

   1

   0

   **Rate This**

   Six new mass doe copyright cases in Georgia Southern District filed by troll Nathan C. Belzer on the 25. They are all on behalf of no-name films nobody has ever heard by small production companies.

This seems to be the new model for companies making unprofitable films to recover the money lost by the films poor box office/dvd sales.

**Reply**

7. Anonymous says:
   **March 18, 2013 at 11:07 pm**

   0

   4

   **Rate This**

   The People on this post sound bitter and nasty. No one will listen to anyone who sounds as mean as the author or followers of this article.

   **Reply**

   o  that anonymous coward says:

      **March 29, 2013 at 5:09 am**

      2

      0

      **Rate This**

      If you think its bad here you should hear about this nasty poet who is a real piece of work. She likes to extort money from people over a crappy little poem that she waited 2 years to register and misrepresented the date it was actually copyrighted. 2 words baby… Actual Damages…

      **Reply**

8. The Law says:
   **March 18, 2013 at 11:11 pm**

   0

   5

   **Rate This**

   The Electronic Frontier Foundation are a bunch of communists attempting to silence attorneys who defend intellectual property rights.

   What is the incentive of writing this article? Stop hiding behind this anonymous posting losers.

   **Reply**

- **SJD** says:

    March 18, 2013 at 11:17 pm

    **5**

    **0**

    **Rate This**

    Linda, stop trolling, otherwise I'll obtain a protective order to compel you 😉

    **Reply**