**Followup**

- [Good news from Georgia: Court has approved discovery aimed to uncover more Prenda's crookery.](#)

- [Flattr](#)

- 

- 

- 

- 

- [inShare](#)

- 

- [Email](#)

- 

**Like this:**

Comments

1. **DieTrollDie** says:

May 22, 2013 at 4:51 pm

0

0

**Rate This**

The "Evilpiratemonkey' was soooooooo crafty. Maybe he is cousin to the Evil Hate Monkey (http://www.youtube.com/watch?v=Si0DcLvdyJw). Sad little Troll.

DTD 

**Reply**

- CTVic says:

May 22, 2013 at 4:52 pm

0

0

**Rate This**

I've seen Trixie LIttle & Evil Hate Monkey perform. They have some talent 🙂

**Reply**

- juancarlosdeburbon says:

May 23, 2013 at 8:39 pm

0

0

**Rate This**

You owe me 4:18 of my life back.

**Reply**

2. CTVic says:

May 22, 2013 at 4:54 pm

1

0

**Rate This**

Nobody makes lawyerling look like hard work quite as well as a shitty ass lawyer. Nazaire makes it look HAAAAAARRRRRDDDDD

**Reply**

3. Mysterious Anonymous says:

May 22, 2013 at 5:06 pm

5

0

**Rate This**

Let me get this straight.

He's trying to argue that the fact that the firm he represents has been found to be defrauding the courts, committing ID theft, and has been catastrophically sanctioned for that behavior via monetary sanctions (that they are currently refusing to comply with) and criminal referrals to the USAO and IRS, is totally irrelevant to the case before the Georgia court.

And to support this argument (that the so-called irrelevant documents should not be filed), he files a couple of documents that, by his own admission, are totally irrelevant?

Now we know why this guy has to work for Prenda.

**Reply**

- DB says:

May 22, 2013 at 9:57 pm

1

0

Rate This

Yes, it's irrelevant because the word 'fraud' might have a completely different meaning in California. We need to look at the details of th…

!!!WOOKIE!!

Reply

4.  Raul says:

May 22, 2013 at 9:33 pm

2

0

Rate This

Have to admit this is one of the Prenda lawsuits I have been trolling because you just knew Nazaire's response was going to be off the wall, but have to agree with SJD, he did exceed expectations.

The question is: Why is Prenda allowing this very obvious loose cannon to careen around the deck of their sinking ship?

Reply

o indoemitable says:

May 22, 2013 at 9:55 pm

0

0

**Rate This**

Insanity plea? Or planning to stall for time so XBiz can send off the S.S. Prenda to sail for territories not named the USA?

**Reply**

5. indoemitable says:

May 22, 2013 at 9:36 pm

0

0

**Rate This**

Fellas! Let's give the guy a break. Trolling websites that allow you to post anonymously is hard, hard work. Nazaire can't even get his thoughts together, never mind make a logical argument for the court.

**Reply**

6. saveadoestarveatroll says:

May 22, 2013 at 11:14 pm

0

0

**Rate This**

"Allowing this to continue will cause confusion and will lead to unnecessary billing fees. . . ." Um, Pot, meet Kettle.

Reply

    7. **saveadoestarveatroll** says:

May 22, 2013 at 11:16 pm

0

0

**Rate This**

Everybody needs a good face-palm once in a while.

Reply

    8. **Prenda's local Jacques Nazaire: Judge Wright's order is irrelevant because… Anonymous attacked PayPal -** says:

May 23, 2013 at 1:16 am

0

0

**Rate This**

[…] Ah, Prenda's local in Georgia, Jacques Nazaire… The amount of entertainment he provides should get him promoted to a lutz (at least) in Prenda's ranks. I wrote about Nazaire's delusional pleading a month ago; Popehat (among others) scoffed at Nazaire's crazy argument that Wright'See all stories on this topic […]

Reply

9. Anonymous says:

May 23, 2013 at 9:28 am

0

0

**Rate This**

You are all missing his point. One of the people in the article, or the person who sent the email, might be gay and live in a liberal state like Oregon. It makes perfect sense… to Nazaire… (Note to Nazaire this is sarcasm. Relax. Go read a good book – like The Crown: A Tale of Blood, Women and Wine.)

Reply

10. Annon says:

May 23, 2013 at 2:24 pm

0

0

**Rate This**

I've heard of the Chewbacca Defense, but is really trying to do a Chewbacca OFFENSE?

Reply

11. Anonymous says:

May 23, 2013 at 4:33 pm

0

0

**Rate This**

This is the guy who advertised on Craigslist, right? Craigslist has also run solicitations from, you know, people who want someone to dress up in a latex Richard Nixon mask and flog them or similar alternative pasttimes. Therefore, under Nazaire's logic, his arguments must be irrelevant.

Reply

12. juancarlosdeburbon says:

May 23, 2013 at 8:34 pm

2

1

**Rate This**

Jacques Nazaire's law school is now reassessing their admissions policy.

**Reply**

13. that anonymous coward says:

May 24, 2013 at 2:42 am

0

0

**Rate This**

*stares at his nym*
could it be I pushed him over the edg