# **Exhibit A**

Case 2:12-cv-00262-WCO   Document 61-1   Filed 08/14/13   Page 2 of 2



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

## Excess Discovery Demands

**Jacques Nazaire** <nazaire.jacques@gmail.com>  Sat, Aug 3, 2013 at 10:06 AM
To: Bchintel1 <bchintel1@gmail.com>

Dear Mr. Chintella:

I have NEVER received a First Request For Admissions from defendant. I have received the following

First Revised Request For Admissions, Request for Interrogatories, Request For Production as well as second and third requests for the same.

I am willing to provide a response for your first revised request for admissions, interrogatories and production but I believe responses for 2nd and 3rd request of the same are unduly burdensome and unnecessary. Please withdraw these discovery responses. Also, please withdraw the subpoenas which you have sent to 3rd parties regarding IP addresses which are NOT at issue in this case as they may allow your friends at those websites such as "**die** troll **die**" to harass innocent third parties and embarrass them.

If you decide not to withdraw the foregoing, I will have no choice but to file a motion with the court seeking the relieve needed.

Regards,


Jacques Nazaire, Esq.