# Exhibit D

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by Domains by Proxy, LLC, and that my office title or position is Sr. Paralegal/Compliance Manager. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Domains by Proxy, LLC.

I further state that:

1.    Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.    such records are kept in the course of a regularly conducted business activity;

3.    the business activity made such records as a regular practice; and

4.    if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 3/st day of July 2013.

Keena R. Willis,
Sr. Paralegal/Compliance Manager
Domains by Proxy, LLC
14747 N. Northsight Blvd., Suite 111
PMB 353
Scottsdale, Arizona 85260