# Exhibit H

# Contact Info for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Private Label ID | 1 |
| Login Name: |  |
| First Name: | Mark |
| Middle Name: | |
| Last Name: | Lutz |
| Company: | Guava |
| Address1: | 1311 14th terrace |
| Address2: | |
| City: | Miami beach |
| State/Prov: | FL |
| Postal Code: | 33139 |
| Country: | US |
| Phone1: | 3057436666 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | Miamiadultshots@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 11/29/2012 1:41:38 PM |
| Last Changed By | Password Reset |
| Last Changed By Date | 3/6/2013 12:38:52 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | |
| Twitter Handle | |

# Domain List for Shopper ID 57657781

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| DANGEROUSXXX.COM | 0 Active | 7/2/2011 | 7/2/2014 | 486645408 |
| LIVEWIREHOLDINGS.COM | 0 Active | 12/18/2012 | 12/18/2014 | 492806842 |
| NAUGHTY-HOTTIES.COM | 0 Active | 12/20/2012 | 12/20/2013 | 493470587 |
| BACKDOORHOTTIES.COM | 0 Active | 12/20/2012 | 12/20/2013 | 493470587 |

# Domain Information for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Domain Name: | DANGEROUSXXX.COM |
| Registration Period: | 3 |
| Create Date: | 7/2/2011 10:02:04 AM |
| Expiration Date: | 7/2/2014 10:02:04 AM |
| Update Date: | 11/29/2012 5:27:41 PM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | Yes |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 11/29/2012 3:42:53 PM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 11/29/2012 3:42:53 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 11/29/2012 3:42:53 PM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 11/29/2012 3:42:53 PM |

# Custom DNS Entries

# DANGEROUSXXX.COM

Shopper ID:          57657781

Domain Name:         DANGEROUSXXX.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | 50.62.122.1 | 600 |
| CNAME | e | email.secureserver.net | 3600 |
| CNAME | email | email.secureserver.net | 3600 |
| CNAME | ftp | @ | 3600 |
| CNAME | imap | imap.secureserver.net | 3600 |
| CNAME | mail | pop.secureserver.net | 3600 |
| CNAME | mobilemail | mobilemail-v01.prod.mesa1.secureserver.net | 3600 |
| CNAME | pda | mobilemail-v01.prod.mesa1.secureserver.net | 3600 |
| CNAME | pop | pop.secureserver.net | 3600 |
| CNAME | smtp | smtp.secureserver.net | 3600 |
| CNAME | webmail | webmail.secureserver.net | 3600 |
| CNAME | www | @ | 3600 |
| MX | @ | mailstore1.secureserver.net | 3600 |
| MX | @ | smtp.secureserver.net | 3600 |

# Contact Audit History

# DANGEROUSXXX.COM

| Modified | Origin | Note |
|---|---|---|
| 11/29/2012 3:42:53 PM | dp_UsedDomainsPurchase_sp | Billing info updated from: mark\|lutz\|miamiadultshots@gmail.com\|«BLANK»\|1311 14th terracew\|«BLANK»\|miami beach\|Florida\|33139\|United States\|+1.3057646666\|«BLANK»\| |
| 11/29/2012 3:42:53 PM | dp_UsedDomainsPurchase_sp | Administrative info updated from: mark\|lutz\|miamiadultshots@gmail.com\|«BLANK»\|1311 14th terracew\|«BLANK»\|miami beach\|Florida\|33139\|United States\|+1.3057646666\|«BLANK»\| |
| 11/29/2012 3:42:53 PM | dp_UsedDomainsPurchase_sp | Technical info updated from: mark\|lutz\|miamiadultshots@gmail.com\|«BLANK»\|1311 14th terracew\|«BLANK»\|miami beach\|Florida\|33139\|United States\|+1.3057646666\|«BLANK»\| |
| 11/29/2012 3:42:53 PM | dp_UsedDomainsPurchase_sp | Registrant info updated from: mark\|lutz\|miamiadultshots@gmail.com\|«BLANK»\|1311 14th terracew\|«BLANK»\|miami beach\|Florida\|33139\|United States\|+1.3057646666\|«BLANK»\| |

# Domain Information for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Domain Name: | LIVEWIREHOLDINGS.COM |
| Registration Period: | 2 |
| Create Date: | 12/18/2012 1:31:58 PM |
| Expiration Date: | 12/18/2014 1:31:58 PM |
| Update Date: | 12/18/2012 1:31:58 PM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | Yes |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/18/2012 11:31:39 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/18/2012 11:31:39 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/18/2012 11:31:39 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/18/2012 11:31:39 AM |

