# **Exhibit I**

# Contact Info for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Private Label ID | 1695 |
| Login Name: | ███████ |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 21067 220th St |
| Address2: | |
| City: | McGrath |
| State/Prov: | MN |
| Postal Code: | 56350 |
| Country: | us |
| Phone1: | 3206308231 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | johnlsteele@gmail.com |
| BirthDate: | |
| Gender: | |
| Date Created: | 4/26/2007 3:03:18 PM |
| Last Changed By | gdqhDeleteProfiles |
| Last Changed By Date | 5/26/2012 1:04:07 AM |
| Status: | |
| Fraud: | Not Checked / Unknown |
| Shopper Pin | |
| Password Reminder | ███ |
| Twitter Handle | |

# Domain List for Shopper ID 13825662

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| COPYRIGHTLITIGATIONGROUP.COM | Active | 10/27/2011 | n/a | |
| JOHNLSTEELE.COM | Canceled | 4/26/2007 | 2/1/2008 | |
| PEREALAWFIRM.COM | Active | 6/4/2012 | n/a | |
| PRENDALAW.COM | Active | 10/20/2011 | n/a | |
| STEELE-LAW.COM | Canceled | 4/26/2007 | 5/15/2012 | |
| STEELECHICAGO.COM | Canceled | 4/26/2007 | 6/7/2008 | |
| STEELEFAMILYLAW.COM | Canceled | 4/26/2007 | 6/7/2008 | |
| STEELELAWCHICAGO.COM | Canceled | 4/26/2007 | 6/7/2008 | |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | COPYRIGHTLITIGATIONGROUP.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 3200 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/27/2011 9:24:13 AM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 3200 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/27/2011 9:24:13 AM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 3200 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/27/2011 9:24:13 AM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 3200 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/27/2011 9:24:13 AM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | JOHNLSTEELE.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | PEREALAWFIRM.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 6/4/2012 7:05:39 AM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 6/4/2012 7:05:39 AM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 6/4/2012 7:05:39 AM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 6/4/2012 7:05:39 AM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | PRENDALAW.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/20/2011 7:08:16 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/20/2011 7:08:16 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/20/2011 7:08:16 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | (312) 893-5888 |
| Fax: | (708) 689-8131 |
| Modify Time: | 10/20/2011 7:08:16 PM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | STEELE-LAW.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | STEELECHICAGO.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | STEELEFAMILYLAW.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

### Registrant Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

### Technical Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

### Administrative Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

### Billing Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

# Domain Information for Shopper ID 13825662

| | |
|---|---|
| Shopper ID: | 13825662 |
| Domain Name: | STEELELAWCHICAGO.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 21067 220th St |
| Address 2: | |
| City: | McGrath |
| State/Province: | Minnesota |
| Postal Code: | 56350 |
| Country: | United States |
| Phone: | (320) 630-8231 |
| Fax: | |
| Modify Time: | 4/26/2007 3:13:54 PM |

# Notes Info for Shopper ID 13825662
# 4/26/2007 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 6/4/2012 7:04:36 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PEREALAWFIRM.COM privacy set up.  DBP service purchased by customer 13825493. |
| 10/27/2011 9:24:10 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain COPYRIGHTLITIGATIONGROUP.COM privacy set up.  DBP service purchased by customer 13825493. |
| 10/20/2011 7:07:09 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PRENDALAW.COM privacy set up.  DBP service purchased by customer 13825493. |
| 2/1/2008 5:05:23 PM /  / Client IP: GoDaddy Internal | Cancelling: JOHNLSTEELE.COM OrderID: 66444340 RowID: 6 Namespace:dbp ResourceID: 6099405 |
| 2/1/2008 5:05:23 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELELAWCHICAGO.COM OrderID: 66444340 RowID: 8 Namespace:dbp ResourceID: 6099407 |
| 2/1/2008 5:05:23 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELECHICAGO.COM OrderID: 66444340 RowID: 9 Namespace:dbp ResourceID: 6099408 |
| 2/1/2008 5:05:23 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELEFAMILYLAW.COM OrderID: 66444340 RowID: 7 Namespace:dbp ResourceID: 6099406 |
| 2/1/2008 5:05:23 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELE-LAW.COM OrderID: 66444340 RowID: 5 Namespace:dbp ResourceID: 6099404 |
| 2/1/2008 5:05:23 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for JOHNLSTEELE.COM. |
| 2/1/2008 5:05:23 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELELAWCHICAGO.COM. |
| 2/1/2008 5:05:23 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELECHICAGO.COM. |
| 2/1/2008 5:05:23 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELE-LAW.COM. |
| 2/1/2008 5:05:23 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELEFAMILYLAW.COM. |
| 2/1/2008 5:05:13 PM /  / Client IP: GoDaddy Internal | Cancelling: JOHNLSTEELE.COM OrderID: 66444340 RowID: 6 Namespace:dbp ResourceID: 6099405 |
| 2/1/2008 5:05:08 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELE-LAW.COM OrderID: 66444340 RowID: 5 Namespace:dbp ResourceID: 6099404 |
| 2/1/2008 5:05:08 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELECHICAGO.COM OrderID: 66444340 RowID: 9 Namespace:dbp ResourceID: 6099408 |
| 2/1/2008 5:05:08 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELEFAMILYLAW.COM OrderID: 66444340 RowID: 7 Namespace:dbp ResourceID: 6099406 |
| 2/1/2008 5:05:08 PM /  / Client IP: GoDaddy Internal | Cancelling: STEELELAWCHICAGO.COM OrderID: 66444340 RowID: 8 Namespace:dbp ResourceID: 6099407 |
| 2/1/2008 5:05:07 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELECHICAGO.COM. |
| 2/1/2008 5:05:07 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELEFAMILYLAW.COM. |
| 2/1/2008 5:05:07 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELELAWCHICAGO.COM. |
| 2/1/2008 5:05:07 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for STEELE-LAW.COM. |
| 2/1/2008 5:05:07 PM / Other / Client IP: GoDaddy Internal | Canceled Domains By Proxy for JOHNLSTEELE.COM. |

# Notes Info for Shopper ID 13825662
## 4/26/2007 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 4/26/2007 3:13:54 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain STEELELAWCHICAGO.COM privacy set up.  DBP service purchased by customer 13825493. |
| 4/26/2007 3:13:54 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain STEELECHICAGO.COM privacy set up.  DBP service purchased by customer 13825493. |
| 4/26/2007 3:13:54 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain STEELEFAMILYLAW.COM privacy set up.  DBP service purchased by customer 13825493. |
| 4/26/2007 3:13:54 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain JOHNLSTEELE.COM privacy set up.  DBP service purchased by customer 13825493. |
| 4/26/2007 3:13:54 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain STEELE-LAW.COM privacy set up.  DBP service purchased by customer 13825493. |

# Iris Notes for Shopper ID 13825662

No Iris Notes account information is available.

# Shopper Contact Audit History for Shopper ID 13825662

No Shopper Contact Audit History account information is available.