# **Exhibit J**

**Contact Info for Shopper ID 39707178**

| | |
|---|---|
| Shopper ID: | 39707178 |
| Private Label ID | 1695 |
| Login Name: | ▮▮▮▮▮▮ |
| First Name: | Alan |
| Middle Name: | |
| Last Name: | Cooper |
| Company: | |
| Address1: | 4532 E Villa Theresa Dr. |
| Address2: | |
| City: | Phoenix |
| State/Prov: | AZ |
| Postal Code: | 85032 |
| Country: | us |
| Phone1: | 4806489301 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | alancooper069@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 11/6/2010 10:20:11 AM |
| Last Changed By | Fort Knox Shopper Attribute Copy |
| Last Changed By Date | 11/6/2010 10:20:19 AM |
| Status: | |
| Fraud: | Not Checked / Unknown |
| Shopper Pin | |
| Password Reminder | ▮▮▮▮▮ |
| Twitter Handle | |

# Domain List for Shopper ID 39707178

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| IRAQCAREPACKAGES.COM | Canceled | 11/6/2010 | 12/18/2011 | |
| MYGIRLFRIENDLOSTABET.COM | Canceled | 11/6/2010 | 12/18/2011 | |
| SHELOSTTHEBET.COM | Canceled | 11/6/2010 | 12/18/2011 | |
| TRANNYBOYSWHOLOVETHEIRTOYS.COM | Canceled | 11/9/2010 | 12/22/2011 | |

# Domain Information for Shopper ID 39707178

| | |
|---|---|
| Shopper ID: | 39707178 |
| Domain Name: | IRAQCAREPACKAGES.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

# Domain Information for Shopper ID 39707178

Shopper ID:         39707178
Domain Name:        MYGIRLFRIENDLOSTABET.COM
Registrar:          GoDaddy.com, LLC
Status:             Canceled

## Registrant Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:32 AM |

# Domain Information for Shopper ID 39707178

| | |
|---|---|
| Shopper ID: | 39707178 |
| Domain Name: | SHELOSTTHEBET.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:29 AM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:29 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:29 AM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E. Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/6/2010 10:20:29 AM |

# Domain Information for Shopper ID 39707178

| | |
|---|---|
| Shopper ID: | 39707178 |
| Domain Name: | TRANNYBOYSWHOLOVETHEIRTOYS.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/9/2010 10:11:57 PM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/9/2010 10:11:57 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/9/2010 10:11:57 PM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | alancooper069@gmail.com |
| Address 1: | 4532 E Villa Theresa Dr. |
| Address 2: | |
| City: | Phoenix |
| State/Province: | Arizona |
| Postal Code: | 85032 |
| Country: | United States |
| Phone: | (480) 648-9301 |
| Fax: | |
| Modify Time: | 11/9/2010 10:11:57 PM |

# Notes Info for Shopper ID 39707178
## 11/6/2010 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 1/20/2012 12:21:36 AM / RegDBPCancellationSvc / Client IP: GoDaddy Internal | DBP Cancellation for DBP-ShopperID: 39707178 Domain: TRANNYBOYSWHOLOVETHEIRTOYS.COM domainID: 91252982 by RegDBPCancellationSvc::CancelByDomainId [DBPAPP01] |
| 1/16/2012 12:54:34 AM / RegDBPCancellationSvc / Client IP: GoDaddy Internal | DBP Cancellation for DBP-ShopperID: 39707178 Domain: MYGIRLFRIENDLOSTABET.COM domainID: 91072983 by RegDBPCancellationSvc::CancelByDomainId [DBPAPP01] |
| 1/16/2012 12:54:34 AM / RegDBPCancellationSvc / Client IP: GoDaddy Internal | DBP Cancellation for DBP-ShopperID: 39707178 Domain: SHELOSTTHEBET.COM domainID: 91072981 by RegDBPCancellationSvc::CancelByDomainId [DBPAPP02] |
| 1/16/2012 12:54:34 AM / RegDBPCancellationSvc / Client IP: GoDaddy Internal | DBP Cancellation for DBP-ShopperID: 39707178 Domain: IRAQCAREPACKAGES.COM domainID: 91072982 by RegDBPCancellationSvc::CancelByDomainId [DBPAPP02] |
| 11/9/2010 10:11:40 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain TRANNYBOYSWHOLOVETHEIRTOYS.COM privacy set up.  DBP service purchased by customer 39706942. |
| 11/6/2010 10:20:14 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain SHELOSTTHEBET.COM privacy set up.  DBP service purchased by customer 39706942. |
| 11/6/2010 10:20:14 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain IRAQCAREPACKAGES.COM privacy set up.  DBP service purchased by customer 39706942. |
| 11/6/2010 10:20:14 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain MYGIRLFRIENDLOSTABET.COM privacy set up.  DBP service purchased by customer 39706942. |

# Iris Notes for Shopper ID 39707178

No Iris Notes account information is available.

# Shopper Contact Audit History for Shopper ID 39707178

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | city | | Phoenix |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | country | | us |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | email | 39707178 | alancooper069@gmail.com |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | first_name | | Alan |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | last_name | | Cooper |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | phone1 | | 4806489301 |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | state | | AZ |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | street1 | | 4532 E Villa Theresa Dr. |
| 11/6/2010 10:20:19 AM | Fort Knox Shopper Attribute Copy | GDCOMM03 | zip | | 85032 |