# **Exhibit K**

**Contact Info for Shopper ID 44892213**

| | |
|---|---|
| Shopper ID: | 44892213 |
| Private Label ID | 1695 |
| Login Name: | ▮▮▮▮▮ |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 161 N. Clark St. |
| Address2: | Suite 4700 |
| City: | Chicago |
| State/Prov: | IL |
| Postal Code: | 60601 |
| Country: | US |
| Phone1: | 3128935888 |
| Phone1Extension: | |
| Phone2: | 7086898131 |
| Fax: | 7086898131 |
| Mobile: | 7086898131 |
| Email: | johnlsteele@gmail.com |
| BirthDate: | February 1 |
| Gender: | m |
| Date Created: | 7/2/2011 8:00:34 AM |
| Last Changed By | Fort Knox Shopper Attribute Copy |
| Last Changed By Date | 7/2/2011 8:00:41 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | ▮ |
| Twitter Handle | |

# Domain List for Shopper ID 44892213

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| DANGEROUSXXX.COM | Canceled | 7/2/2011 | 11/29/2012 | |

# Domain Information for Shopper ID 44892213

| | |
|---|---|
| Shopper ID: | 44892213 |
| Domain Name: | DANGEROUSXXX.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 7/2/2011 8:01:45 AM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 7/2/2011 8:01:45 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 7/2/2011 8:01:45 AM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Cooper |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 161 N. Clark St. |
| Address 2: | Suite 4700 |
| City: | Chicago |
| State/Province: | Illinois |
| Postal Code: | 60601 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 7/2/2011 8:01:45 AM |

# Notes Info for Shopper ID 44892213
## 7/2/2011 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 11/29/2012 2:28:39 PM / 44892213 / Client IP: 10.7.208.74 | DBP Cancellation for DBP-ShopperID: 44892213 Domain: DANGEROUSXXX.COM domainID: 104982615 by RegDBPCancellationSvc::CANCEL_BY_DOMAINID [P3PWDBPAPP01] |
| 11/29/2012 2:28:35 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Cancelling: DANGEROUSXXX.COM OrderID: 340160679 RowID: 1 Namespace:dbp ResourceID: 23682976 |
| 11/29/2012 2:28:35 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Canceled Domains By Proxy for DANGEROUSXXX.COM. |
| 7/2/2011 8:00:37 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain DANGEROUSXXX.COM privacy set up.  DBP service purchased by customer 13825493. |

# Iris Notes for Shopper ID 44892213

No Iris Notes account information is available.

# Shopper Contact Audit History for Shopper ID 44892213

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | city | | Chicago |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | country | | US |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | email | 44892213 | johnlsteele@gmail.com |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | fax | | 7086898131 |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | first_name | | john |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | last_name | | steele |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | mobilePhone | | 7086898131 |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | phone1 | | 3128935888 |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | phone2 | | 7086898131 |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | state | | IL |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | street1 | | 161 N. Clark St. |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | street2 | | Suite 4700 |
| 7/2/2011 8:00:41 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM009 | zip | | 60601 |