# **Exhibit L**

# Contact Info for Shopper ID 49390947

| | |
|---|---|
| Shopper ID: | 49390947 |
| Private Label ID | 1695 |
| Login Name: | ▮▮▮▮ |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 1111 Lincoln Road Suite 400 |
| Address2: | Suite 4700 |
| City: | Miami Beach |
| State/Prov: | Florida |
| Postal Code: | 33139 |
| Country: | us |
| Phone1: | (708) 689-8131 |
| Phone1Extension: | |
| Phone2: | 7086898131 |
| Fax: | (708) 689-8131 |
| Mobile: | 7086898131 |
| Email: | johnlsteele@gmail.com |
| BirthDate: | February 1 |
| Gender: | m |
| Date Created: | 1/24/2012 2:50:52 PM |
| Last Changed By | Fort Knox Shopper Attribute Copy |
| Last Changed By Date | 1/24/2012 2:50:59 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | ▮ |
| Twitter Handle | |

# Domain List for Shopper ID 49390947

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| 6881FORENSICS.COM | Active | 1/24/2012 | n/a | |

# Domain Information for Shopper ID 49390947

| | |
|---|---|
| Shopper ID: | 49390947 |
| Domain Name: | 6881FORENSICS.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 1/24/2012 2:52:01 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 1/24/2012 2:52:01 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 1/24/2012 2:52:01 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 Lincoln Road Suite 400 |
| Address 2: | Suite 4700 |
| City: | Miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | (708) 689-8131 |
| Modify Time: | 1/24/2012 2:52:01 PM |

# Notes Info for Shopper ID 49390947
## 1/24/2012 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 1/24/2012 2:50:55 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain 6881FORENSICS.COM privacy set up.  DBP service purchased by customer 13825493. |

# Iris Notes for Shopper ID 49390947

No Iris Notes account information is available.

DBP 000024

# Shopper Contact Audit History for Shopper ID 49390947

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | city | | Miami Beach |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | country | | us |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | email | 49390947 | johnlsteele@gmail.com |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | fax | | (708) 689-8131 |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | first_name | | john |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | last_name | | steele |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | mobilePhone | | 7086898131 |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | phone1 | | (708) 689-8131 |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | phone2 | | 7086898131 |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | state | | Florida |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | street1 | | 1111 Lincoln Road Suite 400 |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | street2 | | Suite 4700 |
| 1/24/2012 2:50:59 PM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM005 | zip | | 33139 |