# **Exhibit M**

# Contact Info for Shopper ID 54213337

| | |
|---|---|
| Shopper ID: | 54213337 |
| Private Label ID | 1695 |
| Login Name: | ██████ |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 1111 lincoln Road Suite 400 |
| Address2: | 80 S 8th St |
| City: | miami Beach |
| State/Prov: | FL |
| Postal Code: | 33139 |
| Country: | US |
| Phone1: | 7086898131 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | johnlsteele@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 7/10/2012 8:00:03 AM |
| Last Changed By | Fort Knox Shopper Attribute Copy |
| Last Changed By Date | 7/10/2012 8:00:04 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | ██████ |
| Twitter Handle | |

# Domain List for Shopper ID 54213337

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| BLUESYSTEMS.CC | Active | 12/14/2012 | n/a | |
| PJPROGRAM.COM | Active | 7/10/2012 | n/a | |
| PRENDALAWFIRM.COM | Active | 11/13/2012 | n/a | |
| THEBIGGESTBULL.COM | Active | 9/26/2012 | n/a | |
| WEFIGHTPIRACY.ORG | Active | 10/29/2012 | n/a | |

# Domain Information for Shopper ID 54213337

| | |
|---|---|
| Shopper ID: | 54213337 |
| Domain Name: | BLUESYSTEMS.CC |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/14/2012 6:29:27 PM |

## Technical Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/14/2012 6:29:27 PM |

## Administrative Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/14/2012 6:29:27 PM |

## Billing Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/14/2012 6:29:27 PM |

# Domain Information for Shopper ID 54213337

| | |
|---|---|
| Shopper ID: | 54213337 |
| Domain Name: | PJPROGRAM.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | Paul Hansmeier |
| Company: | |
| Email: | prhansmeier@mediacopyrightgroup.com |
| Address 1: | 900 IDS Center |
| Address 2: | 80 S 8th St |
| City: | Minneapolis |
| State/Province: | Minnesota |
| Postal Code: | 55402 |
| Country: | United States |
| Phone: | (612) 234-5744 |
| Fax: | |
| Modify Time: | 7/10/2012 8:00:15 AM |

## Technical Contact

| | |
|---|---|
| Name: | Paul Hansmeier |
| Company: | |
| Email: | prhansmeier@mediacopyrightgroup.com |
| Address 1: | 900 IDS Center |
| Address 2: | 80 S 8th St |
| City: | Minneapolis |
| State/Province: | Minnesota |
| Postal Code: | 55402 |
| Country: | United States |
| Phone: | (612) 234-5744 |
| Fax: | |
| Modify Time: | 7/10/2012 8:00:15 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Paul Hansmeier |
| Company: | |
| Email: | prhansmeier@mediacopyrightgroup.com |
| Address 1: | 900 IDS Center |
| Address 2: | 80 S 8th St |
| City: | Minneapolis |
| State/Province: | Minnesota |
| Postal Code: | 55402 |
| Country: | United States |
| Phone: | (612) 234-5744 |
| Fax: | |
| Modify Time: | 7/10/2012 8:00:15 AM |

## Billing Contact

| | |
|---|---|
| Name: | Paul Hansmeier |
| Company: | |
| Email: | prhansmeier@mediacopyrightgroup.com |
| Address 1: | 900 IDS Center |
| Address 2: | 80 S 8th St |
| City: | Minneapolis |
| State/Province: | Minnesota |
| Postal Code: | 55402 |
| Country: | United States |
| Phone: | (612) 234-5744 |
| Fax: | |
| Modify Time: | 7/10/2012 8:00:15 AM |

# Domain Information for Shopper ID 54213337

| | |
|---|---|
| Shopper ID: | 54213337 |
| Domain Name: | PRENDALAWFIRM.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

### Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 11/13/2012 10:39:05 AM |

### Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 11/13/2012 10:39:05 AM |

### Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 11/13/2012 10:39:05 AM |

### Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 11/13/2012 10:39:05 AM |

# Domain Information for Shopper ID 54213337

| | |
|---|---|
| Shopper ID: | 54213337 |
| Domain Name: | THEBIGGESTBULL.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 9/26/2012 9:23:04 PM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 9/26/2012 9:23:04 PM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 9/26/2012 9:23:04 PM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | (708) 689-8131 |
| Fax: | |
| Modify Time: | 9/26/2012 9:23:04 PM |

# Domain Information for Shopper ID 54213337

| | |
|---|---|
| Shopper ID: | 54213337 |
| Domain Name: | WEFIGHTPIRACY.ORG |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 10/29/2012 7:30:29 PM |

## Technical Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 10/29/2012 7:30:29 PM |

## Administrative Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 10/29/2012 7:30:29 PM |

## Billing Contact
| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | johnlsteele@gmail.com |
| Address 1: | 1111 lincoln Road Suite 400 |
| Address 2: | 80 S 8th St |
| City: | miami Beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 10/29/2012 7:30:29 PM |

# Notes Info for Shopper ID 54213337
## 7/10/2012 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 12/14/2012 6:29:26 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain BLUESYSTEMS.CC privacy set up.  DBP service purchased by customer 37043778. |
| 11/13/2012 10:39:02 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PRENDALAWFIRM.COM privacy set up.  DBP service purchased by customer 37043778. |
| 10/29/2012 7:30:27 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain WEFIGHTPIRACY.ORG privacy set up.  DBP service purchased by customer 37043778. |
| 9/26/2012 9:23:03 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain THEBIGGESTBULL.COM privacy set up.  DBP service purchased by customer 37043778. |
| 7/10/2012 8:00:03 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PJPROGRAM.COM privacy set up.  DBP service purchased by customer 37043778. |

# Iris Notes for Shopper ID 54213337

No Iris Notes account information is available.

# Shopper Contact Audit History for Shopper ID 54213337

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | city | | miami Beach |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | country | | US |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | email | 54213337 | johnlsteele@gmail.com |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | first_name | | john |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | last_name | | steele |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | phone1 | | 7086898131 |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | state | | FL |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | street1 | | 1111 lincoln Road Suite 400 |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | street2 | | 80 S 8th St |
| 7/10/2012 8:00:04 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOMM007 | zip | | 33139 |