# **Exhibit N**

# Contact Info for Shopper ID 57661543

| | |
|---|---|
| Shopper ID: | 57661543 |
| Private Label ID | 1695 |
| Login Name: | ███████ |
| First Name: | Mark |
| Middle Name: | |
| Last Name: | Lutz |
| Company: | Guava |
| Address1: | 1311 14th terrace |
| Address2: | |
| City: | Miami beach |
| State/Prov: | FL |
| Postal Code: | 33139 |
| Country: | US |
| Phone1: | 3057436666 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | Miamiadultshots@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 11/29/2012 3:42:53 PM |
| Last Changed By | Fort Knox Shopper Attribute Copy |
| Last Changed By Date | 11/29/2012 3:42:53 PM |
| Status: | |
| Fraud: | Not Checked / Unknown |
| Shopper Pin | |
| Password Reminder | ███ |
| Twitter Handle | |

# Domain List for Shopper ID 57661543

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| BACKDOORHOTTIES.COM | Active | 12/20/2012 | n/a | |
| DANGEROUSXXX.COM | Active | 11/29/2012 | n/a | |
| LIVEWIREHOLDINGS.COM | Active | 12/18/2012 | n/a | |
| NAUGHTY-HOTTIES.COM | Active | 12/20/2012 | n/a | |

# Domain Information for Shopper ID 57661543

| | |
|---|---|
| Shopper ID: | 57661543 |
| Domain Name: | BACKDOORHOTTIES.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:27 AM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:27 AM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:27 AM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:27 AM |

# Domain Information for Shopper ID 57661543

| | |
|---|---|
| Shopper ID: | 57661543 |
| Domain Name: | DANGEROUSXXX.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | mark lutz |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 1311 14th terracew |
| Address 2: | |
| City: | miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | +1.3057646666 |
| Fax: | |
| Modify Time: | 11/29/2012 3:42:53 PM |

## Technical Contact

| | |
|---|---|
| Name: | mark lutz |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 1311 14th terracew |
| Address 2: | |
| City: | miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | +1.3057646666 |
| Fax: | |
| Modify Time: | 11/29/2012 3:42:53 PM |

## Administrative Contact

| | |
|---|---|
| Name: | mark lutz |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 1311 14th terracew |
| Address 2: | |
| City: | miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | +1.3057646666 |
| Fax: | |
| Modify Time: | 11/29/2012 3:42:53 PM |

## Billing Contact

| | |
|---|---|
| Name: | mark lutz |
| Company: | |
| Email: | miamiadultshots@gmail.com |
| Address 1: | 1311 14th terracew |
| Address 2: | |
| City: | miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | +1.3057646666 |
| Fax: | |
| Modify Time: | 11/29/2012 3:42:53 PM |

# Domain Information for Shopper ID 57661543

| | |
|---|---|
| Shopper ID: | 57661543 |
| Domain Name: | LIVEWIREHOLDINGS.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | Mark Lutz |
| Company: | Livewire |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road Suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 3057436666 |
| Fax: | |
| Modify Time: | 12/18/2012 11:31:42 AM |

## Technical Contact

| | |
|---|---|
| Name: | Mark Lutz |
| Company: | Livewire |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road Suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 3057436666 |
| Fax: | |
| Modify Time: | 12/18/2012 11:31:42 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Mark Lutz |
| Company: | Livewire |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road Suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 3057436666 |
| Fax: | |
| Modify Time: | 12/18/2012 11:31:42 AM |

## Billing Contact

| | |
|---|---|
| Name: | Mark Lutz |
| Company: | Livewire |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road Suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 3057436666 |
| Fax: | |
| Modify Time: | 12/18/2012 11:31:42 AM |

# Domain Information for Shopper ID 57661543

| | |
|---|---|
| Shopper ID: | 57661543 |
| Domain Name: | NAUGHTY-HOTTIES.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |

## Registrant Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:41 AM |

## Technical Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:41 AM |

## Administrative Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:41 AM |

## Billing Contact

| | |
|---|---|
| Name: | john steele |
| Company: | |
| Email: | Miamiadultshots@gmail.com |
| Address 1: | 1111 lincoln road suite 400 |
| Address 2: | |
| City: | Miami beach |
| State/Province: | Florida |
| Postal Code: | 33139 |
| Country: | United States |
| Phone: | 7086898131 |
| Fax: | |
| Modify Time: | 12/20/2012 9:56:41 AM |

# Notes Info for Shopper ID 57661543
# 11/29/2012 to 7/24/2013

| Entered Date / By | Note |
|---|---|
| 12/20/2012 9:56:24 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain NAUGHTY-HOTTIES.COM privacy set up.  DBP service purchased by customer 57657781. |
| 12/20/2012 9:56:24 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain BACKDOORHOTTIES.COM privacy set up.  DBP service purchased by customer 57657781. |
| 12/18/2012 11:31:39 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain LIVEWIREHOLDINGS.COM privacy set up.  DBP service purchased by customer 57657781. |
| 11/29/2012 3:42:53 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain DANGEROUSXXX.COM privacy set up.  DBP service purchased by customer 57657781. |

# Iris Notes for Shopper ID 57661543

No Iris Notes account information is available.

# Shopper Contact Audit History for Shopper ID 57661543

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | city | | Miami beach |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | company | | Guava |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | country | | US |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | email | 57661543 | Miamiadultshots@gmail.com |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | first_name | | Mark |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | last_name | | Lutz |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | phone1 | | 3057436666 |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | state | | FL |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | street1 | | 1311 14th terrace |
| 11/29/2012 3:42:53 PM | Fort Knox Shopper Attribute Copy | P3PWGDCOMM005 | zip | | 33139 |