# **Exhibit O**

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Stephen Wilson,

Who, being by me duly sworn, deposed as follows:

My name is Stephen Wilson, I am of sound mind capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of the Records of Comcast, 650 Centerton Road, Moorestown, NJ 08057. Attached hereto are __1__ pages of records from Comcast. These __1__ pages of records for Comcast File # 489604 are kept by Comcast in the regular course of business, and it was in the regular course of business of Comcast an employee or representative of Comcast with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; further the record was made at or near the time or reasonable soon thereafter. The records attached hereto are the original or exact duplicates of the originals.

_____
Affiant Signature

SWORN TO AND SUBSCRIBED before me on the __7th__ day of __August__, 2013

_____
Notary Public in and for the State of New Jersey

Notary Public's printed name:

__Kanisha White__

My commission expires:   My Commission Expires
February 01, 2017



# COMCAST

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

# CONFIDENTIAL

August 2, 2013

### VIA FACSIMILE

Blair Chintella
Chintella Law
2483 Shoals Terrace
Decatur, GA 30043
**Fax: (866) 298-3664**

Re:    AF Holdings, LLC v. Patel
United States District Court Northern District of Georgia
Case No.: 2:12-cv-00262-WCO
Order Entered: 7/3/2013
Comcast Case #: **488624**

Dear Mr. Chintella:

    The Court Order received on 7/11/2013 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Court Order requests Comcast to produce certain subscriber records pertaining to the following IP address: **75.72.88.156 on 2/14/2013 at 21:44:33 UTC +2 hours.**

    Based on the information provided pursuant to the Court Order, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | STEELE HANSMEIER PLLC |
| Service Address: | 900 2ND AVE S STE 560 |
| | MINNEAPOLIS, MN 55402-3381 |
| Telephone #: | 651-399-1583, 612-227-4204 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8772106003654245 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| MAC Address: | B8:9B:C9:D9:5E:00 |
| E-mail User Ids: | None Found |
| Method of Payment: | Statement sent to above address |

    If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center