# Exhibit Q



Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-0100
FAX: (404) 269-1898
SubpoenaResponse@cox.com

## Certification of Records

I am the duly authorized custodian of the records for Cox Communications, and I have the authority to certify the records herein. The copies provided are true copies of the records described in the Subpoena Duces Tecum. These records were prepared in the ordinary course of business at or near the time of the act, condition, or event. These are the records for IP 24.234.211.161 and I am familiar with the mode of preparation of these documents. The method of record keeping has been established to ensure the trustworthiness of the records.

I declare under penalty of perjury that the foregoing is true and correct and that this was executed on _August 9, 2013_ at Cox Communications, Inc., Atlanta Georgia.

Saquonna Wheeler
Subpoena Coordinator

## RESPONSIVE RECORDS

| 24.234.211.161 | 2/4/2013 All Day UTC time. |

**PRENDA LAW**
**APT 1109**
**6575 W TROPICANA AVE**
**LAS VEGAS  NV 89103-4395**

Other Ph  702-445-6064
Business Ph 708-689-8131

### Account Lookup

CM MAC | 7C:BF:B1:4A:9A:13