## **Exhibit GD1**

"John"

November 15, 2012 – 1:55:31 PM

Redactions:

NONE