# Exhibit GD2

"Alan Cooper"

November 29, 2012 – 1:31:58 PM

Redactions:

~45 seconds: incorrect pin #

~9 minutes: correct pin #