# Exhibit GD3

"John Steele"

February 4, 2013 – 11:56:00 AM

Redactions:

First 30 seconds: pin #