**Exhibit GD4**

"John Steele"

March 5, 2013 – 12:31:21 PM

Redactions:

First 30 seconds: pin #