## Exhibit GD5

"John"

March 5, 2013 – 2:41:34 PM

Redactions:

First 30 seconds: pin #