**Exhibit GD6**

"John Steele"

November 26, 2012 – 7:50:42 AM

Redactions:

Within first 35 seconds: incomplete pin #, repeat of incomplete pin #, correct pin #