# Exhibit GD7

"John Steele" & "Associate on the phone Paul"

November 26, 2012 – 9:50:14 AM

Redactions:

Within first 30 seconds: pin #