# Exhibit GD8

"Mark Lutz"

"Phone number ending in 6666."

November 29, 2012 – 2:34:34 PM

Redactions:

Within first 30 seconds: pin #

~18 minutes: Mastercard number, GoDaddy confirmation, expiration data, CVV #