## Exhibit GD9

"Mark Lutz"

November 29, 2012 – 3:28:05 PM

Redactions:

~9 minutes: pin #