**<u>Exhibit B</u>**



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

---

## Re: Subpoena

---

**Bchintel1** <bchintel1@gmail.com>                           Thu, Aug 15, 2013 at 11:09 AM
To: "Mosley, Monica" <Monica_Mosley@comcast.com>
Cc: "Lewis, Gerard (Legal)" <Gerard_Lewis@comcast.com>, "Wilson, Stephanie"
<Stephanie_Wilson@cable.comcast.com>, "Padgett, Colin" <Colin_Padgett@cable.comcast.com>, "Seiver, John"
<johnseiver@dwt.com>

Hi Monica,

I'm writing in reference to a subpoena the production of which we didn't receive this morning.  The production was supposed to be sent at 10 AM.  Please let me know the status as soon as possible.  Much thanks!  Attached is the subpoena again for your reference.


Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

---

## RE: Subpoena

---

**Mosley, Monica** <Monica_Mosley@comcast.com>                    Thu, Aug 15, 2013 at 11:56 AM
To: Bchintel1 <bchintel1@gmail.com>
Cc: "Lewis, Gerard (Legal)" <Gerard_Lewis@comcast.com>, "Wilson, Stephanie"
<Stephanie_Wilson@cable.comcast.com>, "Padgett, Colin" <Colin_Padgett@cable.comcast.com>, "Seiver, John"
<johnseiver@dwt.com>


Blair, there was a Motion filed by AF on the 13th that requires a decision by the court before we will release.
Monica Mosley
Comcast
Senior Counsel, Privacy & Law Enforcement
215-286-2890



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

---

## Re: Subpoena

---

**Bchintel1** <bchintel1@gmail.com>                                    Thu, Aug 15, 2013 at 12:30 PM
To: "Mosley, Monica" <Monica_Mosley@comcast.com>
Cc: "Lewis, Gerard (Legal)" <Gerard_Lewis@comcast.com>, "Wilson, Stephanie"
<Stephanie_Wilson@cable.comcast.com>, "Padgett, Colin" <Colin_Padgett@cable.comcast.com>, "Seiver, John"
<johnseiver@dwt.com>

Dear Monica,

The filing of a motion by the plaintiff does not suspend Comcast's duty to produce the information.  Here is a cite.

A protective order does not prevent a party from disclosing information obtained other than through the court's processes.  *Seattle Times Co. v. Rhinehart*, 467 U.S. 20 (1984).  A court's inaction on a motion for a protective order does not relieve a person from complying with the discovery request.  *See e.g. Hepperle v. Johnston*, 590 F.2d 609 (5th Cir. 1979) (regarding the taking of a deposition).[1]  *See also Batt v. Kimberly-Clark Corp.*, 438 F. Supp. 2d 1315, 1317-18 (N.D. Okla. 2006) (motion to quash).  Precedent pursuant to *Bonner v. Prichard*, 661F.2d 1206 (11th Cir. 1981).

---

[1] Precedent pursuant to *Bonner v. Prichard*, 661F.2d 1206 (11th Cir. 1981).

Please let me know when/if you will produce the information or we will be filing a motion to compel.

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

## RE: Subpoena

**Mosley, Monica** <Monica_Mosley@comcast.com>                    Thu, Aug 15, 2013 at 12:41 PM
To: Bchintel1 <bchintel1@gmail.com>
Cc: "Lewis, Gerard (Legal)" <Gerard_Lewis@comcast.com>, "Wilson, Stephanie"
<Stephanie_Wilson@cable.comcast.com>, "Padgett, Colin" <Colin_Padgett@cable.comcast.com>, "Seiver, John"
<johnseiver@dwt.com>

Blair, the motion requests the court to halt your subpoenas and were the court to grant the motion and we had
complied with the subpoena prior to that, while a known motion was pending, we would be subject to sanctions and
fines under the Cable Act 47 U.S.C. 551. Consequently, we will release as soon as the Court denies the Motion, not
before. If the court grants AF's motion, we will not release at all on any of the remaining subpoenas.
Monica Mosley
Comcast
Senior Counsel, Privacy & Law Enforcement
215-286-2890



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

---

## Re: Subpoena

---

**Bchintel1** <bchintel1@gmail.com>                    Thu, Aug 15, 2013 at 12:46 PM
To: "Mosley, Monica" <Monica_Mosley@comcast.com>
Cc: "Lewis, Gerard (Legal)" <Gerard_Lewis@comcast.com>, "Wilson, Stephanie"
<Stephanie_Wilson@cable.comcast.com>, "Padgett, Colin" <Colin_Padgett@cable.comcast.com>, "Seiver, John"
<johnseiver@dwt.com>

Monica,

Did you review the case law I cited in my a last e-mail and discuss it with Comcast's Georgia counsel?

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com



**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

---

## Motion to Compel

---

**Bchintel1** <bchintel1@gmail.com>                                       Thu, Aug 15, 2013 at 1:04 PM
To: "Mosley, Monica" <monica_mosley@comcast.com>
Cc: "Lewis, Gerard (Legal)" <Gerard_Lewis@comcast.com>, "Wilson, Stephanie"
<Stephanie_Wilson@cable.comcast.com>, "Padgett, Colin" <Colin_Padgett@cable.comcast.com>, "Seiver, John"
<johnseiver@dwt.com>

And before we file a motion to compel or what not I'd like to know if you've had a chance to review the case cites that I
sent with local counsel?

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com