IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____, )
             **Plaintiff(s)** )
      )
**VS.**     ) **Case No.** _____
      )
_____, )
             **Defendant(s)** )

## VERIFICATION OF FINANCIAL ARRANGEMENTS

**Proceeding Type:** _____
**Proceeding Date:** _____
**Volume Number:** _____
**Date Transcript Filed:** _____

    I hereby certify that the following parties/attorneys of record have made financial arrangements with said court reporter for transcript preparation in the above-styled case.

_____

_____

_____

_____

    The attorneys listed below shall be provided with remote access to the transcript via CM/ECF and PACER.

_____

_____

_____          _____
    **Date**                                   **Court Reporter**