## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

### NOTICE OF APPEARANCE

COMES NOW Michael J. Goldman of the law firm of Hawkins Parnell Thackston & Young LLP and herewith gives notice of his appearance as counsel for Non-Party Comcast Cable Communications Management, LLC ("Comcast").

This 22nd day of August, 2013.

                                                  HAWKINS PARNELL THACKSTON
                                                       & YOUNG LLP

                                                s/ *Michael J. Goldman*
                                                Michael J. Goldman
                                                Georgia Bar No.: 300100

4000 SunTrust Plaza                 Attorneys for Comcast Cable
303 Peachtree Street, NE           Communications Management, LLC
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents except for footnotes in which he has used 12 point Times New Roman.

This 22nd day of August, 2013.

>					HAWKINS PARNELL THACKSTON
>					      & YOUNG LLP
>
>					s/ *Michael J. Goldman*
>					Michael J. Goldman
>					Georgia Bar No.: 300100
>					Attorneys for Comcast Cable
>					Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

The undersigned hereby certifies that he has this day electronically filed with the Clerk of Court a true and correct copy of the foregoing **NOTICE OF APPEARANCE** by filing on the Court's CM/ECF system, which will automatically send notification of same via e-mail to and by United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

| | |
|---|---|
| Blair Chintella, Esq. | Jacques Nazaire, Esq. |
| 2483 Shoals Ter. | 125 Town Park Drive, Suite 300 |
| Decatur, GA  30034 | Kennesaw, Georgia  30144 |

This 22nd day of August, 2013.

                                            HAWKINS PARNELL THACKSTON
                                                  & YOUNG LLP

                                            s/ *Michael J. Goldman*
                                            Michael J. Goldman
                                            Georgia Bar No.:  300100
                                            Attorneys for Comcast Cable
                                            Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com