IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **AF HOLDINGS, LLC,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| **RAJESH PATEL,** | : |
| **Defendant.** | : |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Comcast Cable Communications Management, LLC is wholly owned by Comcast Holdings Corporation which is wholly owned by Comcast Corporation, whose stock is publicly traded.  No publicly held company owns 10% or more of the stock of Comcast Corporation.

This 22nd day of August, 2013.

                                      HAWKINS PARNELL THACKSTON
                                        & YOUNG LLP

                                      s/ *Michael J. Goldman*
                                      Michael J. Goldman
                                      Georgia Bar No.:  300100

4000 SunTrust Plaza                 Attorneys for Comcast Cable
303 Peachtree Street, NE          Communications Management, LLC
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents except for footnotes in which he has used 12 point Times New Roman.

This 22nd day of August, 2013.

HAWKINS PARNELL THACKSTON
& YOUNG LLP

s/ *Michael J. Goldman*
Michael J. Goldman
Georgia Bar No.: 300100
Attorneys for Comcast Cable
Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

The undersigned hereby certifies that he has this day electronically filed with the Clerk of Court and served upon Defendant in the above-referenced matter a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** by filing on the Court's CM/ECF system, which will automatically send notification of same via e-mail to and/or via United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

>Blair Chintella, Esq.
>2483 Shoals Ter.
>Decatur, GA  30034

This 22nd day of August, 2013.

>HAWKINS PARNELL THACKSTON
>& YOUNG LLP
>
>s/ *Michael J. Goldman*
>Michael J. Goldman
>Georgia Bar No.:  300100
>Attorneys for Comcast Cable
>Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com