IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. |
| : | 2:12-CV-262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |
| : | |

NOTICE OF INTENTION TO RESPOND
TO MOTION FOR CONTEMPT

COMES NOW Non-Party Comcast Cable Communications Management, LLC ("Comcast") and gives Notice to the Court that it will file a Response to Defendant's Motion for Contempt (document #63) filed on August 19, 2013. The Response will be filed on or before the due date of September 3, 2013.

*Signatures On Next Page*

This 22nd day of August, 2013.

                        HAWKINS PARNELL THACKSTON
                              & YOUNG LLP

                        s/ *Michael J. Goldman*
                        Michael J. Goldman
                        Georgia Bar No.:  300100
                        Attorneys for Comcast Cable
                        Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

## **CERTIFICATE OF COUNSEL**

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents except for footnotes in which he has used 12 point Times New Roman.

This 22nd day of August, 2013.

                                            HAWKINS PARNELL THACKSTON
                                                & YOUNG LLP

                                            s/ *Michael J. Goldman*
                                            Michael J. Goldman
                                            Georgia Bar No.:  300100
                                            Attorneys for Comcast Cable
                                            Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

The undersigned hereby certifies that he has this day electronically filed with the Clerk of Court a true and correct copy of the foregoing **NOTICE OF INTENTION TO RESPOND TO MOTION FOR CONTEMPT** by filing on the Court's CM/ECF system, which will automatically send notification of same via e-mail to and by United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

| | |
|---|---|
| Blair Chintella, Esq. | Jacques Nazaire, Esq. |
| 2483 Shoals Ter. | 125 Town Park Drive, Suite 300 |
| Decatur, GA  30034 | Kennesaw, Georgia  30144 |

This 22nd day of August, 2013.

HAWKINS PARNELL THACKSTON
& YOUNG LLP

s/ *Michael J. Goldman*
Michael J. Goldman
Georgia Bar No.:  300100
Attorneys for Comcast Cable
Communications Management, LLC

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
(404) 614-7400
mgoldman@hptylaw.com

10785591v.1 3339/250394