## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| AF HOLDINGS, LLC | : | |
| --- | --- | --- |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Defendant's Notice of Correction Regarding ECF #61**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Correction Regarding ECF #61** to notify the Court of the following errors in ECF #61:

| **Page(s)** | **Current** | **Correction** |
| --- | --- | --- |
| 10 | "Exhibit K, page 4" | "Exhibit I, pages 2-3" |
| 10 | Citations regarding the following domains were incorrect or out of order:<br>1) Prendalaw.com<br>2) 6881forensics.com<br>3) Perealaw.com[1]<br>4) Naughty-hotties.com<br>5) Wefightpiracy.org<br>6) Prendalawfirm.com[2] | Corrected corresponding cites:<br>1) Exhibit I, page 7.<br>2) Exhibit L, page 4.<br>3) Exhibit I, page 6.[3]<br>4) Exhibit N, page 7.<br>5) Exhibit M, page 8.<br>6) Exhibit M, page 6. |

---

[1] The relevant domain is actually "perealawfirm.com" rather than "perealaw.com."
[2] This domain was actually omitted from the list but the citation was included, so Defendant hereby clarifies the discrepancy.

1

| | | |
|---|---|---|
| 11 | Missing citation after the end of the first full sentence. | Citation: <u>Exhibit G</u>, page 9. |

Respectfully submitted August 26, 2013:

                                                                                                                                                     _____*/s/ Blair Chintella*_____
                                                                  Blair Chintella
                                                                  GA Bar No. 510109
                                                                  2483 Shoals Ter.
                                                                  Decatur, GA 30034
                                                                  (404) 579-9668
                                                                  bchintel1@gmail.com

---

[3] The citation regarding "perealawfirm.com" was the only one omitted from ECF #61, so it is provided here.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

## Certificate of Service

I hereby certify that on August 26, 2013, I filed the **Defendant's Notice of Correction Regarding ECF #61** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following persons:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for Non-Party Comcast)**

Dated August 26, 2013:

                                              Respectfully Submitted:

                                              ____*/s/ Blair Chintella*_____
                                              Blair Chintella
                                              GA Bar No. 510109
                                              2483 Shoals Ter.
                                              (404) 579-9668
                                              bchintel1@gmail.com