## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

### PLAINTIFF'S NOTICE OF OBJECTION

**PLEASE TAKE NOTICE** that Plaintiff, by and through counsel, Objects to Defendant's Notice of Depositions attached as **Exhibit A** and any notice of depositions of any representatives of plaintiff for the following reasons.

1. The request(s) is/are not accompanied by the necessary fees for travel.

2. The request(s) was/were not properly served.

3. The request(s) is/are made for the sole reason of harassing the individuals who were to be served. Please see **Exhibit B**. which demonstrates that a video of the deposition will be issued out to all individuals, even stalkers, who pay for a copy of the videotaped deposition. The foregoing will put the proposed deponents at risk. Possible injuries to the proposed deponents are clearly *foreseeable*.

Dated August 27, 2013:

                        Respectfully Submitted:

                        _____/s/ Jacques Nazaire_____
                        Jacques Nazaire
                        GA Bar No. 142388
                        125 Town Park Drive, Suite 300
                        Kennesaw, GA 30144
                        Tel: (404) 923-0529
                        Fax: (678) 559.0798
                        nazaire.jacques@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

Local Rule 7.1(D) Certification

I hereby certify that Plaintiff's Notice of Objection complies with all sections of LR5.1

Dated: August 27, 2013:

                Respectfully Submitted:

                _____/s/ Jacques Nazaire_____
                Jacques Nazaire
                GA Bar No. 142388
                125 Town Park Drive
                Kennesaw, GA 30144
                Tel: (404) 923-0529
                Fax: (678) 559-0798
                nazaire.jacques@gmal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

<u>Certificate of Service</u>

I hereby certify that on August 27, 2013, I filed the Plaintiff's Notice of Objection with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney(s) of record:

   Blair Chintella, attorney for Defendant
   Michael J. Goldman, attorney for Comcast

Dated:  August 27, 2013:

Respectfully Submitted:

<u>/s/ Jacques Nazaire</u>
Jacques Nazaire
GA Bar No. 142388
125 Town Park Drive, Suite 300
Kennesaw, GA 30144
Tel: (404) 923-0529
Fax: (678) 559-0798
nazaire.jacques@gmail.com
