### AF Holdings V Patel Crowdfunder Launched

Posted on August 9, 2013 17:57 by ktetch 2 Comments

Many of you have heard of the case AF Holdings V Patel. If not, let me remind you that it was the case I was present at in July. At this point, the case against Patel has been dropped, but it's now about fees and costs. To that end, discovery has been granted in this case. More details are available at this writeup.

One of the issues that is being dealt with in that is that Depositions are not cheap, they're about $600-700 each, apparently. So, there's an effort to reach out to the community for some help.

There's already been one successful crowdfunding effort, to help pay for the July 2nd hearing transcript. That was done in less than 2 hours. It was quite amazing to watch actually.

However, now there comes the more difficult part, and that's the expensive bits of depositions.

For those that don't know, a deposition is essentially a witness interrogation period, that takes place without a judge, but in front of a court reporter. questions of the deposed person are answered under oath, and are often videotaped, so that there are no questions as to the demeanor of the person being asked (a shakey, hesitant 'no' and a confident, clear and quick 'no' look the same on paper, but are miles apart in their subtext.

Because of the use of a court reporter, depositions are expensive. Unless lawyers have a lot of spare cash, or the party he represents has the funds for it, it's often prohibitively expensive, especially if the deposition drags on (and the last AF Holdings related deposition took 7 hours (not including an hours lunchbreak)

So thus we come to the crowdfunding itself. The description by Blair Chintella says:

Help fund the the depositions of Mark Lutz, AF Holdings, and if enough money is raised, John Steele and Paul Hansmeier and other Prenda-related persons. The estimated cost is $600-700 per deposition. Donors will receive a copy of any transcript and/or video of what depositions are done (yes, video!).