IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Defendant's Notice a Related Filing in Minnesota**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of a Related Filing in Minnesota**, showing the Court as follows:

On August 13, 2013, Plaintiff filed a "Motion" that nominally seeks to "quash" a Minnesota subpoena that was served on Paul Hansmeier ("Hansmeier") in Minnesota. ECF # 60-10. Defendant responded to this Motion on August 14, 2013, ECF # 61, and Plaintiff filed a reply on August 15, 2013. ECF # 62. The Court has yet to rule on Plaintiff's Motion.

Meanwhile, on August 26, 2013, Plaintiff filed another motion regarding the same subpoena titled "Plaintiff's Motion to Quash." ECF # 68-5. Defendant intends to respond to this motion by the response deadline of September 12, 2013.

With Discovery set to expire on September 6, 2013, ECF #50, on August 30,

1

2013, Defendant filed the attached motion with the Minnesota Court that issued the subpoena served on Hansmeier.  Defendant files this Notice in order to notify the Court of a pending motion regarding the same subject matter addressed in Plaintiff's motions – ECF # 60-10, 68-5.

    Respectfully submitted September 3, 2013:

                                           ____*/s/ Blair Chintella*_____
                                           Blair Chintella
                                           GA Bar No. 510109
                                           2483 Shoals Ter.
                                           Decatur, GA 30034
                                           (404) 579-9668
                                           bchintel1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on September 3, 2013, I filed the **Defendant's Notice of a Related Filing in Minnesota** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following persons:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for Non-Party Comcast)**


Dated September 3, 2013:

                                                  Respectfully Submitted:

                                                  ____/s/ Blair Chintella_____
                                                  Blair Chintella
                                                  GA Bar No. 510109
                                                  2483 Shoals Ter.
                                                  Decatur, GA 30034
                                                  (404) 579-9668
                                                  bchintel1@gmail.com