**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

## <u>Declaration of Blair Chintella</u>

1.      I have not received a response or objection to Defendant's Interrogatories as of September 5, 2013.

2.      I tried to meet and confer with Jacques Nazaire regarding Plaintiff's failure to respond or object to Defendant's Interrogatories via e-mail on August 28, 2013, August 30, 2013, and September 4, 2013 (twice) but never received a response.

3.      I have been licensed to practice law since approximately June of 2009.

4.      It states on my retainer agreement(s) with Mr. Patel that my hourly rate is $200.

5.      I spent 2.5 hours in preparing this motion, including creating a rough draft, proofreading, revising, and drafting and doing the same for all attachments.

6.      I spent .4 hours converting the documents to PDF format and preparing them to be filed via the CM/ECF system.

1

7.     I spent .2 hours logging into the CM/ECF system to file the

documents.


I declare under penalty of perjury that the foregoing is true and correct:


Signature:  _____*/s/ Blair Chintella*_____  Date:  ___09/04/2013_____
                                Blair Chintella