# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC           :
                               :
            Plaintiff,      :
                               :
v.                              :    Civil Action No.
                               :    2:12-cv-00262-WCO
RAJESH PATEL,           :
                               :
            Defendant.     :

## **[Proposed] Order**

It is hereby ordered that [   ] Plaintiff and/or [   ] Jacques Nazaire pay Mr. Patel the amount of [  ] $620 and/or [  ] _____ for attorneys' fees associated with 3.1 hours of legal work associated with bringing Defendant's Motion to Compel Compliance.


**It is hereby ordered this _____ day of _____, 2013:**


_____

William C. O'Kelley
Judge
United States District Court for the Northern District of Georgia