IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : 2:12-cv-00262-WCO |
| | : |
| RAJESH PATEL, | : |
| Defendant. | : |

### Declaration of Blair Chintella

1.I have not received a response or objection to Defendant's production Request as of September 5, 2013.

2.I tried to meet and confer with Jacques Nazaire regarding Plaintiff's failure to respond or object to Defendant's Production Request via e-mail on August 28, 2013, August 30, 2013, and September 4, 2013 (twice) but never received a response.

3.I have been licensed to practice law since approximately June of 2009.

4.It states on my retainer agreement(s) with Mr. Patel that my hourly rate is $200.

5.I spent 1.2 hours in preparing this motion, including creating a rough draft, proofreading, revising, and drafting and doing the same for all attachments.

6.I spent .4 hours converting the documents to PDF format and preparing them to be filed via the CM/ECF system.

1

7.     I spent .2 hours logging into the CM/ECF system to file the documents.

I declare under penalty of perjury that the foregoing is true and correct:

Signature:  _____*/s/ Blair Chintella*_____  Date:  ___09/04/2013_____
                        Blair Chintella