# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

## [Proposed] Order

It is hereby ordered that [  ] Plaintiff and/or [  ] Jacques Nazaire pay Mr. Patel the amount of [  ] $360 and/or [  ] _____ for attorneys' fees associated with 1.8 hours of legal work associated with bringing Defendant's Motion to Compel.

**It is hereby ordered this _____ day of _____, 2013:**

_____
William C. O'Kelley
Judge
United States District Court for the Northern District of Georgia