IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| Plaintiff, | : : | |
| | : | Civil Action No. |
| v. | : : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : : | |
| Defendant. | : : | |

### Declaration of Blair Chintella

1. On August 21, 2013, I called Jacques Nazaire on both numbers and left voicemails that I have for him to determine why Mark Lutz did not attend his deposition but as of September 5, 2013 I have yet to receive a response. I have sent multiple e-mails seeking to talk about discovery in general but have not received a response.

2. I have been licensed to practice law since approximately June of 2009.

3. It states on my retainer agreement(s) with Mr. Patel that my hourly rate is $200.

4. I spent 2.1 hours in preparing this motion, including creating a rough draft, proofreading, revising, and drafting and doing the same for all attachments.

5. I spent .4 hours converting the documents to PDF format and preparing them to be filed via the CM/ECF system.

6. I spent .2 hours logging into the CM/ECF system to file the

documents.

7. I spent a total of 8.6 hours preparing for Mr. Lutz's deposition, including:

   a. 4.5 hours – drafting sample questions, which includes an initial draft, revising and proofreading, categorizing so the questions flow topic-to-topic, revising again, and creating a compacted outline by major topics to supplement the multi-page list of specific questions to ask; rehearsing.

   b. 2.1 hours – reviewing court documents (especially the deposition of AF Holdings's representative Paul Hansmeier) in the California Action described in Defendant's motion for sanctions (ECF #16) for prior depositions or testimony regarding AF Holdings or Mark Lutz;

   c. 1 hour – reviewing Mr. Lutz's purported affidavits filed in cases such as the Sunlust Action and California Action).

   d. 1 hour – time travelling to and from the State Bar of Georgia where the deposition was to be held, and including the time spent waiting for the deponent to attend.

   e. The following are some but not all of the expenses associated with scheduling and attempting to conduct the deposition of Mr. Lutz:

      i. $108.70 – Wheeler Reporting Company Court reporter.

I declare under penalty of perjury that the foregoing is true and correct:

Signature: _____/s/ Blair Chintella_____   Date: ___09/05/2013_____
                Blair Chintella