# In The Matter Of:
*AF HOLDINGS, LLC v.*
*RAJESH PATEL*

*MARK LUTZ*
*August 21, 2013*



404.351.4577 | 1600 Northside Drive
(fax) 404.351.3464 | Suite 250
www.WheelerReporting.com | Atlanta, GA 30318

*Min-U-Script® with Word Index*

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA


    ********************************
    AF HOLDINGS, LLC,

          Plaintiff,

    vs.                              CIVIL ACTION
                                     2:12-cv-00262-WCO

    RAJESH PATEL,

          Defendant.
    ********************************


          Deposition of MARK LUTZ, taken by the
    Defendant, before Olivia A. Virtuoso,
    Certified Court Reporter (B-400), 104 Marietta
    Street, NW, Atlanta, Georgia, on the 21st day
    of August, 2013, commencing at approximately
    9:39 a.m.



    ********************************************************
             WHEELER REPORTING COMPANY, INC.
             1600 Northside Drive, Suite 250
                    Atlanta, GA 30318
                      404.351.4577
```

Page 2

1  INDEX OF EXAMINATIONS
2  Page
3
4
   Examination by Mr. Chintella . . . . . . . . . . 4
5
6
7
8  INDEX OF EXHIBITS
9
   Exhibit No. B-2 . . . . . . . . . . . . . . . . . 3
10 Notice of Deposition
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  APPEARANCES OF COUNSEL:
2  On behalf of the Plaintiff:
3    NO APPEARANCE
4
5  On behalf of the Defendant:
6    BLAIR CHINTELLA, ESQ.
7    2483 Shoals Terrace
8    Decatur, GA 30034
9    (404) 579-9668
10   bchintell@gmail.com
11   - - -
12   MR. CHINTELLA: Today is August 21st, 2013,
13 at 9:39 a.m., in the deposition of MARK LUTZ, which
14 was scheduled for 9 o'clock.  And nobody is here
15 except me and the court reporter.
16   We have waited 40 minutes, approximately, and
17 we're just going to wrap this up.
18   [Whereupon, the court
19   reporter marked  Exhibit
20   No. B-2 for
21   identification.]
22   MR. CHINTELLA: I'd like to introduce into
23 the record, Lutz Exhibit B-2, which is a Notice of
24 Deposition regarding Mark Lutz, and it was served on
25 Jack Nazaire, attorney for the plaintiff.

Page 4

1   And for the record, I did try and call Jack
2 Nazaire twice, one time on each of his numbers that I
3 have and have not gotten a call back.
4   So with that, we're going to end the
5 deposition for today.
6   (Deposition concluded]
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1  DISCLOSURE
2
    STATE OF GEORGIA        DEPONENT:
3  COUNTY OF FULTON         MARK LUTZ
4
    Pursuant to Article 10.B of the Rules and
5  Regulations of the Board of Court Reporting of the
   Judicial Council of Georgia, I make the following
6  disclosure:
7    I am a Georgia Certified Court Reporter. I
   am here as an independent contractor for Wheeler
8  Reporting Company, Inc.
9    Wheeler Reporting Company, Inc. was contacted
   by the offices of Blair Chintella, to provide court
10 reporting services for this deposition. Wheeler
   Reporting will not be taking this deposition under any
11 contract that is prohibited by O.C.G.A. 9-11-28(c).
12   Wheeler Reporting Company, Inc. has no
   contract/agreement to provide reporting services with
13 any party to the case, any counsel in the case, or any
   reporter or reporting agency from whom a referral
14 might have been made to cover this deposition.
15   Wheeler Reporting Company, Inc. will charge
   its usual and customary rates to all parties in the
16 case, and a financial discount will not be given to
   any party to this litigation.
17
18 *[signature]*
19
   OLIVIA VIRTUOSO, CCR #B-400
20 Certified Court Reporter
21
22
23
24
25

Page 6

1  C E R T I F I C A T E
2  STATE OF GEORGIA:
3  COUNTY OF FULTON:
4    I hereby certify that the foregoing
5  deposition was taken down, as stated in the caption,
6  and the colloquies, questions and answers thereto were
7  reduced to the written page under my direction; that
8  the foregoing transcript is a true and correct record
9  of the evidence given.
10   The above certification is expressly
11 withdrawn and denied upon the disassembly or
12 photocopying of the foregoing transcript, unless
13 disassembly or photocopying is done under the auspices
