## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :    Civil Action No.
                                    :    2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :

### [Proposed] Order

It is hereby ordered that [   ] Plaintiff and/or [   ] Jacques Nazaire and/or [   ]

Mark Lutz to pay Mr. Patel the amount of [   ] $2,260 and/or [   ]

_____ for attorneys' fees associated with 11.3

hours of legal work associated with bringing Defendant's Motion for Sanctions for

Mark Lutz's Failure to Appear at his Deposition, and such liability be joint and

several.  It is also ordered that the same persons are jointly and severally liable for

$108.70, which is the expense for the Wheeler Reporting Company service.

It is further ordered that pursuant to Rule 37(b)(2)(A):

- Plaintiff is prohibited from opposing Defendant's motions for

    sanctions (# 16, 30);

- That it is deemed admitted that the assignment agreement in this

    contains a forged signature of "Alan Cooper" and "Raymond

    Rogers;"

- Plaintiff's motions for sanctions (ECF # 20, 21) are dismissed
  and/or Plaintiff is prohibited from asserting them; and

- Mr. Lutz is held in contempt of Court and is liable to Defendant in
  the amount of $500 per day until he purges himself of contempt by
  arranging for his deposition to be taken by Defendant in this
  matter.

**It is so ordered this _____ day of _____, 2013:**

_____
William C. O'Kelley
Judge
United States District Court for the Northern District of Georgia