IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Defendant's Notice of Errata**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Errata**.

The citation to "ECF # 24" in the first sentence of ECF #74 should have been "ECF #41."

Respectfully submitted September 5, 2013:

　　　　　　　　　　　　　　　　　　　　____/s/ Blair Chintella_____
　　　　　　　　　　　　　　　　　　　　Blair Chintella
　　　　　　　　　　　　　　　　　　　　GA Bar No. 510109
　　　　　　　　　　　　　　　　　　　　2483 Shoals Ter.
　　　　　　　　　　　　　　　　　　　　Decatur, GA 30034
　　　　　　　　　　　　　　　　　　　　(404) 579-9668
　　　　　　　　　　　　　　　　　　　　bchintel1@gmail.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on September 5, 2013, I filed the **Defendant's Notice of Errata** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following persons:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for Non-Party Comcast)**

Dated September 5, 2013:

Respectfully Submitted:

____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 579-9668
bchintel1@gmail.com

2