## Tweets

 **FightCopyrightTrolls** @fightcopytrolls3 Sep

UPDATE (Memorandum following Order) #Prenda parties ordered to pay more than $63K to Doe Defendants in Minnesota: wp.me/p1w9y9-1V0

Retweeted by Chintella Law

Expand

2.

 **Chintella Law** @ChintellaLaw3 Sep

AF Holdings refuses to appear at their deposition in the Patel case...

Expand

 **DieTrollDie** @DieTrollDie3 Sep

@ChintellaLaw "Refuses"... Did you get a call/email/letter???? Or is that based on their failure to appear?

Expand

 **Chintella Law** @ChintellaLaw3 Sep

@DieTrollDie No excuse or communication whatsoever...so they must enjoy having motions for sanctions filed against them or something.

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More
- ▪ **2** FAVORITES



7:33 AM - 3 Sep 13 · Details

4.  **DieTrollDie** @DieTrollDie 3 Sep

@ChintellaLaw I see the quote from Forrest Gump, "Stupid is as stupid does."

Expand

5.  **Zeno Elea** @Zenofyle 3 Sep

@ChintellaLaw @DieTrollDie I'd motion to compel testimony before the Judge, then motion for sanctions for fees/expenses of no-show.

Expand

6.  **Zeno Elea** @Zenofyle 3 Sep

@ChintellaLaw @DieTrollDie i.e., his deposition will be in front of the judge, so he can decide all objections on the spot. Rare, but.....

Expand

7.  **Nate Cardozo** @ncardozo 3 Sep

@ChintellaLaw @DieTrollDie ? ia601600.us.archive.org/7/items/gov.us……… Did you move to compel yet?

Expand

8.  **Jay Wolman** @wolmanj 4 Sep

@ChintellaLaw @DieTrollDie Did you go on the record?

Expand

3.  **Chintella Law** @ChintellaLaw3 Sep

AF Holdings refuses to appear at their deposition in the Patel case...

Expand

4.  **Chintella Law** @ChintellaLaw3 Sep

30 minutes until the deposition and still no sight of AF Holdings or their counsel.

Expand

5.  **Chintella Law** @ChintellaLaw3 Sep

Deposition of AF Holdings supposed to take place in a few hours!

Expand

6.

1.  **Booth Sweet LLP** @BoothSweet30 Aug

Judge Tauro just granted our request to enter default against Prenda's plaintiff AF Holdings in the Massachusetts Chowdhury case.

Retweeted by Chintella Law

Collapse

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More
- ▪ **6**RETWEETS
- ▪ **6**FAVORITES
- ▪ 

12:51 PM - 30 Aug 13 · Details

2.   **Dark Moe** @DarkMoe330 Aug

@BoothSweet Hearty Congrats!

Expand

3.   **Alan Cooper** @AlanCooperGhost30 Aug

.@BoothSweet High Fives. Hat Tip. Congrats. #Respect.

Expand

4.   **Delvan Neville** @MrDelvan30 Aug

@BoothSweet Congratulations gentlemen!

Expand

5.  **ThatAnonymousCoward** @That_AC31 Aug

@BoothSweet Job well done. Don't take any wooden copyright registrations to satisfy the judgement.

Expand

7.

   1.   **DieTrollDie** @DieTrollDie30 Aug

.DieTrollDie.com Is Two Years Old .wp.me/p1OhOw-1t6 via @dietrolldie #Prenda #Copyright Trolls

Expand

   2.   **Chintella Law** @ChintellaLaw30 Aug

@DieTrollDie Congrats!

Hide conversation

- Reply
- Retweet
- Favorite
- More

6:09 AM - 30 Aug 13 · Details

8.

1.  **Chintella Law** @ChintellaLaw30 Aug

DragonCon starts today people!

Collapse

- Reply
- Retweet
- Favorite
- More

6:08 AM - 30 Aug 13 · Details

9.

1.  **DieTrollDie** @DieTrollDie29 Aug

BT Copyright Infringement Case Openings - 29 Aug 13 .wp.me/p1OhOw-1ti via @dietrolldie

Expand

2.  **Chintella Law** @ChintellaLaw29 Aug

@DieTrollDie Hmm, I notice that there haven't been any filed in Georgia for some reason...

Hide conversation

- Reply
- Retweet
- Favorite
- More

9:47 PM - 29 Aug 13 · Details

3.  **DieTrollDie** @DieTrollDie30 Aug

@ChintellaLaw Yes, the lack of actions in some areas is very telling. :)

Expand

10.

1.  **Ars Technica** @arstechnica29 Aug

In 3-hour hearing, Prenda attacks its former lawyer .ars.to/1a2vVYq by @joemullin

Retweeted by Chintella Law

Hide summary

- Reply
- Retweet
- Favorite
- More
- **17**RETWEETS
- **9**FAVORITES
- 

4:05 PM - 29 Aug 13 · DetailsFlag media

2.  **nancy_deathbeast** @nancydeathbeast29 Aug

@arstechnica @joemullin no shit? the truth got the better of him. teeheehee

Expand

11.

1. **FightCopyrightTrolls** @fightcopytrolls29 Aug

In three hour hearing, #Prenda attacks its former lawyer  ars.to/1a2vVYq  via  @arstechnica  by
@joemullin

Retweeted by Chintella Law

Hide summary

- Reply
- Retweet
- Favorite
- More
- **2**RETWEETS
- **1**FAVORITE



4:49 PM - 29 Aug 13 · DetailsFlag media

2.  **Oralia Oglesbee** @OraliaOgles29 Aug

   @fightcopytrolls @arstechnica @joemullin huh? no mention of @MrDelvan ? :(

   Expand

3. **Dark Moe** @DarkMoe329 Aug

   @OraliaOgles @fightcopytrolls @arstechnica @joemullin @MrDelvan Yeah, what's up with that?

   Expand

4. **ThatAnonymousCoward** @That_AC29 Aug

   @OraliaOgles @fightcopytrolls @arstechnica @joemullin @MrDelvan Duffy wasn't only 1 late to court...

   Expand

5. **Mike Masnick** @mmasnick29 Aug

@OraliaOgles @fightcopytrolls fear not. my writeup (not up yet) mentions @MrDelvan

Expand

12.  **Andrew Norton** @ktetch 29 Aug

Got my #dragoncon badge, and almost ready for a busy day with the @efforums track tomorrow. pic.twitter.com/039cATXryI

Retweeted by Chintella Law

View photo

13.

1.  **Kurt Opsahl** @kurtopsahl 28 Aug

Mark Lutz' ears must be burning, his name comes up so much in the #Prenda hearing. However, he still has not shown up.

