UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC,Civil Action No. 2:12-CV-00262-WCO

**Plaintiff,**

v.

**RAJESH PATEL,**

**Defendant.**
_____

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2013, **Plaintiff's Response to Defendant's First Revised Request for Admissions** was served upon Defendant via email to bchintel1.gmail.com and via surface mail to Blair Chintella, 2483 Shoals Ter., Decatur, GA 30034.

DATED: September 6, 2013

By:____/s/ Jacques Nazaire_____
Jacques Nazaire
(Bar No. 142388)
125 Town Park Drive,
Suite 300
Kennesaw, Georgia 30144
Telephone: (404) 923-0529
Facsimile: (678) 559-0798
Attorney for Plaintiff
nazaire.jacques@gmail.com