IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| vs. : | NO. 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## **ORDER**

Plaintiff and defendant have been lobbing motions for sanctions at each other for several months. On April 6, 2013, defendant filed a motion to sanction plaintiff pursuant to this court's inherent authority. (Def.'s Mot. Sanctions, ECF No. 16.) This motion accuses multiple entities of harassment and fraud. Defendant's motion points to federal courts in other districts awarding attorney's fees for improper lawsuits brought under the same copyright central to this case.

Not to be outdone, plaintiff filed its response on April 20, 2013. (Pl.'s Resp. To Def.'s Mot. Sanctions, ECF No. 20, 21.) Plaintiff's response requested that defendant's counsel be sanctioned for filing a sanctions motion. Plaintiff's motion

questions why defendant's counsel is so interested in individuals and events that have a tangential relationship to any potential bad faith activity in this case.

Subsequent motions repeat variants on the same allegations, whether they are titled "Motion for Sanctions" or "Response in Opposition to Motion." (*See, e.g.*, ECF Nos. 21, 25, 26, 30, 32, 60, 61, 62, 63, 68, 72, 74, 75, 76, 78, 79, 80.)

At this time, the court is otherwise engaged and is unable to immediately schedule a hearing on the motions. The court believes that the current motions on the table are sufficient to articulate both sides' alleged grievances. Moreover, the court does not believe that further motions or responses would serve to meaningfully advance the litigation at hand. Therefore, plaintiff and defendant are hereby **ENJOINED** from filing a motion of any kind without this court's prior approval. The court will set a hearing on all pending motions in the near future.

**IT IS SO ORDERED**, this 11th day of September, 2013.

s/*William C. O'Kelley*
William C. O'Kelley
Senior United States District Judge
