IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Certificate of Service**

I hereby certify that on August 19, 2013, I served Plaintiff with the attached **Notice of Deposition of Plaintiff** via e-mail pursuant to an agreement with Plaintiff's counsel and by mailing a copy via U.S. Mail:

Dated September 16, 2013:

          Respectfully Submitted:

          _____/s/ Blair Chintella_____
          Blair Chintella
          GA Bar No. 510109
          2483 Shoals Ter.
          Decatur, GA 30034
          (404) 579-9668
          No fax
          bchintel1@gmail.com