# Exhibit B

**RELEVANT WRITTEN DISCOVERY**

| Item | Service Date | Service Method | Service ECF | Response (if any) | Response Deadline | Compel and/or Sanctions Deadline | Motion(s) Sought | Authority |
|---|---|---|---|---|---|---|---|---|
| 1st Roggs. | 7/17/13 | Mail | 41 | None | 8/19/13 | 9/5/13 - LR 37.1B | Already filed - ECF # 74 | |
| 1st RFP | 7/17/13 | Mail | 42 | None | 8/19/13 | 9/5/13 - LR 37.1B | Already filed - ECF # 75 | |
| Depo-Lutz | 7/22/13 | Mail & Email | 43 | No show | 8/21/13 | 9/5/13 - LR 37.1B | Already filed - ECF # 76 | |
| Subpoena | 7/25/13 | Personal | n/a | None | 8/15/13 | "Any time" - FRCP 45(c)(2) | Compel Comcast | FRCP 45(c)(2) |
| 1st RFA | 7/30/13 | Office & Email | 54 | 8/28/13 | 9/3/13 | 9/12/13 - LR 37.1B | Sufficiency of Objections | FRCP 36(a)(6) and/or FRCP 37(a)(5) |
| 2nd RFA | 7/30/13 | Office & Email | 55 | See note | 8/29/13 | 9/12/13 - LR 37.1B | Sufficiency of Objections | FRCP 36(a)(6) and/or FRCP 37(a)(5) |
| 2nd Roggs. | 7/30/13 | Office & Email | 56 | None | 9/3/13 | 9/17/13 - LR 37.1B | Compel and/or Sanctions | FRCP 37(a)(3) and/or FRCP 37(d) |
| 2nd RFP | 7/30/13 | Office & Email | 57 | None | 8/29/13 | 9/12/13 - LR 37.1B | Compel and/or Sanctions | FRCP 37(a)(3) and/or FRCP 37(d) |
| 3rd RFP | 7/31/13 | Email | 58 | None | 9/3/13 | 9/17/13 - LR 37.1B | Compel and/or Sanctions | FRCP 37(a)(3) and/or FRCP 37(d) |
| 3rd RFA | 8/2/13 | Email | 59 | See note | 9/6/13 | 9/17/13 - LR 37.1B | Sufficiency of Objections | FRCP 36(a)(6) and/or FRCP 37(a)(5) |
| Subpoena | 8/8/13 | Personal | n/a | None | 8/30/13 | "Any time" - FRCP 45(c)(2) | Compel Comcast | FRCP 45(c)(2) |
| Depo-Plaintiff | 8/19/13 | Mail & Email | 83 | No show | 9/3/13 | 9/17/13 - LR 37.1B | Compel Designation and/or Sanctions | FRCP 37(a)(3) and/or FRCP 37(d) |

Note #1:   The Second and Third RFAs were only e-mailed, which Defendant did not consent to.  Therefore, Defendant would only need to file the respective motions if Plaintiff contends that service was proper.  However, Defendant does acknowledge service of a response to the 1st RFAs via U.S. Mail.

Note #2   Defendant would only seek to file a motion regarding the 2nd and 3rd Roggs., RFAs and RFPs if not otherwise addressed at the upcoming hearing regarding the motions located at ECF # 60 & 68.

**RELEVANT MOTIONS**

| Item | Date | ECF | Relief Sought | Deadline | Notes |
|---|---|---|---|---|---|
| Defendant Motion | 8/19/13 | 63 | The ability to file a reply. | 9/13/2013 | Court order prior to deadline. |
| Plaintiff Motion | 8/26/13 | 68 | The ability to file a response. | 9/12/2013 | Court order prior to deadline. |

Note #3:   The deadline to file a respone to ECF #68 was only after the deadline if FRCP 6(d) adds three days.

Defendant was unable to find precedent on this issue, but other jurisdictions have held that Rule 6(d) would apply.  See e.g. *Aponte-Navedo v. Nalco Chemical Co.*, 268 F.R.D 31, 25 (D.P.R. 2010); *Proa v. NRT Mid-Atlantic, Inc.*, 633 F. Supp. 2d 209, 211-12 (D. Md. 2009), aff'd, 2010 WL 4137533 (4th Cir. 2010); *Love v. Commissioner of Social Sec.*, 605 F. Supp. 2d 893, 896 (W.D. Mich. 2009).  Either way, alternatively, Defendant's Motion asks for an extension of time to complete discovery barring a resolution beforehand by the parties or at the  hearing.