# Exhibit C

| Date Served | Target | Jurisdiction | Deadline | Produced | Notes. |
|---|---|---|---|---|---|
| 7/10/2013 | GoDaddy.com, LLC | Georgia | 7/31/2013 | Yes | |
| 7/10/2013 | Comcast | Georgia | 7/31/2013 | Yes | |
| 7/10/2013 | Domains By Proxy, LLC | Arizona | 7/31/2013 | Yes | |
| 7/15/2013 | Comcast | Georgia | 8/5/2013 | Yes | |
| 7/15/2013 | Cox Communications, Inc. | Georgia | 8/5/2013 | Yes | |
| 7/25/2013 | Whois Privacy Protection Services, Inc. | Nevada | 8/15/2013 | Yes | |
| 7/25/2013 | Right Ascension, Inc. | Pennsylvania | 8/14/2013 | No | Meet and confer failed. No specific time limit under PAWD LR 37.1-2. |
| 7/25/2013 | Heartbreaker Digital, LLC | Nevada | 8/21/2013 | No. | Service was only perfected upon Steve Lowns, ow of Biz Xpress, LLC that's renting the box to Heartbreaker. No specific time limit under LR 26-7, but there is a meet and confer requirement under LR 26-7(b). |
| 7/25/2013 | Comcast | Georgia | 8/15/2013 | No. | A motion for contempt was filed, but need to file a motion to compel to augment the contempt motion. |
| 7/26/2013 | CD Unvierse/Pat Nastri | Connecticut | 8/16/2013 | Yes | |
| 8/4/2013 | Mark Lutz | Minnesota | 8/20/2013 | No. | File a motion to compel and for contempt. LR 7.1(a) has a meet and confer requirement, but no specific time limit under LR 7.1(b). |
| 8/4/2013 | Paul Hansmeier | Minnesota | 8/4/2013 | No. | 8/30 - Motion filed in MN. |
| 8/7/2013 | Biz Xpress, LLC | Nevada | 8/22/2013 | No. | File a motion to compel and for contempt. No time limit under LR 26-7, but there is a meet and confer requirement under LR 26-7(b). |
| 8/8/2013 | Comcast | Georgia | 8/30/2013 | No. | Motion to compel/civil contempt. |
| 8/8/2013 | International Video Distributors, LLC | New Jersey | 8/26/2013 | Partially… | They partially complied. They didn't disclose where they get the copies, etc. LR 37.1 requires a meet and confer but there's no time limit. |
| 8/16/2013 | Google, Inc. | California | 9/3/2013 | No. | LR 37-1(a) requires a meet and confer. LR 37-3 sets a deadline to file a motion of 7 days after the discovery deadline. |
| 8/20/2013 | Domains By Proxy, LLC | Arizona | 9/4/2013 | Belatedly | 9/4/2013 - Sent e-mail to confirm compliance; belatedly complied. |
| 8/20/2013 | Google, Inc. | California | 9/4/2013 | No. | 9/4/2013 - Sent 2 e-mails to try and meet and confer; meet and confer conducted with local counsel. |
| 8/20/2013 | Atlantic Broadband (Miami), LLC | Florida | 9/4/2013 | No. | 9/4/2013 - Called to try and meet and confer but they put me on hold for 15 minutes and never answered: 1-888-752-4222. Called their "customer care" number in Pennsylvania as well: 1-888-536-9600. Left a message at their corporate office as well: 617-786-8800. LR 26.1(h) sets a deadline of 30 days following the discovery breach; meet and confer scheduled for 9/17/13. |