# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Defendant's Notice of Change of Phone Number

COMES NOW, Rajesh Patel, by and through counsel, filing this **Notice of Change of Phone Number**.

Counsel for Defendant's new phone number is 404-831-5779.

Respectfully submitted September 19, 2013:

           ____*/s/ Blair Chintella*_____
           Blair Chintella
           GA Bar No. 510109
           2483 Shoals Ter.
           Decatur, GA 30034
           404-831-5779
           bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on September 19, 2013, I filed the **Notice of Change of Phone Number** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following persons:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for Non-Party Comcast)**

Dated September 19, 2013:

Respectfully Submitted:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
404-831-5779
bchintel1@gmail.com

2