# JACQUES NAZAIRE, ESQ.
**125 Town Park Drive-Suite 300**
**Kennesaw, GA 30144**
**nazaire.jacques@gmail.com**

Tel: 404.923.0529                                                    Fax: 678.559.0798

September 30, 2013

Hon. William C. O'Kelley
Senior United States District Judge
121 Spring Street, SE-Room 201
Gainesville, GA 30501

Re:                AF Holdings v. Patel
Case No:        **2:12-cv-00262**

Your Honor:


On September 11, 2013, you ordered that "Plaintiff and Defendant are enjoined from filing a motion of any kind without court's prior approval" (E.C.F. 82). Nevertheless, the defense has filed a motion for leave to file a motion (E.C.F. 84) and have attached an underlying motion to that motion. I am simply requesting that, should you grant the defense leave, to file its motion(s), that you allow plaintiff ample time to file a response and cross-motion as well.


Respectfully submitted,
.

*Jacques Nazaire*

JACQUES NAZAIRE
Attorney for Plaintiff

cc: Blair Chintella, attorney for Defendant, via the ECF Filing system