IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
|     Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
|     Defendant. | : | |

**Defendant's Notice of Change of Phone Number**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Notice of Change of Phone Number**.

Counsel for Defendant's new phone number is 404-931-2090.

Respectfully submitted October 16, 2013:

    ____*/s/ Blair Chintella*_____
    Blair Chintella
    GA Bar No. 510109
    2483 Shoals Ter.
    Decatur, GA 30034
    404-931-2090
    bchintel1@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| Defendant. | : | |

## Certificate of Service

I hereby certify that on October 16, 2013, I filed the **Notice of Change of Phone Number** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following persons:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for Non-Party Comcast)**

Dated October 16, 2013:

                                                                     Respectfully Submitted:

                                                                      ____*/s/ Blair Chintella*_____
                                                                      Blair Chintella
                                                                       GA Bar No. 510109
                                                                       2483 Shoals Ter.
                                                                       Decatur, GA 30034
                                                                       404-931-2090
                                                                       bchintel1@gmail.com