IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**<u>Second Corrected Certificate of Interested Persons and Corporate Disclosure Statement</u>**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: <u>    none    </u>.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: <u>    Rajesh Patel, AF Holdings, Brett Gibbs, John Steele, Mark Lutz, "Salt Marsh," Paul Duffy, Jacques Nazaire, Blair Chintella, Livewire Holdings, LLC, Prenda Law, Inc., Paul Hansmeier, Under the</u>

1

Bridge Consulting.[1]

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding: ____Blair Chintella (for Defendant), Jacques Nazaire (for Plaintiff)____.


Dated April 29, 2013                                             Respectfully Submitted:


                                            ___/s/ Blair Chintella____
                                            Blair Chintella
                                            GA Bar No. 510109
                                            2483 Shoals Ter.
                                            Decatur, GA 30034
                                            404-931-2090
                                            bchintel1@gmail.com

---

[1] Defendant lists this entity because it was recently listed in a filing by Brett Gibbs as receiving hundreds of thousands of dollars attributable to settlement monies received by Prenda Law, Inc. *See Ingenuity 13, LLC v. John Doe* (consolidated with cases involving AF Holdings); Case No. 2:12-cv-08333-ODW-JC; ECF # 240-7, pages 4-5 (filed 10/17/2013).  It's unclear from Mr. Gibbs's filing whether the entity is an Inc. or an LLC, for example.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on October 17, 2013, I filed the **Second Corrected Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney(s) of record:

**Jacques Nazaire & Counsel for Non-Party Comcast**

Dated October 17, 2013:

                                                Respectfully Submitted:

                                                ____/s/ Blair Chintella_____
                                                Blair Chintella
                                                GA Bar No. 510109
                                                2483 Shoals Ter.
                                                Decatur, GA 30034
                                                (404) 931-2090
                                                bchintel1@gmail.com