IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| PLAINTIFF | : |
| | : CIVIL ACTION |
| V. | : NO. 2:12-cv-00262-WCO |
| | : |
| RAJESH PATEL | : |
| | : |
| DEFENDANT | : |

## N O T I C E

By direction of the Court, the above-styled action is hereby SET for, SHOW CAUSE HEARING RE [90] ORDER, ON JANUARY 28, 2014, AT 10:00 A.M., BEFORE HONORABLE WILLIAM C. O'KELLEY, SENIOR UNITED STATES DISTRICT JUDGE IN THE THIRD FLOOR COURTROOM, GAINESVILLE, GA 30501.

This the 19th day of December, 2013.

JAMES N. HATTEN, CLERK

BY:

*s/Don Stanhope*
*Don Stanhope*
*Courtroom Deputy Clerk*
*404/215-1535 (Atlanta)*
*678/450-2735 (Gainesville)*