## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

---

AF HOLDINGS, LLC,                           Civil Action No. 1:12-CV-00262-WCO

                Plaintiff,

v.

RAJESH PATEL,

                Defendant

---

### SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 A, and ***in order to enable judges and magistrate judges of this court to evaluate possible disqualification or recusal***, counsel for Plaintiff files, with the clerk, this Supplement certificate containing the following additional information:

**(1)** The undersigned counsel of record for plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a) Mark Lutz.

b) The undersigned further certifies that he possesses no certificates demonstrating that Livewire Holdings, LLC, Prenda Law, Paul Duffy or John Steele owns any stock in AF Holdings.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

a) Prenda Law, Inc.; Paul Duffy (Principle of Prenda Law, Inc.),

b) the following are parties of interest to the extent that they are listed in the ECF filings list: Comcast Cable Communications Management, LLC; Brett Gibbs; Paul Hansmeier, Livewire Holdings, LLC., "Salt Marsh", John Steele, Under the Bridge Consulting,

c) Pursuant to 'Jumpstart Our Business Startups Act'', Sec. 2, Title III, It is possible that investors (if any) or the crowd funding issuer (if any) of the Crowd Funder involved in this case may have some interest in this case. Plaintiff's attorney lacks the data to make any such legal or factual determination.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a) Jacques Nazaire, attorney for Plaintiff;

b) Michael Jay Goldman, attorney for Comcast;

c) Blaire Chintella, Attorney for Defendant;

d) Although several other attorneys are listed on the subpoenas served by defense counsel, the undersigned cannot certify that said attorneys are deemed to be "serving as attorneys".

Submitted this 29th day of December, 2013.

Respectfully Submitted,

AF Holdings LLC,

By:  _____/s/ Jacques Nazaire_____
        Jacques Nazaire (Bar No. 142388)
        125 Town Park Drive, Suite 300
        Kennesaw, Georgia 30144
        Telephone: (404) 923-0529
        Facsimile: (678) 559-0798
        Email: nazaire.jacques@gmail.com

        *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 29, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

**DATE: December 29, 2013**               By:   /s/ Jacques Nazaire