IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Defendant's Notice of Objection

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Objection**:

Upon returning to Georgia after Christmas, Defendant received a letter from Plaintiff dated December 24, 2013 that also indicated that a copy was mailed to the Court.

Although Plaintiff has not specified the exact purpose of mailing the letter to the Court, Defendant makes the following objections: (1) it violates LR 7.4, NDGa to the extent that it constitutes "correspondence . . . relating to matters in dispute;" (2) relevance to the extent that the letter may not satisfy Federal Rule of Evidence 408; and (3) relevance, foundation, and accuracy to the extent that it asserts that defense counsel's phone number is inoperative.

Respectfully submitted January 5, 2014:

                                              ____*/s/ Blair Chintella*_____
                                              Blair Chintella
                                              GA Bar No. 510109
                                              2483 Shoals Ter.
                                              Decatur, GA 30034
                                              (404) 931-2090
                                              No fax.
                                              bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Certificate of Service

I hereby certify that on January 5, 2014, I filed the **Defendant's Notice of Objection** using the Court's CM/ECF system, which will e-mail a copy to the following attorneys of record:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for non-party Comcast)**

Dated January 5, 2014:

Respectfully Submitted:

____*/s/ Blair Chintella*_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 931-2090
No fax.
bchintel1@gmail.com

3