IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

**NON-PARTY COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC'S NOTICE OF INTENTION
TO FILE A MOTION FOR RELIEF FROM SECTION 362 STAY**

**COMES NOW COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** ("Comcast"), Non-Party Movant under Section 1927, and gives notice to the Court that it will file a Motion for Relief from the Section 362 Stay in the United States Bankruptcy Court, Northern District of Georgia, in *In re: Blair Chintella, debtor,* Chapter 7, Case Number 13-73481-bem (to the extent that it is necessary).

Additionally, Comcast shows that it has offered Defendant's counsel a two week extension of the response due date for his response to Comcast's Motion for Attorney's Fees Pursuant to 28 U.S.C. § 1927 [Docket No. 93].

-1-

11044598v1

This 9th day of January, 2014.

        **HAWKINS PARNELL THACKSTON & YOUNG LLP**

        s/ *Michael J. Goldman*
        Michael J. Goldman
        Georgia Bar No.:  300100

        *Attorneys for Comcast Cable Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone (404) 614-7400
Telecopier (404) 614-7500
Email: mgoldman@hptylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |
| | : |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents except for footnotes in which he has used 12 point Times New Roman.

This 9th day of January, 2014.

HAWKINS PARNELL THACKSTON
& YOUNG LLP

s/ *Michael J. Goldman*
Michael J. Goldman
Georgia Bar No.: 300100

-1-

11044598v1

                                  *Attorneys for Comcast Cable*
                                  *Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone (404) 614-7400
Telecopier (404) 614-7500
Email: mgoldman@hptylaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day electronically filed with the Clerk of Court a true and correct copy of the foregoing **NON-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S NOTICE OF INTENTION TO FILE A MOTION FOR RELIEF FROM SECTION 362 STAY** by filing on the Court's CM/ECF system, which will automatically send notification of same via e-mail to and by United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

Blair B. Chintella, Esq.
2483 Shoals Ter.
Decatur, GA  30034

-1-

11044598v1

Jacques Nazaire, Esq.<br>
125 Town Park Drive, Suite 300<br>
Kennesaw, Georgia  30144

This 9th day of January, 2014.

                       **HAWKINS PARNELL THACKSTON**
                              **& YOUNG LLP**

                    s/ *Michael J. Goldman*
                    Michael J. Goldman
                    Georgia Bar No.:  300100

                    *Attorneys for Comcast Cable*
                    *Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone (404) 614-7400
Telecopier (404) 614-7500
Email: mgoldman@hptylaw.com