IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| Defendant. : | |

### Defendant and Chintella's Notice of Objection

Defendant and Chintella object to non-party Comcast's motion seeking sanctions [#93] on the following grounds:

1) The motion violates the automatic stay imposed pursuant to 11 U.S.C. § 362 in Chintella's bankruptcy case.

2) Regarding statements concerning Defendant's obligation to pay for the costs of production – relevance, hearsay, and authenticity.

Respectfully submitted January 10, 2014:

                                                            ____*/s/ Blair Chintella*_____
                                                            Blair Chintella
                                                           GA Bar No. 510109
                                                           2483 Shoals Ter.
                                                           Decatur, GA 30034
                                                           (404) 931-2090
                                                           bchintel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on January 10, 2014, I filed the **Defendant and Chintella's Notice of Objection** using the Court's CM/ECF system, which will e-mail a copy to the following attorneys of record:

**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for non-party Comcast)**

Dated January 10, 2014:

                                        Respectfully Submitted:

                                        _____*/s/ Blair Chintella*_____
                                        Blair Chintella
                                        GA Bar No. 510109
                                        2483 Shoals Ter.
                                        Decatur, GA 30034
                                        (404) 931-2090
                                        No fax.
                                        bchintel1@gmail.com