# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**Notice of Defendant's Certificate of Service**

I hereby certify that on January 14, 2014, I served **Defendant and Chintella's Response to Non-Party Comcast's Motion for Attorney's Fees Pursuant to 28 U.S.C. § 1927** on Plaintiff and Comcast by filing it through the CM/ECF system, which will serve attorneys for Plaintiff and Comcast.

Dated January 14, 2014:

Respectfully Submitted:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
404-931-2090
bchintel1@gmail.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

### Notice of Local Rule 7.1(D) Certification

I hereby certify that **Defendant and Chintella'd Response to Non-Party Comcast's Motion for Attorney's Fees Pursuant to 28 U.S.C. § 1927** complies with LR 5.1B.

Dated January 14, 2014:

Respectfully Submitted:

____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
404-931-2090
bchintel1@gmail.com

2