IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN  DISTRICT OF GEORGIA
GAINESVILLE DIVISION

AF HOLDINGS, LLC,                              :
                                               :
          Plaintiff,                           :
                                               :     CIVIL ACTION
v.                                             :     NO. 2:12-cv-00262-WCO
                                               :
RAJESH PATEL,                                  :
                                               :
          Defendant.                           :

## ORDER

Non-party Comcast has a pending motion for attorneys' fees pursuant to 28 U.S.C. § 1927 against defendant's counsel, Blair Chintella [93].  However, Chintella filed a bankruptcy case in the United States Bankruptcy Court, Northern District of Georgia.  (*See* Suggestion Bankr., ECF No. 89).  Accordingly, the automatic stay prevents the commencement or continuation of judicial actions or proceedings against the debtor.  *See* 11 U.S.C. § 362(a)(1).  Chintella's filings indicate that he is uncertain whether the court's show cause hearing includes Comcast's § 1927 motion since Comcast filed its motion after the court's show cause order.  (Notice 4, ECF No. 96).

The court will not consider Comcast's § 1927 motion at the show cause hearing.  The show cause hearing is limited to the issues generally described in this court's show cause order [90].  Additionally, Comcast has not produced an order

granting relief from stay, so it is inappropriate for the court to allow a judicial proceeding against a debtor in an ongoing bankruptcy case.  If a hearing on Comcast's motion is necessary, the court will hear Comcast's and Chintella's arguments on the motion at a later date.

**IT IS SO ORDERED**, this 16th day of January, 2014.

s/*William C. O'Kelley*
William C. O'Kelley
Senior United States District Judge