# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : 2:12-cv-00262-WCO |
| | : |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

## Defendant's Notice of Intent and of Correction

COMES NOW, Rajesh Patel, Defendant, by and through counsel, filing this **Defendant's Notice of Intent and of Correction**.

1.

Defendant, after discussing with local counsel the Minnesota Court's recent order [ECF #100-1, Exhibit J] compelling Paul Hansmeier to comply with the subpoena, states his intention as follows: Defendant has alerted the Minnesota Court to the possibility of a conflict between the two orders, and to the extent that any information subsequently obtained pursuant to the subpoena was not also obtained from another source, Defendant does not intend to seek to admit as evidence or otherwise use such information at the upcoming hearing unless/until this court, before or during the hearing gives Defendant explicit permission to do so.

1

2.

Attached is Corrected Exhibit A, which is intended to replace the Exhibit A mistakenly attached to ECF #99 and #100. The corrected exhibit shows prior notice of the "7/25 Subpoena" being given to Plaintiff whereas the prior exhibit only regarded the "7/15 Subpoena."

Respectfully submitted January 16, 2014:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
404-931-2090
bchintell@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC      :
:
      Plaintiff,      :
:
v.      :  Civil Action No.
      :  2:12-cv-00262-WCO
RAJESH PATEL,      :
:
      Defendant.      :

## Certificate of Service

I hereby certify that on January 16, 2014, I filed **Defendant's Notice of Intent and Correction** using the Court's CM/ECF system, which will automatically e-mail a copy to:

**Jacques Nazaire (counsel for Plaintiff)**
**Michael Goldman (counsel for Non-Party Comcast)**

Dated January 16, 2014:

Respectfully Submitted:

_/s/ Blair Chintella_
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
404-931-2090
bchintell@gmail.com

3