# <u>Corrected Exhibit A</u>
# (To replace Exhibit A attached to ECF #99 & #100)

Case 2:12-cv-00262-WCO   Document 102-1   Filed 01/16/14   Page 2 of 3

## Subpoena - Comcast

**Bchintel1** <bchintel1@gmail.com>                          Thu, Jul 25, 2013 at 4:00 PM
To: Jacques Nazaire <nazaire.jacques@gmail.com>

Hi Jacques:

Attached is a subpoena to Comcast that we're sending out today.

Sincerely,

Blair Chintella
404-579-9668
www.chintellalaw.com

 **20130725 - comcast subpoena (ga).pdf**
304K

Case 2:12-cv-00262-WCO · Document 102-1 · Filed 01/16/14 · Page 3 of 3

## Comcast Subpoena

**Bchintel1** <bchintel1@gmail.com>
To: Jacques Nazaire <nazaire.jacques@gmail.com>

Thu, Jul 25, 2013 at 4:12 PM

Hi Jacques:

Attached is the subpoena that we sent to Comcast today with the attachments.  The previous e-mail didn't contain them.  Thanks!

Sincerely,

Blair Chintella
404-579-9668
www.chintellalaw.com

**20130725 - signed subpoena to comcast.pdf**
371K