IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

**NON-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S NOTICE OF FILING OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT IN BANKRUPTCY COURT**

**COMES NOW COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** ("Comcast"), Non-Party Movant under Section 1927, and hereby shows the Court as follows:

1.

In accordance with Comcast's Notice of Intent [Docket No. 95], Comcast shows that it has filed its Motion for Relief from the Automatic Stay and Annulment in Bankruptcy Court [Bankruptcy Court Docket No. 27]. A true and correct copy of the Motion is attached hereto and incorporated herein as Exhibit "A."

-1-

This 17th day of January, 2014.

                                            Respectfully Submitted,

                                            **HAWKINS PARNELL THACKSTON & YOUNG LLP**

                                            s/ *Michael J. Goldman*
                                            Michael J. Goldman
                                            Georgia Bar No.:  300100

                                            *Attorneys for Comcast Cable Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone     (404) 614-7400
Telecopier    (404) 614-7500
Email:        mgoldman@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.<br>: 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa, and LR 7.1(D), NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents except for footnotes, if any, in which he has used 12 point Times New Roman.

This 17th day of January, 2014.

                                        Respectfully Submitted,

                                        **HAWKINS PARNELL THACKSTON**
                                        **& YOUNG LLP**

                                        s/ *Michael J. Goldman*
                                        Michael J. Goldman

-1-

Georgia Bar No.:  300100

*Attorneys for Comcast Cable Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone   (404) 614-7400
Telecopier   (404) 614-7500
Email:         mgoldman@hptylaw.com

-2-

11047812v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| **AF HOLDINGS, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **vs.** : | **CIVIL ACTION NO.** |
| : | **2:12-CV-262-WCO** |
| **RAJESH PATEL,** : | |
| : | |
| **Defendant.** : | |
| : | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel in the above-reference matter with a copy of the within and foregoing **NON-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S NOTICE OF FILING OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT IN BANKRUPTCY COURT** by filing on the Court's CM/ECF system, which will automatically send notification of same via e-mail to and by United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

Blair B. Chintella, Esq.
2483 Shoals Ter.
Decatur, GA  30034

-1-

11047812v1

Jacques Nazaire, Esq.<br>
125 Town Park Drive, Suite 300<br>
Kennesaw, Georgia 30144

This 17th day of January, 2014.

                Respectfully Submitted,

                **HAWKINS PARNELL THACKSTON & YOUNG LLP**

                s/ *Michael J. Goldman*
                Michael J. Goldman
                Georgia Bar No.: 300100

                *Attorneys for Comcast Cable Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
Telephone   (404) 614-7400
Telecopier  (404) 614-7500
Email:      mgoldman@hptylaw.com

-2-

11047812v1