Case 2:12-cv-00262-WCD   Document 104-1   Filed 01/21/14   Page 1 of 1

mail.google.com

# Gmail - Leave to file letter in AF Holdings v. Patel, 13-mc-68

 

---

**Leave to file letter in AF Holdings v. Patel, 13-mc-68**

---

**Paul Godfread** <paul@godfreadlaw.com>                                      Thu, Jan 16, 2014 at 4:35 PM
To: noel_chambers@mnd.uscourts.gov
Cc: Bchintel1 <bchintel1@gmail.com>, Mail Mail <mail@classjustice.org>

Dear Magistrate Judge Noel,

Please find attached a courtesy copy of a letter that will be filed via ECF, pending leave of the Court.

Sincerely,


Paul Godfread

GODFREAD LAW FIRM, PC
6043 Hudson Road, Suite 305
Woodbury, MN 55125

phone:  1.612.284.7325
fax: 1.612.465.3609
skype: paulgodfread

This communication is for the intended recipient(s) only and may contain information that is confidential and legally privileged.  Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


 **20140116 Letter to Noel.pdf**
89K