Case 2:12-cv-00262-WCO  Document 104-2  Filed 01/21/14  Page 1 of 2

mail.google.com

# Gmail - Fwd: Activity in Case 0:13-mc-00068-JNE-FLN AF Holdings, LLC v. Patel Letter to Request Permission to File Motion to Reconsider

 Exhibit B, Pg. 1

---

**Fwd: Activity in Case 0:13-mc-00068-JNE-FLN AF Holdings, LLC v. Patel Letter to Request Permission to File Motion to Reconsider**

**Paul Godfread** <paul@godfreadlaw.com>                                              Thu, Jan 16, 2014 at 6:58 PM
To: Bchintel1 <bchintel1@gmail.com>

Can an order to compel be reconsidered?

Paul Godfread


Begin forwarded message:

> **From:** ecf-notice@mnd.uscourts.gov
> **Date:** January 16, 2014 at 5:48:27 PM CST
> **To:** mndecfnotifications@mnd.uscourts.gov
> **Subject: Activity in Case 0:13-mc-00068-JNE-FLN AF Holdings, LLC v. Patel Letter to Request Permission to File Motion to Reconsider**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**U.S. District of Minnesota**

**Notice of Electronic Filing**

The following transaction was entered by Hansmeier, Paul on 1/16/2014 at 5:48 PM CST and filed on 1/16/2014
**Case Name:**          AF Holdings, LLC v. Patel
**Case Number:**        0:13-mc-00068-JNE-FLN
**Filer:**              Paul Hansmeier
**Document Number:** 15

**Docket Text:**
**LETTER to Request Permission to File Motion to Reconsider . (Hansmeier, Paul)**


**0:13-mc-00068-JNE-FLN Notice has been electronically mailed to:**

Paul Allen Godfread     paul@godfreadlaw.com

Paul R Hansmeier     mail@classjustice.org

**0:13-mc-00068-JNE-FLN Notice has been delivered by other means to:**

AF Holdings, LLC



*Exhibit B, pg.2*

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=1/16/2014] [FileNumber=4415092-0
] [2335645e669ba2cabb3bc12c89b4c5faf9d6db74cbf0967b3a58fa1376c58f2d96e
3804da9e69ed30920c1c7603875ac145ba1b4b5ef5d6d1b027f8ae30501df]]