mail.google.com

# Gmail - Subpoena to Google

   Exhibit C

---

**Subpoena to Google**

---

**Mail Mail** <mail@classjustice.org>                    Wed, Aug 28, 2013 at 5:26 PM
To: Bchintel1 <bchintel1@gmail.com>

Hi Blair:

I received a notice from Google that you issued a subpoena for information from my Google account. Google did not provide me with a copy of the subpoena, so I am reaching out to you for a copy of it. Please provide me with a copy of the subpoena within 48 hours.

If you do not do so, I will file a motion in the U.S. District Court for the Northern District of Georgia seeking an emergency protective order on the basis that you are refusing to allow me to review the subpoena.

Regards,
Paul