**JACQUES NAZAIRE, ESQ.**
**125 Town Park Drive, Suite 300**
**Kennesaw, GA 30144**
nazaire.jacques@gmail.com

Tel: 404.923.0529                                                                                              Fax: 678.559.0798

January 22, 2014

Hon. William C. O'Kelley
Senior United States District Judge
121 Spring Street, SE-Room 201
Gainesville, GA 30501

Re: AF Holdings v. Patel
Case No: **2:12-cv-00262**

Your Honor:

On July 2, 2013, this Court initially indicated that this case would not last very long. However, the last documents filed by this Court indicates that this Court will be hearing the Comast motion against Chintella after the hearing on the 28th. Please be advised that I cannot continue as attorney unless this matter will end on Tuesday. As such, I am hereby requesting permission to file a motion to withdraw as attorney. I can have it filed by Friday, January 24, 2014.

Also, on September 11, 2013, you ordered that "Plaintiff and Defendant are enjoined from filing a motion of any kind without court's prior approval" including any motion filed in the form of an objection. (E.C.F. 82). It appears that defense counsel has filed an "Objection" presenting argument (104). I would like to know whether or not such a filing violates Order #82.


Respectfully submitted,

s/Jacques Nazaire
JACQUES NAZAIRE, ESQ.
Bar # 142388

 cc: Blair Chintella, attorney for Defendant, via the ECF Filing system

 cc: Michael J. Goldman, attorney for Comcast, via the ECF Filing system