IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

**ORDER**

Plaintiff's counsel Jacques Nazaire filed a notice that this court will construe as a motion for leave to file a motion to withdraw [105]. Nazaire's motion advises the court that he "cannot continue as attorney [sic] unless this matter will end on Tuesday." (Mot. Leave, ECF No. 105). Therefore, he filed this motion requesting permission to file a motion to withdraw. His motion [105] is **GRANTED**; Nazaire may file a motion to withdraw. In the event that Nazaire files his motion before the show cause hearing, the court will consider the basis of his motion as part of next week's hearing.

However, Nazaire should be aware that he is more than just an attorney in this case–he is also a respondent. As set forth in the court's show cause order, Nazaire may be partly or wholly responsible for defendant's expenses. Nazaire will remain

a part of this case until the court determines whether he should be sanctioned. His attendance at the show cause hearing is expected and required. Failure to attend will be considered contempt.

      **IT IS SO ORDERED**, this 22nd day of January, 2014.

                                s/*William C. O'Kelley*
                                William C. O'Kelley
                                Senior United States District Judge