UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC,                           Civil Action No. 2:12-CV-00262-WCO

      Plaintiff,

v.

RAJESH PATEL,

      Defendant.
_____

**PLAINTIFF ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL**

1.  The Attorney for the plaintiff, AF Holdings, LLC hereby moves to be relieved as counsel. The undersigned attorney is currently on U.S.C. Title 10 status and by regulation can no longer represent AF Holdings, LLC.

2.  The undersigned will personally appear at the hearing scheduled for January 28, 2014 and will tender proof of his status *in camera*.

3.  The undersigned has notified the representative for plaintiff and thus far has received no objections.

Respectfully Submitted,

Dated:  January 22, 2014

By:     _____/s/ Jacques Nazaire_____
Jacques Nazaire  (Bar No. 142388)
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (404) 923-0529
Facsimile: (678) 559-0798
Nazaire.jacques@gmail.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

Local Rule 7.1(D) Certification

I hereby certify that the within Motion complies with LR 5.1.

Dated: January 22, 2014:

Respectfully Submitted:

_____/s/ Jacques Nazaire_____
Jacques Nazaire
GA Bar No. 142388
125 Town Park Drive
Kennesaw, GA 30144
(404) 579-9668
nazaire.jacques@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

Certificate of Service

I hereby certify that on January 22, 2014, I filed the within Motion with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney(s) of record:

Blair Chintella, attorney for Defendant

Michael J. Goldman, attorney for Comcast

Dated: January 22, 2014:

                      Respectfully Submitted:

                      /s/ Jacques Nazaire_____
                      Jacques Nazaire
                      GA Bar No. 142388
                      125 Town Park Drive, Suite 300
                      Kennesaw, GA 30144
                      (404) 923-0529
                      nazaire.jacques@gmail.com