# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:12-cv-00262-WCO
## AF Holdings, LLC v. Patel
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 01/28/2014.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 1:05 P.M.       COURT REPORTER: Debra Bull
TIME IN COURT: 1:05                    DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Blair Chintella representing Rajesh Patel<br>Jacques Nazaire representing AF Holdings, LLC |
| PROCEEDING CATEGORY: | Show Cause Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Plaintiff's counsel invoked the rule of sequestration, informed the court of his active duty military status regarding his [107] Motion to Withdraw. Defense counsel addressed the ethical issues/crowd source funding raised against him in the courts [90] Show Cause Order, counsel called Rajesh Patel, sworn and testified, cross-examination. Plaintiff's counsel called attorney Blair Chintella regarding ethical issues, sworn and testified. Plaintiff responded to the show cause order, addressed counsels' failure to disclose all parties having an interest, addressed Mr. Lutzs' failure to appear for deposition, counsel called Mark Lutz, sworn and testified. The court discussed preclusion issue re authenticity of order from Central District of California, discussed [107] Motion to Withdraw. The court granted motion [107] Motion to Withdraw, but not as a respondent, the court allowed ten (10) days to obtain new counsel. Plaintiff did not produce the original copyright assignment. Hearing to be rescheduled shortly. Adjourned due to inclement weather. |