IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.<br>: 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

**NON-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S NOTICE OF BANKRUPTCY COURT HEARING ON COMCAST'S MOTION FOR RELIEF FROM SECTION 362 STAY**

**COMES NOW COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** ("Comcast"), Non-Party Movant under Section 1927, and pursuant to the Court's Order, dated January 16, 2014 [Docket No. 101], gives notice to the Court of the following:

1.

Attorney Chintella, Defendant's counsel in this case, filed a Chapter 7 bankruptcy on October 29, 2013.

2.

On December 31, 2013, Comcast filed its Motion for Attorney's Fees

-1-

Pursuant to 28 U.S.C § 1927 [Docket No. 93].

3.

Comcast filed its Motion for Relief from the Section 362 Stay and Annulment in the United States Bankruptcy Court, Northern District of Georgia, in *In re: Blair Chintella, debtor,* Chapter 7, Case Number 13-73481-bem ("Stay Motion") [Bankruptcy Docket No. 27] on January 17, 2014.

4.

Attorney Chintella responded to the Stay Motion on February 7, 2014 [Bankruptcy Docket No. 30].

5.

Judge Ellis-Monro held a hearing on the Stay Motion on Tuesday, March 4, 2014, and directed the parties to file any supplemental briefing by Friday, March 14, 2014.

6.

Additionally, Judge Ellis-Monro advised the parties during the hearing that the other deadlines were stayed until thirty (30) days after she has made a determination on Comcast's Stay Motion.

7.

Comcast will notify the Court when the Bankruptcy Court has ruled on its

Stay Motion.

This 6th day of March, 2014.

          **HAWKINS PARNELL THACKSTON**
             **& YOUNG LLP**

          s/ *Michael J. Goldman*
          Michael J. Goldman
          Georgia Bar No.:  300100

          *Attorneys for Comcast Cable*
          *Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone (404) 614-7400
Telecopier (404) 614-7500
Email: mgoldman@hptylaw.com

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |
| | : |

**CERTIFICATE OF COUNSEL**

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents except for footnotes in which he has used 12 point Times New Roman.

This 6th day of March, 2014.

                                              HAWKINS PARNELL THACKSTON
                                                    & YOUNG LLP

                                              s/ *Michael J. Goldman*
                                              Michael J. Goldman
                                              Georgia Bar No.:  300100

                                              *Attorneys for Comcast Cable*

110610159v1

-2-

*Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone (404) 614-7400
Telecopier (404) 614-7500
Email: mgoldman@hptylaw.com

-2-

110610159v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day electronically filed with the Clerk of Court a true and correct copy of the foregoing **NON-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S NOTICE OF BANKRUPTCY COURT HEARING ON COMCAST'S MOTION FOR RELIEF FROM SECTION 362 STAY** by filing on the Court's CM/ECF system, which will automatically send notification of same via e-mail to registered counsel and/or by United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

Blair B. Chintella, Esq.
2483 Shoals Ter.
Decatur, GA  30034

-1-

Judith Delus
Law Office of Judith Delus, P.A.
315 W. Ponce de Leon Ave., Suite 1057
Decatur, GA 30030

This 6th day of March, 2014.

        **HAWKINS PARNELL THACKSTON & YOUNG LLP**

        s/ *Michael J. Goldman*
        Michael J. Goldman
        Georgia Bar No.:  300100

        *Attorneys for Comcast Cable Communications Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
Telephone (404) 614-7400
Telecopier (404) 614-7500
Email: mgoldman@hptylaw.com