IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| vs. | : NO. 2:12-cv-00262-WCO |
| | : |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

## **ORDER**

Mr. Paul Duffy has applied for admission *pro hac vice* [112]. With reservations, the court hereby **GRANTS** Mr. Duffy's request to appear *pro hac vice* in this case in the United States District Court, Northern District of Georgia.

On January 28, 2014, this court held a hearing on various sanctions-related matters in this case [109]. Unfortunately, the hearing was cut short due to inclement weather. The court did not immediately continue the hearing because Mr. Jacques Nazaire, plaintiff's former counsel and a target for sanctions in this matter, was on a military tour of active duty. Rather than conduct piecemeal proceedings, the court elected to refrain from continuing the hearing until after the expiration of Mr. Nazaire's tour of active duty.

Recently, Mr. Nazaire informed the court that his term had concluded. Therefore, the court will continue the hearing on November 13, 2014, at 10:00 a.m. in the Third Floor Courtroom of the United States District Courthouse, Gainesville, Georgia. The Clerk of Court is **DIRECTED** to send a copy of this order to Mr. Nazaire. Mr. Nazaire must attend the hearing.

**IT IS SO ORDERED**, this 11th day of September, 2014.

                                          s/*William C. O'Kelley*
                                          William C. O'Kelley
                                          Senior United States District Judge