Jacques Nazaire, Attorney at Law
Suite 300
125 Town Park Drive
Kennesaw, GA 30144

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

SEP 23 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Office of the Clerk**
**United States District Court**
**201 United States Courthouse**
**121 Spring Street, S.E.**
**Gainesville, Georgia 30501-3789**

OFFICIAL BUSINESS



CLEARED SECURITY

SEP 2 3 2014

U.S. Marshals Service
Gainesville, GA

  $00.4



```
NIXIE         300  FE  1          0009/21/14
              RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 30501374999      *0824-04425-12-39
```