IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

**Comcast's Notice of Withdrawal of Motion Seeking Sanctions Against Blair Chintella**

COMES NOW, Comcast Cable Communications Management, LLC, filing this **Comcast's Notice of Withdrawal of Motion Seeking Sanctions Against Blair Chintella**, showing the Court as follows:

**Summary**

On December 31, 2013, Comcast filed a motion seeking sanctions against Blair Chintella. Dkt. #93. The parties have settled any and all claims related to this motion; therefore, Comcast files this Notice in order to withdraw its motion.

Respectfully submitted October 27, 2014:

___/s/Carl H. Anderson, Jr.____

Carl H. Anderson, Jr. (for Comcast)
Bar # 016320
Hawkins Parnell Thackston &
Young, LLP
4000 SunTrust Plaza
303 Peachtree Street,NE
Atlanta, GA 30308-3243
404-614-7400 (phone)
404-614-7500 (fax)
canderson@hptylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

## Certificate of Service

I hereby certify that on October 27, 2014, I served **Comcast's Notice of Withdrawal of Motion Seeking Sanctions Against Blair Chintella** on the parties below by filing it through the CM/ECF system, which will serve a copy on:

AF Holdings, LLC

Blair Chintella

Respectfully Submitted October 27, 2014:

___/s/Carl H. Anderson, Jr.____

Carl H. Anderson, Jr. (for Comcast)
Bar # 016320
Hawkins Parnell Thackston & Young, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
404-614-7400 (phone)

404-614-7500 (fax)
canderson@hptylaw.com