# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

**COMES NOW COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** ("Comcast"), Non-Party Movant hereinabove, and files this Entry of Appearance and shows the Court as follows:

1.

Notice is hereby given that **Carl H. Anderson, Jr.**, Georgia Bar Number 016320, shall represent and act as counsel for Comcast. Comcast requests that you **add** Attorney Anderson to the service list.

2.

Further, notice is hereby given that **Michael J. Goldman**, Georgia Bar Number 300100, shall continue to represent and act as counsel for Comcast.

Comcast requests that you **enter and maintain** Attorney Goldman to the service list.

3.

The undersigned hereby requests that they receive copies of all notices, papers, pleadings and orders filed or served in the above-captioned case.

This 28th day of October, 2014.

           **HAWKINS PARNELL THACKSTON & YOUNG LLP**

           */s/ Carl H. Anderson, Jr.*
           Michael J. Goldman
           Georgia Bar No. 300100
           Carl H. Anderson, Jr.
           Georgia Bar No. 016320

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
(404) 614-7400 Telephone
(404) 614-7500 Facsimile
mgoldman@hptylaw.com
canderson@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |
| | : |

**CERTIFICATE OF COUNSEL**

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

This 28th day of October, 2014.

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

/s/ Carl H. Anderson, Jr.
Michael J. Goldman
Georgia Bar No. 300100
Carl H. Anderson, Jr.
Georgia Bar No. 016320

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
(404) 614-7400 Telephone
(404) 614-7500 Facsimile
mgoldman@hptylaw.com
canderson@hptylaw.com

- 1 -

11158378v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 2:12-CV-262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that I have this date caused to be served upon counsel of record a true and correct copy of the foregoing **NOTICE OF APPEARANCE** by electronic filing and/or by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed to:

Blair Chintella, Esq.
2483 Shoals Ter.
Decatur, GA 30034

Paul Duffy, Esq.
Duffy Law Group
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Judith Delus, Esq.
Law Office of Judith Delus, P.A.
315 W. Ponce de Leon Ave., Suite 1057
Decatur, GA 30030

- 1 -

- 2 -

This 28th day of October, 2014.

                                              **HAWKINS PARNELL THACKSTON & YOUNG LLP**

                                              */s/ Carl H. Anderson, Jr.*

| | |
|---|---|
| 4000 SunTrust Plaza | Michael J. Goldman |
| 303 Peachtree Street, N.E. | Georgia Bar No. 300100 |
| Atlanta, Georgia  30308-3243 | Carl H. Anderson, Jr. |
| (404) 614-7400 Telephone | Georgia Bar No. 016320 |
| (404) 614-7500 Facsimile | |
| mgoldman@hptylaw.com | |
| canderson@hptylaw.com | |

- 2 -