# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:12-cv-00889-DRH-SCW

Lightspeed Media Corporation v. Smith et al
Assigned to: Chief Judge David R. Herndon
Referred to: Magistrate Judge Stephen C. Williams
Case in other court: St. Clair County, Illinois, 11-L-683
USCA-7, 13-03801
USCA-7, 14-01682
Cause: 28:1446 Petition for Removal

Date Filed: 08/09/2012
Date Terminated: 03/22/2013
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/30/2014 | 182 | NOTICE of Hearing on Motion 153 ® MOTION for Sanctions *for Obstructing Discovery*, 135 SEALED MOTION for contempt. Motion Hearing set for 11/12/2014 at 01:30 PM in East St. Louis Courthouse before Chief Judge David R. Herndon. The parties may NOT appear by phone for the hearing. (kbl)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/30/2014) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/06/2014 07:56:16 | | | |
| **PACER Login:** | bc7613:4186116:0 | **Client Code:** | Patel, Rajesh |
| **Description:** | Docket Report | **Search Criteria:** | 3:12-cv-00889-DRH-SCW Starting with document: 182 Ending with document: 182 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |