FILED IN CHAMBERS
U.S.D.C Atlanta
NOV 6 2014
JAMES N. HATTEN, Clerk
By: D. Wilford, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 2:12-cv-00262-WCO |
| | : |
| RAJESH PATEL, | : |
| Defendant. | : |

## ORDER

The parties filed a motion to reschedule an upcoming hearing [119]. The reason for requesting the continuance is that plaintiff's counsel is double-booked to answer sanctions-related queries on a different case in a different court. The parties ask the court to reschedule the hearing to a date after November 18, 2014.

The motion [119] is hereby **GRANTED**. The hearing on various requests for sanctions is rescheduled from November 13, 2014, to November 20, 2014 at 10:00 a.m. in the Third Floor Courtroom of the United States District Court for the Northern District of Georgia, Gainesville Division. Mr. Nazaire's attendance remains mandatory.

Additionally, as discussed in the previous hearing, the court expects plaintiff to produce the original assignment agreement at the rescheduled hearing. (*See*

Minutes, ECF No. 109). If plaintiff is unable to produce the original assignment agreement, plaintiff should be prepared to explain why it is unable to produce that agreement. The explanation should be accompanied by supporting evidence (telephone records, emails, records from other court proceedings, etc.) that provide an adequate explanation as to why plaintiff has been unable to recover its own property from its former attorney. Finally, in the event that plaintiff cannot produce the original assignment agreement, it must provide a copy supported by sufficient indicia of authenticity.

**IT IS SO ORDERED**, this 6th day of November, 2014.

s/William C. O'Kelley
William C. O'Kelley
Senior United States District Judge