IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| | : |
| Defendant. | : |

**Defendant's Request to File a Motion for Contempt**

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Request to File a Motion for Contempt**, showing the Court as follows:

**Summary of Facts and Request to File a Motion for Contempt**

On July 17, 2013, Defendant served Plaintiff with a set of interrogatories and requests for production. [41-42]. In response, on August 13, 2013 Plaintiff filed a motion that it titled as a "Second Motion for Protective Order with Motion to Quash and Motion to Seal." [60]. On September 5, 2013, Defendant filed motions to compel pertaining to the above discovery. [74-75].

On September 11, 2013, the Court issued an order stating: "The court believes that the current motions on the table are sufficient to articulate both sides' alleged grievances. Moreover, the court does not believe that further motions or

1

responses would serve to meaningfully advance the litigation at hand.  Therefore, plaintiff and defendant are hereby **ENJOINED** from filing a motion of any kind without this court's prior approval.  The Court will set a hearing on all pending motions in the near future." [82].

On September 17, 2013, Defendant sought permission to "file motion[s] regarding the outstanding discovery and to file a response and reply to the pending motions (ECF #63 and 68)."[1]  [84, p.5].  Defendant also asked the Court for "clarification regarding its September 11, 2013 order (ECF # 82)" as to whether it encompassed both "motions/responses."  Page 6.

On December 18, 2013, the Court issued an order that *inter alia*:

- denied Plaintiff's motion at, [p.5]
- granted Defendant's two motions to compel, [p.10-11]
- denied Defendant's motion to file motions/seeking clarification [ p.23].

The order did not specifically discuss why permission to file motions and for clarification was denied.  *Id*.  However, the Court did state:

> . . . this court's order enjoining the filing of additional motions remains in effect.  To the extent that a party believes the opposing party engaged in sanctionable conduct that is not evidenced in the record, the party may bring the matter to the court's attention by filing a

---

[1] Defendant also asked for other relief not relevant here.

supplemental brief

*Id*.

Defendant intends to file a "supplemental brief" before the November 20, 2014 hearing that seeks sanctions for the other interrogatories and requests for production that were *not* encompassed by his prior motions to compel [74-75]. Aside from Plaintiff's refusal to comply with those discovery devices, however, Plaintiff is also refusing to comply with the Court's order at #90; specifically, the Court's order compelling compliance to the discovery sought by Defendant's prior motions to compel, [74-75]. Therefore, Defendant requests permission to file a motion for contempt regarding Plaintiff's disobedience to the Court's December 18, 2013 order compelling it to comply with certain discovery.

Respectfully submitted November 13, 2014:

_____*/s/ Blair Chintella*_____
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 931-2090
bchintel1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 2:12-cv-00262-WCO |
| RAJESH PATEL, | : |
| Defendant. | : |

### Local Rule 7.1(D) Certification

I hereby certify that **Defendant's Request to File a Motion for Contempt** and the accompanying **Memorandum of Law** comply with LR 5.1B.

Dated November 13, 2014:

                                                            Respectfully Submitted:

                                                            ____*/s/ Blair Chintella*_____
                                                            Blair Chintella
                                                           GA Bar No. 510109
                                                           2483 Shoals Ter.
                                                           Decatur, GA 30034
                                                          (404) 931-2090
                                                          bchintel1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on November 13 2014, I served **Defendant's Request to File a Motion for Contempt** on the parties by filing it through the CM/ECF system, which will serve their attorneys of record.

Dated November 13, 2014:

> Respectfully Submitted:
>
> ____/s/ Blair Chintella____
> Blair Chintella
> GA Bar No. 510109
> 2483 Shoals Ter.
> Decatur, GA 30034
> (404) 931-2090
> bchintel1@gmail.com

5