# Chintella Law

- Business Litigation
- Copyright Infringement Defense
- Real Estate

- Main
- Docket
- Timeline
- Discovery
- Audio Clips

- Twitter
- Facebook
- RSS Feed
- Google Plus
- E-mail Us

- **24 Medal of Honor Recipients Honored**
- **20140311 - Encrypted Email**
- **20131024 - Patel Hearing (correction)**
- **20130706 - Patel Hearing**

Only one party's consent is required to record an audio conversation under Georgia as well as federal law.

# GoDaddy Customer Service Calls

# Jacques Nazaire (counsel for Plaintiff in Georgia)

---

## GoDaddy Customer Service Calls

*(back to top)*

Customer service calls were obtained from GoDaddy revealing John Steele posing as Alan Cooper and Mark Lutz on more than one occasion.

| | Download All GoDaddy Audios | | |
|---|---|---|---|
| **Date** | **Speaker(s)** | **File** | **Notes** |
| November 15, 2012 | Steele | 🔊 | |
| November 26, 2012 | Steele | | |

| | | 🔊 | |
|---|---|---|---|
| November 26, 2012 | Steele and Hansmeier | 🔊 | |
| November 29, 2012 | Steele | 🔊 | Steele posing as Alan Cooper |
| November 29, 2012 | Steele | 🔊 | Steele posing as Mark Lutz |
| November 29, 2012 | Steele | 🔊 | Steele posing as Mark Lutz. |
| February 4, 2013 | Steele | | |

| | | 🔊 | |
|---|---|---|---|
| March 5, 2013 | Steele | 🔊 | |
| March 5, 2013 | Steele and Hansmeier | 🔊 | |