## Amazing!

Posted on 08/19/2013 at 8:17 PM

Posted on 08/16/2013 at 12:33 AM

And now we're at $2500 - Outstanding!

                                                                -K`Tetch

*Now a quick message from Blair*
I'm overwhelmed by everyone's support for Mr. Patel's case.
We are close to hitting the amount needed for at least 3 depositions, but there's more we'd like to do.  We'll probably send out more subpoenas and file motions to compel companies/people to comply.  For example, we're subpoenaing companies/persons distributing the work Mr. Patel is accused of downloading to uncover potential agreements with Prenda-related parties. If you donate please add a note to the PayPal payment saying if you only want the money to go towards depositions.  Like Andrew (K`Tetch) said the other day, I'm also humbled by the support of everyone.

## WOWSERS

Posted on 08/10/2013 at 11:53 PM

Wow you guys.
24 hours in and we're already at $1040.

I'm amazed, and a little humbled.

You guys are awesome!

-K`Tetch

**Jan Rais:**
"Glad to help."
**oj:**
"If you donate please add a note to the PayPal payment saying if you only want the money to go towards depositions."
**Anonymous:**
"Kick their asses"
**Richard Pryor:**

"Give them hell!"

## Information

- [Overview](#)
- [Features](#)
- [Privacy Policy](#)

## Follow Us

- [Twitter](#)

## Contact

[Contact Us](#)