Nov 12 (2 days ago)

**Bchintel1**
to me

Dear Mr. Nazaire,

Several weeks ago I e-mailed AF Holdings and you as well (I believe) a settlement offer.  Have you had a chance to consider and/or are you contemplating a counteroffer?  The upcoming hearing will be time-consuming and my client wanted to make a final attempt to discuss a settlement with you prior.  Feel free to contact me at the information below.

Sincerely,

Blair Chintella
Attorney at Law
Licensed in Georgia
404-931-2090
www.chintellalaw.com