UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**  Civil Action No. 2:12-CV-00262-WCO

      **Plaintiff,**

v.

**RAJESH PATEL,**

      **Defendant.**

_____

### REQUEST TO TAKE JUDICIAL NOTICE

The undersigned hereby request that this Court takes Judicial Notice that the attached affidavit (**Exhibit A**), was filed in the United States District Court, Central District of California on April 8, 2013 under Civil Action number 2:12-cv-08333.

Respectfully Submitted,

DATED: November 16, 2014

By:    /s/ Jacques Nazaire

Jacques Nazaire
(Bar No. 142388)
P.O. Box 578
Kennesaw, Georgia 30156
nazaire.jacques@gmail.com
Telephone: (404) 923-0529
Facsimile: (678) 559-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

Local Rule 7.1(D) Certification

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 16, 2014:

Respectfully Submitted:

\_\_\_\_/s/ Jacques Nazaire\_\_\_\_\_
Jacques Nazaire
GA Bar No. 142388
P.O. Box 578
Kennesaw, GA 30156
Tel: (404) 923-0529
Fax: (678) 559-0798
nazaire.jacques@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

Certificate of Service

I hereby certify that on November 16, 2014, I filed the enclosed using the CM/ECF system which will automatically send e-mail notification to the all attorneys of record:

Dated: November 16, 2014

Respectfully Submitted:

/s/ Jacques Nazaire_____
Jacques Nazaire
GA Bar No. 142388
P.O. Box 578
Kennesaw, GA 30156
Tel: (404) 923-0529
Fax: (678) 559-0798
nazaire.jacques@gmail.com

3