## Affidavit of Raymond Rogers

RAYMOND ROGERS, under penalty of perjury, says as follows:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and, if called, would be prepared to testify at trial as follows.

2. I am the principal of various related entities, including Heartbreaker Films, Heartbreaker Productions, Inc., XSC Digital Corp and Heartbreaker Digital LLC.

3. On June 12, 2011, I executed a Copyright Assignment Agreement, a true and correct copy of which is attached hereto as Exhibit A.

4. On December 20, 2011, I executed a Copyright Assignment Agreement, a true and correct copy of which is attached to as Exhibit B.

5. It is my understanding that all of the rights associated with the works titled "Sexual Obsession" (PA 1-725-120) and "Popular Demand" (PA 1-754-383) have been transferred to AF Holdings LLC.

6. I will be pleased to execute any and all documents to confirm that all of the rights referenced in this document have been fully and effectively transferred.

I declare under the penalty of perjury and upon personal knowledge that the foregoing is true and correct.

Ray Rogers
Dated: December 5, 2012
Las Vegas, Nevada

STATE OF NEVADA
COUNTY OF Clark
This instrument was acknowledged before me on January 8, 2013 (date) by
Raymond Rogers. (name(s) of person(s)).
Notary Public Printed Name: Chelsee Jensen
My Commission Expires: July 30, 2016

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHELSEE JENSEN
My Appointment Expires July 30, 2016