UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC,                              Civil Action No. 2:12-CV-00262-WCO

      Plaintiff,

v.

RAJESH PATEL,

      Defendant.

_____

### REQUEST TO TAKE JUDICIAL NOTICE

The undersigned hereby request that this Court takes Judicial Notice that the attached Judgment (**Exhibit A**), was filed in the United States District Court, District of Arizona on December 11, 2013 under Civil Action number 2:12-cv-02144.

Respectfully Submitted,

DATED: November 16, 2014

By: _____/s/ Jacques Nazaire_____

Jacques Nazaire
(Bar No. 142388)
P.O. Box 578
Kennesaw, Georgia 30156
nazaire.jacques@gmail.com
Telephone: (404) 923-0529
Facsimile: (678) 559-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

<u>Local Rule 7.1(D) Certification</u>

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 16, 2014:

                              Respectfully Submitted:

                              ____/s/ Jacques Nazaire_____
                              Jacques Nazaire
                              GA Bar No. 142388
                              P.O. Box 578
                              Kennesaw, GA 30156
                              Tel: (404) 923-0529
                              Fax: (678) 559-0798
                              nazaire.jacques@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

## Certificate of Service

I hereby certify that on November 16, 2014, I filed the enclosed using the CM/ECF system which will automatically send e-mail notification to the all attorneys of record:

Dated: November 16, 2014

                                          Respectfully Submitted:

                                          /s/ Jacques Nazaire_____
                                          Jacques Nazaire
                                          GA Bar No. 142388
                                          P.O. Box 578
                                          Kennesaw, GA 30156
                                          Tel: (404) 923-0529
                                          Fax: (678) 559-0798
                                          [nazaire.jacques@gmail.com](mailto:nazaire.jacques@gmail.com)