IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:12-cv-00262-WCO |
| | : | |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

**[Proposed] Order**

The Court hereby grants **Defendant's Request to File a Motion to Bring Electronics Into the Courthouse**. Defendant may file the motion attached to his **Defendant's Request to File a Motion to Bring Electronics Into the Courthouse** and the same is hereby granted. Defendant may bring into the courthouse for the upcoming hearing the items specified in the motion(s).

It is hereby ordered this 19 day of November, 2014:

WILLIAM C. O'KELLEY

_____
Judge, United States District Court
for the Northern District of Georgia