## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                :
                                :
            Plaintiff,          :
                                :
v.                              :     Civil Action No.
                                :     2:12-cv-00262-WCO
RAJESH PATEL,                   :
                                :
            Defendant.          :

### Defendant's Request to File a Motion to Bring Electronics Into the Courthouse

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Request to File a Motion to Bring Electronics Into the Courthouse**, showing the Court as follows:

A hearing is currently scheduled for November 20, 2014. Defendant may play certain audio recordings and does not know of another way to play them to the Court other than through speakers attached to a desktop computer. Defendant will bring paper copies of certain documents but will also navigate certain documents on a computer screen for efficiency; for example, while the Court views the same document in paper form. A laptop was used at the last hearing but Defendant no longer has that laptop. Therefore, Defendant seeks to file a motion to bring the following electronics into the courthouse:

1

- Dell short tower computer, approximately 1 foot high, 8 inches wide, and 1.5 feet from front to back.  This small tower contains the computer.

- A small USC "thumb drive" that can store computer files for the hearing.

- Two Bose speakers that attach to the computer.

- There is also a flat screen monitor approximately 21 inches (diagonally).

- Defendant is unsure of the power plugins at the courthouse so seeks to bring a power strip as well that will expand the number of usable plugins.

- A wireless keyboard and mouse.

- Power plugin wires for the monitor, computer, and speakers.  A wire that goes between the speakers.  Two small receivers that plug into the back of the computer so the wireless keyboard and mouse can be used.

- A headset that can be used instead of playing audio on the speakers.


Respectfully submitted November 19, 2014:


       */s/ Blair Chintella*
Blair Chintella
GA Bar No. 510109
2483 Shoals Ter.
Decatur, GA 30034
(404) 931-2090
bchintel1@gmail.com

2