UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC,                                   Civil Action No. 2:12-CV-00262-WCO

    Plaintiff,

v.

RAJESH PATEL,

    Defendant.

## NOTICE OF SERVICE MEMBER'S CIVIL RELIEF ACT

1. The undersigned is no longer on active duty; however, the undersigned was on active duty on **September 3, 2013**, the day that that defendant alleges that AF Holdings was supposed to be deposed regarding an IMPROPERLY noticed deposition.

2. Pursuant to the Servicemember's Civil Relief Act, 50 U.S.C. App. §§501-597, the undersigned was not responsible to appear for the deposition.

3. The Court is reminded that this case was dismissed and **"closed"** prior to the undersigned being called to active duty.

4. The undersigned has already furnished a copy of his orders (which contains personal information) to this Court *in camera*.

1

5. The undersigned hereby requests that if the Court's Lawclerk receives this notice, that this notice be furnished to the Honorable William C. O'Kelley.

Respectfully Submitted,

DATED: November 20, 2014

By: _____/s/ Jacques Nazaire_____

Jacques Nazaire
(Bar No. 142388)
P.O. Box 578
Kennesaw, Georgia 30156
nazaire.jacques@gmail.com
Telephone: (404) 923-0529
Facsimile: (678) 559-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

Local Rule 7.1(D) Certification

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 20, 2014:

Respectfully Submitted:

\_\_\_\_/s/ Jacques Nazaire\_\_\_\_\_
Jacques Nazaire
GA Bar No. 142388
P.O. Box 578
Kennesaw, GA 30156
Tel: (404) 923-0529
Fax: (678) 559-0798
nazaire.jacques@gmail.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

Certificate of Service

I hereby certify that on November 20, 2014, I filed the enclosed using the CM/ECF system which will automatically send e-mail notification to the all attorneys of record:


Dated: November 20, 2014

                                      Respectfully Submitted:

                                      /s/ Jacques Nazaire_____
                                      Jacques Nazaire
                                      GA Bar No. 142388
                                      P.O. Box 578
                                      Kennesaw, GA 30156
                                      Tel: (404) 923-0529
                                      Fax: (678) 559-0798
                                      nazaire.jacques@gmail.com