# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:12-cv-00262-WCO**
**AF Holdings, LLC v. Patel**
**Honorable William C. O'Kelley**

FILED IN CHAMBERS
U.S.D.C Atlanta

NOV 2 0 2014

JAMES N. HATTEN, Clerk
By: D. Wilford  Deputy Clerk

Minute Sheet for proceedings held In Open Court on 11/20/2014.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 3:05 P.M.
TIME IN COURT: 2:45
OFFICE LOCATION: Gainesville

COURT REPORTER: GiGi Simcox
CSO/DUSM: Terry English/John Hunt
DEPUTY CLERK: Delores Wilford

**ATTORNEY(S) PRESENT:** Blair Chintella representing Rajesh Patel
Paul Duffy representing AF Holdings, LLC
Jacques Nazaire representing Jacques Nazaire

**OTHER(S) PRESENT:** Also Present: Alex Meier, Law Clerk

**PROCEEDING CATEGORY:** Show Cause Hearing(Other Evidentiary Hearing-Contested);

**MINUTE TEXT:** Cause came on for continuation of the Show Cause Hearing from January 28, 2014. Came the parties as shown. The Rule of Sequestration was invoked. Evidence by defendants: 1) Jacques Nazaire, sworn & testified. 2) Graham Sysert, sworn & testified. Deft. exhibits nos. 20, 21, 35 & 37 admitted. The defendants rested. Evidence by respondent, Jacques Nazaire: 1) Graham Sysert, previously sworn, recalled and testified. Respondent's exhibit no. 2 admitted. The respondent rested. Counsel made closing arguments. The Court verbally adopted as part of it's Findings of Fact and Conclusions of Law, Judge Wright's Order, Central District of California, paragraphs, 1,2,3,4,5,6,8,9 &11. (See Wright Order 2:12cv8333-CDW). The Court took the matter under further advisement. Written Order to follow.

**HEARING STATUS:** Hearing Concluded
**EXHIBIT STATUS:** Exhibits retained by the Court to be forwarded to the Clerks Office.