**JACQUES NAZAIRE, ESQ.**
P.O. Box 578
Kennesaw, GA 30156
nazaire.jacques@gmail.com

Tel: 404.923.0529                                                                                              Fax: 678.559.0798

November 27, 2014

Hon. William C. O'Kelley
Senior United States District Judge
121 Spring Street, SE-Room 201
Gainesville, GA 30501
**VIA ECF FILING**

Re:             AF Holdings v. Patel
Case No:     **2:12-cv-00262**

Your Honor:

    On September 11, 2013, you ordered that "Plaintiff and Defendant are enjoined from filing a motion of any kind without court's prior approval" (E.C.F. 82). Nevertheless, the defendant has filed a motion (E.C.F. 137) in the guise or pretext of a "notice". In this motion, he makes argument and moves for relief.

    Unfortunately, since the Court has granted practically all of the defendant's requests in this case and has denied practically all of the Plaintiff's or other party's requests, the defendant is under the impression that this Court can no longer control him. He believes that any request he makes or any theory he presents, no matter how far-fetched, will be granted. Clearly the defendant does not realize that the Court has a duty to be fair and impartial. I, however, trust that this Court will be fair. I believe in justice.

    Since I no longer represent the Plaintiff, as a technical matter, I may file a motion. However, that would tend to be disrespectful. As such, I am making a

request, by letter, to file a motion.  I hereby request permission to submit a motion for sanctions against the defendant or in the alternative suggest that this Court acts *Sue Sponte* to end the defendant's continuous violation of this Court's order [E.C.F #82].

Respectfully submitted,
.

*Jacques Nazaire*

JACQUES NAZAIRE, ESQ.
Attorney and Counselor at Law


cc: Blair Chintella, attorney for Defendant, via the ECF Filing system
    Paul Duffy, Attorney for Plaintiff via the ECF Filing System
    All other parties via the ECF Filing System