# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**                    **Civil Action No. 2:12-CV-00262-WCO**

        **Plaintiff,**

**v.**

**RAJESH PATEL,**

        **Defendant.**

_____

## REQUEST FOR JURY TRIAL

Pursuant to the Seventh and the Fourteenth Amendments to the U.S. Constitution, the undersigned hereby requests that a jury of his **peers** be empaneled to listen to the **factual** [non-legal] issues of this case prior to the issuance of any award against him.


Respectfully Submitted,

DATED: November 29, 2014

By:      _____/s/ Jacques Nazaire_____

        Jacques Nazaire
        (Bar No. 142388)
        P.O. Box 578
        Kennesaw, Georgia 30156
        nazaire.jacques@gmail.com
        Telephone: (404) 923-0529
        Facsimile: (678) 559-0798

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :  Civil Action No.
                                    :   2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :

<u>Local Rule 7.1(D) Certification</u>

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 29, 2014:

                        Respectfully Submitted:


                        _____/s/ Jacques Nazaire_____
                        Jacques Nazaire
                        GA Bar No. 142388
                        P.O. Box 578
                        Kennesaw, GA 30156
                        Tel: (404) 923-0529
                        Fax: (678) 559-0798
                        nazaire.jacques@gmail
                        .com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   Civil Action No.
                                    :    2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :

<u>Certificate of Service</u>

I hereby certify that on November 29, 2014, I filed the enclosed

using the CM/ECF system which will automatically send e-mail notification to the

all attorneys of record:

Dated: November 29, 2014

                              Respectfully Submitted:

                              /s/ Jacques Nazaire_____
                              Jacques Nazaire
                              GA Bar No. 142388
                              P.O. Box 578
                              Kennesaw, GA 30156
                              Tel: (404) 923-0529
                              Fax: (678) 559-0798
                              nazaire.jacques@gmail
                              .com

3