UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**                                   Civil Action No. 2:12-CV-00262-WCO

        **Plaintiff,**

v.

**RAJESH PATEL,**

        **Defendant.**
_____

## NOTICE OF CORRECTION

At a hearing held on November 20, 2014, Counsel for the Defense testified under oath that he was not affiliated or familiar with the derogatory blogger "fight copyright trolls" nor familiar with derogatory blogger "Die troll Die". Attached as "Exhibit A" is evidence demonstrating defense counsel's familiarity with such bloggers. This Notice is being filed to help clarify the record.

        Respectfully Submitted,

DATED: November 29, 2014

        By:      /s/ Jacques Nazaire

        Jacques Nazaire
        (Bar No. 142388)
        P.O. Box 578
        Kennesaw, Georgia 30156
        nazaire.jacques@gmail.com
        Telephone: (404) 923-0529
        Facsimile: (678) 559-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

Local Rule 7.1(D) Certification

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 29, 2014:

Respectfully Submitted:

\_\_\_\_/s/ Jacques Nazaire\_\_\_\_\_
Jacques Nazaire
GA Bar No. 142388
P.O. Box 578
Kennesaw, GA 30156
Tel: (404) 923-0529
Fax: (678) 559-0798
nazaire.jacques@gmail.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

Certificate of Service

I hereby certify that on November 29, 2014, I filed the enclosed using the CM/ECF system which will automatically send e-mail notification to the all attorneys of record:

Dated: November 29, 2014

Respectfully Submitted:

/s/ Jacques Nazaire_____
Jacques Nazaire
GA Bar No. 142388
P.O. Box 578
Kennesaw, GA 30156
Tel: (404) 923-0529
Fax: (678) 559-0798
nazaire.jacques@gmail.com