## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**                          **Civil Action No. 2:12-CV-00262-WCO**

          **Plaintiff,**

**v.**

**RAJESH PATEL,**

          **Defendant.**

_____

## NOTICE OF UNTIMELY DISCOVERY RESPONSES

Although the undersigned no longer represents the Plaintiff, Notice is hereby given that the defendant has failed to comply with the Plaintiff's various discovery demands as laid out in the attached Exhibits A-F. The defense has admitted to the same in Court on November 20, 2014.

          Respectfully Submitted,

DATED: November 30, 2014

          By:      _____/s/ Jacques Nazaire_____

          Jacques Nazaire
          (Bar No. 142388)
          P.O. Box 578
          Kennesaw, Georgia 30156
          nazaire.jacques@gmail.com
          Telephone: (404) 923-0529
          Facsimile: (678) 559-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   Civil Action No.
                                    :   2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :

Local Rule 7.1(D) Certification

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 30, 2014:

                              Respectfully Submitted:


                              _____/s/ Jacques Nazaire_____
                              Jacques Nazaire
                              GA Bar No. 142388
                              P.O. Box 578
                              Kennesaw, GA 30156
                              Tel: (404) 923-0529
                              Fax: (678) 559-0798
                              nazaire.jacques@gmail
                              .com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   Civil Action No.
                                    :    2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :

<u>Certificate of Service</u>

I hereby certify that on November 30, 2014, I filed the enclosed

using the CM/ECF system which will automatically send e-mail notification to the

all attorneys of record:


Dated: November 30, 2014

                                    Respectfully Submitted:


                                    /s/ Jacques Nazaire_____
                                    Jacques Nazaire
                                    GA Bar No. 142388
                                    P.O. Box 578
                                    Kennesaw, GA 30156
                                    Tel: (404) 923-0529
                                    Fax: (678) 559-0798
                                    nazaire.jacques@gmail
                                    .com