IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS,<br><br>　　　　Plaintiff,<br>　v.<br><br>RAJESH PATEL<br><br>　　　　Defendant.<br>_____ | Civil Action No: 2:12-00262-WCO<br><br><br><br>**PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT** |

**PROPOUNDING PARTY:** AF HOLDINGS

**RESPONDING PARTY:** RAJESH PATEL

TO DEFENDANT RAJESH PATEL AND HIS COUNSEL OF RECORD

Plaintiff, AF Holdings ("PLAINTIFF"), by and through its undersigned counsel of record, hereby requests and demands that Defendant, RAJESH PATEL ("DEFENDANT"), make admission of the following statements of fact, under oath, which are materially pertinent to the above captioned matter in accordance with applicable rules, subject to the instructions and definitions set forth below:

## DEFINITIONS

I.  "**COMPUTER DEVICES**" means any device capable of storing and/or processing electronic data, including, but not limited to, any computer, laptop, desktop, hard drive, external storage device, iPod, iPad, PDA, iPhone, or Blackberry

II. "**DOCUMENT**" or "**DOCUMENTS**" mean each and every original or copy of words or information generated by printing, typing, longhand, electronic recording, or other process, regardless of the form thereof, and include any kind of "writing". Such documents include, but are not limited to, published materials, reports, correspondence, emails, records, memoranda, notices, notes, marginal notations, messages, teletype printouts, statements, books, studies, minutes, diagrams, drawings, maps, surveys, plans, charts, graphs, data, computer files, computer tapes, computer diskettes, computer printouts, computer hard drives, appointment books, telephone message tapes,

telephone message slips, drafts, checks, money orders, invoices, billings, evaluations, photographs, audio tapes, and videotapes.

III. Where knowledge or information in possession of DEFENDANT is requested, such request includes knowledge of that DEFENDANT'S agents, representatives, and, unless privileged, DEFENDANT'S attorney.  When an answer is made by a corporate affiliate of DEFENDANT, state the name, address, and title of persons supplying the information and making the affidavit, and announce the source of his or her information.

IV. "**COMPLAINT**" means the document entitled, in part, "Complaint," which was originally filed in this action to initiate the legal proceedings in this case.

V. "**DEFENSE**" means a defendant's stated reason why the plaintiff has no valid case

VI. "**AFFIRMATIVE DEFENSE**" means a defendant's allegation(s) that, if true, would defeat plaintiff's claim(s) even if the allegations in the COMPLAINT are true.

VII. "**ISP**" means Internet Service Provider.

VIII. "**IP ADDRESS**" means the unique number assigned to DEFENDANT by DEFENDANT'S ISP at the date/time described in the COMPLAINT.

IX. "**INTERNET ACCOUNT**" means the Internet Service provided to an individual by his or her ISP.

X. "**UNAUTHORIZED**" means without permission; as applied here, it refers to the access of Plaintiff's website without paying money to Plaintiff, as is required for permissive access to Plaintiff's website.

XI. "**HACK**," "**HACKING**" and/or "**HACKED**" means gaining access without legal authorization to a computer or computer system, and, specifically in this situation, using a username/password that was not properly obtained through a payment to PLAINTIFF for accessing PLAINTIFF'S WEBSITES and/or for accessing PLAINTIFF'S WEBITES without PLAINTIFF'S permission to view the content of PLAINTIFF'S WEBSITES.

XII. "**DATE/TIME OF THE HACK**" refers to the specific date and time that PLAINTIFF observed DEFENDANT'S IP ADDRESS using a HACKED

username/password combination to HACK into PLAINTIFF'S WEBSITE(S) as was fully alleged in the COMPLAINT.

XIII. "**IDENTIFY**" means to name an individual and/or entity, one's current home address (or business address), one's previous addresses for the previous five (5) years, one's social security number (or Employer Identification Number), date of birth (or date of organization), and, if an individual, one's marital status and employer's name and address.

XIV. "**PORNOGRAPHIC OR PORNOGRAPHY**" means videos, pictures, printed or other media containing the explicit description or display of sexual organs or activity.

