IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, | Civil Action No: 2:12-00262-WCO |
| Plaintiff, | |
| v. | |
| RAJESH PATEL | **PLAINTIFF'S INTERROGATORIS TO DEFENDANT** |
| Defendant. | |

**PROPOUNDING PARTY:** AF HOLDINGS

**RESPONDING PARTY:** RAJESH PATEL

TO DEFENDANT RAJESH PATEL AND HIS COUNSEL OF RECORD

Plaintiff AF HOLDINGS ("PLAINTIFF") by and through its undersigned counsel of record, hereby propounds the following Interrogatories upon the Defendant, RAJESH PATEL ("DEFENDANT"), to answer fully, under oath, and in accordance with the applicable rules, subject to the instructions and definitions set forth below. Per the FRCP, the responses to these interrogatories *must be* returned to Plaintiff's attorney within 30 days. The responses must be sent back to Plaintiff's counsel at: Jacques Nazaire, 125 Town Park Drive, Suite 300, Kennesaw, GA 30144.

## DEFINITIONS

I. "**COMPUTER DEVICES**" means any device capable of storing and/or processing electronic data, including, but not limited to, any computer, laptop, desktop, hard drive, external storage device, iPod, iPad, PDA, iPhone, or Blackberry

II. "**DOCUMENT**" or "**DOCUMENTS**" mean each and every original or copy of words or information generated by printing, typing, longhand, electronic recording, or other process, regardless of the form thereof, and include any kind of "writing". Such documents include, but are not limited to, published materials, reports, correspondence, emails, records, memoranda, notices, notes, marginal notations, messages, teletype printouts, statements, books, studies, minutes, diagrams, drawings, maps, surveys, plans, charts, graphs, data, computer files, computer tapes, computer diskettes, computer printouts, computer hard drives, appointment books, telephone message tapes, telephone message slips, drafts, checks, money orders, invoices, billings, evaluations, photographs, audio tapes, and videotapes.

III. Where knowledge or information in possession of DEFENDANT is requested, such request includes knowledge of that DEFENDANT'S agents, representatives, and, unless privileged, DEFENDANT'S attorney.  When an answer is made by a corporate affiliate of DEFENDANT, state the name, address, and title of persons supplying the information and making the affidavit, and announce the source of his or her information.

IV. "**COMPLAINT**" means the document entitled, in part, "Complaint," which was originally filed in this action to initiate the legal proceedings in this case.

V. "**ISP**" means Internet Service Provider.

VI. "**IP ADDRESS**" means the unique number assigned to DEFENDANT by DEFENDANT'S ISP at the date/time described in the COMPLAINT.

VII. "**INTERNET ACCOUNT**" means the Internet Service provided to an individual by his or her ISP.

VIII. "**UNAUTHORIZED**" means without permission; as applied here, it refers to the access of Plaintiff's website without paying money to Plaintiff, as is required for permissive access to Plaintiff's website.

IX. "**HACK**," "**HACKING**" and/or "**HACKED**" means gaining access without legal authorization to a computer or computer system, and, specifically in this situation, using a username/password that was not properly obtained through a payment to PLAINTIFF for accessing PLAINTIFF'S WEBSITES and/or for accessing PLAINTIFF'S WEBITES without PLAINTIFF'S permission to view the content of PLAINTIFF'S WEBSITES.

X. "**DATE/TIME OF THE HACK**" refers to the specific date and time that PLAINTIFF observed DEFENDANT'S IP ADDRESS using a HACKED username/password combination to HACK into PLAINTIFF'S WEBSITE(S) as was fully alleged in the COMPLAINT.

XI. "**IDENTIFY**" means to name an individual and/or entity, one's current home address (or business address), one's previous addresses for the previous five (5) years, one's social security number (or Employer

Identification Number), date of birth (or date of organization), and, if an individual, one's marital status and employer's name and address.

XII. "**PORNOGRAPHIC OR PORNOGRAPHY**" means videos, pictures, printed or other media containing the explicit description or display of sexual organs or activity.

XIII. "**REQUESTS FOR ADMISSION**" means the document entitled, in part, "Request for Admission," which was served upon YOU simultaneously and in conjunction with these Interrogatories.

## INTERROGATORIES

1. Please IDENTITY YOURSELF.
2. Please IDENTIFY anyone and everyone who has lived and/or stayed with you in your residence in the five (5) year period prior to the DATE/TIME OF HACK.
3. Please IDENTIFY anyone and everyone who has had access to your INTERNET ACCOUNT over the past two (2) years.
4. Please list any and all PORNOGRAPHIC computer websites YOU have visited to over the past two (2) years.
5. Do you contend that YOU did not HACK into PLAINTIFF'S WEBSITES? If so, please state each fact which you believe supports YOUR contentions.

6. Please describe in detail your location and activities on DATE/TIME OF HACK.

7. If YOU contend that YOU did not use a HACKED PASSWORD to access PLAINTIFF'S website(s), IDENTIFY every person who had access to your INTERNET CONNECTION on DATE/TIME OF HACK.

8. If YOU contend that YOU did not use a HACKED PASSWORD to access PLAINTIFF's website(s), state with particularity the facts upon which YOU base YOUR contention.

9. Please identify all persons known to YOU to have personal knowledge of the facts pertaining to the defenses which you may have had to PLAINTIFF'S allegations in its complaint.  Indicate those who were eye witnesses, and state the substance of their knowledge and articulate their expected testimony.

10. Please list the name of all individuals who have worked for you under contract or who has been employed by you within the past three (3) years and provide their last known addresses.

11. In answering the REQUESTS FOR ADMISSION, please state every fact, identify every document and identify every witness supporting any and all denials YOU have asserted with regard to any REQUESTS FOR ADMISSION.

12. Please list any computer devices belonging to YOU or present in YOUR household during the last three(3) years, indicating whether each device had access to YOUR INTERNET ACCOUNT.

13. Please IDENTIFY all individuals living on YOUR street (or equivalent) of residence and describe the approximate distance (in feet) of each person to YOUR place of residence.

14. Please identify the model number(s) of the wireless router(s) that YOU have used over the past three (3) years.

15. Please identify any and all computer applications that YOU have downloaded and/or erased from any of YOUR COMPUTER DEVICES.

            Respectfully Submitted,

            AF HOLDINGS, LLC

**DATED: August 1, 2013**

          By: /s/ Jacques Nazaire_____

            JACQUES NAZAIRE [BAR # 142388]
            125 Town Park Drive, Suite 300
            Kennesaw, GA 30144
            Tel: (404) 923-0529
            Fax: (678) 559-0798
            Nazaire.jacques@gmail.com