UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**              Civil Action No. 2:12-CV-00262-WCO

      **Plaintiff,**

v.

**RAJESH PATEL,**

      **Defendant.**
_____

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2013, **Plaintiff's Interrogatories to Defendant** was served upon Defendant via email to bchintel1.gmail.com and via UPS to Blair Chintella, 2483 Shoals Ter., Decatur, GA 30034.

DATED: August 8, 2013

                                                        By:     /s/ Jacques Nazaire
                                                             Jacques Nazaire
                                                             (Bar No. 142388)
                                                             125 Town Park Drive,
                                                             Suite 300
                                                             Kennesaw, Georgia 30144
                                                            Telephone: (404) 923-0529
                                                            Facsimile: (678) 559-0798
                                                            Attorney for Plaintiff
                                                            nazaire.jacques@gmail.com