## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**                         **Civil Action No. 2:12-CV-00262-WCO**

                         **Plaintiff,**

**v.**


**RAJESH PATEL,**

                         **Defendant.**
_____

### NOTICE OF ATTORNEYS WHO APPEARED TO HAVE
### WORKED ON BEHALF OF DEFENDANT RAJESH PATEL

Please be advised that, upon information and belief, the following attorneys appeared to have helped the defendant in the above captioned matter.

1. Patberg, Carmody & Ging; 801 Vinial Street; Pittsburgh, PA 15212.

2. Randazza Legal Group; 6525 W. Warm Springs Road; Las Vegas, NV 89118.


                         Respectfully Submitted,

DATED: November 30, 2014

                         By:        /s/ Jacques Nazaire

                         Jacques Nazaire
                         (Bar No. 142388)
                         P.O. Box 578
                         Kennesaw, Georgia 30156
                         nazaire.jacques@gmail.com
                         Telephone: (404) 923-0529
                         Facsimile: (678) 559-0798

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                        :
                                        :
            Plaintiff,                  :
                                        :
v.                                      :   Civil Action No.
                                        :    2:12-cv-00262-WCO
RAJESH PATEL,                           :
                                        :
            Defendant.                  :

Local Rule 7.1(D) Certification

I hereby certify that the enclosed complies with LR 5.1B.

Dated November 30, 2014:

                              Respectfully Submitted:


                              _____/s/ Jacques Nazaire_____
                              Jacques Nazaire
                              GA Bar No. 142388
                              P.O. Box 578
                              Kennesaw, GA 30156
                              Tel: (404) 923-0529
                              Fax: (678) 559-0798
                              nazaire.jacques@gmail
                              .com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC              :
                              :
          Plaintiff,          :
                              :
v.                            :   Civil Action No.
                              :    2:12-cv-00262-WCO
RAJESH PATEL,                 :
                              :
          Defendant.          :

<u>Certificate of Service</u>

I hereby certify that on November 30, 2014, I filed the enclosed

using the CM/ECF system which will automatically send e-mail notification to the

all attorneys of record:


Dated: November 30, 2014

                         Respectfully Submitted:


                         /s/ Jacques Nazaire_____
                         Jacques Nazaire
                         GA Bar No. 142388
                         P.O. Box 578
                         Kennesaw, GA 30156
                         Tel: (404) 923-0529
                         Fax: (678) 559-0798
                         nazaire.jacques@gmail
                         .com

3