# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

**AF HOLDINGS, LLC,**                    **Civil Action No. 2:12-CV-00262-WCO**

        **Plaintiff,**

**v.**

**RAJESH PATEL,**

        **Defendant.**

_____

## NOTICE OF CORRECTION

Although the undersigned previously stated that the depositions of August 21, 2013 and September 3, 2013 were properly noticed, a review of the documents demonstrate that the proper fees were not attached as per 28 USC 1821 and therefore the depositions were not properly noticed.

        Respectfully Submitted,

DATED: December 11, 2014

        By:      _____/s/ Jacques Nazaire_____

        Jacques Nazaire
        (Bar No. 142388)
        P.O. Box 578
        Kennesaw, Georgia 30156
        nazaire.jacques@gmail.com
        Telephone: (404) 923-0529
        Facsimile: (678) 559-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

Local Rule 7.1(D) Certification

I hereby certify that the enclosed complies with LR 5.1B.




Dated: December 11, 2014:


                                    Respectfully Submitted:


                                    ____/s/ Jacques Nazaire_____
                                    Jacques Nazaire
                                    GA Bar No. 142388
                                    P.O. Box 578
                                    Kennesaw, GA 30156
                                    Tel: (404) 923-0529
                                    Fax: (678) 559-0798
                                    nazaire.jacques@gmail
                                    .com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC                    :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   Civil Action No.
                                    :    2:12-cv-00262-WCO
RAJESH PATEL,                       :
                                    :
            Defendant.              :
_____

Certificate of Service

    I hereby certify that on December 11, 2014, I filed the enclosed using the

CM/ECF system which will automatically send e-mail notification to the

all attorneys of record:


    Dated: December 11, 2014

                        Respectfully Submitted:

                        /s/ Jacques Nazaire_____
                        Jacques Nazaire
                        GA Bar No. 142388
                        P.O. Box 578
                        Kennesaw, GA 30156
                        Tel: (404) 923-0529
                        Fax: (678) 559-0798
                        nazaire.jacques@gmail.com