# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

### Defendant's Notice of Change of Address

COMES NOW, counsel for Defendant, notifying the Court of his new address:

2141 Edgemore Dr. SE
Atlanta, GA 30316

Respectfully submitted April 2, 2015:

                                        ____/s/ Blair Chintella_____
                                        Blair Chintella
                                        GA Bar No. 510109
                                        2141 Edgemore Dr. SE
                                        Atlanta, GA 30316
                                        404-931-2090
                                        bchintel1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 2:12-cv-00262-WCO |
| RAJESH PATEL, | : | |
| | : | |
| Defendant. | : | |

### Certificate of Service

I hereby certify that on April 2, 2015, I filed the **Notice of Change of Address** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following persons:

**Paul Duffy (for Plaintiff)**
**Jacques Nazaire (for Plaintiff)**
**Michael Goldman (for Non-Party Comcast)**

Dated April 2, 2015:

        Respectfully Submitted:

        ____/s/ Blair Chintella_____
        Blair Chintella
        GA Bar No. 510109
        2141 Edgemore Dr. SE
        Atlanta, GA 30316
        404-931-2090
        bchintel1@gmail.com