July 16, 2015

**William C. O'Kelley**
Senior Judge, U.S. Dist. Court
121 Spring St SE
Rm 303
Gainesville, GA30501

**Received**
**Gainesville Chambers**

JUL 2 2 2015

**Judge William C. O'Kelley**

Re:        AF Holdings v. Patel
Case No:   **2-12-00262-WCO**

Greetings Your Honor:

Please be advised that I have forwarded a cashier's check in the amount of **$1,828.70** to the attorney for defendant, Rajesh Patel made payable to the defendant as ordered. Attached please find proof of the same.

Very Respectfully,

*Jacques Nazaire*
Jacques Nazaire, Esq.

cc:    Blair Chintella, Esq.
       Paul Duffy, Esq.
       Judith Delus, Esq.
       Carl Hugo Anderson, Esq.

July 13, 2015

Blair Chintella
2141 Edgemore Dr. SE
Atlanta, GA 30316

AF Holdings v. Patel
Case Number: 2-12-cv-00262

Mr. Chintella:

As per the Court's Order dated July 8, 2015 (2:12-cv-00262), attached please find a check in the amount of $1,828.70 payable to your client, the defendant, "Rajesh Patel". This amount is for and on behalf of myself. This is payment for the amount which the Order refers to when it states "Jacques Nazaire is jointly and severally liable for $1,828.70." I owe you nothing more.

-Jacques Nazaire, Esq.



**NAVY FEDERAL Credit Union**
PO Box 3000
Merrifield, VA 22119-3000
navyfederal.org

68-7497
2560

Cashier's Check

| Serial No. | Account No. | Date | Amount |
|---|---|---|---|
| 0436913595 | 000000303540432O | 07/13/15 | $******1,828.70 |

Pay to the Order of   RAJESH PATEL

REMITTER: JACQUES NAZAIRE

⑆256074974⑆   280912   ⑈002

English    Customer Service    USPS Mobile                                    Register / Sign In

**USPS.COM**

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9505521465715194000199

**On Time**
Expected Delivery Day: **Wednesday, July 15, 2015**

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
USPS Tracking™         Up to $50 insurance included
                       Restrictions Apply

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 15, 2015 , 12:46 pm | Delivered, In/At Mailbox | ATLANTA, GA 30316 |

Your item was delivered in or at the mailbox at 12:46 pm on July 15, 2015 in ATLANTA, GA 30316.

| | | |
|---|---|---|
| July 15, 2015 , 8:31 am | Out for Delivery | ATLANTA, GA 30316 |
| July 15, 2015 , 8:21 am | Sorting Complete | ATLANTA, GA 30316 |
| July 15, 2015 , 7:43 am | Arrived at Post Office | ATLANTA, GA 30316 |
| July 14, 2015 , 8:02 pm | Arrived at USPS Origin Facility | ATLANTA, GA 30369 |
| July 14, 2015 , 4:49 am | Departed USPS Facility | COLUMBIA, SC 29201 |
| July 13, 2015 , 8:23 pm | Arrived at USPS Facility | COLUMBIA, SC 29201 |
| July 13, 2015 , 10:22 am | Acceptance | COLUMBIA, SC 29206 |

## Track Another Package

**Tracking (or receipt) number**

[                                        ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

