## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

AF HOLDINGS, LLC       :
                           :
        Plaintiff,       :
                           :   Civil Action No.
v.                     :   2:12-cv-00262-WCO
                           :
RAJESH PATEL,      :
                           :
        Defendant.    :

### Defendant's Notice of Objection

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Notice of Objection**, showing the Court as follows:

### Objection

Defendant objects to the Court's order located at ECF #148 to the extent that if it is a final order in this case, it is not set forth on a separate document, and hereby requests the same pursuant to Fed. R. Civ. P. Rule 58(d), if it is in-fact a final judgment as defined by the Federal Rules of Civil Procedure and local rules.

Respectfully submitted August 9, 2015:

_____/s/ Blair Chintella_____
Blair Chintella
GA Bar No. 510109

1

2141 Edgemore Dr. SE
Atlanta, GA 30316
(404) 931-2090
bchintel1@gmail.com

**IN THE UNITED STATESDISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

AF HOLDINGS, LLC          :
                                           :

             Plaintiff,         :

                                           :

v.                                 :     Civil Action No.
                                 :     2:12-cv-00262-WCO

RAJESH PATEL,         :

                                         :

             Defendant.     :

## Certificate of Service

I hereby certify that on August 9, 2015, I filed the **Defendant's Notice of Objection** using the Court's CM/ECF system, which will e-mail a copy to:

    **Jacques Nazaire; AF Holdings, LLC; Comcast Cable Communications Management, LLC**

Respectfully submitted August 9, 2015:

                                     _____/s/ Blair Chintella_____
                                     Blair Chintella
                                     GA Bar No. 510109
                                     2141 Edgemore Dr. SE
                                     Atlanta, GA 30316
                                     (404) 931-2090
                                     bchintel1@gmail.com