Transcripts

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000158

**— MAKE CHECKS PAYABLE TO: —**

Blari B. Chintella
The Law Firm of Blair B. Chintella
2483 Shoals Terrace
Decatur, GA 30034

Phone: (404) 921-2090

bchintel1@gmail.com

Jo Ann Bryce, CSR,RMR,CRR
Official Reporter
450 Golden Gate Ave. - 16th Fl.
P.O. Box 36052
San Francisco, CA 94102

Phone: (510) 910-5888

Tax ID: 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
Joann_Bryce@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | 10-25-2013 | 10-30-2013 |

**Case Style:** C 12-02396 EMC, AF Holdings LLC v Joe Navasca
7-day Expedited Original Delivery of paper copy of Proceedings heard
before Judge Edward M. Chen on 7/18/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 18 | 4.85 | 87.30 | | | | | | | 87.30 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 87.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 1011**   **Deposit Date: 10-25-2013** | LESS AMOUNT OF DEPOSIT: | 121.25 |
| **Check No: 9994**   **Refund Date: 10-30-2013** | TOTAL REFUND: | 33.95 |
| | TOTAL DUE: | $0.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s:/ Jo Ann Bryce* | DATE | 10-30-2013 |
|---|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

Case 2:12-cv-00052-WCO  Document 151-1  Filed 08/10/15  Page 3 of 13

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  00000158

**MAKE CHECKS PAYABLE TO:**

Blari B. Chintella
The Law Firm of Blair B. Chintella
2483 Shoals Terrace
Decatur, GA 30034

Phone:  (404) 921-2090

bchintel1@gmail.com

Jo Ann Bryce, CSR,RMR,CRR
Official Reporter
450 Golden Gate Ave. - 16th Fl.
P.O. Box 36052
San Francisco, CA 94102
Phone:  (510) 910-5888

Tax ID:  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
Joann_Bryce@cand.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 10-25-2013 | 10-30-2013 |

**Case Style:** C 12-02396 EMC, AF Holdings LLC v Joe Navasca
7-day Expedited Original Delivery of paper copy of Proceedings heard before Judge Edward M. Chen on 7/18/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 18 | 4.85 | 87.30 | | | | | | | 87.30 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 87.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 1011**  **Deposit Date: 10-25-2013** | LESS AMOUNT OF DEPOSIT: | 121.25 |
| **Check No: 9994**  **Refund Date: 10-30-2013** | TOTAL REFUND: | 33.95 |
| | TOTAL DUE: | $0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:  *s:/ Jo Ann Bryce* | DATE | 10-30-2013 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

Case 2:12-cv-00262-WCO Document 151-1 Filed 08/10/15 Page 4 of 13

GA IOLTA TRUST ACCOUNT
BLAIR CHINTELLA
1600 ALEXANDRIA CT SE
MARIETTA GA 30067-6260

1011

64-5510 GA
15444

Date _____ 10/22/2013

Pay to the order of _____ Jo Ann Bryce _____ $ 121.25

_____ one hundred twenty one and 25/100 _____ Dollars

Bank of America

ACH R/T 061000052

For Navarce 3:12-02396 7/13/13 hearing
fair ct. rpt.

1:061000052 1:06 100005 2 1:

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO: 20130044

**MAKE CHECKS PAYABLE TO:**

Blair Chintella
Blair Chintella, ESQ.
2483 Shoals Terrace
Decatur, GA 30034

Phone: (404) 579-9668

ALICIA B. BAGLEY, RMR, CRR
Official Court Reporter
600 East First Street
Suite 304
Rome, GA 30161

Phone: (706) 378-4017

alicia_bagley@gand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 07-24-2013 | DATE DELIVERED: 08-19-2013 |

**Case Style:** 2:12-CV-262-WCO, AF Holdings v Rajesh Patel
July 2, 2013 Motions for Sanctions Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 91 | 3.65 | 332.15 | | | | | | | 332.15 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 332.15 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| | | | | TOTAL DUE: | | | | | | $332.15 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Alicia Bagley* | DATE 08-19-2013 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

```
PHOENIX POSTAL STORE
     ATLANTA, Georgia
        303039997
    1204440011 -0099
08/16/2013   (800)275-8777   04:03:43 PM
```

```
              Sales Receipt
Product           Sale  Unit        Final
Description       Qty   Price       Price

Dom. Money Order 21360401684     $334.00
Domestic Money Order Fee           $1.20
          Subtotal:             $335.20
                                ==========
Total:                           $335.20

Paid by:
Cash                               $1.20
Debit Card                       $334.00
   Account #:        XXXXXXXXXXXX1169
   Approval #:       140123
   Transaction #:    966
   23 902850064
   Receipt#:         005413
```

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
****************************************
****************************************


Bill#: 1000101397106
Clerk: 06

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
****************************************
****************************************
        HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

           YOUR OPINION COUNTS
****************************************
****************************************


            Customer Copy



Case 2:12-cv-00262-WCO  Document 151-1  Filed 08/10/15  Page 7 of 13

**bbc-Master bbc-Account <bbc.master.acct@gmail.com>**

## Re: Transcript

**Jacques Nazaire** <nazaire.jacques@gmail.com>                    Fri, Jul 5, 2013 at 2:45 PM
To: Bchintel1 <bchintel1@gmail.com>

Good Afternoon Blair:

Sure.

As long as it stays in that range.

Thank you for letting me know.


