# Depositions



# D'AMICO GERSHWIN, INC

COURT REPORTERS & VIDEOCONFERENCING

**11475 West Road**
**Roswell, Georgia 30075**
**(770) 645-6111 Fax: (770) 643-1317**
**Federal EIN 58-2362483**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/5/2013 | DG13-1409 |

*We now accept all major credit cards!*

**Bill To**

Blair Chintella, Esq.
Law Offices of Blair Chintella
2483 Shoals Terrace
Decatur, GA 30034

Reported by Thomas R. Brezina, RMR, CRR

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| 2:12-CV-00262-WCO USDC | No-Show or Go App.<br><br>No-Show 0&1<br>Exhibits<br>Minu-Script Bundle<br>USDC CD<br>No-Show or No-Go C/H | AF Holings, LLC. vs. Patel<br><br>30(b)(6) AF Holdings - 9/3/13<br><br>Delivered on: 9/5/13<br>(CD attached to Original Transcript) | 7<br>3<br><br>1 |

*Revised down to $148.37 after the tried to over charge...*

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | $226.00 |
|-------|------------------------------------------|-------|---------|
| 10% Net 30 | $203.40 | | |

Thank you for your Business! 1.5% Finance Charge Accrued Monthly on Past-Due Balances. If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm. Payment is not contingent upon client reimbursement. D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.

# Bank of America

GA IOLTA TRUST ACCOUNT | Account #    September 01, 2013 to September 30, 2013

## Check images
Account number

Check number: 1010 | Amount: $148.73



# WHEELER REPORTING CO., INC.

# Invoice

**1600 Northside Drive, N W, Suite 250**
**Atlanta, GA 30318**
**Phone: 404-351-4577 Fax: 404-351-3464**
**Federal EIN: 58-2319094**

| Date | Invoice # |
|------|-----------|
| 8/26/2013 | 1308-208 |

Bill To

Blair Bartholomew Chintella
2483 Shoals Terrace
Decatur, GA  30334

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| Blair Chintella | 10% Paid Under 30 | 9/25/2013 | 161.60 |

| Description | Rate | Amount |
|---|---|---|
| AF Holdings, LLC vs. Rajesh Patel Civil Action File No. 2:12-cv-00262-WCO WRC#28035 | | |
| 08/21/2013 - Scheduled Deposition of Mark Lutz (Certificate of Non Appearance) | 179.56 | 179.56 |

*Revised down to $108.70 after discussing it with them.*

Customer Requests: Credit cards accepted. A credit ca
the invoice total will

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** | **$179.56**

withdrawals and other subtractions - continued

| 09/09/13 | CHECKCARD 0906 WHEELER REPORTING CO. ATLANTA GA 24323003250253249010014 | -108.70 |

Witnesses

https://secure.bankofamerica.com/myaccounts/details/deposit/account-details.go?adx=e7ceed28e0d9e33dc1ff41f181f6d6793359ed4c2231a05ae1bc...

# Bank of America

---

**Public Service Trust**  |  **Account Activity Transaction Details**

---

| | |
|---|---|
| **Check number:** | 00000001030 |
| **Post date:** | 12/01/2014 |
| **Amount:** | -200.00 |
| **Type:** | Check |
| **Description:** | Check |

GA IOLTA TRUST ACCOUNT
BLAIR CHINTELLA
1600 ALEXANDRIA CT SE
MARIETTA GA 30067-6260

1030
64 & 616 GA
19444

11/5/2014

PAY TO THE ORDER OF Graham Syfert   $ 200.00

two hundred and 00/100

Bank of America

ACH R/T 061000052

Travel / Witness

1:061000052: