Summons and Subpoena



# Finley Consulting & Investigations, Inc.
8150 Perry Highway, Ste. 301
Pittsburgh, PA  15237

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2013 | 13-07050 |

**Bill To**

Law Firm of Blair B. Chintella
2483 Shoals Terrace
Decatur, Georgia  30034

| Terms | Fed Tax ID |
|-------|------------|
| Due on Receipt | 01-0650387 |

| Quantity | Service | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1.45 | Service of Process | US District Court AF Holdings LLC vs R.Patel Civil Action No. 2:12-cv-00262-WCO | 58.00 | 84.10 |
| | | 7/24/2013   Prep subpoena for service, prep and verify address | | |
| 0 | Service of Process | 7/25/2013   Assembled affidavit of service, provided affidavit of service by email/mail | 58.00 | 0.00 |
| 0 | Service of Process | 7/25/13- ; travel to from for personal service of Right Ascension Inc C/O Becky (Project Manager) at 9:40 am; +20 miles | 58.00 | 0.00 |

*Mr. Finley,*
*I'm attaching a check for $58*
*like we agreed to on the phone. Please feel free to call me if you*
*have any questions,*

www.finleyinvestigations.com
Phone 412-364-8034     Facsimile 412-364-8036

| **Total** | $84.10 |
|-----------|--------|
| **Balance Due** | $84.10 |

| Date | Ch | | Date | Check # | | Amount |
|------|-----|---|------|---------|---|--------|
| 08/02/13 | 8 | | 08/02/13 | 854 | | -58.00 |

Your Overd                                    nt period and year to date are shown below.

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

| Total Overd | $35.00 |
| Total NSF: | $0.00 |

**Help to avoid** Overdraft or NSF:

Set up Alerts through Online Banking and receive messages by email or text to inform you when your balance is low. Set up Overdraft Protection to automatically transfer available funds to your account from a linked savings, credit card, or second checking account to help cover items that would overdraw your account. You can set up both services via Online Banking at bankofamerica.com, by visiting a banking center, or by calling the toll-free number on your statement for details. Changes generally take effect after 2 business days, but can take up to 10 business days, depending on the type of account you've chosen to link for Overdraft Protection service.

Page 5 of 6

# Las Vegas Investigations, Inc.

dba Action Process Service of Nevada
P.O. Box 82547
Las Vegas, NV 89180
Phone 702.309.7378
Fax 702.974.1613

FEIN 27-4646828

# INVOICE

INVOICE #2013000653

DATE: AUGUST 06, 2013

**CLIENT BILLED:**

Blair Chintella

2483 Shoals Terrace
Decatur, GA 30034

(404) 579-9668

**CASE INFORMATION:**
2:12-cv-00262-WCO

Plaintiff:
**AF Holdings, LLC**

Defendant:
**Rajesh Patel**

Received: 08-21-2013    Completed: 08-06-2013

To be served on: Heartbreaker Digital, LLC

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| | | Due on 08-06-2013 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Service Fee (Local) | $60.00 | $60.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| Payment Made on-line | 08-06-2013 | Visa | $60.00 |

|  |  |
|---|---|
| SUBTOTAL | $60.00 |
| SALES TAX | $0.00 |
| RETAINER PAID | $60.00 |
| TOTAL DUE | $0.00 |

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
512 Windmill Ln. Ste.#311, Las Vegas, NV, 89123

*Re Heartbreaker subpoena*

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Thank you for your busine

Copyright © 2005-2007 Process Server Central,

*STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.*

**856**

☑ **Track your expenses...**

☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

**NOT NEGOTIABLE**

For added security, your name and account number do not appear on this copy.

# STATEMENT OF ACCOUNT

### October 3, 2013

Client Statement of Account:

Blair Chintella
2483 Shoals Terrace
Decatur, GA 30034

Phone: 404-579-9668
Fax:
FEIN:

Please Remit Payment to:

**LAS VEGAS INVESTIGATIONS, INC.**
dba Action Process Service of Nevada
P.O. Box 82547
Las Vegas, NV 89180

Phone: 702-309-7378
Fax: 702-974-1613
FEIN: 27-4646828

*This Statement of account reflects all invoices that are unpaid to date. Please submit payment on the following invoices:*

| Invoice Number | Due Date | Case # | Ref. # | Person to be Served | Amount Due | Days Past Due |
|---|---|---|---|---|---|---|
| 2013000654 | 08-07-2013 | 2:12-cv-00262-WCO | | Biz Xpress,LLC | $20.00 | 57 |

