Exemplification

# TAMAROFF TAMAROFF

# Tamaroff & Tamaroff, P.A.

169 East Flagler Street, Suite 1633
Miami, Florida 33131
Phone: (305) 350-7440
Fax: (305) 350-7441
http://tamarofflaw.com

# INVOICE

Invoice # 1
Date: 01/24/2014

Law Firm of Blair B. Chintella
2483 Shoals Terrace
Decatur, GA 33034

## L624-00001-14

## Retrieval of Certified Copies

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 01/22/2014 | Obtained certified copies of requested documents from Miami-Dade Circuit Courthouse and Miami-Dade Recorder's Office. | 0.50 | $50.00 | $25.00 |
| | | **Quantity Subtotal** | **0.5** | | |
| | | | **Services Subtotal** | | **$25.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 01/22/2014 | Certified copies of documents from MCZ/Centrum Flamingo III, LLC v. Lutz, 13-1995-cc-24 (Fla. 11th Cir. Ct.). | 1.00 | $9.00 | $9.00 |
| Expense | 01/22/2014 | Certified copy of the Warranty Deed for 50 Samana Drive, Miami, FL 33133, CFN: 20130313328, B 28593 / P 220. | 1.00 | $4.00 | $4.00 |

Case 2:12-cv-00262-WCO Document 151-4 Filed 08/10/15 Page 3 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 01/23/2014 | Postage - USPS Priority Mail Express 1-Day Legal Flat Rate (EK023764576US). | 1.00 | $19.95 | $19.95 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$32.95** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| David Tamaroff | Attorney | 0.5 | $50.00 | $25.00 |
| **Quantity Total** | | **0.5** | | |

|  |  |
|---|---|
| **Subtotal** | **$57.95** |
| **Total** | **$57.95** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 01/24/2014 | $57.95 | $0.00 | $57.95 |

|  |  |
|---|---|
| **Outstanding Balance** | **$57.95** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$57.95** |

Please make all amounts payable to: Tamaroff & Tamaroff, P.A.

Payment is due upon receipt.

Case 2:12-cv-00262-WCO · Document 151-4 · Filed 08/10/15 · Page 4 of 9

Los Angeles County Registrar / Recorder
12400 Imperial Highway, Norwalk, CA
(800)201-8999

Business Filings

NORWALK

Cashier:  F. HARRIS

* 2 0 1 3 1 2 0 3 0 4 7 0 0 0 2 *

Tuesday, December 03, 2013 7:30 AM

Item(s)

| Fee | Qty | Total |
|---|---|---|
| FBN - Certified Copy | 1 | $2.00 |
| 2013246941 | | |

| Total | | $2.00 |
|---|---|---|

Total Documents:                                     1

Customer payment(s):

Check                                            $2.00

Check List:
#1012                                            $2.00

# THE LAW FIRM OF BLAIR B. CHINTELLA

2483 SHOALS TER. • DECATUR, GA 30034
PHONE: 404-931-2090 • E-MAIL: bchintell@gmail.com • WEB SITE: www.chintellalaw.com

November 22, 2013

VIA FIRST CLASS MAIL

Los Angeles County
Registrar-Recorded/County Clerk
12400 E. Imperial Hwy.
Rm. 1201
Norwalk, CA 90650

> **Re:** **Exile Distribution**
> **Legacy # 20110059069**

Dear Sir or Mam:

I recently contacted your office and they instructed me to send this letter in order to obtain a certified copy of the above document having the legacy number. I need a certified copy of the document that should show the entity, business address, person signing, etc. for the company that registered the fictitious name "Exile Distribution." Attached is a check for $2.00 as instructed. Please feel free to contact me if you need any additional information.

*Please mail to*
*the above address.*
*Thanks!*

Sincerely,

Blair Chintella

Page 1 of 1

**GA IOLTA TRUST ACCOUNT**
**BLAIR CHINTELLA**
1600 ALEXANDRIA CT SE
MARIETTA GA 30067-6260

1018

64-5/610 GA
15444

3 | 18 | 2014
_Date_

Pay To The
Order Of — William R. Wohlsifer

$ 66.44

Sixty six and 44/100 — — — — — — — — — — — — — — _Dollars_


Security
Features
Details on
Back.

**Bank of America**

ACH R/T 061000052

For FL Sec. of St. docs.

MP

⑆061000052⑆ 33402081258 2⑈ 1018

Harland Clarke

Printing and Copying

# FedEx Office℠

FedEx Office is your destination
for printing and shipping.

3290 BUFORD DR
Buford, GA 30519
Tel: (770) 932-0850

7/12/2013                    9:00:23 AM EST
Team Member: Laquita C.

SALE

BW 2S on 24# Wht          82 @      0.2400 T
000331 Reg. Price          0.26

Regular Total             21.32
Discounts                  1.64

        Total             19.68

Sub-Total                          19.68
Tax                                 1.18
Deposit                             0.00

Total                              20.86

Cash                               20.86

                                   20.86

```
         PHOENIX POSTAL STORE
            ATLANTA, Georgia
               303039097
           1204440011 -0098
08/30/2013   (800)275-8777    03:13:00 PM
```

Sales Receipt

| Product<br>Description | Sale<br>Qty | Unit<br>Price | Final<br>Price |
|---|---|---|---|
| Dom. Money Order 21242149683 | | | $50.00 |
| Domestic Money Order Fee | | | $1.20 |
| | Subtotal: | | $51.20 |
| (Forever) | 2 | $0.46 | $0.92 |
| Rosa Parks | | | |
| PSA | | | |

```
Total:                            $52.12

Paid by:
Cash                              $53.00
Change Due:                        $0.00
```

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickneship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
********************************************
********************************************

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
********************************************
********************************************


Bill#: 1000204075377
Clerk: 11

     All sales final on stamps and postage
      Refunds for guaranteed services only
         Thank you for your business
********************************************
********************************************
         HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

        YOUR OPINION COUNTS
********************************************
********************************************


              Customer Copy