IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:12-cv-00262-WCO |
| : | |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Suggestion of Death of Paul Duffy

COMES NOW, Rajesh Patel, by and through counsel, filing this **Suggestion of Death of Paul Duffy**:

Defendant became aware of the reported death of Paul Duffy, lead attorney for Plaintiff in this case, on May 13, 2015. Mr. Duffy reportedly died of "heart and alcohol-related conditions at a Chicago hospital" this last Monday. *See attached exhibit*.

Defendant files this Suggestion for the Court and local counsel in this case considering that there are potential/arguable deadlines in this case concerning an appeal, a "bill of costs" that Defendant filed, motion practice, and so the Clerk can erase his contact information from the cm/ecf information in this case if need be.

Respectfully submitted August 13, 2015:

1

              ____/s/ Blair Chintella_____
              Blair Chintella
              GA Bar No. 510109
              2141 Edgemore Dr. SE
              Atlanta, GA 30316
              (404) 931-2090
              bchintel1@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 2:12-cv-00262-WCO |
| RAJESH PATEL, : | |
| : | |
| Defendant. : | |

## Certificate of Service

I hereby certify that on August 13, 2015, I filed the **Suggestion of Death of Paul Duffy** with the Clerk of Court using the Court's CM/ECF system, which will automatically e-mail a copy to the following attorneys' of record:

**Jacques Nazaire, AF Holdings, LLC, Comcast Cable Communications, LLC**.

Dated August 13, 2015:

                                            Respectfully Submitted:

                                            _____/s/ Blair Chintella_____
                                            Blair Chintella
                                            GA Bar No. 510109
                                            2141 Edgemore Dr. SE
                                            Atlanta, GA 30316
                                            (404) 931-2090
                                            bchintel1@gmail.com