# Custom DNS Entries
# LIVEWIREHOLDINGS.COM

Shopper ID:         57657781

Domain Name:      LIVEWIREHOLDINGS.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | 173.201.145.128 | 600 |
| A | vpn | 69.67.20.6 | 3600 |
| CNAME | calendar | login.secureserver.net | 3600 |
| CNAME | email | email.secureserver.net | 3600 |
| CNAME | fax | login.secureserver.net | 3600 |
| CNAME | files | login.secureserver.net | 3600 |
| CNAME | ftp | @ | 3600 |
| CNAME | imap | imap.secureserver.net | 3600 |
| CNAME | mail | pop.secureserver.net | 3600 |
| CNAME | mobilemail | mobilemail-v01.prod.mesa1.secureserver.net | 3600 |
| CNAME | pop | pop.secureserver.net | 3600 |
| CNAME | smtp | smtp.secureserver.net | 3600 |
| CNAME | www | @ | 3600 |
| MX | @ | db1.countermail.com | 604800 |

# Domain Information for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Domain Name: | NAUGHTY-HOTTIES.COM |
| Registration Period: | 1 |
| Create Date: | 12/20/2012 11:57:13 AM |
| Expiration Date: | 12/20/2013 11:57:13 AM |
| Update Date: | 12/20/2012 11:57:13 AM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | Yes |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

# Custom DNS Entries

# NAUGHTY-HOTTIES.COM

Shopper ID:        57657781

Domain Name:    NAUGHTY-HOTTIES.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | 75.72.88.156 | 3600 |
| CNAME | calendar | login.secureserver.net | 3600 |
| CNAME | email | email.secureserver.net | 3600 |
| CNAME | fax | login.secureserver.net | 3600 |
| CNAME | files | login.secureserver.net | 3600 |
| CNAME | ftp | @ | 3600 |
| CNAME | imap | imap.secureserver.net | 3600 |
| CNAME | mail | pop.secureserver.net | 3600 |
| CNAME | mobilemail | mobilemail-v01.prod.mesa1.secureserver.net | 3600 |
| CNAME | pop | pop.secureserver.net | 3600 |
| CNAME | smtp | smtp.secureserver.net | 3600 |
| CNAME | www | @ | 3600 |
| MX | @ | mailstore1.secureserver.net | 3600 |
| MX | @ | smtp.secureserver.net | 3600 |

# Domain Information for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Domain Name: | BACKDOORHOTTIES.COM |
| Registration Period: | 1 |
| Create Date: | 12/20/2012 11:57:13 AM |
| Expiration Date: | 12/20/2013 11:57:13 AM |
| Update Date: | 12/20/2012 11:57:13 AM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | Yes |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 12/20/2012 9:56:24 AM |

# Custom DNS Entries

# BACKDOORHOTTIES.COM

Shopper ID:          57657781

Domain Name:          BACKDOORHOTTIES.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | 50.63.202.41 | 600 |
| CNAME | calendar | login.secureserver.net | 3600 |
| CNAME | email | email.secureserver.net | 3600 |
| CNAME | fax | login.secureserver.net | 3600 |
| CNAME | files | login.secureserver.net | 3600 |
| CNAME | ftp | @ | 3600 |
| CNAME | imap | imap.secureserver.net | 3600 |
| CNAME | mail | pop.secureserver.net | 3600 |
| CNAME | mobilemail | mobilemail-v01.prod.mesa1.secureserver.net | 3600 |
| CNAME | pop | pop.secureserver.net | 3600 |
| CNAME | smtp | smtp.secureserver.net | 3600 |
| CNAME | www | @ | 3600 |
| MX | @ | mailstore1.secureserver.net | 3600 |
| MX | @ | smtp.secureserver.net | 3600 |