14 of Wheeler Reporting Company, Inc., Certified Court
15 Reporters, and the signature and original seal is
16 attached thereto.
17   I further certify that I am not of kin or
18 counsel to the parties in the case; am not in the
19 regular employ of counsel for any of said parties, nor
20 am I in any way financially interested in the result
21 of said case.
22   This the 22nd day of August, 2013.
23
24
25 OLIVIA A. VIRTUOSO, CCR-B-400

**[**

**[Whereupon (1)**
 3:18

**A**

**above (1)**
 6:10
**APPEARANCE (1)**
 3:3
**APPEARANCES (1)**
 3:1
**approximately (1)**
 3:16
**attached (1)**
 6:16
**attorney (1)**
 3:25
**August (2)**
 3:12;
 6:22
**auspices (1)**
 6:13

**B**

**B-2 (2)**
 3:20,23
**back (1)**
 4:3
**bchintell@gmailcom (1)**
 3:10
**behalf (2)**
 3:2,5
**BLAIR (1)**
 3:6
**Board (1)**
 5:5

**C**

**call (2)**
 4:1,3
**caption (1)**
 6:5
**case (5)**
 5:13,
 13,16;
 6:18,21
**CCR-B-400 (1)**
 6:25
**certification (1)**
 6:10
**Certified (3)**

 5:7,20;
 6:14
**certify (2)**
 6:4,17
**charge (1)**
 5:15
**CHINTELLA (3)**
 3:6,12,
 22
**colloquies (1)**
 6:6
**Company (5)**
 5:8,9,
 12,15;
 6:14
**concluded] (1)**
 4:6
**contacted (1)**
 5:9
**contract (1)**
 5:11
**COUNSEL (4)**
 3:1;
 5:13;
 6:18,19
**COUNTY (2)**
 5:3;6:3
**court (6)**
 3:15,
 18;5:5,
 7,20;
 6:14
**cover (1)**
 5:14

**D**

**day (1)**
 6:22
**Decatur (1)**
 3:8
**Defendant (1)**
 3:5
**denied (1)**
 6:11
**Deposition (8)**
 2:10;
 3:13,24;
 4:5,6;
 5:10,14;
 6:5
**direction (1)**
 6:7
**disassembly (2)**
 6:11,13
**DISCLOSURE (2)**

 5:1,6
**discount (1)**
 5:16
**done (1)**
 6:13
**down (1)**
 6:5

**E**

**employ (1)**
 6:19
**end (1)**
 4:4
**ESQ (1)**
 3:6
**evidence (1)**
 6:9
**EXAMINATIONS (1)**
 2:1
**except (1)**
 3:15
**Exhibit (2)**
 3:19,23
**EXHIBITS (1)**
 2:8
**expressly (1)**
 6:10

**F**

**financial (1)**
 5:16
**financially (1)**
 6:20
**foregoing (3)**
 6:4,8,
 12
**FULTON (2)**
 5:3;6:3
**further (1)**
 6:17

**G**

**GA (1)**
 3:8
**Georgia (2)**
 5:7;6:2
**given (2)**
 5:16;
 6:9

**H**

**hereby (1)**

 6:4

**I**

**identification] (1)**
 3:21
**Inc (5)**
 5:8,9,
 12,15;
 6:14
**INDEX (2)**
 2:1,8
**interested (1)**
 6:20
**into (1)**
 3:22
**introduce (1)**
 3:22

**J**

**Jack (2)**
 3:25;
 4:1

**K**

**kin (1)**
 6:17

**L**

**LUTZ (4)**
 3:13,
 23,24;
 5:3

**M**

**MARK (3)**
 3:13,
 24;5:3
**marked (1)**
 3:19
**might (1)**
 5:14
**minutes (1)**
 3:16

**N**

**Nazaire (2)**
 3:25;
 4:2
**nobody (1)**
 3:14

**nor (1)**
 6:19
**Notice (2)**
 2:10;
 3:23
**numbers (1)**
 4:2

**O**

**OCGA (1)**
 5:11
**o'clock (1)**
 3:14
**OLIVIA (1)**
 6:25
**one (1)**
 4:2
**original (1)**
 6:15

**P**

**Page (2)**
 2:2;6:7
**parties (2)**
 6:18,19
**party (1)**
 5:13
**photocopying (2)**
 6:12,13
**Plaintiff (2)**
 3:2,25
**prohibited (1)**
 5:11

**R**

**record (3)**
 3:23;
 4:1;6:8
**reduced (1)**
 6:7
**regarding (1)**
 3:24
**regular (1)**
 6:19
**Regulations (1)**
 5:5
**reporter (4)**
 3:15,
 19;5:7,
 20
**Reporters (1)**
 6:15
**Reporting (7)**

| | | |
|---|---|---|
| 5:5,8,<br>9,10,12,<br>15;6:14<br>**result (1)**<br> 6:20 | **VIRTUOSO (1)**<br> 6:25 | 5:11 |
| **S** | **W** | |
| **scheduled (1)**<br> 3:14<br>**seal (1)**<br> 6:15<br>**served (1)**<br> 3:24<br>**services (1)**<br> 5:10<br>**Shoals (1)**<br> 3:7<br>**signature (1)**<br> 6:15<br>**STATE (1)**<br> 6:2<br>**stated (1)**<br> 6:5 | **waited (1)**<br> 3:16<br>**way (1)**<br> 6:20<br>**Wheeler (5)**<br> 5:9,10,<br> 12,15;<br> 6:14<br>**withdrawn (1)**<br> 6:11<br>**wrap (1)**<br> 3:17<br>**written (1)**<br> 6:7 | |
| **T** | **2** | |
| **Terrace (1)**<br> 3:7<br>**thereto (2)**<br> 6:6,16<br>**Today (2)**<br> 3:12;<br> 4:5<br>**transcript (2)**<br> 6:8,12<br>**true (1)**<br> 6:8<br>**try (1)**<br> 4:1<br>**twice (1)**<br> 4:2 | **2013 (2)**<br> 3:12;<br> 6:22<br>**21st (1)**<br> 3:12<br>**22nd (1)**<br> 6:22<br>**2483 (1)**<br> 3:7 | |
| | **3** | |
| | **30034 (1)**<br> 3:8 | |
| | **4** | |
| | **40 (1)**<br> 3:16<br>**404 (1)**<br> 3:9 | |
| **U** | **5** | |
| **under (2)**<br> 6:7,13<br>**unless (1)**<br> 6:12<br>**up (1)**<br> 3:17<br>**upon (1)**<br> 6:11 | **579-9668 (1)**<br> 3:9 | |
| | **9** | |
| **V** | **9 (1)**<br> 3:14<br>**9:39 (1)**<br> 3:13<br>**9-11-28c (1)** | |