Expand

2.  **Chintella Law** @ChintellaLaw 28 Aug

@kurtopsahl Forgive my ignorance, but was he ordered to show?

Hide conversation

- Reply
- Retweet
- Favorite
- More

3:15 PM - 28 Aug 13 · Details

14.

1.  **Mitch Stoltz** @mitchstoltz 28 Aug

Judge Vadas: sounds like there was a chain of command from Steele to Gibbs to Goodhue and Nazaire. #prenda

Expand



2.  **Chintella Law** @ChintellaLaw28 Aug

@mitchstoltz The judge actually mentioned Nazaire??

Hide conversation

- Reply
- Retweet
- Favorite
- More
- **1** FAVORITE



3:12 PM - 28 Aug 13 · Details

3.  **Dark Moe** @DarkMoe328 Aug

@ChintellaLaw Yes, Perry Mason's investigator, Paul Drake, has been looking into the gay marriage thing. By the way, Drake was a queen.

Expand

4.  **Mitch Stoltz** @mitchstoltz28 Aug

@ChintellaLaw Duffy did. Attempting to prove that Gibbs is untrustworthy because he turned.

Expand

15.

1.  **Teresa Murphy** @RessyM26 Aug

@fightcopytrolls @mmasnick @techdirt @Popehat @DieTrollDie Upset you didn't get a mention? :P

Expand



2.  **FightCopyrightTrolls** @fightcopytrolls26 Aug

@RessyM @mmasnick @techdirt @Popehat @DieTrollDie Yes. I worked hard, did not get paid, and what I get in return?

Expand



3.  **Mike Masnick** @mmasnick26 Aug

@fightcopytrolls you should sue nazaire for the pain and suffering he's causing you. ;) @RessyM @Popehat @DieTrollDie

Expand



4.  **FightCopyrightTrolls** @fightcopytrolls26 Aug

.@mmasnick @RessyM @Popehat @DieTrollDie Couldn't help emailing Nazaire ....htcopyrighttrolls.files.wordpress.com/2013/08/tonaza...

Expand



5.  **FightCopyrightTrolls** @fightcopytrolls26 Aug

.@mmasnick @RessyM @Popehat @DieTrollDie Eloquent and witty Nazaire has replied to my letter. I'm humbled. #Prenda pic.twitter.com/JOdwuf98Dq

View photo

6.  **Chintella Law** @ChintellaLaw26 Aug

@fightcopytrolls @mmasnick @RessyM @Popehat @DieTrollDie Wow, pretty ridiculous.

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

8:51 PM - 26 Aug 13 · Details

7. View more in conversation →

16.



1.   **Kurt Opsahl** @kurtopsahl26 Aug

"Just" metadata? Not so much. Prof @EdFelten explains to court how metadata can paint a powerful portrait about you ia601803.us.archive.org/22/items/gov.u ...

Expand



2.   **Chintella Law** @ChintellaLaw26 Aug

@kurtopsahl @EdFelten Find!

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

6:26 PM - 26 Aug 13 · Details

17.



1.   **Kurt Opsahl** @kurtopsahl26 Aug

"Just" metadata? Not so much. Prof @EdFelten explains to court how metadata can paint a powerful portrait about you ia601803.us.archive.org/22/items/gov.u ...

Expand

2.   **Chintella Law** @ChintellaLaw26 Aug

@kurtopsahl @EdFelten Nice!

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

6:26 PM - 26 Aug 13 · Details

18.  **Chintella Law** @ChintellaLaw23 Aug

Thanks to all that donated in the Patel case. These depositions wouldn't have been possible without.

Expand

19.  **Salt Marsh** @SaltMarshGhost23 Aug

Welcome AF v. Patel to the RECAP #1 spot! #Prenda has 3 cases in the top 5.
pic.twitter.com/Riqx3TLCbh

Retweeted by Chintella Law

View photo

20.  **Chintella Law** @ChintellaLaw23 Aug

@Popehat I'm not sure if I could livetweet and focus on the deposition though. lol.

View conversation

21.  **Chintella Law** @ChintellaLaw23 Aug

@Popehat Why don't I just audio record it instead since GA is a one-party consent state?

View conversation

22.  **Chintella Law** @ChintellaLaw23 Aug

@Popehat Livetweet at the deposition?

View conversation

23.  **Chintella Law** @ChintellaLaw23 Aug

@DieTrollDie Lutz didn't show for his, but we'll have to see who they designate to give the deposition for AF Holdings though.

View conversation

24.  **Chintella Law** @ChintellaLaw23 Aug

Deposition scheduled for AF Holdings on September 3, 2013!

Expand

25.  **Chintella Law** @ChintellaLaw22 Aug

@Raul15340965 @syfert @CopyWrightAct Actually, he called to ask if my unborn children were interested in an unidentified beneficiary trust.

View conversation

26.  **Chintella Law** @ChintellaLaw22 Aug

Mark Shea, cool guy!  oathkeepers.org/oath/2013/08/1⎯⎯⎯⎯⎯…

Expand

27.  **Kurt Opsahl** @kurtopsahl22 Aug

Independent: Edward Snowden leaks reveal UK's secret Middle-East internet surveillance base
independent.co.uk/news/uk/politi⎯⎯⎯⎯⎯…

Retweeted by Chintella Law

View summary

28.  **Chintella Law** @ChintellaLaw22 Aug

@syfert @Raul15340965 @CopyWrightAct Speaking of...I got a call from him today.

View conversation

29.  **Ars Technica** @arstechnica21 Aug

Trailer: Blizzard announces Diablo III expansion Reaper of Souls  ars.to/15atl8H by  @KyleOrl

Retweeted by Chintella Law

View summary

30.  **Kashmir Hill** @kashhill21 Aug

RT @kgosztola: Full report on Bradley Manning's sentence of 35 years in prison  fdl.me/18JR4BQ

Retweeted by Chintella Law

Expand

31.

1.  **Chintella Law** @ChintellaLaw21 Aug

Comcast threatens Torrentfreak?...  torrentfreak.com/comcast-threat_____…

Collapse

- ▪  Reply
- ▪  Retweet
- ▪  Favorite
- ▪  More

7:38 AM - 21 Aug 13 · Details

2.  **Adam Steinbaugh** @adamsteinbaugh21 Aug

@ChintellaLaw FAIL

Collapse

7:41 AM - 21 Aug 13 · Details

32.

1.  **Chintella Law** @ChintellaLaw21 Aug

Unfortunately, Mark Lutz didn't show for his deposition today... :-(

Expand

2.  **Popehat** @Popehat21 Aug

@ChintellaLaw Awwwwww. Did he send an excuse?