XV. "**REQUESTS FOR ADMISSION**" means the document entitled, in part, "Request for Admission," which was served upon YOU simultaneously and in conjunction with these Interrogatories.

XVI. Unless otherwise stated, these Interrogatories refer to the time, place, and circumstances of DEFENDANT'S IP address was observed HACKING into PLAINTIFF'S WEBSITES as described in the COMPLAINT.

**REQUESTS FOR ADMISSION OF TRUTH OF FACTS**

**REQUEST NUMBER 1**

Admit that YOU had no basis to assert as a DEFENSE in the original cause of action against you.

**REQUEST NUMBER 2**

Admit that YOU were served with a Summons and Complaint in this action and failed to file an Answer.

**REQUEST NUMBER 3**

Admit that YOU are have no basis for filing a motion for a vexatious lawsuit.

**REQUEST NUMBER 4**

Admit that YOU had no evidence demonstrating a vexatious lawsuit prior to filing your motion for sanctions and that is why you are NOW seeking discovery.

**REQUEST NUMBER 5**

Admit that YOU re-opened this case for the purpose of harassing Mark Lutz.

**REQUEST NUMBER 6**

Admit that you owned two gas stations on December 4, 2011.

**REQUEST NUMBER 7**

Admit that on December 4, 2011, you had employees who would eventually be terminated for misconduct.

**REQUEST NUMBER 8**

Admit that on December 4, 2011, you provided your employees and customers with unsecured wireless access in at least one of your gas stations.

**REQUEST NUMBER 9**

Admit that you still possess the device which on December 4, 2011, allowed your customers and/or employees to have wifi access at one of your locations.

**REQUEST NUMBER 10**

Admit that on December 4, 2011, IP address 75.89.36.80, was an IP address being used at the computer referred to in your declaration dated March 4, 2013.

**REQUEST NUMBER 11**

Admit that YOU belong to a HACKING community where username/hacked passwords are passed back and forth among the members.

**REQUEST NUMBER 12**

Admit that YOU accessed username/hacked passwords over the Internet using your INTERNET ACOUNT.

**REQUEST NUMBER 13**

Admit that YOU shared username/hacked passwords over the Internet.

**REQUEST NUMBER 14**

Admit that YOU used username/hacked passwords to access Plaintiff's website and content.

**REQUEST NUMBER 15**

Admit that YOU participated with other hackers in the hacker community in order to disseminate the username/hacked password.

**REQUEST NUMBER 16**

Admit that YOU intentionally acted to access Plaintiff's website and content through a username/hacked password.

**REQUEST NUMBER 17**

Admit that YOU gained unauthorized access to Plaintiff's website.

**REQUEST NUMBER 18**

Admit that YOU have been falsely guaranteed attorney's fees in the amount of $81,000.00 if you continue these proceedings.

**REQUEST NUMBER 19**

Admit that YOU used username/hacked passwords to gain unlawful access to the member's sections of Plaintiff's websites.

**REQUEST NUMBER 20**

Admit that YOU used username/hacked passwords to gain unlawful access to Plaintiff's website and consume Plaintiff's content as though you were a paying member.

**REQUEST NUMBER 21**

Admit that YOU downloaded Plaintiff's private content and disseminated that information to other unauthorized individuals.

**REQUEST NUMBER 22**

Admit that YOUR ISP is, or was at some point, Windstream.

5
PLAINTIFF'S REQUESTS FOR ADMISSIONS TO DEFENDANT

**REQUEST NUMBER 23**

Admit that, since YOU accessed Plaintiff's website through a username/hacked password, YOU were not required to provide any identifying personal information, such as your true name, address, telephone number, or email address.

**REQUEST NUMBER 24**

Admit that, on or around December 4, 2011 you used a specific username/hacked password to knowingly, and with intent to defraud, gain unauthorized access to Plaintiff's password protected website and protected computer content.