Very Respectfully,


Jacques Nazaire

On Fri, Jul 5, 2013 at 1:09 PM, Bchintel1 <bchintel1@gmail.com> wrote:
> Hi Jacques:
>
> Is you client interested in sharing the cost of the transcript?  The reporter says that it's approximatly $330.
>
> Sincerely,
>
> Blair Chintella
> 404-579-9668
> www.chintellalaw.com


--
Jacques Nazaire, Esq.

 mail.google.com

# Gmail - Patel case



**Patel case**

**Alicia_Bagley@gand.uscourts.gov** <Alicia_Bagley@gand.uscourts.gov>          Thu, Aug 15, 2013 at 11:17 AM
To: bchintel1@gmail.com

Hi Blair

I checked my Patel file and it looks like I just need to print and proof.
I should be able to email it to you Monday.

The total for the transcript is 332.15. That is closer to the first
estimate I gave you. Since Nazaire isn't paying half, his copy rate is
taken out. Does that make sense?

I will send the checks back to you. If you could drop the check in the
mail, that would be great.

Thanks

Alicia Bagley

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE ARIZONA

INVOICE NO: 20021248

### MAKE CHECKS PAYABLE TO:

Blair B. Chintella, Esq.
THE LAW FIRM OF BLAIR B. CHINTELLA
2483 Shoals Terrace
Decatur, GA 30034

Phone: (404) 931-2090

Gary Moll
United States Court Reporter
401 W. Washington Street
SPC 38, Room 312
Phoenix, AZ 85003

Phone: (602) 322-7263

*gary_moll@azd.uscourts.gov*

| | CRIMINAL | X CIVIL | DATE ORDERED: 11-22-2013 | DATE DELIVERED: 11-25-2013 |
|---|---|---|---|---|

**Case Style:** CV 12-2144-PHX-GMS, AF Holdings, L.L.C. v David Harris
Court reporter's transcript of 7/19/13 show cause hearing proceedings
before the Honorable G. Murray Snow.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 37 | 3.65 | 135.05 | | | | | | | 135.05 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 135.05 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Deposit Date: 11-25-2013** | LESS AMOUNT OF DEPOSIT: | 146.00 |
| **Refund Date: 11-25-2013** | TOTAL REFUND: | 10.95 |
| | TOTAL DUE: | $0.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/Gary Moll* | DATE 11-25-2013 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Bank of America

**GA IOLTA TRUST ACCOUNT | Acco**     January 1, 2014 to January 31, 2014

## Check images
**Account number:**

Check number: 1013 | Amount: $146.00



Case 2:12-cv-00262-WCO   Document 151-1   Filed 08/10/15   Page 11 of 13



Blair Chintella <bbc.master.acct@gmail.com>

# Re: price of transcript is going to be 330...and that is for delivery tomorrow

1 message

**debra1063@aol.com** <debra1063@aol.com>                                  Thu, Nov 6, 2014 at 12:50 PM
To: bchintel1@gmail.com

That is 70 pages at 4.85.

I can reduce it to the 30-day cost at 3.65 a page if that will help your client for a total of 255.50.

the 4.85 rate is the normal charge for 7-day turnaround; 4.25 is for 14-day turnaround; and 3.65 is 30-day turnaround.

You can let me know if you still want it and I will trust you in paying.

Thanks

Debra R. Bull, RPR, CRR
U. S. Court Reporter
Northern District of Georgia
75 Spring Street, SW
Richard B. Russell Federal Building
Suite 1914
Atlanta, GA 30303-3309
404-215-1383


-----Original Message-----
From: Bchintel1 <bchintel1@gmail.com>
To: debra1063 <debra1063@aol.com>
Sent: Thu, Nov 6, 2014 12:44 pm
Subject: Re: price of transcript is going to be 330...and that is for delivery tomorrow

Dear Ms. Bull,

Can you please let me me know how many pages that is and how much per page?  That's just for the Lutz portion right?  Also, I'm assuming that the rate would be lower if we only need it by next Wednesday, for example?  Today we filed a joint motion seeking a short continuance of the upcoming hearing, so depending on what the Court decides, we may not need it right away (in order to save costs obviously - i.e. my client is poor).  Do please let me know about the costs per page, if next Wed. would be less, and also how soon you need to know for certain.

Previously, I believe that Alicia Bagley began working on the last transcript when I placed the order and I mailed the check on the same day.  So please let me know if you're comfortable with this; otherwise, I can mail you a check for the full $330 ahead of time (i.e. today) and then get a refund from you if we don't end up needing it by tomorrow...Hope this simplifies things.  lol.  Thanks.


Sincerely,

Blair Chintella

GA IOLTA TRUST ACCOUNT
BLAIR CHINTELLA
1600 ALEXANDRIA CT SE
MARIETTA GA 30067-6260

1029

64-5/610 GA
15444

_11/6/2014_

Pay To The order of _Debra Bull_ $ 255.50

_two hundred fifty five and 50/100_ Dollars

**Bank of America** 🇺🇸

Security
Features
Details on
Back

ACH R/T 061000052

For _1/29/14 total transcript of lette_

⑆06⑆100005⑈2⑈

Blair Chintella
2483 Shoals Ter.
Decatur, GA 30034

Debra R. Bull, RPR, CRR
U.S. Court Reporter - N.D. Georgia
75 Spring St. SW
Richard B. Russell Federal Bldg.
Suite 1914
Atlanta, GA 30303-3309

# Bank of America

## Check images
**Account**

Check number: 1029   |   Amount:  $255.50