**Total Amount Due Upon Receipt    $20.00**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# Las Vegas Investigations, Inc.

dba Action Process Service of Nevada
P.O. Box 82547
Las Vegas, NV 89180
Phone 702.309.7378
Fax 702.974.1613

FEIN 27-4646828

# INVOICE

INVOICE #2013000654

DATE: AUGUST 07, 2013

**CLIENT BILLED:**

Blair Chintella

2483 Shoals Terrace
Decatur, GA 30034

(404) 579-9668

**CASE INFORMATION:**
2:12-cv-00262-WCO

Plaintiff:
**AF Holdings, LLC**

Defendant:
**Rajesh Patel**

Received: 08-07-2013    Completed: 08-07-2013

To be served on: Biz Xpress,LLC

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |  |
|---|---|---|---|
|  |  | Due on 08-07-2013 |  |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Additional Addresses (Local) | $20.00 | $20.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
|  |  |  |  |

SUBTOTAL $20.00
SALES TAX $0.00
RETAINER PAID $0.00

TOTAL DUE $20.00

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
500 Windmill Ln. Ste.#145, Las Vegas , NV, 89123

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# Las Vegas Investigations, Inc.

dba Action Process Service of Nevada
P.O. Box 82547
Las Vegas, NV 89180
Phone 702.309.7378
Fax 702.974.1613

FEIN 27-4646828

# INVOICE

INVOICE #2013000654

DATE: AUGUST 07, 2013

**CLIENT BILLED:**

Blair Chintella

2483 Shoals Terrace
Decatur, GA 30034

(404) 579-9668

**CASE INFORMATION:**
2:12-cv-00262-WCO

Plaintiff:
**AF Holdings, LLC**

Defendant:
**Rajesh Patel**

Received: 08-07-2013     Completed: 08-07-2013

To be served on: Heartbreaker Digital, LLC

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |  |
|---|---|---|---|
|  |  | Due on 08-07-2013 |  |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Additional Addresses (Local) | $20.00 | $20.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
|  |  |  |  |

|  |  |
|---|---|
| SUBTOTAL | $20.00 |
| SALES TAX | $0.00 |
| RETAINER PAID | $0.00 |
| TOTAL DUE | $20.00 |

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
Biz Xpress,LLC C/O Steve Lown
500 Windmill Ln. Ste.#145, Las Vegas , NV, 89123

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

07/29/2013    CHECKCARD 0726 ACTIONPROCE 702-309-7378

NV                                                                -60.00

**Edit Description**

Type:                       Debit card

Purchaser:                  BLAIR B CHINTELLA

Description:                 CHECKCARD 0726 ACTIONPROCE 702-309-7378 NV

Merchant category:          Attorneys, Legal Services

Merchant category code:     8111

Expense category:           Professional Services & Membership Organizations

Print transaction details

# Las Vegas Investigations, Inc.

dba Action Process Service of Nevada
P.O. Box 82547
Las Vegas, NV 89180
Phone 702.309.7378
Fax 702.974.1613

FEIN 27-4646828

# INVOICE

INVOICE #2013000645

DATE: JULY 25, 2013

**CLIENT BILLED:**

Blair Chintella

2483 Shoals Terrace
Decatur, GA 30034

(404) 579-9668

**CASE INFORMATION:**
2:12-cv-00262-WCO

Plaintiff:
**AF Holdings, LLC**

Defendant:
**Rajesh Patel**

Received: 07-25-2013    Completed: 07-26-2013

To be served on: Whois Privacy Protection Services, Inc.

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS | |
|---|---|---|---|
| | | Due on 07-25-2013 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Service Fee (Local) | $60.00 | $60.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| Payment made on-line | 07-26-2013 | Visa | $60.00 |

SUBTOTAL  $60.00
SALES TAX  $0.00
RETAINER PAID  $60.00

TOTAL DUE  $0.00

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
c/o CSC Services of Nevada, Inc. (Resident Agent)
2215-B Renaissance Dr., Las Vegas, NV, 89119