# Notes Info for Shopper ID 57657781
## 11/29/2012 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 6/29/2013 11:49:19 AM / GridProv / Client IP: GoDaddy Internal | Hosting account migration complete. Hosting account uid: f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 6/29/2013 11:30:55 AM / GridProv / Client IP: GoDaddy Internal | Hosting account migration started. Hosting account uid: f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 4/18/2013 10:29:41 PM / Taylor, Jessica / Client IP: GoDaddy Internal | Domain Services Tracking ID: 834272<br>Change Department Update: PENDING CUSTOMER ACCOUNT EMAIL CHANGE<br>Domain Names: LIVEWIREHOLDINGS.COM<br>Corresponded with: mark lutz<br>Email address: lutzy199@hotmail.com<br>What we have: Form<br>What we need: Readable Photo ID, bus id<br>Action Taken: Sent Email<br>Questions: Please Email change@secureserver.net |
| 4/18/2013 10:29:41 PM / Taylor, Jessica / Client IP: GoDaddy Internal | Domain Services Tracking ID:834272 Claim Status for LIVEWIREHOLDINGS.COM changed from; Change: New Claim to Change: Waiting for Doc |
| 4/18/2013 10:29:24 PM / Jessica Taylor / Client IP: GoDaddy Internal | Incident 18854628 resolved by Jessica Taylor on Thursday, April 18, 2013 10:29:22 PM. |
| 3/27/2013 9:39:53 AM / Customer / Client IP: 75.72.88.156 | Domains By Proxy®:0 - Entered Account |
| 3/27/2013 9:39:44 AM / Customer / Client IP: 184.164.177.77 | Domains By Proxy®:0 - Entered Account |
| 3/27/2013 9:39:12 AM / Customer / Client IP: 75.72.88.156 | Domains By Proxy®:0 - Entered Account |
| 3/7/2013 11:23:24 AM / Customer / Client IP: 75.72.88.156 | Domains:0 - Entered Account |
| 3/6/2013 12:38:51 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 1/14/2013 2:32:19 PM / Customer / Client IP: 75.72.88.156 | Web Hosting:0 - Entered Account |
| 1/5/2013 8:08:55 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 12/26/2012 6:02:12 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 12/26/2012 6:00:21 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 12/26/2012 5:52:59 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 12/20/2012 10:17:16 AM / Customer / Client IP: 24.234.211.161 | Email:0 - Entered Account |
| 12/20/2012 10:05:16 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccess email for BACKDOORHOTTIES.COM NAUGHTY-HOTTIES.COM to: shopper. |
| 12/20/2012 9:57:16 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: BACKDOORHOTTIES.COM OrderID: 493470587 RowID: 2 Namespace:domain ResourceID: 136018341 |
| 12/20/2012 9:57:16 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: NAUGHTY-HOTTIES.COM OrderID: 493470587 RowID: 0 Namespace:domain ResourceID: 136018340 |
| 12/20/2012 9:57:13 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name BACKDOORHOTTIES.COM activated by RegComEPPSvc on 12/20/12 09:57:13 |

# Notes Info for Shopper ID 57657781
## 11/29/2012 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 12/20/2012 9:57:13 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name NAUGHTY-HOTTIES.COM activated by RegComEPPSvc on 12/20/12 09:57:13 |
| 12/20/2012 9:56:24 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain NAUGHTY-HOTTIES.COM privacy set up.  DBP customer number is 57661543. |
| 12/20/2012 9:56:24 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain BACKDOORHOTTIES.COM privacy set up.  DBP customer number is 57661543. |
| 12/18/2012 11:40:21 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccessAutoActivation email for LIVEWIREHOLDINGS.COM to: shopper. |
| 12/18/2012 11:32:03 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: LIVEWIREHOLDINGS.COM OrderID: 492806842 RowID: 0 Namespace:domain ResourceID: 135886650 |
| 12/18/2012 11:31:58 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name LIVEWIREHOLDINGS.COM activated by RegComEPPSvc on 12/18/12 11:31:58 |
| 12/18/2012 11:31:41 AM / Customer / Client IP: 10.7.144.26 | PHP version 5 set for AccountUID: 280fe407-4941-11e2-90af-14feb5da1938. |
| 12/18/2012 11:31:41 AM / Customer / Client IP: 10.7.144.26 | Web Stats setup for livewireholdings.com, AccountUID: 280fe407-4941-11e2-90af-14feb5da1938. |
| 12/18/2012 11:31:41 AM / Customer / Client IP: 10.7.144.26 | Setup hosting account livewireholdings.com for AccountUID 280fe407-4941-11e2-90af-14feb5da1938. |
| 12/18/2012 11:31:41 AM / Customer / Client IP: 10.7.144.26 | User account setup for livewireholdings.com, AccountUID: 280fe407-4941-11e2-90af-14feb5da1938. |
| 12/18/2012 11:31:41 AM / Customer / Client IP: 10.7.144.26 | EULA accepted for livewireholdings.com, AccountUID: 280fe407-4941-11e2-90af-14feb5da1938. |
| 12/18/2012 11:31:39 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain LIVEWIREHOLDINGS.COM privacy set up.  DBP customer number is 57661543. |
| 12/3/2012 1:28:02 PM / Customer / Client IP: 75.72.88.156 | Web Hosting:0 - Entered Account |
| 11/29/2012 9:35:28 PM / Fraud Auto Complete - Service / Client IP: GoDaddy Internal | Marked as VERIFIED NO FRAUD. |
| 11/29/2012 3:47:30 PM / Customer / Client IP: 75.72.88.156 | Web Hosting:0 - Entered Account |
| 11/29/2012 3:42:56 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 486645408 RowID: 0 Namespace:domain ResourceID: 134722706 |
| 11/29/2012 3:42:53 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain DANGEROUSXXX.COM privacy set up.  DBP customer number is 57661543. |
| 11/29/2012 3:28:39 PM / Gonzales, Ray / Client IP: GoDaddy Internal | Spoke W/:  mark<br>CALLBACK #: id<br>REASON FOR CALL:  site not comming pu<br>ACTION TAKEN:  walke dthru changin ns<br>END RESULT:  dns wanst pointing to us<br>OFFER(S): |
| 11/29/2012 3:28:06 PM / Ray D Gonzales / Client IP: GoDaddy Internal | A customer survey was automatically sent for Ray D Gonzales |
| 11/29/2012 3:27:41 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from NS1.MOJOHOST.COM|NS2.MOJOHOST.COM to NS39.DOMAINCONTROL.COM|NS40.DOMAINCONTROL.COM for DANGEROUSXXX.COM |
| 11/29/2012 3:27:18 PM / Customer / Client IP: 67.205.238.2 | DCC domain nameserver update requested DANGEROUSXXX.COM (ID=134722706) |