Expand

3.  **Chintella Law** @ChintellaLaw21 Aug

@Popehat No excuse. He didn't even bother to call. :-P

Expand

4.  **Chintella Law** @ChintellaLaw21 Aug

@Popehat He could have at least texted. ;-)

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

7:35 AM - 21 Aug 13 · Details

 **Popehat** @Popehat21 Aug

5.

@ChintellaLaw So. Motion to compel, with request for sanctions. Fun!

Expand

33.

 **Chintella Law** @ChintellaLaw21 Aug

1.

Unfortunately, Mark Lutz didn't show for his deposition today... :-(

Expand

 **Popehat** @Popehat21 Aug

2.

@ChintellaLaw Awwwwww. Did he send an excuse?

Expand

 **Chintella Law** @ChintellaLaw21 Aug

3.

@Popehat No excuse. He didn't even bother to call. :-P

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

7:34 AM - 21 Aug 13 · Details

 **Teresa Murphy** @RessyM21 Aug

4.

@ChintellaLaw @Popehat Maybe he was worried someone would call in all those active warrants on him?

Expand

5.  **Chintella Law** @ChintellaLaw21 Aug

@Popehat He could have at least texted. ;-)

Expand

6.  **Popehat** @Popehat21 Aug

@ChintellaLaw So. Motion to compel, with request for sanctions. Fun!

Expand

34.

1.  **Chintella Law** @ChintellaLaw21 Aug

Unfortunately, Mark Lutz didn't show for his deposition today... :-(

Collapse

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More
- ▪ **2**RETWEETS
- ▪ **3**FAVORITES
- ▪ 

7:30 AM - 21 Aug 13 · Details

2.  **Popehat** @Popehat21 Aug

@ChintellaLaw Awwwwww. Did he send an excuse?

Expand

3. **Adam Steinbaugh** @adamsteinbaugh21 Aug

@ChintellaLaw he was busy ascertaining his children.

Expand

4. **Chintella Law** @ChintellaLaw21 Aug

@Popehat No excuse. He didn't even bother to call. :-P

Expand

5. **Chintella Law** @ChintellaLaw21 Aug

@Popehat He could have at least texted. ;-)

Expand

6. **Popehat** @Popehat21 Aug

@ChintellaLaw So. Motion to compel, with request for sanctions. Fun!

Expand

35.

1.  **Chintella Law** @ChintellaLaw20 Aug

Looking forward to tomorrow's deposition of Mark Lutz, if he shows that is.

Expand

2.  **Popehat** @Popehat20 Aug

@ChintellaLaw Will you please ask him what he plans to name his hypothetical children that are the beneficiaries of the trust?

Expand

3.  **Chintella Law** @ChintellaLaw20 Aug

@Popehat But I'm not sure for a female name...

Expand

4.  **Delvan Neville** @MrDelvan20 Aug

@ChintellaLaw @Popehat Salt-Marsha

Expand

5.  **Chintella Law** @ChintellaLaw20 Aug

@MrDelvan @Popehat lol

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

3:18 PM - 20 Aug 13 · Details

36.

1.  **Chintella Law** @ChintellaLaw20 Aug

Looking forward to tomorrow's deposition of Mark Lutz, if he shows that is.

Collapse

- ▪ **1** RETWEET
- ▪ **5** FAVORITES



3:12 PM - 20 Aug 13 · Details



2.     **Popehat** @Popehat20 Aug

@ChintellaLaw Will you please ask him what he plans to name his hypothetical children that are the beneficiaries of the trust?

Expand



3.     **Chintella Law** @ChintellaLaw20 Aug

@Popehat But I'm not sure for a female name...

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

3:16 PM - 20 Aug 13 · Details



4.  **Delvan Neville** @MrDelvan20 Aug

@ChintellaLaw @Popehat Salt-Marsha

Expand



5.  **darthskeptic** @darthskeptic20 Aug

@ChintellaLaw @Popehat Allana Cooper Lutz

Expand

6. **Chintella Law** @ChintellaLaw20 Aug

@MrDelvan @Popehat lol

Expand

7. **Dark Moe** @DarkMoe320 Aug

@MrDelvan @ChintellaLaw @Popehat Knee Slapper! Excellent!

Expand

8. **Dark Moe** @DarkMoe320 Aug

@darthskeptic @ChintellaLaw @Popehat I love it!

Expand

9. View more in conversation →

37.

1. **Chintella Law** @ChintellaLaw20 Aug

Looking forward to tomorrow's deposition of Mark Lutz, if he shows that is.

Expand

2. **Popehat** @Popehat20 Aug

@ChintellaLaw Will you please ask him what he plans to name his hypothetical children that are the beneficiaries of the trust?

Expand

3. **Chintella Law** @ChintellaLaw20 Aug

@Popehat Why would you ask that, it's gotta be Mark Lutz Jr. right?

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

3:15 PM - 20 Aug 13 · Details

38.

1.   **Chintella Law** @ChintellaLaw20 Aug

Looking forward to tomorrow's deposition of Mark Lutz, if he shows that is.

Collapse

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More
- ▪ **1** RETWEET
- ▪ **5** FAVORITES
- ▪ 

3:12 PM - 20 Aug 13 · Details

2.   **Popehat** @Popehat20 Aug

@ChintellaLaw Will you please ask him what he plans to name his hypothetical children that are the beneficiaries of the trust?

Expand

3.   **Chintella Law** @ChintellaLaw20 Aug

@Popehat Why would you ask that, it's gotta be Mark Lutz Jr. right?

Expand



4.   **Chintella Law** @ChintellaLaw20 Aug

@Popehat But I'm not sure for a female name...

Expand

5.   **Delvan Neville** @MrDelvan20 Aug

@ChintellaLaw @Popehat Salt-Marsha

Expand

6.   **darthskeptic** @darthskeptic20 Aug

@ChintellaLaw @Popehat Allana Cooper Lutz

Expand

7.   View more in conversation →

39.

1.    **Booth Sweet LLP** @BoothSweet20 Aug

Comcast Letter Indicates Porn Troll Lawyers Planted Material On Pirate Bay  wp.me/p2L7lk-
GwLA via @consumerist

Retweeted by Chintella Law

Collapse

- ▪  Reply
- ▪  Retweet
- ▪  Favorite
- ▪  More
- ▪  **1** RETWEET
  
- ▪

11:51 AM - 20 Aug 13 · Details

40.



1. **Adam Steinbaugh** @adamsteinbaugh20 Aug

The magistrate judge in that case also wants #Prenda to clear up some curious discrepancies next Wednesday.  scribd.com/doc/161739710/……

Retweeted by Chintella Law

Hide summary

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More
- ▪ **4** RETWEETS
- ▪ **2** FAVORITES
- ▪ 

1:17 PM - 20 Aug 13 · DetailsFlag media



2. **Dark Moe** @DarkMoe320 Aug

@adamsteinbaugh Dare I feel a modicum of excitement or should I proceed with cautious optimism that a KABOOM !!! is about to take place?