**REQUEST NUMBER 25**

Admit that YOUR use of a username/hacked password to gain access to Plaintiff's website was based on an actual and/or implicit misrepresentation by YOU that this username/hacked password actually authorized YOU to access Plaintiff's website and content.

**REQUEST NUMBER 26**

Admit that YOUR use of a username/hacked password to access Plaintiff's website was not authorized by Plaintiff.

**REQUEST NUMBER 27**

Admit that, once YOU gained unauthorized access to Plaintiff's website, YOU downloaded Plaintiff's private content.

**REQUEST NUMBER 28**

Admit that, once YOU gained unauthorized access to Plaintiff's website, YOU downloaded Plaintiff's private content and purposefully disseminated that content to other unauthorized individuals.

**REQUEST NUMBER 29**

Admit that YOU did not pay Plaintiff money to access Plaintiff's website.

**REQUEST NUMBER 30**

Admit that, when accessing Plaintiff's website without authorization, YOU viewed the statement "I have come to this website knowing it's [sic] contents and agree to view sexually explicit material for my personal use. Viewing such material does not violate the community standards of the area in which I live."

**REQUEST NUMBER 31**

Admit that, when accessing Plaintiff's website without authorization, you agreed to the statement "I have come to this website knowing it's [sic] contents and agree to view sexually explicit material for my personal use. Viewing such material does not violate the community standards of the area in which I live."

**REQUEST NUMBER 32**

Admit that, when accessing Plaintiff's website, YOU knew that YOU were required to pay money to Plaintiff in order to gain lawful access to Plaintiff's website.

**REQUEST NUMBER 33**

Admit that, when accessing Plaintiff's website, YOU did not pay any money to Plaintiff.

**REQUEST NUMBER 34**

Admit that, when accessing Plaintiff's website without authorization, you did not perform your obligations under the agreement to which you agreed, which stated "I have come to this website knowing it's [sic] contents and agree to view sexually explicit material for my personal use. Viewing such material does not violate the community standards of the area in which I live."

**REQUEST NUMBER 35**

Admit that YOU lawfully accessed Plaintiff's website by paying the requested fee amount to Plaintiff.

**REQUEST NUMBER 36**

Admit that YOU did not password protect your INTERNET ACCOUNT.

**REQUEST NUMBER 37**

Admit that YOU did not secure your INTERNET ACCOUNT.

**REQUEST NUMBER 38**

Admit that YOU permitted a third party to access your INTERNET ACCOUNT.

**REQUEST NUMBER 39**

Admit that YOU did not monitor your INTERNET ACCOUNT for unauthorized use.

**REQUEST NUMBER 40**

Admit that YOU knew that a third party was accessing your INTERNET ACCOUNT with YOUR authorization.

**REQUEST NUMBER 41**

Admit that YOUR failure to monitor your Internet connection caused financial harm to Plaintiff.

**REQUEST NUMBER 42**

Admit that YOU have, and have always had, a secured wireless INTERNET ACCOUNT.

**REQUEST NUMBER 43**

Admit that YOU are the only individual who uses your INTERNET ACCOUNT.

**REQUEST NUMBER 44**

Admit that YOU view PORNOGRAPHIC material over the Internet.

**REQUEST NUMBER 45**

Admit that YOU download and/or upload videos over the Internet.

PLAINTIFF'S REQUESTS FOR ADMISSIONS TO DEFENDANT

**REQUEST NUMBER 46**

Admit that between 2011 and 2012, you received a letter notifying you that an IP address associated with your Internet account was detected as being used to download a copyrighted movie.

**REQUEST NUMBER 47**

Admit that after you received the letter stated in request number "46", you secured your Internet connection with a password but still gave the password to your customers

                                      Respectfully Submitted,

                                      AF HOLDINGS, LLC

**DATED: August 1, 2013**                      By:   /s/ Jacques Nazaire___

                                      JACQUES NAZAIRE [BAR # 142388]
                                      125 Town Park Drive, Suite 300
                                      Kennesaw, GA 30144
                                      Tel: (404) 923-0529
                                      Fax: (678) 559-0798

                                      Nazaire.jacques@gmail.com