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

Case 2:12-cv-00262-WCO Document 151-3 Filed 08/10/15 Page 11 of 25

## ccount Activity Transaction Details

**Posting date:** 07/29/2013

**Amount:** -60.00

**Type:** Debit card

**Purchaser:** BLAIR B CHINTELLA

**Description:** CHECKCARD 0726 ACTIONPROCE 702-309-7378 N\

**Merchant category:** Attorneys, Legal Services

**Merchant category code:** 8111

**Expense category:** Professional Services & Membership Organizations

*STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.*

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

853

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Aut Mastri / CD Universe

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

Timothy S. Wall

State Marshal
P.O. Box 297
Wallingford, CT  06492

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2013 | 7402 |

**PAID**
**07/31/2013**

| Bill To |
|---------|
| Blair B. Chintella, Esq.<br>2483 Shoals Terrace<br>Decatur, GA  30034 |

| Description | Amount |
|-------------|--------|
| AF Holdings LLC vs. Patel<br><br>Letter, Federal Subpoena To Produce Documents, Information, or Objects or To Permit Inspection Of Premises In A Civil Action, Exhibit A, Exhibits, Declaration | 42.38 |

| **Total** | $42.38 |
|-----------|--------|

| Phone # |
|---------|
| 203-265-7173 |

# Invoice Statement



4750 Hwy 61 North
Saint Paul, Minnesota 55110

Invoice Number:   80260
Client / Matter #:   Patel Rajesh/2:12-cv-00262

| | |
|---|---|
| Invoice Date: | 08/09/13 |
| Due Date: | 08/10/13 |
| **Amount Due:** | **$71.56** |

Blair Chintella
Chintella Law Firm
2483 Shoals Terrace
Decatur, GA  30034

**Amount Enclosed $:** _____

*— return top portion with payment —*

---

Invoice Number: 80260      Client / Matter #:  Patel Rajesh/2:12-cv-00262

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 08/05/13 | 27645A | Service upon Paul Hansmeier, Mpls.  Rush. | $45.00 |
| | | Service upon Mark Lutz, Mpls.  Rush. | $20.00 |
| | | Fuel Surcharge: | $5.85 |
| | | Subtotal: | $70.85 |
| | | Late Fees: | $0.71 |
| | | **Total Amount Due:** | **$71.56** |

*Mailed payment on 1/3/2014.* (handwritten)

## We do it all-deliveries, filings, process serving, property recordings, tax petitions and more.

A late fee of 12% will be added to all invoices past due over 90 days.

| Current | 1 - 30 Days Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $71.56 |

Preferred Legal Services, Inc. ▪      4750 Hwy 61 North      ▪ Saint Paul, Minnesota  55110
Bus: 651-647-0765 ▪ Fax: 651-647-0628 ▪ preferredlegal.net ▪ Fed. Tax I.D. #41-1733467

# Invoice Statement



**Legal Services**

Invoice Number:  80260

Client / Matter #:  Patel Rajesh/2:12-cv-00262

2380 Wycliff Street, Suite 200
Saint Paul, Minnesota 55114

Blair Chintella
Chintella Law Firm
2483 Shoals Terrace
Decatur, GA  30034

| | |
|---|---|
| Invoice Date: | 08/09/13 |
| Due Date: | 08/10/13 |
| **Amount Due:** | **$70.85** |

Amount Enclosed $: _____

*return top portion with payment*

Invoice Number: 80260     Client / Matter #:  Patel Rajesh/2:12-cv-00262

| Date | Ref # | Description | | Amount |
|---|---|---|---|---|
| 08/05/13 | 27645A | Service upon Paul Hansmeier, Mpls.  Rush. | | $45.00 |
| | | Service upon Mark Lutz, Mpls. Rush. | | $20.00 |
| | | | Fuel Surcharge: | $5.85 |
| | | | Subtotal: | $70.85 |

| | |
|---|---|
| **Total Amount Due:** | **$70.85** |

**We do it all-deliveries, filings, process serving, property recordings, tax petitions and more.**

| Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due |
|---|---|---|---|---|
| $70.85 | $0.00 | $0.00 | $0.00 | $0.00 |

Preferred Legal Services, Inc. ▪ 2380 Wycliff Street, Suite 200 ▪ Saint Paul, Minnesota  55114
Bus: 651-647-0765 ▪ Fax: 651-641-0028 ▪ preferredlegal.net ▪ Fed. Tax I.D. #41-1733467

**GA IOLTA TRUST ACCOUNT**
**BLAIR CHINTELLA**
1600 ALEXANDRIA CT SE
MARIETTA GA 30067-6260

2483 Shoals Ter.
Decatur, GA 30034

1016
64-5/610 GA
15446

1/5/2014

Pay to the order of Preferred Legal Services     $ 71.56

Seventy one and 56/100 ———————— Dollars

**Bank of America**

ACH R/T 061000052

Service                                    Blair Chatt

0610000052  1006  100005

Hausmei 01
&
Lutz
Subpoenas.