# Notes Info for Shopper ID 57657781
## 11/29/2012 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 11/29/2012 3:26:15 PM / Customer / Client IP: 67.205.238.2 | Domains:0 - Entered Account |
| 11/29/2012 3:25:27 PM / Ray D Gonzales / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 11/29/2012 3:24:27 PM / Ray D Gonzales / Client IP: GoDaddy Internal | SH domain: dangerousxxx.com [f9eadf65-3a6b-11e2-866b-842b2bfb08b7] account accessed through ToolZilla. |
| 11/29/2012 3:24:07 PM / Ray D Gonzales / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 11/29/2012 3:23:37 PM / Gonzales, Ray / Client IP: GoDaddy Internal | Ray Gonzales accessed account with reason "General/Research". Shopper PIN. |
| 11/29/2012 2:35:24 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent AccountChangeCompleteGaining email for DANGEROUSXXX.COM to: shopper. |
| 11/29/2012 2:33:55 PM / Paredes, Vietter / Client IP: GoDaddy Internal | Mark, cb: 6666, cust calling to get help on how to move domain, also cust needing hosting, helped cust with that. |
| 11/29/2012 2:32:46 PM / Customer / Client IP: 172.21.32.171 | PHP version 5.3 set for AccountUID: f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 11/29/2012 2:32:46 PM / Customer / Client IP: 172.21.32.171 | Web Stats setup for dangerousxxx.com, AccountUID: f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 11/29/2012 2:32:46 PM / Customer / Client IP: 172.21.32.171 | User account setup for dangerousxxx.com, AccountUID: f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 11/29/2012 2:32:46 PM / Customer / Client IP: 172.21.32.171 | Setup hosting account dangerousxxx.com for AccountUID f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 11/29/2012 2:32:46 PM / Customer / Client IP: 172.21.32.171 | EULA accepted for dangerousxxx.com, AccountUID: f9eadf65-3a6b-11e2-866b-842b2bfb08b7. |
| 11/29/2012 2:30:46 PM / Vietter M Paredes / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 11/29/2012 2:29:18 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 486645408 RowID: 0 Namespace:domain ResourceID: 134722706 |
| 11/29/2012 2:26:20 PM / Vietter M Paredes / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 11/29/2012 2:25:03 PM / Customer / Client IP: 174.224.139.41 | Domains:0 - Entered Account |
| 11/29/2012 2:11:57 PM / Vietter M Paredes / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 11/29/2012 2:11:31 PM / Paredes, Vietter / Client IP: GoDaddy Internal | Vietter Paredes accessed account with reason "General/Research". Shopper PIN. |
| 11/29/2012 1:57:52 PM / RegDCCBatchSimplePS / Client IP: GoDaddy Internal | Sent initial owner change emails to gaining shopper 57657781 (registrant contact email = miamiadultshots@gmail.com) and losing shopper 13825493 (sent to shopper email address) for domain(s): DANGEROUSXXX.COM |