Expand



3. **Adam Steinbaugh** @adamsteinbaugh20 Aug

@DarkMoe3 it's interesting. I didn't see defendant raising some of these questions, so the judge's interest is piqued.

Expand



4. **Dark Moe** @DarkMoe320 Aug

@adamsteinbaugh I know, so somewhere along the line, the judge has stopped everything else to focus on this. Thank God for at least that.

Expand

5.  **MPHinPgh** @mphinpgh20 Aug

@adamsteinbaugh The judge is backing #Prenda into a corner where they can only lie or take the 5th. They tell the truth, it all comes down

Expand

6.  **ThatAnonymousCoward** @That_AC20 Aug

@adamsteinbaugh How fast does it take BS to get thrown together? Hopefully before next Wed.

Expand

7. View more in conversation →

41.

   1.  **DieTrollDie** @DieTrollDie19 Aug

@ChintellaLaw @Raul15340965 Thank you!

Expand

   2.  **Chintella Law** @ChintellaLaw19 Aug

@DieTrollDie @Raul15340965 "My pleasure."

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More
- ▪ **1** RETWEET
- ▪ **1** FAVORITE



8:31 AM - 19 Aug 13 · Details

3.  **Mark Lyon** @markhlyon19 Aug

I needed this laugh: @ChintellaLaw @DieTrollDie @Raul15340965 "...is there a Mr. Prenda?"

Expand

42.

1.  **Graham Syfert** @syfert17 Aug

#prenda Page 19 - Shows Mullvad VPN exit node 46.165.208.203 used to login to Godaddy 7-22-2013 syfert.com/prenda-law-cas_____…

Expand

2.  **Chintella Law** @ChintellaLaw17 Aug

@syfert There are also some other IPs that are weird: 46.165.208.203 (Germany), 223.223.135.152 (India), 82.78.35.24 (Romania), for example.

Hide conversation

- Reply
- Retweet
- Favorite
- More

11:38 PM - 17 Aug 13 · Details

3.  **Graham Syfert** @syfert18 Aug

@ChintellaLaw One of those is the same mullvad exit node. 9/18/2012 The other two might have been tor exit nodes?..can't explain those yet.

Expand



4. **Delvan Neville** @MrDelvan18 Aug

@syfert @ChintellaLaw IPVanish and TorGuard match locales but not those IPs. Could be any weird VPN.

Expand



5. **Jerk Off Pro** @JerkOffPro18 Aug

@syfert @ChintellaLaw Why explain when you can subpoena? Sounds like a new target for the Trolljäger.

Expand

43.

1.  **Graham Syfert** @syfert17 Aug

#prenda Page 19 - Shows Mullvad VPN exit node 46.165.208.203 used to login to Godaddy 7-22-2013 syfert.com/prenda-law-cas…

Retweeted by Chintella Law

Collapse

- ■ Reply
- ■ Retweet
- ■ Favorite
- ■ More
- ■ **1** RETWEET
- ■ **2** FAVORITES
- ■ 

11:28 PM - 17 Aug 13 · Details



2. **Chintella Law** @ChintellaLaw17 Aug

@syfert There are also some other IPs that are weird: 46.165.208.203 (Germany), 223.223.135.152 (India), 82.78.35.24 (Romania), for example.

Expand

3.    **Graham Syfert** @syfert18 Aug

@ChintellaLaw One of those is the same mullvad exit node. 9/18/2012 The other two might have been tor exit nodes?..can't explain those yet.

Expand

4.    **Delvan Neville** @MrDelvan18 Aug

@syfert @ChintellaLaw IPVanish and TorGuard match locales but not those IPs. Could be any weird VPN.

Expand

5.    **Jerk Off Pro** @JerkOffPro18 Aug

@syfert @ChintellaLaw Why explain when you can subpoena? Sounds like a new target for the Trolljäger.

Expand

6.    **Mark Lyon** @markhlyon21 Aug

It seems that #Prenda should use a password other than "Pr0nPr0n" - syfert.com/prenda-law-cas………… @syfert @ChintellaLaw

Expand

44.

1.    **Andrew Norton** @ktetch16 Aug

Hey @ChintellaLaw - the case even made the @washingtonpost How cool is that!
washingtonpost.com/blogs/the-swit_____… #prenda

Retweeted by Chintella Law

Hide summary

- Reply
- Retweet
- Favorite
- More
- **2**RETWEETS



1:28 PM - 16 Aug 13 · DetailsFlag media

45.

 1.   **FightCopyrightTrolls** @fightcopytrolls14 Aug

Added Mark Lutz deposition fundraiser ad to the FCT side bar. let's make it happen.
pitchinbox.com/pages/16181138… #Prenda

Expand

2.   **Chintella Law** @ChintellaLaw15 Aug

@fightcopytrolls Thanks.

Hide conversation

- Reply
- Retweet
- Favorite
- More
- **1**FAVORITE

3:02 PM - 15 Aug 13 · Details

46.



1. **Chintella Law** @ChintellaLaw14 Aug

Response to Jacques Nazaire's second motion for a protective order was just filed.

Expand



2. **Raul** @Raul1534096514 Aug

@ChintellaLaw Word of the day: "blanketly".

Expand



3. **Chintella Law** @ChintellaLaw15 Aug

@Raul15340965 I thought it was a word but I guess not. Makes sense to me though. lol.

Hide conversation

- Reply
- Retweet
- Favorite
- More

2:50 PM - 15 Aug 13 · Details

4.  **Raul** @Raul1534096515 Aug

@ChintellaLaw It is a word just one you never see used. It kinda leapt out at me.

Expand



47. **Graham Syfert** @syfert14 Aug

#prenda Godaddy Audio File mp3s without PDF file  syfert.com/godaddy-prenda …

Retweeted by Chintella Law

Expand

 48. **Chintella Law** @ChintellaLaw14 Aug

Response to Jacques Nazaire's second motion for a protective order was just filed.

Expand

 49. **Andrew Norton** @ktetch10 Aug

For the privacy and technology fans coming to #DragonCon the @efforums schedule for this year now has panel links eff.dragoncon.org/2013-schedule/

Retweeted by Chintella Law

Expand

50.

 1. **Andrew Norton** @ktetch10 Aug

@CDemerjian what do you mean by count?

Expand

 2. **Charlie Demerjian** @CDemerjian10 Aug

@ktetch You are trying to depose three of the #Prenda guys, right? Is it a case where three are scheduled if you have the funding or...?