STARBUCKS Store #8209
100 Peachtree St.
Atlanta, GA (404) 221-2940

CHK 715680
08/19/2013 03:26 PM
1906399   Drawer: 1   Reg: 1

Starbucks Card                10.00
Visa                          10.00
XXXXXXXXXXXX1169

Subtotal                     $0.00
Total                        $0.00
Change Due                  $0.00

------------- Check Closed ----------------
08/19/2013 03:26 PM

Activate 6087804143631885
New Balance:  10.00
Card is not registered
Sign up at
www.starbucks.com

*For Coker to Serve*

Prepaid card x1169 balance: 0.00

Starbucks is Now Sparkling!
Try our NEW Handcrafted Sodas
or add bubbles to a favorite
Starbucks Refreshers (TM)
beverage or Iced Tea.
Select US stores only



BLAIR CHINTELLA
2483 SHOLAS TERRACE
DECATUR GA 30034

| Friday August 16, 2013 | *INVOICE* | BLCHI.73414 |
|---|---|---|

Case #: 2:12-cv-00262-WCO
Court: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Title: AF HOLDINGS, LLC vs. RAJESH PATEL
Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT

| Date | Description | Amount |
|---|---|---|
| 08/16/13 12:30PM | Personal Service: GOOGLE, INC., AT Business 1875 CHARLESTON ROAD Mountain View, CA 94043, by serving: HENRY WANG, LEGAL ASSISTANT/AUTHORIZED TO ACCEPT SERVICE Asian male, 25 years old, brown eyes, 5'4" and 160 lbs, Served By: MICHAEL DUBE. | |
| 08/16/13 | RUSH HANDLING | 20.00 |
| 08/16/13 | PROCESS SERVICE | 45.00 |
| 08/16/13 | Deposit On Services  Check Number: CREDIT CARD, Thank You! | -65.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **0.00** |

903 Sneath Lane, Suite 227, San Bruno, CA 94066,
Telephone: (650) 794-1923, FAX: (650) 989-4182, Tax ID: 26-4161879

```
   S&R Services / AAA Process Serving          S&R Services / AAA Process Serving
          903 Sneath Lane #227                        903 Sneath Lane #227
           SAN BRUNO, CA 94066                         SAN BRUNO, CA 94066
      877-281-3563 Fax 877-290-6425              877-281-3563 Fax 877-290-6425
             www.served-u.com                           www.served-u.com

           S AND R SERVICES                            S AND R SERVICES
                                                   00105400080004479413001

    Date: 08/16/2013    10:05:59 AM          Date: 08/16/2013    10:05:59 AM

         CREDIT CARD SALE                              CREDIT CARD SALE

CARD NUMBER: *********1169 K               CARD NUMBER: ******       K
TRAN AMOUNT: $65.00                        TRAN AMOUNT: $65.00
APPROVAL CD: 130865                        APPROVAL CD: 130865
RECORD #:    003                           RECORD #:    003
CLERK ID:    lynn                          CLERK ID:    lynn
CUST CODE:   1                             CUST CODE:   1
SALES TAX:   $0.00                         SALES TAX:   $0.00
INVOICE #:   73414                         INVOICE #:   73414

X_____
      {CARDHOLDER'S SIGNATURE}                        Customer Copy

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)


           Merchant Copy
```

Case 2:12-cv-00262-WCO  Document 151-3  Filed 08/10/15  Page 20 of 25

## ount Activity Transaction Details

|  |  |
|---|---|
| **Posting date:** | 08/19/2013 |
| **Amount:** | -65.00 |
| **Type:** | Debit card |
| **Purchaser:** | BLAIR B CHINTELLA |
| **Description:** | CHECKCARD 0816 S AND R SERVICES 650-7941923 C |
| **Merchant category:** | Attorneys, Legal Services |
| **Merchant category code:** | 8111 |
| **Expense category:** | Professional Services & Membership Organizations |