# DNS Audit Logs for Shopper ID 57657781

| logtime | owner | userip | userid | user type | domain | action | type | name | method | result | data |
|---------|-------|--------|--------|-----------|--------|--------|------|------|--------|--------|------|
| 2013-06-29 11:43:29 | 57657781 | | 57657781 | 2 | dangerousxxx.com | modify | arecord | @ | migrateHosting | success | Record successfully modified - arecord from @:50.63.41.1:3600 to @:50.62.122.1:3600 |
| 2013-04-18 12:28:24 | 57657781 | 75.72.88.156 | 57657781 | 1 | livewireholdings.com | add | arecord | vpn | createRecords | success | Record successfully added - arecord vpn:69.67.20.6:3600 |
| 2013-03-07 11:25:59 | 57657781 | 75.72.88.156 | 57657781 | 1 | naughty-hotties.com | modify | arecord | @ | modifyRecords | success | Record successfully modified - arecord from @:50.63.202.43:3600 to @:75.72.88.156:3600 |
| 2013-03-06 12:44:53 | 57657781 | 75.72.88.156 | 57657781 | 1 | livewireholdings.com | modify | mxrecord | @ | modifyRecords | success | Record successfully modified - mxrecord from @:ALT1.ASPMX.L.GOOGLE.COM:604800:20 to @:db1.countermail.com:604800:10 |
| 2013-03-06 12:44:52 | 57657781 | 75.72.88.156 | 57657781 | 1 | livewireholdings.com | delete | mxrecord | @ | deleteRecords | success | Record successfully removed - mxrecord @:ALT2.ASPMX.L.GOOGLE.COM:604800:30 |
| 2013-03-06 12:44:52 | 57657781 | 75.72.88.156 | 57657781 | 1 | livewireholdings.com | delete | mxrecord | @ | deleteRecords | success | Record successfully removed - mxrecord @:ASPMX.L.GOOGLE.COM:604800:10 |
| 2013-03-06 12:44:52 | 57657781 | 75.72.88.156 | 57657781 | 1 | livewireholdings.com | delete | mxrecord | @ | deleteRecords | success | Record successfully removed - mxrecord @:ASPMX2.GOOGLEMAIL.COM:604800:40 |
| 2013-03-06 12:44:52 | 57657781 | 75.72.88.156 | 57657781 | 1 | livewireholdings.com | delete | mxrecord | @ | deleteRecords | success | Record successfully removed - mxrecord @:ASPMX3.GOOGLEMAIL.COM:604800:50 |
| 2012-12-20 09:58:20 | 57657781 | | 57657781 | 1 | backdoorhotties.com | update | zonefile | backdoorhotties.com | DNSSmartDomain | success | DNS Smart Domain Successful |
| 2012-12-20 09:58:19 | 57657781 | | 57657781 | 1 | BACKDOORHOTTIES.COM | add | zonefile | BACKDOORHOTTIES.COM | setRegNameServers | success | Add Zone Successful |
| 2012-12-20 09:58:19 | 57657781 | | 57657781 | 1 | naughty-hotties.com | update | zonefile | naughty-hotties.com | DNSSmartDomain | success | DNS Smart Domain Successful |
| 2012-12-20 09:58:18 | 57657781 | | 57657781 | 1 | NAUGHTY-HOTTIES.COM | add | zonefile | NAUGHTY-HOTTIES.COM | setRegNameServers | success | Add Zone Successful |

# DNS Audit Logs for Shopper ID 57657781

| logtime | owner | userip | userid | user type | domain | action | type | name | method | result | data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012-12-18 11:33:24 | 57657781 | | 57657781 | 2 | livewireholdings.com | add | zonefile | livewireholdings.com | addHosting | success | addHosting succeeded with domain (livewireholdings.com) |
| 2012-12-18 11:33:21 | 57657781 | | 57657781 | 1 | livewireholdings.com | update | zonefile | livewireholdings.com | DNSSmartDomain | success | DNS Smart Domain Successful |
| 2012-11-29 14:34:37 | 57657781 | | 57657781 | 2 | dangerousxxx.com | add | zonefile | dangerousxxx.com | addHosting | success | addHosting succeeded with domain (dangerousxxx.com) |