Expand

 3. **Andrew Norton** @ktetch10 Aug

@CDemerjian I'm the Defense expert witness. @ChintellaLaw is the lawyer. My understanding is deposing one, and more if the funding is there.

Expand



4. **Chintella Law** @ChintellaLaw10 Aug

@ktetch @CDemerjian I'm currently drafting another notice of a deposition since enough money was just raised, but we hope to do more.

Expand



5. **Charlie Demerjian** @CDemerjian10 Aug

@ChintellaLaw Good luck, I follow you when I can. I can't wait to see how this ends when the wiggle room runs out.

Expand



6. **Chintella Law** @ChintellaLaw10 Aug

@CDemerjian Thanks, and I think that the wiggle room is finally starting to run out. :-)

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

12:08 PM - 10 Aug 13 · Details

7. View more in conversation →

51.



1. **Charlie Demerjian** @CDemerjian9 Aug

If you want to help out againt #Prenda and other trolls, here is your chance. This depo needs to happen. ktetch.co.uk/2013/08/af-hol……

Expand



2. **galapogosian** @galapogosian10 Aug

@CDemerjian @torrentfreak Holy shit. Now we're crowdfunding lawsuits. All the funders will be liable eventually.

Expand

3.  **Chintella Law** @ChintellaLaw10 Aug

@galapogosian @CDemerjian @torrentfreak Honestly, I don't know of any legal basis that would make someone liable.

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

12:06 PM - 10 Aug 13 · Details

4. **Charlie Demerjian** @CDemerjian10 Aug

@ChintellaLaw @galapogosian @torrentfreak Agreed. That said some people have a bit less regard for legal theory than others. :)

Expand

5. **galapogosian** @galapogosian10 Aug

@ChintellaLaw @CDemerjian @torrentfreak It's new, so someone will prove it, then it will eventually be overturned.

Expand

6. **galapogosian** @galapogosian10 Aug

@CDemerjian @ChintellaLaw @torrentfreak I'm COMPLETELY ignorant of legal theory. But I believe if an exploitation can be made, it will.

Expand

52.



1. **Andrew Norton** @ktetch10 Aug

2/2 @galapogosian @CDemerjian and the evidence gained here can be used in other courts and may cause criminal charges to be filed on #Prenda

Collapse

11:44 AM - 10 Aug 13 · Details



2. **Charlie Demerjian** @CDemerjian10 Aug

@ktetch Is the deposition count related to anything more than what you can afford? Just curious there.

Expand



3. **Andrew Norton** @ktetch10 Aug

@CDemerjian what do you mean by count?

Expand



4. **Charlie Demerjian** @CDemerjian10 Aug

@ktetch You are trying to depose three of the #Prenda guys, right? Is it a case where three are scheduled if you have the funding or...?

Expand



5. **Andrew Norton** @ktetch10 Aug

@CDemerjian I'm the Defense expert witness. @ChintellaLaw is the lawyer. My understanding is deposing one, and more if the funding is there.

Expand

6.  **Chintella Law** @ChintellaLaw10 Aug

@ktetch @CDemerjian I'm currently drafting another notice of a deposition since enough money was just raised, but we hope to do more.

Hide conversation

- Reply
- Retweet
- Favorite
- More

12:00 PM - 10 Aug 13 · Details

7.  **Charlie Demerjian** @CDemerjian10 Aug

@ChintellaLaw Good luck, I follow you when I can. I can't wait to see how this ends when the wiggle room runs out.

Expand

8.  **Chintella Law** @ChintellaLaw10 Aug

@CDemerjian Thanks, and I think that the wiggle room is finally starting to run out. :-)

Expand

9. View more in conversation →

53.  **Charlie Demerjian** @CDemerjian9 Aug

If you want to help out againt #Prenda and other trolls, here is your chance. This depo needs to happen. ktetch.co.uk/2013/08/af-hol………

Retweeted by Chintella Law

Expand

54.  **Chintella Law** @ChintellaLaw9 Aug

@ChintellaLaw We're running extremely low on funds in the Patel case. Any help will go directly to depositons. pitchinbox.com/pages/16181138…

View conversation



55. **Chintella Law** @ChintellaLaw9 Aug

There is a new crowd sourced fundraiser to help pay for some important depositions that we'd like to do. pitchinbox.com/pages/16181138…

Expand



56. **Chintella Law** @ChintellaLaw8 Aug

@BoothSweet @fightcopytrolls Awesome, do you have a copy of the order yet?

View conversation

57.



1. **FightCopyrightTrolls** @fightcopytrolls6 Aug

Alan Cooper called me recently. But he was ill and sounded exactly like Steele. He explained: "mumbo gumbo chicken gumbo." I believed him.

Expand



2. **Chintella Law** @ChintellaLaw6 Aug

@fightcopytrolls That's funny, I have a similar audio recording.

Expand



3. **Chintella Law** @ChintellaLaw8 Aug

@fightcopytrolls "No comment." ;-)

Hide conversation

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

1:22 PM - 8 Aug 13 · Details

58.

1.  **Chintella Law** @ChintellaLaw8 Aug

@syfert @simAlity @AlanCooperGhost @MrDelvan Working on redacting documents now...sorry for the delay...

Expand

2.  **Chintella Law** @ChintellaLaw8 Aug

@syfert @simAlity @AlanCooperGhost @MrDelvan Sometimes it's tough being a one-man operation. ;-)

Expand

3.  **FightCopyrightTrolls** @fightcopytrolls8 Aug

@ChintellaLaw @syfert @simAlity @AlanCooperGhost @MrDelvan Will the audio be made public in foreseeable future?

Expand

4.  **Chintella Law** @ChintellaLaw8 Aug

@fightcopytrolls @syfert @simAlity @AlanCooperGhost @MrDelvan What audio?

Expand

5.  **FightCopyrightTrolls** @fightcopytrolls8 Aug

@ChintellaLaw @syfert @simAlity @AlanCooperGhost @MrDelvan Alan Cooper pretending to be John Steele.

Expand

6.  **Chintella Law** @ChintellaLaw8 Aug

@fightcopytrolls @syfert @simAlity @AlanCooperGhost @MrDelvan Who said there's audio of that? lol.

Hide conversation

- Reply
- Retweet
- Favorite
- More

1:18 PM - 8 Aug 13 · Details

7.  **FightCopyrightTrolls** @fightcopytrolls8 Aug

@ChintellaLaw @syfert @simAlity @AlanCooperGhost @MrDelvan I probably misunderstood you :) twitter.com/ChintellaLaw/s……

Expand

59.  **Chintella Law** @ChintellaLaw8 Aug

@fightcopytrolls @syfert @simAlity @AlanCooperGhost @MrDelvan What audio?