BLAIR CHINTELLA
2483 SHOLAS TERRACE
DECATUR GA  30034

| Tuesday August 20,  2013 | *INVOICE* | BLCHI.73598 |
|---|---|---|

Case #:  2:12-cv-00262-WCO
Court:  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Title:  AF HOLDINGS, LLC vs. RAJESH PATEL
Documents:  SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT

| Date | Description | Amount |
|---|---|---|
| 08/20/13 01:10PM | Personal Service: GOOGLE, INC., AT Business 1875 CHARLESTON ROAD Mountain View, CA  94043, by serving: TED CHARLTON, LEGAL ASSISTANT/AUTHORIZED TO ACCEPT SERVICE White male, 30 years old, brown hair, green eyes, 5'11" and 190 lbs, Served By: MICHAEL DUBE. | |
| 08/20/13 | PROCESS SERVICE  SAME DAY RUSH SERVICE | 85.00 |
| 08/20/13 | Deposit On Services  Check Number: CREDIT CARD, Thank You! | -85.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **0.00** |

903 Sneath Lane, Suite 227, San Bruno, CA  94066,
Telephone: (650) 794-1923, FAX: (650) 989-4182, Tax ID: 26-4161879

Case 2:12-cv-00262-WCO  Document 151-3  Filed 08/10/15  Page 22 of 25

S&R Services / AAA Process Serving
903 Sneath Lane #227
SAN BRUNO, CA 94066
877-281-3563 Fax 877-290-6425
www.served-u.com

S AND R SERVICES
0010540008000479413001

Date: 08/20/2013     01:39:37 PM

CREDIT CARD SALE

CARD NUMBER: **********1169 K
TRAN AMOUNT: $85.00
APPROVAL CD: 153798
RECORD #:    010
CLERK ID:    lynn
CUST CODE:   1
SALES TAX:   $0.00
INVOICE #:   73598

X_____
        {CARDHOLDER'S SIGNATURE}

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)


        Merchant Copy

S&R Services / AAA Process Serving
903 Sneath Lane #227
SAN BRUNO, CA 94066
877-281-3563 Fax 877-290-6425
www.served-u.com

S AND R SERVICES
0010540008000479413001

Date: 08/20/2013     01:39:37 PM

CREDIT CARD SALE

CARD NUMBE!                    K
TRAN AMOUNT: $85.00
APPROVAL CD: 153798
RECORD #:    010
CLERK ID:    lynn
CUST CODE:   1
SALES TAX:   $0.00
INVOICE #:   73598


        Customer Copy

Case 2:12-cv-00262-WCO  Document 151-3  Filed 08/10/15  Page 23 of 25

## Account Activity Transaction Details

| | |
|---|---|
| **Posting date:** | 08/21/2013 |
| **Amount:** | -85.00 |
| **Type:** | Debit card |
| **Purchaser:** | BLAIR B CHINTELLA |
| **Description:** | CHECKCARD 0820 S AND R SERVICES 650-7941923 CA |
| **Merchant category:** | Attorneys, Legal Services |
| **Merchant category code:** | 8111 |
| **Expense category:** | Professional Services & Membership Organizations |

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**Phone: (850) 562-6058**
**Fax: (850) 562-9552**
**E.I.N. 30-0409761**

# INVOICE

**Invoice #MCN-2013006645**
**8/20/2013**

BLAIR CHINTELLA
2483 SHOALS TERRACE
DECATUR, GA 30043

**Case Number: SOUTHERN 2:12-CV-00262-SCO**

PLAINTIFF:
**AF HOLDINGS, LLC**

DEFENDANT:
**RAJESH PATEL**

Received: 8/20/2013   Served: 8/20/2013 4:24 pm  CORPORATE
To be served on: ATLANTIC BROADBAND (MIAMI), LLC C/O CORPORATION SERVICE COMPANY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Same Day Service - Priority) | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |
| 08/20/2013    CC **4653    Pre Payment | | | 75.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Merchant ID: 000160010948                                    Term ID: 001

# Sale - Approved

| | | |
|---|---|---|
| Date | 08/20/13 | Time 15:45:35 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | XXXXXX` | |

| | |
|---|---|
| Order ID | Service of Process |
| Order Description: | Job No. 6645 - Same Day Service |
| Approval Code | 144653 |
| **Amount** | **75.00** |

Customer Copy