# Web Hosting for Shopper ID 57657781

| | |
|---|---|
| Account Name: | livewireholdings.com |
| Product Type Name: | Web Hosting |
| Product Name: | Hosting - Web - Economy - Linux - US Region - 1 year (recurring) |
| ExternalResourceId: | 280fe407-4941-11e2-90af-14feb5da1938 |
| Billing Date: | 12/18/2013 12:00:00 AM |
| Last Renewal Date: | 12/18/2013 12:00:00 AM |
| Domain: | livewireholdings.com |
| Login: | livewireholdings.com |
| Status: | Setup |
| Dedicated Hosting Ip: | Not applicable or unavailable |
| Server Ip Address: | 173.201.145.128 |
| Datacenter: | 3 |
| Diskspace: | 0 MB of 100000.00 MB |
| Bandwidth: | 0 MB of 99999999.00 MB |
| Webstats Enabled: | 0 |
| Webstats Username: | ███████ |
| Webstats Password: | ███████ |
| Webstats Type: | Analog |

# Web Hosting for Shopper ID 57657781

| | |
|---|---|
| Account Name: | dangerousxxx.com |
| Product Type Name: | Web Hosting |
| Product Name: | Hosting - WordPress - Economy - 3 years (recurring) |
| ExternalResourceId: | f9eadf65-3a6b-11e2-866b-842b2bfb08b7 |
| Billing Date: | 11/29/2015 12:00:00 AM |
| Last Renewal Date: | 11/29/2015 12:00:00 AM |
| Domain: | dangerousxxx.com |
| Login: | dangerousxxx.com |
| Status: | Setup |
| Dedicated Hosting Ip: | Not applicable or unavailable |
| Server Ip Address: | Not applicable or unavailable |
| Datacenter: | 3 |
| Diskspace: | 0 MB of 100000.00 MB |
| Bandwidth: | 0 MB of 99999999.00 MB |
| Webstats Enabled: | 0 |
| Webstats Username: | ███████ |
| Webstats Password: | ███████ |
| Webstats Type: | Analog |
| Database: | ██████████ |
| Type: | mysql |
| Password: | ████████ |
| MySql Username: | █████████ |
| Access Type: | USER |
| Admin Url: | https://p3nlmysqladm001.secureserver.net/grid50/1823 |
| Hosting IpAddress: | 50.63.224.96 |
| Server Url: | grid50mysql1823.secureserver.net |
| Subscriber: | http://metrowebservices.secureserver.net/DatabaseCallbackService.asmx |
| Description: | wordpressDatabase |
| Version: | 5.0 |
| Last Op Status: | NONE;0;11/29/2012 2:59:03 PM;; |
| Unique DNS Entry: | ████████████████ |
| Unique DNS Version: | 2.0 |
| Direct Access: | 0 |

# Calendar for Shopper ID 57657781

| | |
|---|---|
| Account Name: | New Account |
| Product Type Name: | Group Calendar |
| Product Name: | Personal Calendar (1 User) (annual) |
| ExternalResourceId: | 07571e41-4ac9-11e2-b0fa-f04da2077796 |
| Billing Date: | 12/20/2013 12:00:00 AM |
| Last Renewal Date: | 12/20/2013 12:00:00 AM |
| Status: | Setup |
| Friendly Name: | Not Available |
| Email Address: | Not Available |
| Number of Group Calendar Allowed: | 1 |
| Number of Additional Users: | 0 |

# Web Mail for Shopper ID 57657781

| | |
|---|---|
| Account Name: | Email Plan 2 |
| Product Type Name: | Email Accounts |
| Product Name: | Email - Personal (1GB Total/1Box) - US Region - (recurring) |
| ExternalResourceId: | 07571e43-4ac9-11e2-b0fa-f04da2077796 |
| Billing Date: | 12/20/2013 12:00:00 AM |
| Last Renewal Date: | 12/20/2013 12:00:00 AM |
| Status: | Setup |
| Diskspace: | 1024000 |
| Number of Addresses: | 1 |
| Poolable: | 1 |
| PPC: | 0 |
| Additional Diskspace MB: | 0 |
| Number of Additional Addresses: | 0 |
| IMAP: | 0 |
| Datacenter Region: | US |

| Email Addresses | Account Status |
|---|---|
| admin@naughty-hotties.com | Active |