View conversation

60.  **Chintella Law** @ChintellaLaw8 Aug

Here's an interesting article...wow. torrentfreak.com/pirate-party-r……

Expand

61.

1.  **Chintella Law** @ChintellaLaw8 Aug

@syfert @simAlity @AlanCooperGhost @MrDelvan Working on redacting documents now...sorry for the delay...

Expand

2.  **Chintella Law** @ChintellaLaw8 Aug

@syfert @simAlity @AlanCooperGhost @MrDelvan Sometimes it's tough being a one-man operation. ;-)

Hide conversation

- Reply
- Retweet
- Favorite
- More
- **2** FAVORITES
  

1:07 PM - 8 Aug 13 · Details

3.  **FightCopyrightTrolls** @fightcopytrolls8 Aug

@ChintellaLaw @syfert @simAlity @AlanCooperGhost @MrDelvan Will the audio be made public in foreseeable future?

Expand

4.  **Chintella Law** @ChintellaLaw8 Aug

@fightcopytrolls @syfert @simAlity @AlanCooperGhost @MrDelvan What audio?

Expand

5.  **FightCopyrightTrolls** @fightcopytrolls 8 Aug

@ChintellaLaw @syfert @simAlity @AlanCooperGhost @MrDelvan Alan Cooper pretending to be John Steele.

Expand

6.  **Chintella Law** @ChintellaLaw 8 Aug

@fightcopytrolls @syfert @simAlity @AlanCooperGhost @MrDelvan Who said there's audio of that? lol.

Expand

7.  **FightCopyrightTrolls** @fightcopytrolls 8 Aug

@ChintellaLaw @syfert @simAlity @AlanCooperGhost @MrDelvan I probably misunderstood you :) twitter.com/ChintellaLaw/s……

Expand

62.

1.  **Chintella Law** @ChintellaLaw 8 Aug

@syfert @simAlity @AlanCooperGhost @MrDelvan Working on redacting documents now...sorry for the delay...

Hide conversation

- Reply
- Retweet
- Favorite
- More

1:02 PM - 8 Aug 13 · Details

63.

1.  **FightCopyrightTrolls** @fightcopytrolls 6 Aug

Alan Cooper called me recently. But he was ill and sounded exactly like Steele. He explained: "mumbo gumbo chicken gumbo." I believed him.

Expand

2.  **Chintella Law** @ChintellaLaw 6 Aug

@fightcopytrolls That's funny, I have a similar audio recording.

Hide conversation

- Reply
- Retweet
- Favorite
- More

5:45 PM - 6 Aug 13 · Details

3.  **Alan Cooper** @AlanCooperGhost 7 Aug

.@ChintellaLaw @fightcopytrolls I'm feeling left out, he never calls ME anymore ;-) #MMCG

Expand

4.  **John Henry** @JohnHenryLawyer 7 Aug

@AlanCooperGhost @ChintellaLaw @fightcopytrolls Because you chainsawed his supporting beams. Duh.

Expand

5.  **Delvan Neville** @MrDelvan 7 Aug

@JohnHenryLawyer @AlanCooperGhost @ChintellaLaw @fightcopytrolls *turns on the high-beams and rocks out*

Expand

6.  **Chintella Law** @ChintellaLaw 8 Aug

@fightcopytrolls "No comment." ;-)

Expand

64.  **Chintella Law** @ChintellaLaw 5 Aug

Hansmeier and Lutz have successfully been served with subpoenas.

Expand

65.  **Chintella Law** @ChintellaLaw 3 Aug

@Raul15340965 Raul, I wouldn't give up on Prenda quite yet, but perhaps the tides are turning and you can take a day job finally. ;-)

View conversation

66.  **Chintella Law** @ChintellaLaw 3 Aug

@ktetch @efforums @Bruce_Schneier Scary, my first panel...lol.

View conversation

67.  **Chintella Law** @ChintellaLaw 3 Aug

@ktetch @TJMihill @Bruce_Schneier KTetch back online?

View conversation

68.  **Chintella Law** @ChintellaLaw 2 Aug

@Raul15340965 Doh!

View conversation

 69. **Chintella Law** @ChintellaLaw 2 Aug

The Atlanta Police Department found my stolen vehicle in some high-crime area. Insurance should take care of the damage. Good deal.

Expand

 70. **Chintella Law** @ChintellaLaw 2 Aug

@Raul15340965 @ktetch Thanks.

View conversation

 71. **Chintella Law** @ChintellaLaw 2 Aug

@ktetch @adamsteinbaugh @ChintellaLaw Lol. Let me see if they can find my vehicle or the insurance company is going to pay first. ;-)

View conversation

 72. **Chintella Law** @ChintellaLaw 1 Aug

For the people who put money towards the transcript of the Patel hearing, much thanks...we're still waiting on the other side to pay half...

Expand

 73. **Chintella Law** @ChintellaLaw 1 Aug

Judge O'Kelley denied Plaintiff's motion for a protective order for the Patel case pending here in Georgia.

Expand

74.  **Chintella Law** @ChintellaLaw 31 Jul

@AlanCooperGhost @Raul15340965 Frustrating, it is. :-)

View conversation

75.  **Chintella Law** @ChintellaLaw 31 Jul

theguardian.com/world/2013/jul……

View summary

76.  **Chintella Law** @ChintellaLaw 31 Jul

eff.org/https-everywhe…

Expand

77.  **Chintella Law** @ChintellaLaw 31 Jul

@ktetch Wait, haven't you heard, Prenda is no longer in the picture since it's been dissolved. ;-)

View conversation

78.  **Conor Friedersdorf** @conor64 31 Jul

"XKeyscore allows an analyst to learn the IP addresses of every person who visits any website the analyst specifies." theguardian.com/world/2013/jul……

Retweeted by Chintella Law

View summary

79.  **Kurt Opsahl** @kurtopsahl 31 Jul

#NSA: "Why are we interested in HTTP? Because nearly everything a typical user does on the internet uses HTTP." Get HTTPS Everywhere today!

Retweeted by Chintella Law

Expand

80.  **techdirt** @techdirt31 Jul

Latest Leak Shows NSA Can Collect Nearly Any Internet Activity Worldwide Without Prior… goo.gl/fb/VRA4i

Retweeted by Chintella Law

Expand

81.  **Ars Technica** @arstechnica31 Jul

New Snowden leak details "widest-reaching" NSA digital surveillance program ars.to/18RNQjS by @cfarivar

Retweeted by Chintella Law

View summary

82.  **Chintella Law** @ChintellaLaw29 Jul

Hope my Laserjet doesn't die...