# Web Mail for Shopper ID 57657781

| | |
|---|---|
| Account Name: | Email Plan 1 |
| Product Type Name: | Email Accounts |
| Product Name: | Email - Personal (1GB Total/1Box) - US Region - (recurring) |
| ExternalResourceId: | 280fe406-4941-11e2-90af-14feb5da1938 |
| Billing Date: | 12/18/2013 12:00:00 AM |
| Last Renewal Date: | 12/18/2012 12:00:00 AM |
| Status: | Setup |
| Diskspace: | 1024000 |
| Number of Addresses: | 1 |
| Poolable: | 1 |
| PPC: | 0 |
| Additional Diskspace MB: | 0 |
| Number of Additional Addresses: | 0 |
| IMAP: | 0 |
| Datacenter Region: | US |

| Email Addresses | Account Status |
|---|---|
| info@livewireholdings.com | Active |

# Online Storage for Shopper ID 57657781

| | |
|---|---|
| Account Name: | New Account |
| Product Type Name: | Online Storage |
| Product Name: | Mini Online Storage (1 GB) (annual) |
| ExternalResourceId: | 07571e42-4ac9-11e2-b0fa-f04da2077796 |
| Billing Date: | 12/20/2013 12:00:00 AM |
| Last Renewal Date: | 12/20/2013 12:00:00 AM |
| Status: | Setup |
| Username: | Not Available |
| Email Address: | Not Available |
| Diskspace: | 1000 |
| Additional Diskspace MB: | 0 |

# Iris Notes for Shopper ID 57657781
## Incident ID: 18854628 from 11/29/2012 to 7/24/2013

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 52551930 | 4/18/2013 11:30:27 AM / http://www.godaddy.com | 4/18/2013 11:30:27 AM / http://www.godaddy.com | Reply | Change of Account/Email Request details - <br/>Domain(s) - LIVEWIREHOLDINGS.COM<br/>Registrant - mark lutz<br/>Registrant Company - livewire holdings<br/>Requestor - mark lutz<br/>Requestor Company - livewire holdings<br/>Requestor Email - lutzy199@hotmail.com<br/>Requestor Phone - 3058152836<br/>Additional Information - My password is not working<br/>Claim ID - 834272<br/> |
| 52568030 | 4/18/2013 10:29:22 PM / Taylor, Jessica | 4/18/2013 10:29:22 PM / Taylor, Jessica | Resolution | To further process this request, we require a color copy, scan, or digital picture of the information be sent to change@secureserver.net.

1. We require the government-issued photo identification be a color copy, scan, or digital picture in which the pictured person, name, signature, and expiration date are clearly identifiable.

2. A copy of a business ID for the company listed as the registrant/account holder.
(Examples of acceptable government-issued business identification)
- A copy of a government-issued business license, which is issued from a local, county, state, or federal agency.
- For U.S. based Businesses we can accept an EIN/TIN Assignment Letter from the IRS. You may request a copy of this letter by contacting the IRS at 1-800-829-4933.

**Note: We cannot accept copies of articles of incorporation/organization, applications, documents printed from the internet, or tax returns as business ID.

Once this is received we will inform you if there is anything additional needed to process your request, or we will let you know that your request has been completed. If you need further clarification please contact us at (480) 366-3334 or email us at change@secureserver.net.

FOR FASTER SERVICE PLEASE REPLY DIRECTLY TO THIS EMAIL. REQUIRED DOCUMENTS CAN BE ATTACHED TO THIS EMAIL. |

# Shopper Contact Audit History for Shopper ID 57657781

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | city | | Miami beach |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | company | | Guava |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | country | | US |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | email | 57657781 | Miamiadultshots@gmail.com |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | first_name | | Mark |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | last_name | | Lutz |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | phone1 | | 3057436666 |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | state | | FL |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | street1 | | 1311 14th terrace |
| 11/29/2012 1:41:38 PM | GoDaddy Mobile IDP | GoDaddy Internal IP | zip | | 33139 |

# Legal Receipt for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Receipt ID: | 493472392 |
| Reseller: | GoDaddy |
| Date: | 12/20/2012 10:16:45 AM By customer via Online |
| Source Code: | ??? |