Expand

83.  **Chintella Law** @ChintellaLaw28 Jul

18 Signs You Went To WSU buzzfeed.com/ronschott/18-s… via @buzzfeed

View details

84.  **Chintella Law** @ChintellaLaw24 Jul

@YourAnonNews @Raul15340965 Lol, tell me how you really feel. ;-)

View conversation


85. **Kurt Opsahl** @kurtopsahl 24 Jul

Debate on the #Amash #NSA spying restriction coming up next on the House floor. c-span.org/Live-Video/C-S…

Retweeted by Chintella Law

Expand


86. **Chintella Law** @ChintellaLaw 24 Jul

Yes!, a court rules that I'm not infringing by skipping ads. I can finally leave the room during commercials again. washingtonpost.com/blogs/wonkblog…

View summary


87. **Chintella Law** @ChintellaLaw 24 Jul

Most of not all (checking...) of the Georgia Film Fund Four cases have been severed!!!

Expand


88. **Chintella Law** @ChintellaLaw 23 Jul

wefightpiracy.org and .com now redirect to Google. Anyone getting anything different?

Expand


89. **Chintella Law** @ChintellaLaw 23 Jul

Wow, thanks to everyone who helped crowdsource for the July 2nd hearing here in Georgia!

Expand



90. **Chintella Law** @ChintellaLaw22 Jul

@kurtopsahl I thought there already was a warrant requirement for the government to read your e-mails...? Wait, never mind...

View conversation



91. **Chintella Law** @ChintellaLaw22 Jul

Served a notice of a deposition of Mark Lutz today.

Expand



92. **Chintella Law** @ChintellaLaw17 Jul

Is anyone going to the Harris hearing?

Expand



93. **techdirt** @techdirt16 Jul

FISC Says It Will Declassify Ruling That Forced Yahoo Into PRISM goo.gl/fb/B6rup

Retweeted by Chintella Law

Expand



94. **DragonCon EF-Forums** @efforums16 Jul

TENTATIVE 2013 schedule now posted eff.dragoncon.org/2013-schedule/

Retweeted by Chintella Law

Expand



95. **Chintella Law** @ChintellaLaw15 Jul

eff.org/deeplinks/2013⎯⎯…

View summary

96.  **Chintella Law** @ChintellaLaw 15 Jul

salon.com/2013/07/15/mus⎯⎯…

Expand

97.  **Chintella Law** @ChintellaLaw 13 Jul

Funny, from back in the day. theonion.com/articles/god-a⎯⎯…

View summary

98.  **Chintella Law** @ChintellaLaw 12 Jul

@juliepsamuels @fightcopytrolls @xor Ah, I remember The Onion from my college days. Good to know that they're still going strong. :-)

View conversation

99.  **Chintella Law** @ChintellaLaw 12 Jul

@fightcopytrolls @AlanCooperGhost @MsHeather6 ?

View conversation

100.  **Andrew Norton** @ktetch 12 Jul

@HoustonLawy3r wondering how this affects GA too. gibbs contact info was on the Patel complaint filed by Nazaire wordpress.ktetch.co.uk/wordpressinsta⎯⎯…

Retweeted by Chintella Law

View conversation

101.  **Chintella Law** @ChintellaLaw12 Jul

@fightcopytrolls @techdirt Thought comes to mind. Gibbs represented AF Holdings the company not Lutz like the bar complaint states...

View conversation

102. **Chintella Law** @ChintellaLaw12 Jul

Who's all going to the Prenda hearing in CA today?

Expand

103. **Chintella Law** @ChintellaLaw12 Jul

variety.com/2013/digital/n⎯⎯⎯…

View summary

104. **Chintella Law** @ChintellaLaw10 Jul

Palm to forehead... politico.com/story/2013/07/⎯⎯⎯…

View summary

105. **Chintella Law** @ChintellaLaw10 Jul

@AlanCooperGhost @ktetch My client would definitely support that. How do you crowdsource though. lol.

View conversation

106. **Chintella Law** @ChintellaLaw10 Jul

Oh "snap!" fightcopyrighttrolls.com/2013/07/10/joh⎯⎯⎯…

Expand

107.  **Chintella Law** @ChintellaLaw 10 Jul

@SaltMarshGhost Aha.

View conversation

108.  **Chintella Law** @ChintellaLaw 10 Jul

@SaltMarshGhost There was one dissent at the end I believe.

View conversation

109.  **FightCopyrightTrolls** @fightcopytrolls 7 Jul

Good news from Georgia: Court has approved discovery aimed to uncover more #Prenda's crookery. wp.me/p1w9y9-1T7

Retweeted by Chintella Law

Expand

110.  **Chintella Law** @ChintellaLaw 4 Jul

Visa and Mastercard are now trying to stymie the VPN industry...jeez, what's wrong with these people. xbiz.com/news/165757

View summary

111.  **Chintella Law** @ChintellaLaw 4 Jul

@torrentfreak All the more reason to use something like Duckduckgo.com.

View conversation

112.  **Chintella Law** @ChintellaLaw3 Jul

Anyone who has a website should consider adding this to it tomorrow, July 4th.
members.internetdefenseleague.org

Expand

113. **Chintella Law** @ChintellaLaw3 Jul

Lutz and Hansmeier's pro se motion also omit phone numbers. Clearly improper.

Expand

114. **Chintella Law** @ChintellaLaw3 Jul

Isn't Steele's recent motion in CA improper because it doesn't have a phone number. Ironic considering the subject matter of the motion.

Expand

115. **Chintella Law** @ChintellaLaw3 Jul

@AlanCooperGhost That's eerily similar to the language that Nazaire used in his motion containing personal attacks against me in GA.

View conversation

116. **Chintella Law** @ChintellaLaw2 Jul

@Raul15340965 Thanks, will contribute to a write up later, probably tomorrow.

View conversation

117. **Chintella Law** @ChintellaLaw2 Jul

Patel hearing went good. Court granted discovery!

Expand

 **Chintella Law** @ChintellaLaw1 Jul

118.

Requested judicial notice of the declaration of Delvan Neville for tomorrow's hearing in the Patel case.

Expand

 **Chintella Law** @ChintellaLaw1 Jul

119.

Interesting video on the NSA leaks.  youtube.com/watch?feature=_____…

View media

 **Chintella Law** @ChintellaLaw28 Jun

120.

I'm trying to crowd source for some help in the upcoming hearing involving Prenda. Please contact me directly if you might be able to help.

Expand

 **Cashman Law Firm** @HoustonLawy3r27 Jun

121.

RT @GuardianUS NSA collection details the accounts to which Americans sent emails & from which they received them: .trib.al/fPCHrsX

Retweeted by Chintella Law

View summary

 **Chintella Law** @ChintellaLaw27 Jun

122.