## Shipping Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

## Billing Information

john steele

1111 lincoln road suite 400

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

| | |
|---|---|
| IP: | 24.234.211.161::24.234.211.161 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $17.88*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########█████ |
| Creditcard Information: | MasterCard Exp. 1/2014 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 1865-1 | Email - Personal (1GB Total/1Box) - US Region - (recurring) Length: 1 year(s)  This a service item. | $17.88 | $17.88 | 1 | $0.00 | $17.88 |
| 1 | 775-1 | Personal Calendar (1 User) (annual) Length: 1 year(s)  This a service item. | $9.99 | $0.00 | 1 | $0.00 | $0.00 |
| 2 | 844-1 | Mini Online Storage (1 GB) (annual) Length: 1 year(s)  This a service item. | $1.99 | $0.00 | 1 | $0.00 | $0.00 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $17.88 | $0.00 | $0.00 | $17.88 |

# Legal Receipt for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Receipt ID: | 493470587 |
| Reseller: | GoDaddy |
| Date: | 12/20/2012 9:56:23 AM By customer via Online |
| Source Code: | ??? |

### Shipping Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

### Billing Information

john steele

1111 lincoln road suite 400

Miami beach, FL 33139 US

Daytime Phone: 7086898131

Miamiadultshots@gmail.com

| | |
|---|---|
| IP: | 24.234.211.161::24.234.211.161 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $46.32*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########█████ |
| Creditcard Information: | MasterCard Exp. 1/2014 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) NAUGHTY-HOTTIES.COM This a service item. | $14.99 | $12.99 | 1 | $0.00 | $13.17 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) NAUGHTY-HOTTIES.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $9.99 |
| 2 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) BACKDOORHOTTIES.COM This a service item. | $14.99 | $12.99 | 1 | $0.00 | $13.17 |
| 3 | 7001-1 | Private Registration Services Length: 1 year(s) BACKDOORHOTTIES.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $9.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $46.32 | $0.00 | $0.00 | $46.32 |

# Legal Receipt for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Receipt ID: | 492806842 |
| Reseller: | GoDaddy |
| Date: | 12/18/2012 11:31:38 AM By customer via Online |
| Source Code: | ??? |

## Shipping Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

## Billing Information

Mark Lutz

Livewire

1111 lincoln road Suite 400

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

| | | |
|---|---|---|
| | IP: | 24.234.211.161::24.234.211.161 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $70.21*

| | | |
|---|---|---|
| | Paid: | Credit Card |
| | Name: | john steele |
| | Creditcard Number: | ###########█ |
| | Creditcard Information: | MasterCard Exp. 1/2014 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 102-1 | .COM Domain Name Registration - 2 Years (recurring) Length: 1 year(s) LIVEWIREHOLDINGS.COM This a service item. | $29.98 | $27.98 | 1 | $13.99 | $14.35 |
| 1 | 7001-1 | Private Registration Services Length: 2 year(s) LIVEWIREHOLDINGS.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $19.98 |
| 2 | 42002-1 | Hosting - Web - Economy - Linux - US Region - 1 year (recurring) Length: 1 year(s)  This a service item. | $68.28 | $35.88 | 1 | $0.00 | $35.88 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $70.21 | $0.00 | $0.00 | $70.21 |

# Legal Receipt for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Receipt ID: | 486652131 |
| Reseller: | GoDaddy |
| Date: | 11/29/2012 3:42:53 PM By customer via Online |
| Source Code: | ??? |

## Shipping Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

## Billing Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

| | |
|---|---|
| IP: | 67.205.238.2::67.205.238.2 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $15.84*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########█████ |
| Creditcard Information: | MasterCard Exp. 1/2014 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 7001-1 | Private Registration Services Length: 1.586 year(s) DANGEROUSXXX.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $15.84 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $15.84 | $0.00 | $0.00 | $15.84 |

# Legal Receipt for Shopper ID 57657781

| | |
|---|---|
| Shopper ID: | 57657781 |
| Receipt ID: | 486640928 |
| Reseller: | GoDaddy |
| Date: | 11/29/2012 2:30:21 PM By Vietter M Paredes via Phone |
| Source Code: | ?SR from_app: crmcatalog |

## Shipping Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

## Billing Information

Mark Lutz

Guava

1311 14th terrace

Miami beach, FL 33139 US

Daytime Phone: 3057436666

Miamiadultshots@gmail.com

| | |
|---|---|
| IP: | 172.21.32.171::172.21.32.171 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $91.62*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########█ |
| Creditcard Information: | MasterCard Exp. 1/2014 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 6663-1 | Hosting - WordPress - Economy - 3 years (recurring) Length: 1 year(s)  This a service item. | $183.24 | $91.62 | 1 | $0.00 | $91.62 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $91.62 | $0.00 | $0.00 | $91.62 |