I'm trying to crowd source for some help in the upcoming hearing involving Prenda. Please contact me directly if you might be able to help.

Expand

123.  **Spencer Ackerman** @attackerman27 Jun

NSA collected US email records in bulk for more than two years under Obama by me & @ggreenwald. bit.ly/13ahwqj With full documents.

Retweeted by Chintella Law

View summary

- o Reply
- o Retweet
- o Favorite
- o More

124.  **Kurt Opsahl** @kurtopsahl27 Jun

Renowned Security Expert @Bruce_Schneier Joins

1.

1. **Chintella Law** @ChintellaLaw23 Jun

Shhh, don't tell Nazaire's ghostwriter Steele, might be fodder for more conspiracy theories about yours truly. wikileaks.org/WikiLeaks-Stat……

Collapse

- ▪ Reply
- ▪ Retweet
- ▪ Favorite
- ▪ More

11:59 AM - 23 Jun 13 · Details

2.  **Chintella Law** @ChintellaLaw23 Jun

Interesting. youtube.com/watch?v=3D6jxB……

View media

3.  **Chintella Law** @ChintellaLaw21 Jun

telegraph.co.uk/science/scienc…

View summary

 4. **Dan Browning** @BrowningStrib 21 Jun

Judge reopens Minnesota copyright cases over concern about fraud |
StarTribune.com startribune.com/lifestyle/heal…

Retweeted by Chintella Law

Expand

 5. **Chintella Law** @ChintellaLaw 20 Jun

@tiki_toki @gbatuyong Do you have, or could you create a PC version to create unlimited timelines. I would use it for my legal practice!

View conversation

 6. **Salt Marsh** @SaltMarshGhost 19 Jun

RECAP of Ninth Circuit order: ia700504.us.archive.org/14/items/gov.u… #Prenda

Retweeted by Chintella Law

Expand

 7. **Chintella Law** @ChintellaLaw 19 Jun

Another good order! ia601604.us.archive.org/2/items/gov.us…

Expand

 8. **Chintella Law** @ChintellaLaw 19 Jun

If you like privacy, I highly recommend this search engine. salon.com/2013/06/19/pop…

Expand



9. **Chintella Law** @ChintellaLaw18 Jun

@NCWeaver @Popehat Or a terrorist like as how I was maligned in my client's (Patel) case here in Georgia.

View conversation



10. **Chintella Law** @ChintellaLaw17 Jun

@syfert @fightcopytrolls Ah, didn't know that. lol.

View conversation



11. **Chintella Law** @ChintellaLaw17 Jun

@syfert @fightcopytrolls Well it's common sense that you have to adjust the flux capacitor correctly.

View conversation



12. **Chintella Law** @ChintellaLaw17 Jun

@syfert @fightcopytrolls I heard that while traveling through the ether they stopped at Alan Moay's for a cup of tea too.

View conversation



13. **Chintella Law** @ChintellaLaw17 Jun

@fightcopytrolls Yes, there's always that possibility with these guys, that's for sure. It wouldn't surprise me...

View conversation



14. **Chintella Law** @ChintellaLaw17 Jun

@fightcopytrolls Man, I blanked. Lutz is behind the DE entity. He attached an verification to the complaint. torrentlitigation.com/cases/Peg-Leg-…

View conversation

 15. **Hanni Fakhoury** @HanniFakhoury 17 Jun

Texas governor Rick Perry signs email privacy bill that requires warrant for content: capitol.state.tx.us/BillLookup/His…

Retweeted by Chintella Law

Expand

 16. **Chintella Law** @ChintellaLaw 17 Jun

@fightcopytrolls Never thought of that one. If it was another firm...but it's Prenda we're talking about here so should have. lol.

View conversation

 17. **Chintella Law** @ChintellaLaw 17 Jun

@fightcopytrolls True, but Duffy is represents the DE entity Illinois while Lutz creates an identical entity in Florida? Coincidence? lol.

View conversation

 18. **Chintella Law** @ChintellaLaw 17 Jun

@fightcopytrolls @kurtopsahl And there are also other Peg Legs that don't appear to have a connection... bizapedia.com/company-search…

View conversation

 19. **Chintella Law** @ChintellaLaw 17 Jun

@kurtopsahl @fightcopytrolls The complaint says that Peg Leg is a Delaware entity, so Lutz (or his handlers) created 2 of the same name...

View conversation



20.  **Ars Technica** @arstechnica16 Jun

More Snowden leaks reveal UK surveillance on 2009 G20 summit attendees .ars.to/1bLC0nk by @nathanmattise

Retweeted by Chintella Law

View summary



21.  **Chintella Law** @ChintellaLaw16 Jun

@Raul15340965 Wow, there might be an evidentiary problem there. Is a defendant really expected to not use their computer for that long?

View conversation



22.  **Chintella Law** @ChintellaLaw16 Jun

First article by this particular website, which I understand has quite a large audience. .naturalnews.com/040800_copyrig...…

Expand



23.  **Chintella Law** @ChintellaLaw16 Jun

@HoustonLawy3r Simply wow...

View conversation



24.  **Chintella Law** @ChintellaLaw16 Jun

NSA admits that "analysts" (presumably vetted?) can listen to phone calls with no warrant. .news.cnet.com/8301-13578_3-5...…

View summary



25. **Chintella Law** @ChintellaLaw15 Jun

Good speech by a legislator, but we'll see what happens... youtube.com/watch?v=ffSD2z……!

View media



26. **Chintella Law** @ChintellaLaw15 Jun

@USPirates @fightcopytrolls That's the search engine I use. :-)

View conversation



27. **Chintella Law** @ChintellaLaw14 Jun

@kurtopsahl @SaltMarshGhost A response to Kurt or whomever specifically...how is us.archive populated? Pacer? I bookmarked it (archive).

View conversation



28. **Chintella Law** @ChintellaLaw14 Jun

@kurtopsahl @SaltMarshGhost didn't see them on the docket??

View conversation



29. **Chintella Law** @ChintellaLaw13 Jun

Wow, interesting question. Are the records that the NSA collects discoverable???
breitbart.com/Big-Government……

Expand



30. **Chintella Law** @ChintellaLaw13 Jun

Supreme Court rules that human genes can't be patented!
naturalnews.com/040760_Supreme...

Expand

**Favorited 2 times**

**Chintella Law** @ChintellaLaw3 Sep
AF Holdings refuses to appear at their deposition in the Patel case...

1.   Follow

**Alan Cooper** @AlanCooperGhost

115 followers

2.   Follow

**Deborah Goldman** @deborahfgoldman

34 followers